**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Everyday Logistics LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-3729464** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**156 Grandview Ave**<br>**Monsey, NY**<br>ZIP Code **10952** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Rockland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **400 Granite Road Kerhonkson, NY 12446** | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Everyday Logistics LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Everyday Logistics LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Mark Frankel**
Signature of Attorney for Debtor(s)

**Mark Frankel 8417**
Printed Name of Attorney for Debtor(s)

**Backenroth Frankel & Krinsky, LLP**
Firm Name

**489 Fifth Avenue
28th Floor
New York, NY 10017**

Address

**Email: mfrankel@bfklaw.com
212-593-1100  Fax: 212-644-0544**
Telephone Number

**January 7, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ K Hotel LLC, by its Managing Member Eliot Spitzer**
Signature of Authorized Individual

**K Hotel LLC, by its Managing Member Eliot Spitzer**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**January 7, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re  **Everyday Logistics LLC**  
                                        Debtor(s)

Case No. _____  
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alle Processing Corp<br>56-20 59th St<br>Maspeth, NY 11378 | Alle Processing Corp<br>56-20 59th St<br>Maspeth, NY 11378 | | | 4,510.00 |
| American Express<br>PO Box 2855<br>New York, NY 10116-2855 | American Express<br>PO Box 2855<br>New York, NY 10116-2855 | | | 37,161.00 |
| Chase<br>PO Box 15650<br>Wilmington, DE 19886 | Chase<br>PO Box 15650<br>Wilmington, DE 19886 | | | 8,519.00 |
| CYB Trust<br>c/o Nesenoff & Miltenberg LLP<br>New York, NY 10001 | CYB Trust<br>c/o Nesenoff & Miltenberg LLP<br>New York, NY 10001 | Hudson Valley Resort & Spa<br>400 Granite Rd<br>Kerhonkson New York | Unliquidated | 2,133,500.00<br>(7,000,000.00 secured)<br>(20,280,000.00 senior lien) |
| E&S Development Properties<br>1412 Avenue M Suite 2454<br>Brooklyn, NY 11230 | E&S Development Properties<br>1412 Avenue M Suite 2454<br>Brooklyn, NY 11230 | | | 25,000.00 |
| Ginsbergs<br>POB 17 Route 66<br>Hudson, NY 12534 | Ginsbergs<br>POB 17 Route 66<br>Hudson, NY 12534 | | | 5,863.00 |
| Heritage Energy<br>POB 797<br>Lake Katrine, NY 12449 | Heritage Energy<br>POB 797<br>Lake Katrine, NY 12449 | | | 36,649.00 |
| Kennedy Funding/Ango American<br>2 University Plaza<br>Suite 402<br>Hackensack, NJ 07601 | Kennedy Funding/Ango American<br>2 University Plaza<br>Suite 402<br>Hackensack, NJ 07601 | Hudson Valley Resort & Spa<br>400 Granite Rd<br>Kerhonkson New York | Unliquidated | 9,780,000.00<br><br>(7,000,000.00 secured) |
| Minnewaska Company, LLC<br>c/o Minnewaska Hospitality<br>400 Granite Rd<br>Kerhonkson, NY 12446 | Minnewaska Company, LLC<br>c/o Minnewaska Hospitality<br>400 Granite Rd<br>Kerhonkson, NY 12446 | Hudson Valley Resort & Spa<br>400 Granite Rd<br>Kerhonkson New York | Unliquidated | 2,500,000.00<br>(7,000,000.00 secured)<br>(13,780,000.00 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re **Everyday Logistics LLC** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Park National Capital Funding c/o Novick Edelstein Lubell 733 Yonkers Ave Yonkers, NY 10704 | Park National Capital Funding c/o Novick Edelstein Lubell 733 Yonkers Ave Yonkers, NY 10704 | Hudson Valley Resort & Spa 400 Granite Rd Kerhonkson New York | Unliquidated | 4,000,000.00 (7,000,000.00 secured) (9,780,000.00 senior lien) |
| Perfect Computer Solutions 243 Main St Ste 150 New Paltz, NY 12561 | Perfect Computer Solutions 243 Main St Ste 150 New Paltz, NY 12561 | | | 4,507.00 |
| Perkins dba MT Ellis Paper Co. POB 4083 New Windsor, NY 12553 | Perkins dba MT Ellis Paper Co. POB 4083 New Windsor, NY 12553 | | | 6,442.00 |
| Stardust Dance Productions POB 157 Woodbourne, NY 12788 | Stardust Dance Productions POB 157 Woodbourne, NY 12788 | | | 24,486.00 |
| Stone Mountain Holdings LLC 175 Commerce Drive Suite I Hauppauge, NY 11788 | Stone Mountain Holdings LLC 175 Commerce Drive Suite I Hauppauge, NY 11788 | Hudson Valley Resort & Spa 400 Granite Rd Kerhonkson New York | Unliquidated | 3,000,000.00 (7,000,000.00 secured) (16,280,000.00 senior lien) |
| SYSCO Food Services One Liebich Lane Clifton Park, NY 12065 | SYSCO Food Services One Liebich Lane Clifton Park, NY 12065 | | | 29,035.00 |
| Tax Collector Town of Rochester POB 65 Kerhonkson, NY 12446 | Tax Collector Town of Rochester POB 65 Kerhonkson, NY 12446 | | | 39,145.00 |
| U.S. Food Service POB 642554 Pittsburgh, PA 15264 | U.S. Food Service POB 642554 Pittsburgh, PA 15264 | | | 8,114.00 |
| Vantage Hospitality 9305 West Sample Rd Pompano Beach, FL 33065 | Vantage Hospitality 9305 West Sample Rd Pompano Beach, FL 33065 | | | 6,920.00 |
| Wakovia Bank, National Assoc c/o Windels Marx Lane et al New York, NY 10019 | Wakovia Bank, National Assoc c/o Windels Marx Lane et al New York, NY 10019 | Guarantee | Unliquidated | 500,000.00 |
| Yaakov Friedman 573 Derby Ave Woodmere, NY 11598 | Yaakov Friedman 573 Derby Ave Woodmere, NY 11598 | Hudson Valley Resort & Spa 400 Granite Rd Kerhonkson New York | Unliquidated | 1,000,000.00 (7,000,000.00 secured) (19,280,000.00 senior lien) |

