Law Offices of Steven M. Nachman
675 Third Avenue
29th Floor
New York, NY 10017
Tel.: (212)983-8490
Fax: (212)949-1923
Steven M. Nachman (SN7447)


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
In re:                        :
                              :    Chapter 11
EVERYDAY LOGISTICS LLC,       :    Case No. 10-22026(RDD)
                              :
                    Debtor.   :
------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears in these proceedings on behalf of Pesach at the Granit, Inc. and pursuant to the Bankruptcy Rules requests that his name be added to the mailing list maintained by the Clerk in the above cases and that all notices given or required to be given in these cases and all papers served and/or filed or required to be served and/or filed in these cases be given to and served upon the following:

>   Law Offices of Steven M. Nachman
>   675 Third Avenue
>   29th Floor
>   New York, NY 10017
>   Tel.: (212)983-8490
>   Fax: (212)949-1923
>   E-mail: snachman@nachmanlawyer.com

**PLEASE TAKE FURTHER NOTICE THAT** the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any

orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and brief in support of any of the foregoing, schedules, monthly operating reports and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, e-mail, disk, personal delivery, telephone, telegraph, telex, facsimile or otherwise.

Dated: New York, NY
January 21, 2010

Law Offices of
Steven M. Nachman

By: _____
Steven M. Nachman (SN7447)
Attorneys for Pesach at the
Granit, Inc.
675 Third Avenue
29th Floor
New York, NY 10017
(212)983-8490