UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | : | Case No. 10-22026 (RDD) |
| EVERYDAY LOGISTICS LLC, | : | Chapter 11 |
|  | : | **NOTICE OF APPEARANCE AND** |
| Debtor. | : | **REQUEST FOR SERVICE OF** |
|  | : | **DOCUMENTS** |

TO:   Clerk, United States Bankruptcy Court
      Southern District of New York

PLEASE TAKE NOTICE that the undersigned counsel hereby enters its appearance as counsel for Creditor, Kennedy Funding, Inc., in the above captioned case, pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 9010(b). All notices and papers in this case shall be served upon:

> Kenneth L. Baum, Esq.
> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
> A Professional Corporation
> 900 Third Avenue, 16th Floor
> New York, New York 10022
> Phone:  (201) 489-3000
> Fax:  (201) 489-1536
> e-mail:  kbaum@coleschotz.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed by mail, delivery,

telephone, telegraph, telex or otherwise, which affect or seek to affect in any way the Debtor or its respective property and/or property of the estate.

COLE, SCHOTZ, MEISEL,<br>
FORMAN & LEONARD, P.A.<br>
Attorneys for Creditor, Kennedy Funding, Inc.

By:    */s/ Kenneth L. Baum*
            Kenneth L. Baum

DATED: January 25, 2010