B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **EVERYDAY LOGISTICS, LLC**           Case No. **10-22026**
_____Debtor_____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **MARCH 2010**                          Date filed: _____

Line of Business: _____                   NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_Eliyahu Spiter E.S._
Original Signature of Responsible Party

_Eliyahu Spiter_
Printed Name of Responsible Party

| Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☒ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 793,711.53

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ 9,271.25

less $67,965.94 c/c chgs, Cash on Hand at End of Month  $ 86,719.14

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ 18,753.20

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 716,263.64

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 793,711.53

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 716,263.64

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**  $ 77,447.89

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 29,367.60

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 102,046.19

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   112

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   99

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ 0

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 434,566.50 | $ 793,711.53 | $ 359,145.03 |
| EXPENSES | $ 428,489.69 | $ 716,263.64 | $ 287,773.95 |
| CASH PROFIT | $ 6,076.81 | $ 77,447.89 | $ 71,371.08 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 511,120.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 507,230.34

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 3,889.66

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

EXHIBIT "B"

Month    **03/01/2010**    through    **03/31/2010**

### INCOME

| | | Received on date | | Bank Deposit |
|---|---|---|---|---|
| | | Cash | Checks | Totals |
| 1 | 03/01 - 04 | $ 1,449.01 | $ 57,118.22 | $ 58,567.23 |
| 2 | 03/05 - 11 | $ 4,855.23 | $ 148,100.90 | $ 152,956.13 |
| 3 | 03/12 - 18 | $ 20,795.07 | $ 97,380.57 | $ 118,175.64 |
| 4 | 03/19 - 25 | $ 8,558.04 | $ 80,504.15 | $ 89,062.19 |
| 5 | 03/26 - 31 | $ 1,190.69 | $ 77,016.74 | $ 78,207.43 |
| | | $ 36,848.04 | $ 460,120.58 | $ 496,968.62 | $ 496,968.62 |

| | Processed on date | | | Credit Card | |
|---|---|---|---|---|---|
| | AmEx | MC/Visa | Discover | Totals | |
| 1 | $ 1,038.03 | $ 39,141.20 | $ 412.80 | $ 40,592.03 | |
| 2 | $ 5,806.30 | $ 13,531.42 | $ 2,904.25 | $ 22,241.97 | |
| 3 | $ 17,469.90 | $ 79,797.81 | $ 2,515.36 | $ 99,783.07 | *** |
| 4 | $ 14,262.12 | $ 70,080.16 | $ 8,004.55 | $ 92,346.83 | |
| 5 | $ 22,741.09 | $ 18,685.07 | $ 352.85 | $ 41,779.01 | |
| | $ 61,317.44 | $ 221,235.66 | $ 14,189.81 | $ 296,742.91 | $ 296,742.91 |

**Total income for the month:**     $ 793,711.53

### DISBURSEMENTS

| | |
|---|---|
| Credit card and processing fees: | $ 9,400.41 |
| Credit card chargebacks: | $ - |
| Total check disbursements (list attached): | $ 439,448.46 |
| Total payroll expense (transfers): | $ 219,997.09 |
| Other bank fees (including uncleared checks): | $ 47,417.68 |

**Total expenses for the month:**     $ 716,263.64

**Cash profit (loss) for the month:**     $ 77,447.89

*** Please note: $67,965.94 in credit card charges on 03/17/10 were for Private Stock guests to cover stopped checks from the organization. Because these charges will most like be disputed by the cardholders, the total amount must be "frozen" until all possible chargebacks are settled with their respective banks (approximately 120 days).