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re **Everyday Logistics LLC**      Case No.
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 7, 2010**      Signature **/s/ K Hotel LLC, by its Managing Member Eliot Spitzer**
                                        **K Hotel LLC, by its Managing Member Eliot Spitzer**
                                        **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re **Everyday Logistics LLC**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| K Hotel LLC<br>c/o Eliot Spitzer<br>156 Grandview Ave<br>Monsey, NY 10952 | | | Sole Member of Debtor |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 7, 2010**

Signature **/s/ K Hotel LLC, by its Managing Member Eliot Spitzer**
**K Hotel LLC, by its Managing Member Eliot Spitzer**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re **Everyday Logistics LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 7, 2010**

**/s/ K Hotel LLC, by its Managing Member Eliot Spitzer**
**K Hotel LLC, by its Managing Member Eliot Spitzer**/**Managing Member**
Signer/Title

Alexander M. Lee Esq.
354 Bloomfield Ave. Suite 203
Caldwell, NJ 07006


Alle Processing Corp
56-20 59th St
Maspeth, NY 11378


American Express
PO Box 2855
New York, NY 10116-2855


Anglo American Financial LLC
675 Berkmar Court
Charlottesville, VA 22902


Awesco
20 Center St
Albany, NY 12204


Backenroth Frankel & Krinsky
489 Fifth Avenue
New York, NY 10017


Chase
PO Box 15650
Wilmington, DE 19886


Coffee System of the Hudson
POB 306
Rifton, NY 12471


Cole Schotz Meisel et al
Court Plaza North, 25 Main St
Attn: Michael Leighton
Hackensack, NJ 07602