3:28 PM  
04/21/10

# The Lexington at The Hudson Valley Resort
## Account QuickReport
As of March 31, 2010

EXHIBIT "C"  
p. 1 of 5

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10118 · Provident Bank - Operating II** | | | | | |
| Bill Pmt -Check | 3/2/2010 | | HERITAGENERGY | 223032 | -15,147.72 |
| Bill Pmt -Check | 3/10/2010 | | HERITAGENERGY | 223032 Oil/Propane | -12,670.01 |
| Bill Pmt -Check | 3/22/2010 | | HERITAGENERGY | 223032 LP / OIL | -12,356.16 |
| Bill Pmt -Check | 3/30/2010 | | HERITAGENERGY | 223032 LP / OIL | -12,598.03 |
| Bill Pmt -Check | 3/4/2010 | 1339 | BANK OF AMERICA - OFC | OPERATING EXPENSE | -3,750.00 |
| Bill Pmt -Check | 3/4/2010 | 1340 | AMERICAN EXPRESS | EXPENSES | -2,525.14 |
| Bill Pmt -Check | 3/2/2010 | 1341 | PERKINS d/b/a MT ELLIS PAPE... | ROOMS SUPPLIES | -1,448.28 |
| Bill Pmt -Check | 3/4/2010 | 1342 | E & S DEVELOPMENT & PROP... | Management Fees | -4,000.00 |
| Bill Pmt -Check | 3/4/2010 | 1343 | FRANK L. BURNS JR. | Consultant 2/26,27/10 | -500.00 |
| Bill Pmt -Check | 3/4/2010 | 1344 | GINA MARIE MONTALVO | PPE 2/25/10 | -36.00 |
| Bill Pmt -Check | 3/4/2010 | 1345 | LYNDA DuBOIS | PPE 2/25/10 | -124.00 |
| Bill Pmt -Check | 3/4/2010 | 1346 | NICOLE S. LaBOUNTY | PPE 2/25/10 | -102.00 |
| Bill Pmt -Check | 3/4/2010 | 1347 | SYSCO FOOD SERVICES | 271957 FOOD DEL | -6,782.31 |
| Bill Pmt -Check | 3/4/2010 | 1348 | U.S. FOOD SERVICE | 40334799 FOOD DEL | -1,949.20 |
| Bill Pmt -Check | 3/4/2010 | 1349 | JIM MONTANYA | MONTHLY WATER REPORT 2/28/10 | -450.00 |
| Bill Pmt -Check | 3/4/2010 | 1350 | DEBRA MARCUS | PPE 2/25/10 | -51.00 |
| Bill Pmt -Check | 3/4/2010 | 1351 | HOBART | MOTOR FOR LARGE DISHWASHER | -3,126.24 |
| Bill Pmt -Check | 3/5/2010 | 1352 | GOLDIE GOLDBERG | VOID: DJ FOR RICHMOND | 0.00 |
| Bill Pmt -Check | 3/5/2010 | 1353 | MICHAEL C. PACHECO | DJ FOR RICHMOND | -400.00 |
| Bill Pmt -Check | 3/4/2010 | 1354 | CORNER STONE | 5004202 TELEPHONE SERVICE | -2,547.29 |
| Bill Pmt -Check | 3/4/2010 | 1355 | ADP, INC | ACCT# 00020-O63259 PAYROLL | -252.18 |
| Bill Pmt -Check | 3/4/2010 | 1356 | COFFEE SYSTEM OF THE HUD... | 150620 gift ship supplies | -214.32 |
| Bill Pmt -Check | 3/4/2010 | 1357 | HOME DEPOT SUPPLY FACILIT... | back order supplies | -75.01 |
| Bill Pmt -Check | 3/4/2010 | 1358 | KERHONKSON ELEMENTARY S... | 2009 - 2010 YEARBOOK AD | -35.00 |
| Bill Pmt -Check | 3/4/2010 | 1359 | PEPSI COLA OF HUDSON VALL... | 30126 soda del | -222.15 |
| Bill Pmt -Check | 3/4/2010 | 1360 | SAFECO ALARM SYSTEMS | ACCT# 1794 golf shop alarms | -84.24 |
| Bill Pmt -Check | 3/4/2010 | 1361 | STEINGART PRINTING | POSTAGE FOR MAILING | -477.04 |
| Bill Pmt -Check | 3/4/2010 | 1362 | SWIMKING OF ULSTER | chlorine for well house | -271.23 |
| Bill Pmt -Check | 3/4/2010 | 1363 | YARD CARD | 9865168400178284 grnds equip. | -315.03 |
| Bill Pmt -Check | 3/4/2010 | 1365 | LEISURE TIME SPRING WATER | ACCT# 20990 water logo del | -287.18 |
| Bill Pmt -Check | 3/4/2010 | 1366 | MEGASYS HOSPITALITY SYST... | SERVER PROBLEM FROM POWER FAILURE | -62.50 |
| Bill Pmt -Check | 3/4/2010 | 1367 | THE HARTFORD | 166 12838463 monthly w/c premium | -6,297.23 |