Corner Stone
POB 509
Troy, NY 12181


CYB Trust
c/o Nesenoff & Miltenberg LLP
New York, NY 10001

Dobil Laboritories
727 Butler St
Pittsburgh, PA 15223

Door Control Inc
67 South Turnpike Rd
Wallingford, CT 06492

Duso Food Distributors
POB 326
Ellenville, NY 12428

E&S Development Properties
1412 Avenue M Suite 2454
Brooklyn, NY 11230

Ecolab
POB 905327
Charlotte, NC 28290

Formisano Bakery Products
660 Old Stage Rd
Saugerties, NY 12477

Freskeeto Frozen Foods
POB 547
Ellenville, NY 12428

Ginsbergs
POB 17 Route 66
Hudson, NY 12534

Graphic Specrums
POB 365
Clintondale, NY 12515

Heritage Energy
POB 797
Lake Katrine, NY 12449

Home Depot Supply
POB 509058
San Diego, CA 92150

Hornbeck's PLumbing & Heating
POB 249
Wawarsing, NY 12489


Hudson Valley Internet
211 Main St
New Paltz, NY 12561


Kennedy Funding/Ango American
2 University Plaza
Suite 402
Hackensack, NJ 07601


Kiryas Yoel Kosher Bakery
31 Larkin Dr
Monroe, NY 10950


Lamela's Sanitation
POB 507
Marlboro, NY 12542


Leisure Time Spring Water
25 S Pine St
Kingston, NY 12401


Marlin Leasing
PO Box 11642
Philadelphia, PA 19116


Micros Retail Systems
1500 Harbor Blvd
Weehawken, NJ 07086


Minnewaska Company, LLC
c/o Minnewaska Hospitality
400 Granite Rd
Kerhonkson, NY 12446


NYS Dept Transportation
Revenue Section Pod 5
250 Wolf Rd
Albany, NY 12232

Park National Capital Funding
c/o Novick Edelstein Lubell
733 Yonkers Ave
Yonkers, NY 10704


Park National Capital Funding
One Stone Place Suite 200
Bronxville, NY 10708


Paul M. Mernick
337R Central Ave
Lawrence, NY 11559


PEPSI COLA Bottling Co of NY
PO Box 36249
Newark, NJ 07189


Perfect Computer Solutions
243 Main St Ste 150
New Paltz, NY 12561


Perkins dba MT Ellis Paper Co.
POB 4083
New Windsor, NY 12553


Sasson Blaivas LLP
488 Madison Ave. 18th fl
New York, NY 10022


Stardust Dance Productions
POB 157
Woodbourne, NY 12788


State of New York
Attorney General's Office
120 Broadway
New York, NY 10271


Stone Mountain Holdings LLC
175 Commerce Drive Suite I
Hauppauge, NY 11788


Suburban Bowery of Suffern
27 Chestnut St
Suffern, NY 10901

Swimking of Ulster
POB 2389
Kingston, NY 12402


SYSCO Food Services
One Liebich Lane
Clifton Park, NY 12065


Tax Collector
Town of Rochester
POB 65
Kerhonkson, NY 12446


Textron Business Services
Dept AT 40219
Atlanta, GA 31192


Thyssenkrupp Elevator Corp
500 Executive Blvd
Elmsford, NY 10523


Tingue Brown Co
POB 23008
Newark, NJ 07189


U.S. Food Service
POB 642554
Pittsburgh, PA 15264


Unifirst Corp
295 Parker St
Indian Orchard, MA 01151


United States of America
c/o U.S. Attorney
86 Chambers Street
New York, NY 10007


United States Trustee
33 Whitehall
New York, NY 10004


Vantage Hospitality
9305 West Sample Rd
Pompano Beach, FL 33065

Wakovia Bank, National Assoc
c/o Windels Marx Lane et al
New York, NY 10019


Weiners Ltd
7182 Highway 14 Suite 1010
Middleton, WI 53562


Williams Lumber & Home Center
POB 31
Rhinebeck, NY 12572


Yaakov Friedman
573 Derby Ave
Woodmere, NY 11598

# United States Bankruptcy Court
## Southern District of New York

In re **Everyday Logistics LLC**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Everyday Logistics LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**K Hotel LLC**
**c/o Eliot Spitzer**
**156 Grandview Ave**
**Monsey, NY 10952**