| Bill Pmt -Check | 3/4/2010 | 1368 | UNIFIRST CORP. | chef uniform cleaning | -74.48 |
| Bill Pmt -Check | 3/4/2010 | 1369 | BOLLINGER, INC GROUP DEPT | X0005-401614 health ins. | -4,798.67 |
| Bill Pmt -Check | 3/4/2010 | 1370 | RELIABLE OFFICE SUPPLIES | office supplies | -1,177.93 |
| Bill Pmt -Check | 3/4/2010 | 1371 | LAMELA'S SANITATION & RECY... | ACCT #110916 FOR 2/10 waste removal | -1,713.96 |
| Bill Pmt -Check | 3/8/2010 | 1372 | AFCO | 17-10-107002-9 Insurance GL | -21,280.94 |
| Bill Pmt -Check | 3/8/2010 | 1373 | BANK OF AMERICA - OFC | HOUSE OFFICE EXPENSES | -1,911.88 |
| Bill Pmt -Check | 3/8/2010 | 1374 | CENTRAL HUDSON | monthly fee | -428.03 |
| Bill Pmt -Check | 3/8/2010 | 1375 | CHASE | INTEREST 11/09K 12/09, 1/10, 2/10 | -327.76 |
| Bill Pmt -Check | 3/8/2010 | 1376 | Chase Credit Card | FEBRUARY EXPENSES | -1,325.99 |
| Bill Pmt -Check | 3/8/2010 | 1377 | CULLIGAN WATER CONDITIONI... | ACCT # 10604675 Water Treatment | -644.26 |
| Bill Pmt -Check | 3/8/2010 | 1378 | E & S DEVELOPMENT & PROP... | MANAGEMENT EXPENSES | -4,000.00 |
| Bill Pmt -Check | 3/8/2010 | 1379 | GINA MARIE MONTALVO | PPE 3/4/10 | -174.00 |
| Bill Pmt -Check | 3/8/2010 | 1380 | LORNA M. BOUGHTON | PPE 3/4/10 | -102.00 |
| Bill Pmt -Check | 3/8/2010 | 1381 | PEPSI COLA OF HUDSON VALL... | 30126 Soda Products | -331.55 |
| Bill Pmt -Check | 3/8/2010 | 1382 | PERFECT COMPUTER SOLUTI... | anti virus/ mairyanns computer | -396.13 |
| Bill Pmt -Check | 3/8/2010 | 1383 | PERKINS d/b/a MT ELLIS PAPE... | cleaning supplies | -981.40 |
| Bill Pmt -Check | 3/8/2010 | 1384 | RAY POLLARD JR | PPE 3/4/10 | -36.00 |
| Bill Pmt -Check | 3/8/2010 | 1385 | RELIABLE OFFICE SUPPLIES | ACCT# 01116657 Office Products | -16.15 |
| Bill Pmt -Check | 3/8/2010 | 1386 | SWIMKING OF ULSTER | pool equipment | -42.10 |
| Bill Pmt -Check | 3/8/2010 | 1387 | ADAM'S PIANO | 1 UPRIGHT PIANO FOR HAZAMIR | -500.00 |
| Bill Pmt -Check | 3/8/2010 | 1388 | BANK OF AMERICA - OFC | PURCHASES | -5,117.38 |
| Bill Pmt -Check | 3/8/2010 | 1389 | TIMOTHY HARASYM | ADVANCE | -150.00 |
| Bill Pmt -Check | 3/9/2010 | 1390 | SYSCO FOOD SERVICES | VOID: 271957 | 0.00 |
| Bill Pmt -Check | 3/9/2010 | 1392 | RON BARRINGER | plowing /dozer GM'S HOUSE, SEWER PLANT,WELL | -480.00 |
| Bill Pmt -Check | 3/9/2010 | 1393 | U.S. FOOD SERVICE | 40334799 Food | -2,275.40 |
| Bill Pmt -Check | 3/5/2010 | 1394 | GOLDIE GOLDBERG | DJ FOR RICHMOND | -200.00 |
| Bill Pmt -Check | 3/10/2010 | 1395 | SYSCO FOOD SERVICES | 271957 Food/Supplies | -16,767.70 |
| Bill Pmt -Check | 3/10/2010 | 1396 | GINSBERG'S | VOID: 48878 | 0.00 |
| Bill Pmt -Check | 3/10/2010 | 1397 | GLAUBER'S KOSHER BAKERY ... | Kosher food | -2,638.25 |
| Bill Pmt -Check | 3/11/2010 | 1398 | Chase Credit Card | resort expenses | -2,365.52 |
| Bill Pmt -Check | 3/11/2010 | 1399 | GINSBERG'S | 48878 food | -1,500.78 |
| Bill Pmt -Check | 3/11/2010 | 1400 | ADP, INC | ACCT# 00020-O63259 payroll processing | -233.56 |
| Bill Pmt -Check | 3/11/2010 | 1401 | DUSO FOOD DISTRIBUTORS IN... | Food | -204.50 |
| Bill Pmt -Check | 3/11/2010 | 1402 | FRANK L. BURNS JR. | CONSULTANT 3/5, 6/10 | -500.00 |
| Bill Pmt -Check | 3/11/2010 | 1403 | UNIFIRST CORP. | ACCT# 782690 chef wuniforms | -37.24 |