☐ None [*Check if applicable*]

**January 7, 2010**
Date

**/s/ Mark Frankel**
**Mark Frankel 8417**
Signature of Attorney or Litigant
Counsel for **Everyday Logistics LLC**
**Backenroth Frankel & Krinsky, LLP**
**489 Fifth Avenue**
**28th Floor**
**New York, NY 10017**
**212-593-1100 Fax:212-644-0544**
**mfrankel@bfklaw.com**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
In re

**Everyday Logistics LLC**

Case No.:

Chapter 11

Debtor(s)
-------------------------------------------------------------------X

# DECLARATION RE: ELECTRONIC FILING

## PART I - - DECLARATION OF PETITIONER[S]:

I [We] _____**K Hotel LLC, by its Managing Member Eliot Spitzer**_____ [and _____ ] the undersigned debtor[s], hereby declare under penalty of perjury, that the information I [we] have given my [our] attorney and the information provided in the electronically filed petition is true and correct. I [We] consent to my [our] attorney sending my [our] petition, and the accompanying statements and schedules to the United States Bankruptcy Court, the trustee appointed in my [our] case and the United States Trustee. I [We] understand that failure to provide the trustee with the signed original of this Declaration Re: Electronic Filing within 15 days following the date the petition was electronically filed will cause my [our] case to be dismissed pursuant to 11 U.S.C § 707(a)(3) without further notice.

Dated: **January 7, 2010**

Signed: **/s/ K Hotel LLC, by its Managing Member Eliot Spitzer**

## PART II - - DECLARATION OF ATTORNEY:

I declare under penalty of perjury that I have reviewed the above debtor's(s') petition, schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. The debtor(s) will have signed this form before I file the petition, schedules and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and I will send copies of this declaration, the petition, schedules and statements to the trustee appointed in this case and to the United States Trustee. This declaration is based upon all information of which I have knowledge.

Dated: **January 7, 2010**

Signed: **/s/ Mark Frankel**
**Mark Frankel 8417**
Attorney for Debtor[s]
**Backenroth Frankel & Krinsky, LLP**
**489 Fifth Avenue**
**28th Floor**

**New York, NY 10017**
**212-593-1100**

# United States Bankruptcy Court
### Southern District of New York

In re **Everyday Logistics LLC**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **K Hotel LLC, by its Managing Member Eliot Spitzer**, declare under penalty of perjury that K Hotel LLC is the **Managing Member** of **Everyday Logistics LLC (the "Debtor")**, and that the following is a true and correct copy of the resolutions adopted by K Hotel LLC at a special meeting duly called and held on the 7th day of January, 2010.

"Whereas, it is in the best interest of the Debtor to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **K Hotel LLC, by its Managing Member Eliot Spitzer**, **Managing Member** of the Debtor, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **K Hotel LLC, by its Managing Member Eliot Spitzer**, **Managing Member** of the Debtor is authorized and directed to appear in all bankruptcy proceedings on behalf of the Debtor, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Debtor in connection with such bankruptcy case, and

Be It Further Resolved, that **K Hotel LLC, by its Managing Member Eliot Spitzer**, **Managing Member** of the Debtor is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the Debtor in such bankruptcy case."

Date **January 7, 2010**

Signed **/s/ K Hotel LLC, by its Managing Member Eliot Spitzer**
**K Hotel LLC, by its Managing Member Eliot Spitzer**

Resolution of Managing Member
of
**Everyday Logistics LLC**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **K Hotel LLC, by its Managing Member Eliot Spitzer**, **Managing Member** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **K Hotel LLC, by its Managing Member Eliot Spitzer**, **Managing Member** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **K Hotel LLC, by its Managing Member Eliot Spitzer**, **Managing Member** of this LLC is authorized and directed to employ the law firm of **Backenroth Frankel & Krinsky, LLP** to represent the LLC in such bankruptcy case.