3:28 PM  
04/21/10

# The Lexington at The Hudson Valley Resort
## Account QuickReport
As of March 31, 2010

"C" 2 of 5

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 3/11/2010 | 1404 | SYSCO FOOD SERVICES | 271957 food / supplies | -1,894.02 |
| Bill Pmt -Check | 3/11/2010 | 1405 | BANK OF AMERICA - OFC | OPERATING EXPENSE M | -8,494.57 |
| Bill Pmt -Check | 3/11/2010 | 1406 | BANK OF AMERICA - OFC | OPERATING EXPENSE / E | -1,701.31 |
| Bill Pmt -Check | 3/11/2010 | 1407 | HUDSON VALLEY INTERNET | ACCT# 2729 internet provider | -79.90 |
| Bill Pmt -Check | 3/11/2010 | 1408 | PENNSYLVANIA CLASSIC PRO... | DANCE FLOOR COUNTRY DANCE | -3,150.00 |
| Bill Pmt -Check | 3/11/2010 | 1409 | STEINGART PRINTING | Brochures | -1,464.00 |
| Bill Pmt -Check | 3/11/2010 | 1410 | PERKINS d/b/a MT ELLIS PAPE... | Cleaning Supplies | -40.48 |
| Bill Pmt -Check | 3/11/2010 | 1411 | CORNER STONE | 5004202 telephone service | -2,470.90 |
| Bill Pmt -Check | 3/11/2010 | 1412 | THYSSENKRUPP ELEVATOR C... | 934043 elevator | -2,360.29 |
| Bill Pmt -Check | 3/11/2010 | 1413 | TIME WARNER CABLE | Room Cablevision / internet | -1,371.85 |
| Bill Pmt -Check | 3/11/2010 | 1414 | VANTAGE HOSPITALITY | MONTHLY MEMBERSHIP | -6,920.00 |
| Bill Pmt -Check | 3/11/2010 | 1415 | CENTRAL HUDSON | partical electric ulitiy | -16,500.00 |
| Bill Pmt -Check | 3/12/2010 | 1416 | Chase Credit Card | Linen for Passover/ Towels | -34,496.61 |
| Bill Pmt -Check | 3/12/2010 | 1417 | NEACURH CAS 8900 | REBATE | -1,500.00 |
| Bill Pmt -Check | 3/12/2010 | 1418 | ENVIRONMENTAL LABWORKS.... | Monthly Lab Testing | -110.00 |
| Bill Pmt -Check | 3/12/2010 | 1419 | ERIC ATKINS | TRADE SHOW | -220.92 |
| Bill Pmt -Check | 3/12/2010 | 1420 | GINA MARIE MONTALVO | PPE 3/11/10 | -123.00 |
| Bill Pmt -Check | 3/12/2010 | 1421 | MICHAEL C. PACHECO | DJ FOR RICHOMND 3/12 13, 10 | -400.00 |
| Bill Pmt -Check | 3/12/2010 | 1422 | MIRYAM SANTIAGO | PPE 3/11/10 | -108.00 |
| Bill Pmt -Check | 3/12/2010 | 1423 | NICOLE S. LaBOUNTY | PPE 3/11/10 | -144.00 |
| Bill Pmt -Check | 3/12/2010 | 1424 | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES | -4,000.00 |
| Bill Pmt -Check | 3/16/2010 | 1425 | ADP, INC | ACCT# 00020O83259 PAYROLL | -236.22 |
| Bill Pmt -Check | 3/16/2010 | 1426 | AVAYA INC | ACCT# 0101838345 PHONE EQUIP. | -1,926.00 |
| Bill Pmt -Check | 3/16/2010 | 1427 | ENGRAVINGS UNLIMITED | EMPLOYEE NAME TAGS | -51.30 |
| Bill Pmt -Check | 3/16/2010 | 1428 | HOME DEPOT SUPPLY FACILIT... | supplies | -697.12 |
| Bill Pmt -Check | 3/16/2010 | 1429 | IKON FINANCIAL SERVICES | 1329244-SNC257 copier lease | -353.16 |
| Bill Pmt -Check | 3/16/2010 | 1430 | IN THE SWIM | chemical indoor pool | -377.89 |
| Bill Pmt -Check | 3/16/2010 | 1431 | METRO FIRE & SAFETY CO., INC. | ANNUAL FIRE SPRINKLER / ALARM INSPECTION | -1,850.00 |
| Bill Pmt -Check | 3/16/2010 | 1432 | PEPSI COLA OF HUDSON VALL... | 30126 soda del. | -559.20 |
| Bill Pmt -Check | 3/16/2010 | 1433 | STEDNER PRINTING | TENT PICTURES | -153.90 |
| Bill Pmt -Check | 3/16/2010 | 1434 | SYSCO FOOD SERVICES | 271957 food / supplies | -178.80 |
| Bill Pmt -Check | 3/16/2010 | 1435 | U.S. FOOD SERVICE | 40334799 food | -7.26 |
| Bill Pmt -Check | 3/17/2010 | 1436 | BANK OF AMERICA - OFC | VOID: Operating Expense M | 0.00 |
| Bill Pmt -Check | 3/17/2010 | 1437 | E & S DEVELOPMENT & PROP... | VOID: Management fees | 0.00 |
| Bill Pmt -Check | 3/18/2010 | 1438 | BANK OF AMERICA - OFC | Operating Expense M | -3,750.00 |
| Bill Pmt -Check | 3/18/2010 | 1439 | FRANK L. BURNS JR. | CONSULTANT | -250.00 |
| Bill Pmt -Check | 3/18/2010 | 1440 | AWESCO | ACCT# 2971 HELIUM TANKS | -380.69 |
| Bill Pmt -Check | 3/18/2010 | 1441 | HIGHWAY DISPLAYS | 2580 outdoor advertising | -600.00 |
| Bill Pmt -Check | 3/18/2010 | 1442 | PERKINS d/b/a MT ELLIS PAPE... | back ordered room supplies | -138.92 |
| Bill Pmt -Check | 3/18/2010 | 1443 | UNIFIRST CORP. | Acct# 782690 Cleaning | -37.24 |
| Bill Pmt -Check | 3/18/2010 | 1444 | Yellow Book USA | ACCT# A0JLPQ DIRECTORY AD | -125.00 |
| Bill Pmt -Check | 3/19/2010 | 1445 | STEDNER PRINTING | Country Dance Weekend Printed Material | -1,455.12 |
| Bill Pmt -Check | 3/19/2010 | 1446 | SYSCO FOOD SERVICES | 271957 food | -4,686.14 |
| Bill Pmt -Check | 3/19/2010 | 1447 | U.S. FOOD SERVICE | 40334799 food | -725.53 |
| Bill Pmt -Check | 3/19/2010 | 1448 | E & S DEVELOPMENT & PROP... | Management fees | -4,000.00 |
| Bill Pmt -Check | 3/19/2010 | 1449 | CENTRAL HUDSON | electric monthly | -25,363.31 |
| Bill Pmt -Check | 3/19/2010 | 1450 | NYS SALES TAX PROCESSING | 20-3729464 Sales Tax | -3,593.18 |
| Bill Pmt -Check | 3/19/2010 | 1451 | ULSTER COUNTY DEPARTMEN... | ID# 1199 QUARTERLY HOTEL TAX | -3,967.67 |
| Bill Pmt -Check | 3/19/2010 | 1452 | BANK OF AMERICA - OFC | OPERATING EXPENSES M | -2,915.46 |
| Bill Pmt -Check | 3/19/2010 | 1453 | BARBARA MONROE | COUNTRY DANCE WEEKEND | -470.00 |
| Bill Pmt -Check | 3/19/2010 | 1454 | CHRISTOPHER PETRE | COUNTRY DANCE WEEKEND | -200.00 |
| Bill Pmt -Check | 3/19/2010 | 1455 | DEBI PANCOAST | COUNTRY DANCE WEEKEND | -200.00 |
| Bill Pmt -Check | 3/19/2010 | 1456 | GREG VAN ZILEN | COUNTRY DANCE WEEKEND | -200.00 |
| Bill Pmt -Check | 3/19/2010 | 1457 | JAMES KELLERMAN | COUNTRY DANCE WEEKEND | -200.00 |
| Bill Pmt -Check | 3/19/2010 | 1458 | JEFF BARTHOLOMEW | COUNTRY DANCE WEEKEND | -200.00 |
| Bill Pmt -Check | 3/19/2010 | 1459 | JOANNE BRADY | COUNTRY DANCE WEEKEND | -750.00 |
| Bill Pmt -Check | 3/19/2010 | 1460 | JOHNNY GOSART | COUNTRY DANCE WEEKEND | -500.00 |
| Bill Pmt -Check | 3/19/2010 | 1461 | JUNIOR WILLIS | COUNTRY DANCE WEEKEND | -300.00 |
| Bill Pmt -Check | 3/19/2010 | 1462 | LYNDY ANG | COUNTRY DANCE WEEKEND | -200.00 |
| Bill Pmt -Check | 3/19/2010 | 1463 | STEVE LESCARBEAU | COUNTRY DANCE WEEKEND | -200.00 |
| Bill Pmt -Check | 3/19/2010 | 1464 | Sue Wetzel | COUNTRY DANCE WEEKEND | -1,050.00 |
| Bill Pmt -Check | 3/19/2010 | 1465 | TOM DAILEY | COUNTRY DANCE WEEKEND | -850.00 |
| Bill Pmt -Check | 3/19/2010 | 1466 | WILLIAM GILBERT | COUNTRY DANCE WEEKEND | -300.00 |
| Bill Pmt -Check | 3/19/2010 | 1467 | RABBI G. KREUSER | HAZAMIR H.S. KOSHER SUPERVISION | -994.00 |
| Bill Pmt -Check | 3/20/2010 | 1469 | PENNSYLVANIA CLASSIC PRO... | DANCE FLOOR | -576.00 |
| Bill Pmt -Check | 3/20/2010 | 1470 | SUNOCO 209 EXPRESS MART | CIGARETTES GIFT SHOP | -593.46 |
| Bill Pmt -Check | 3/22/2010 | 1471 | LAKE MISHNOCK GROVE INC. | COUNTRY DANCE WEEKEND REBATE | -7,492.77 |
| Bill Pmt -Check | 3/22/2010 | 1472 | SUBURBAN BOWERY OF SUFF... | banquet supplies | -822.96 |

Page 2

| | | | | | |
|---|---|---|---|---|---|
| 3:28 PM | | | The Lexington at The Hudson Valley Resort | "C" 3 of 5 | |
| 04/21/10 | | | **Account QuickReport** | | |
| | | | As of March 31, 2010 | | |

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 3/22/2010 | 1473 | SUBURBAN BOWERY OF SUFF... | glasses | -708.48 |
| Bill Pmt -Check | 3/23/2010 | 1474 | ADP, INC | 00020-O63259 PAYROLL PROCESSING | -257.50 |
| Bill Pmt -Check | 3/23/2010 | 1475 | AMERICAN EXPRESS | PASSOVER LAUNDRY SUPPLIES | -5,901.75 |
| Bill Pmt -Check | 3/23/2010 | 1476 | Chase Credit Card | Passover, EcoLab, Perkins, Powr Flite Vacuums | -11,188.41 |
| Bill Pmt -Check | 3/23/2010 | 1477 | DEBRA MARCUS | PPE 3/18/10 | -96.00 |
| Bill Pmt -Check | 3/23/2010 | 1478 | FRANK L. BURNS JR. | COUNSULTANT | -500.00 |
| Bill Pmt -Check | 3/23/2010 | 1479 | GINA MARIE MONTALVO | PPE 3/18/10 | -125.00 |
| Bill Pmt -Check | 3/23/2010 | 1480 | HOME DEPOT SUPPLY FACILIT... | WAFFLE ROBES PASSOVER | -421.04 |
| Bill Pmt -Check | 3/23/2010 | 1481 | J.C. EHRLICH CO. INC | 8078792 Pest Control | -1,179.36 |
| Bill Pmt -Check | 3/23/2010 | 1482 | LORNA M. BOUGHTON | PPE 3/18/10 | -102.00 |
| Bill Pmt -Check | 3/23/2010 | 1483 | MEGASYS HOSPITALITY SYST... | PVR REPORT FOR FOLIOS | -720.00 |
| Bill Pmt -Check | 3/23/2010 | 1484 | MURRIETTA ROSA LEE | PPE 3/18/10 | -57.00 |
| Bill Pmt -Check | 3/23/2010 | 1485 | NICOLE S. LaBOUNTY | PPE 3/18/10 | -303.00 |
| Bill Pmt -Check | 3/23/2010 | 1486 | ONITY | ACCT# 207842 KEY CARDS | -502.65 |
| Bill Pmt -Check | 3/23/2010 | 1487 | TINGUE, BROWN & CO | VOID: ACCT# 136160 IRONER | 0.00 |
| Bill Pmt -Check | 3/23/2010 | 1488 | UKRAINIAN NATIONAL ASSOCI... | FULL PAGE AD | -150.00 |
| Bill Pmt -Check | 3/23/2010 | 1489 | MATRIX TURF SOLUTIONS | GOLF COURSE TREATMENTS | -6,104.75 |
| Bill Pmt -Check | 3/23/2010 | 1490 | HOBART | DISHWASHER WIRES / KOSHERIZATION | -227.06 |
| Bill Pmt -Check | 3/24/2010 | 1491 | Chase Credit Card | ROOF REPAIRS CEILING, BOILER, IRONER | -2,451.66 |
| Bill Pmt -Check | 3/24/2010 | 1492 | ANTHONY CAPSON | REFUND | -50.00 |
| Bill Pmt -Check | 3/24/2010 | 1493 | GEORGE & MARIE STERNECKER | REFUND | -300.00 |
| Bill Pmt -Check | 3/24/2010 | 1494 | MARY ASTERITA | REFUND | -130.00 |
| Bill Pmt -Check | 3/24/2010 | 1495 | TRAVEL NOW .COM | COMMISSION KETENCI | -42.80 |
| Bill Pmt -Check | 3/24/2010 | 1496 | J & L MIRROR & GLASS CONST... | 7779 deposit Windows | -700.00 |
| Bill Pmt -Check | 3/25/2010 | 1497 | BANK OF AMERICA - OFC | VOID: OPERATIONG EXPENSE M | 0.00 |
| Bill Pmt -Check | 3/25/2010 | 1498 | THYSSENKRUPP ELEVATOR C... | 934043 50% REPLACE TRAVELING CABLE | -3,328.50 |
| Bill Pmt -Check | 3/25/2010 | 1499 | BANK OF AMERICA - OFC | PAID EXPENSES | -5,000.00 |
| Bill Pmt -Check | 3/25/2010 | 1500 | TSI IRONWORKS | VOID: maintaince security repairs | 0.00 |
| Bill Pmt -Check | 3/26/2010 | 1501 | COFFEE SYSTEM OF THE HUD... | 150620 GIFT SHOP SUPPLIES | -43.87 |
| Bill Pmt -Check | 3/26/2010 | 1502 | HOME DEPOT SUPPLY FACILIT... | MAINT. SUPPLIES | -214.37 |
| Bill Pmt -Check | 3/26/2010 | 1503 | METRO FIRE & SAFETY CO., INC. | ANNUAL ALARM SYSTEM INSPECTION | -1,950.00 |
| Bill Pmt -Check | 3/26/2010 | 1504 | PEPSI COLA OF HUDSON VALL... | 30126 SODA DELIVERY | -569.40 |
| Bill Pmt -Check | 3/26/2010 | 1505 | SYSCO FOOD SERVICES | 271957 FOOD | -110.44 |
| Bill Pmt -Check | 3/26/2010 | 1506 | U.S. FOOD SERVICE | 40334799 FOOD | -16.34 |
| Bill Pmt -Check | 3/26/2010 | 1507 | UNIFIRST CORP. | ACCT# 782690 CHEF UNIFORMS | -37.24 |
| Bill Pmt -Check | 3/25/2010 | 1508 | CASH | petty cash refill | -1,170.32 |
| Bill Pmt -Check | 3/25/2010 | 1509 | TSI IRONWORKS | maintaince security repairs | -3,128.00 |
| Bill Pmt -Check | 3/26/2010 | 1510 | ANDREW OPRYSKO | PPE 3/25/10 | -197.26 |
| Bill Pmt -Check | 3/26/2010 | 1511 | CHRISTIAN ESTRADA | PPE 3/25/10 | -278.28 |
| Bill Pmt -Check | 3/26/2010 | 1512 | SEBASTIAN NICOLA | PPE 3/25/10 | -228.96 |
| Bill Pmt -Check | 3/26/2010 | 1513 | STACEE RESTREPO | PPE 3/25/10 | -165.00 |
| Bill Pmt -Check | 3/26/2010 | 1514 | BANK OF AMERICA - OFC | OPERATING EXPENSES M travel, Meetings | -3,500.00 |
| Bill Pmt -Check | 3/26/2010 | 1515 | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES | -4,000.00 |
| Bill Pmt -Check | 3/26/2010 | 1516 | J & L MIRROR & GLASS CONST... | WINDOW REPLACEMENT BAL | -776.66 |
| Bill Pmt -Check | 3/26/2010 | 1517 | BANK OF AMERICA - OFC | PURCHASES FOOD DEPART. | -2,405.30 |
| Bill Pmt -Check | 3/26/2010 | 1518 | Chase Credit Card | PASSOVER FABRIC CHAIRS | -868.90 |
| Bill Pmt -Check | 3/29/2010 | 1519 | ADP, INC | payroll processing | -324.47 |
| Bill Pmt -Check | 3/29/2010 | 1520 | CENTRAL HUDSON | Electric for GM's House 2mo | -449.80 |
| Bill Pmt -Check | 3/29/2010 | 1521 | DEBRA MARCUS | PPE 3/25/10 | -57.00 |
| Bill Pmt -Check | 3/29/2010 | 1522 | GINA MARIE MONTALVO | PPE 3/25/10 | -390.00 |
| Bill Pmt -Check | 3/29/2010 | 1523 | LORNA M. BOUGHTON | PPE 3/25/10 | -359.10 |
| Bill Pmt -Check | 3/29/2010 | 1524 | MIRYAM SANTIAGO | PPE 3/25/10 | -225.00 |
| Bill Pmt -Check | 3/29/2010 | 1525 | NICOLE S. LaBOUNTY | PPE 3/25/10 | -165.00 |
| Bill Pmt -Check | 3/29/2010 | 1526 | RAY POLLARD JR | PPE 3/25/10 | -71.00 |
| Bill Pmt -Check | 3/29/2010 | 1527 | SUBURBAN BOWERY OF SUFF... | knives for passover | -71.97 |
| Bill Pmt -Check | 3/29/2010 | 1528 | SWIMKING OF ULSTER | chlorine for pools | -453.67 |
| Bill Pmt -Check | 3/29/2010 | 1529 | ULSTER COUNTY SHERIFF | BOUGHTON ID# 8-1529 3/25/10 | -39.90 |
| Bill Pmt -Check | 3/31/2010 | 1532 | AMERICAN EXPRESS | TENT INSTALL PARTY LINE TENT PASSOVER | -4,000.00 |
| Bill Pmt -Check | 3/31/2010 | 1533 | BANK OF AMERICA - OFC | Operating Exoense E Telephone, office | -2,554.30 |
| Bill Pmt -Check | 3/31/2010 | 1534 | TEXTRON BUSINESS SERVICE... | 01-001-0092618-01 CART LEASE | -3,048.75 |
| Bill Pmt -Check | 3/31/2010 | 1535 | FRANK L. BURNS JR. | CONSULTANT | -250.00 |
| Bill Pmt -Check | 3/18/2010 | 3928 | CHARTIS | W/C AUDIT POL # 3966680 8/21/08 - 2/21/09 | -13,608.00 |
| Bill Pmt -Check | 3/18/2010 | 3930 | CHARTIS | WC 6885666 AUDIT FINAL 8/21/07 - 8/21/08 | -29,255.00 |

Total 10118 · Provident Bank - Operating II         -439,448.46

**TOTAL**         -439,448.46

4:12 PM
04/21/10

*(handwritten: PAYROLL circled)*

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of March 31, 2010

*(handwritten: "C" 4 of 5)*

| Type | Date | Num | Memo | Split | Amount |
|---|---|---|---|---|---|
| **10200 · Provident Bank - Payroll** | | | | | |
| General Journal | 3/1/2010 | 1 | payroll transfer | 10118 · Provid... | 19,730.51 |
| General Journal | 3/3/2010 | 4 | PAYROLL TRANS... | 10118 · Provid... | 39,778.00 |
| General Journal | 3/10/2010 | 25 | UNEMPLOY INCR... | 10118 · Provid... | 4,789.36 |
| General Journal | 3/10/2010 | 26 | PAYROLL 3/4/10 | 10118 · Provid... | 44,442.61 |
| General Journal | 3/18/2010 | 38 | payroll 3/11/10 | 10118 · Provid... | 5,393.52 |
| General Journal | 3/18/2010 | 38 | PAYROLL 311/10 | 10118 · Provid... | 37,000.00 |
| General Journal | 3/18/2010 | 38 | PAYROLL 3/11/10 | 10118 · Provid... | 10,000.00 |
| General Journal | 3/24/2010 | 37 | payroll tranfer | 10118 · Provid... | 57,153.72 |
| General Journal | 3/24/2010 | 37 | payroll transfer | 10118 · Provid... | 299.37 |
| General Journal | 3/31/2010 | 2 | BANK FEES REF... | -SPLIT- | 1,410.00 |
| Total 10200 · Provident Bank - Payroll | | | | | 219,997.09 |
| **TOTAL** | | | | | **219,997.09** |

"C" 5 of 5

---

**Check 1143**

*031000040*
03/11/2010
6215110770

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-C
STOP PAYMENT

PRIVATE STOCK ENTERTAINMENT, LLC
WATER EXPLOSION ACCT
P.O. BOX 59087
WASHINGTON, DC 20012

DATE 3/01/10
PAY TO THE ORDER OF Hudson Valley Resort   $ 20,000⁰⁰
Twenty Thousand and ⁰⁰/₁₀₀ DOLLARS
Bank of America
FOR Sponsor Payments due wks Apprevant

"001143" :054001204: 001924023395"   /000 2000000/

---

**Check 1144**

*031000040*
03/17/2010
6618742406

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-C
STOP PAYMENT

PRIVATE STOCK ENTERTAINMENT, LLC
WATER EXPLOSION ACCT
P.O. BOX 59087
WASHINGTON, DC 20012

DATE 3/15/10
PAY TO THE ORDER OF Hudson Valley Resort   $ 20,000⁰⁰
Twenty Thousand and ⁰⁰/₁₀₀ DOLLARS
Bank of America
WE/O
FOR payment from Don's cashed-in 401k

"001144" :054001204: 001924023395"

---

**Check 1146**

*031000040*
03/17/2010
6618742407

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

PRIVATE STOCK ENTERTAINMENT, LLC
WATER EXPLOSION ACCT
P.O. BOX 59087
WASHINGTON, DC 20012

DATE 3/15/10
PAY TO THE ORDER OF Hudson Valley Resort & Spa   $ 7,417.68
Seven Thousand Four Hundred Seventeen ⁶⁸/₁₀₀ DOLLARS
Bank of America
FOR final bal (w/attrition) WE/O

"001146" :054001204: 001924023395"

3:38 PM
04/21/10

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of March 31, 2010

EXHIBIT "D"

| Type | Date | Num | Due Date | Account | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **E & S DEVELOPMENT & PROPERTIES** | | | | | | |
| Bill | 1/31/2010 | 13110 | 1/31/2010 | 20001 · Account Payable | 59 | 4,000.00 |
| Bill | 1/31/2010 | 13110 | 1/31/2010 | 20001 · Account Payable | 59 | 2,000.00 |
| Bill | 2/11/2010 | 21510 | 2/11/2010 | 20001 · Account Payable | 48 | 3,750.00 |
| Total E & S DEVELOPMENT & PROPERTIES | | | | | | 9,750.00 |
| **MATRIX TURF SOLUTIONS** | | | | | | |
| Bill | 3/21/2010 | 10320 | 3/21/2010 | 20001 · Account Payable | 10 | 15,407.73 |
| Total MATRIX TURF SOLUTIONS | | | | | | 15,407.73 |
| **NYS HOSPITALITY & TOURISM ASSOC** | | | | | | |
| Bill | 3/24/2010 | 22919 | 3/24/2010 | 20001 · Account Payable | 7 | 881.37 |
| Total NYS HOSPITALITY & TOURISM ASSOC | | | | | | 881.37 |
| **THYSSENKRUPP ELEVATOR CORP.** | | | | | | |
| Bill | 3/22/2010 | 5759 | 3/22/2010 | 20001 · Account Payable | 9 | 3,328.50 |
| Total THYSSENKRUPP ELEVATOR CORP. | | | | | | 3,328.50 |
| **TOTAL** | | | | | | 29,367.60 |