EXHIBIT "E"

OUTSTANDING INVOICES:          AS OF  03/31/10

| GROUP: | DATE OF GRP. | AMOUNT |
|---|---|---|
| KAUFMAN BAR MITZVAH | 7/31-8/2/09 | $889.28 |
| Mr. Silva Kaufman | | |
| 1471  42nd Street | **Did sign for Certified Return Receipt Letter** | |
| Brooklyn, NY  11219 | | |
| (___) 769-4511 | | |
| MIRELDA TORREZ POOL PARTY | 8/9/2009 | $791.98 |
| Ms. Marilda Torrez | | |
| Ellenville, NY  12428 | | |
| 845-647-6568 | | |
| HERITAGE RETREATS | 12/27/09-1/3/10 | $954.00 |
| Mr. Mordechai Kreitenberg | | |
| 657  Fenton Blvd | | |
| Clifton, NJ  07014 | | |
| (201) 806-9898 | | |
| DAVIS MEMORIAL (LEAH POTASH) | 01/22-24/10 | $2,425.25 |
| Mr. David Greenblatt | | |
| 26 Lawrence Avenue | | |
| Lawrence, NY 11559 | | |
| PRIVATE STOCK ENTERTAINMENT | 2/12-15/10 | $87,417.68 |
| Mr. Don Johnson | **Stop Payment issued on checks** | |
| Washington, DC | | |
| (202) 489-1032 | | |
| BRUCE FAMILY BIRTHDAY PARTY | 2/20/2010 | $68.00 |
| Ms. Maude Bruce | | |
| Ellenville, NY  12428 | | |
| 845-647-6371 | | |
| YCQ - KENNY YAGER | 3/05-07/10 | $9,500.00 |
| Tenafly, NJ | | |

*(handwritten, next to Private Stock Entertainment):* → $67,965.94 was charged to c/c on 03/17/10 - amount is on hold.

TOTAL OUTSTANDING INVOICES:      $102,046.19

*(handwritten):* − 67965.94

"F"

Operating

```
****************EXCLUDE-FlatSingle
17919 3.8390 EX 0.000   67 7 383

EVERYDAY LOGISTICS LLC
DBA HUDSON VALLEY RESORT
OPERATING ACCOUNT AS OF 1/8/10
400 GRANITE ROAD                          Date  3/31/10            Page   1
KERHONKSON NY 12446                        Primary Account      100000671168
                                           Enclosures                     181
```

E-STATEMENTS ARE HERE! To receive your statements and notices electronically,
simply go to providentbanking.com to sign up for Internet Banking or access the
E-Statements tab in your Internet Banking Account

************************* C H E C K I N G   A C C O U N T *************************

```
BUSINESS CHECKING II                  NUMBER OF ENCLOSURES             181
ACCOUNT NUMBER           100000671168 Statement Dates    3/01/10 thru  3/31/10
PREVIOUS BALANCE            65,770.19 DAYS IN THE STATEMENT PERIOD        31
   127 DEPOSITS/CREDITS    948,292.17 AVERAGE LEDGER              111,498.62
   228 CHECKS/DEBITS       904,937.40 AVERAGE COLLECTED            82,511.55
SERVICE CHARGE                    .00
INTEREST PAID                     .00
CURRENT BALANCE            109,124.96
```

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

```
                          DEPOSITS AND CREDITS
DATE      DESCRIPTION                              AMOUNT
3/01      MTOT DEP   BANKCARD                        791.40
          CCD  ID# 423849240093088
3/01      SETTLEMENT AMERICAN EXPRESS                327.80
          CCD  ID# 6314376260
3/01      SETTLEMENT AMERICAN EXPRESS                157.50
          CCD  ID# 6314376260
3/01      MTOT DEP   BANKCARD                        110.00
          CCD  ID# 423849240093088
3/01      MTOT DEP   BANKCARD                         40.00
          CCD  ID# 423849240093016
3/01      Deposit                                 58,055.28
3/01      Deposit                                 28,206.14
3/01      Deposit                                  1,235.61
3/01      Deposit                                    871.00
3/01      Deposit                                    511.00
3/02      MTOT DEP   BANKCARD                        529.00
          CCD  ID# 423849240093088
3/02      SETTLEMENT AMERICAN EXPRESS                300.00
          CCD  ID# 6314376260
```

```
                                          Date  3/31/10                    Page    2
                                          Primary Account         100000671168
                                          Enclosures                         181

BUSINESS CHECKING II            100000671168  (Continued)
```

## DEPOSITS AND CREDITS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 3/02 | Deposit | 2,134.01 |
| 3/03 | MTOT DEP   BANKCARD | 29.62 |
|      | CCD  ID# 423849240093016 | |
| 3/03 | Deposit | 50,000.00 |
| 3/03 | Deposit | 241.00 |
| 3/04 | MTOT DEP   BANKCARD | 194.70 |
|      | CCD  ID# 423849240093016 | |
| 3/04 | Deposit | 4,824.00 |
| 3/04 | Deposit | 1,231.23 |
| 3/05 | MTOT DEP   BANKCARD | 2,414.00 |
|      | CCD  ID# 423849240093088 | |
| 3/05 | SETTLEMENT AMERICAN EXPRESS | 239.53 |
|      | CCD  ID# 6314376260 | |
| 3/05 | MTOT DEP   BANKCARD | 52.48 |
|      | CCD  ID# 423849240093016 | |
| 3/05 | Deposit | 1,000.00 |
| 3/05 | Deposit | 144.00 |
| 3/08 | MTOT DEP   BANKCARD | 35,570.87 |
|      | CCD  ID# 423849240093088 | |
| 3/08 | SETTLEMENT AMERICAN EXPRESS | 428.50 |
|      | CCD  ID# 6314376260 | |
| 3/08 | MTOT DEP   BANKCARD | 305.25 |
|      | CCD  ID# 423849240093088 | |
| 3/08 | MTOT DEP   BANKCARD | 238.00 |
|      | CCD  ID# 423849240093016 | |
| 3/08 | SETTLEMENT AMERICAN EXPRESS | 200.00 |
|      | CCD  ID# 6314376260 | |
| 3/08 | SETTLEMENT AMERICAN EXPRESS | 164.73 |
|      | CCD  ID# 6314376302 | |
| 3/08 | MTOT DEP   BANKCARD | 124.00 |
|      | CCD  ID# 423849240093016 | |
| 3/08 | Deposit | 85,163.42 |
| 3/08 | Deposit | 1,888.41 |
| 3/08 | Deposit | 1,874.68 |
| 3/09 | MTOT DEP   BANKCARD | 2,089.45 |
|      | CCD  ID# 423849240093088 | |
| 3/09 | MTOT DEP   BANKCARD | 161.00 |
|      | CCD  ID# 423849240093016 | |
| 3/09 | SETTLEMENT AMERICAN EXPRESS | 5.40 |
|      | CCD  ID# 6314376260 | |
| 3/09 | Deposit | 52,937.45 |
| 3/09 | Deposit | 20,000.00 |
| 3/09 | Deposit | 6,103.28 |
| 3/10 | MTOT DEP   BANKCARD | 241.94 |
|      | CCD  ID# 423849240093016 | |

```
                                              Date  3/31/10              Page    3
                                              Primary Account      100000671168
                                              Enclosures                    181

BUSINESS CHECKING II              100000671168  (Continued)
```

## DEPOSITS AND CREDITS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 3/10 | SETTLEMENT AMERICAN EXPRESS | 200.00 |
|      | CCD  ID# 6314376260 | |
| 3/10 | MTOT DEP   BANKCARD | 200.00 |
|      | CCD  ID# 423849240093088 | |
| 3/10 | SETTLEMENT AMERICAN EXPRESS | 15.50 |
|      | CCD  ID# 6314376302 | |
| 3/10 | Deposit | 643.59 |
| 3/11 | MTOT DEP   SHOW MASTERCARD | 459.71 |
|      | CCD  ID# 423849240093088 | |
| 3/11 | SETTLEMENT AMERICAN EXPRESS | 228.00 |
|      | CCD  ID# 6314376260 | |
| 3/11 | MTOT DEP   SHOW MASTERCARD | 79.12 |
|      | CCD  ID# 423849240093016 | |
| 3/11 | Deposit | 971.50 |
| 3/12 | MTOT DEP   BANKCARD | 8.00 |
|      | CCD  ID# 423849240093016 | |
| 3/12 | Deposit | 40,000.00 |
| 3/12 | Deposit | 3,000.00 |
| 3/12 | Deposit | 2,373.05 |
| 3/15 | MTOT DEP   BANKCARD | 7,337.05 |
|      | CCD  ID# 423849240093088 | |
| 3/15 | SETTLEMENT AMERICAN EXPRESS | 5,103.00 |
|      | CCD  ID# 6314376260 | |
| 3/15 | MTOT DEP   BANKCARD | 1,126.35 |
|      | CCD  ID# 423849240093088 | |
| 3/15 | SETTLEMENT AMERICAN EXPRESS | 140.50 |
|      | CCD  ID# 6314376302 | |
| 3/15 | SETTLEMENT AMERICAN EXPRESS | 108.90 |
|      | CCD  ID# 6314376260 | |
| 3/15 | MTOT DEP   BANKCARD | 21.00 |
|      | CCD  ID# 423849240093016 | |
| 3/15 | Deposit | 20,000.00 |
| 3/15 | Deposit | 15,228.80 |
| 3/15 | Deposit | 14,401.31 |
| 3/15 | Deposit | 7,417.68 |
| 3/15 | Deposit | 5,861.63 |
| 3/15 | Deposit | 5,700.88 |
| 3/15 | Deposit | 2,675.11 |
| 3/15 | Deposit | 2,205.66 |
| 3/16 | MTOT DEP   BANKCARD | 6,343.95 |
|      | CCD  ID# 423849240093088 | |
| 3/16 | SETTLEMENT AMERICAN EXPRESS | 323.20 |
|      | CCD  ID# 6314376260 | |
| 3/16 | MTOT DEP   BANKCARD | 24.50 |
|      | CCD  ID# 423849240093016 | |
| 3/16 | Deposit | 25,943.00 |

Date  3/31/10                    Page    4
Primary Account          100000671168
Enclosures                        181

BUSINESS CHECKING II              100000671168   (Continued)

DEPOSITS AND CREDITS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 3/17 | MTOT DEP   BANKCARD | 802.50 |
|      | CCD  ID# 423849240093088 | |
| 3/17 | MTOT DEP   BANKCARD | 427.65 |
|      | CCD  ID# 423849240093016 | |
| 3/17 | SETTLEMENT AMERICAN EXPRESS | 407.60 |
|      | CCD  ID# 6314376260 | |
| 3/17 | Deposit | 585.50 |
| 3/17 | Service Charge Reversal | 390.00 |
| 3/18 | MTOT DEP   BANKCARD | 12,641.03 |
|      | CCD  ID# 423849240093088 | |
| 3/18 | SETTLEMENT AMERICAN EXPRESS | 4,299.20 |
|      | CCD  ID# 6314376260 | |
| 3/18 | MTOT DEP   BANKCARD | 52.72 |
|      | CCD  ID# 423849240093016 | |
| 3/18 | Miscellaneous Credit | 37,000.00 |
| 3/18 | Deposit | 7,000.00 |
| 3/18 | Deposit | 95.00 |
| 3/19 | MTOT DEP   BANKCARD | 1,304.50 |
|      | CCD  ID# 423849240093088 | |
| 3/19 | SETTLEMENT AMERICAN EXPRESS | 362.11 |
|      | CCD  ID# 6314376260 | |
| 3/19 | MTOT DEP   BANKCARD | 39.00 |
|      | CCD  ID# 423849240093016 | |
| 3/19 | Deposit | 47,754.00 |
| 3/19 | Deposit | 1,179.87 |
| 3/22 | MTOT DEP   BANKCARD | 63,832.51 |
|      | CCD  ID# 423849240093088 | |
| 3/22 | SETTLEMENT AMERICAN EXPRESS | 11,828.11 |
|      | CCD  ID# 6314376260 | |
| 3/22 | MTOT DEP   BANKCARD | 1,258.74 |
|      | CCD  ID# 423849240093088 | |
| 3/22 | SETTLEMENT AMERICAN EXPRESS | 241.68 |
|      | CCD  ID# 6314376260 | |
| 3/22 | MTOT DEP   BANKCARD | 211.00 |
|      | CCD  ID# 423849240093016 | |
| 3/22 | MTOT DEP   BANKCARD | 33.00 |
|      | CCD  ID# 423849240093016 | |
| 3/22 | Deposit | 9,743.01 |
| 3/22 | Deposit | 3,438.06 |
| 3/22 | Deposit | 349.90 |
| 3/23 | MTOT DEP   BANKCARD | 1,309.92 |
|      | CCD  ID# 423849240093088 | |
| 3/23 | MTOT DEP   BANKCARD | 711.52 |
|      | CCD  ID# 423849240093016 | |
| 3/23 | SETTLEMENT AMERICAN EXPRESS | 200.00 |
|      | CCD  ID# 6314376260 | |

Date  3/31/10                    Page    5
Primary Account          100000671168
Enclosures                        181

BUSINESS CHECKING II              100000671168  (Continued)

DEPOSITS AND CREDITS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 3/23 | Deposit | 22,704.20 |
| 3/24 | MTOT DEP    BANKCARD | 3,852.51 |
|      | CCD   ID# 423849240093088 | |
| 3/24 | MTOT DEP    BANKCARD | 385.15 |
|      | CCD   ID# 423849240093016 | |
| 3/24 | Deposit | 1,513.19 |
| 3/25 | MTOT DEP    BANKCARD | 63,083.44 |
|      | CCD   ID# 423849240093088 | |
| 3/25 | SETTLEMENT AMERICAN EXPRESS | 7,072.96 |
|      | CCD   ID# 6314376260 | |
| 3/25 | MTOT DEP    BANKCARD | 94.73 |
|      | CCD   ID# 423849240093016 | |
| 3/26 | MTOT DEP    BANKCARD | 220.00 |
|      | CCD   ID# 423849240093016 | |
| 3/26 | Deposit | 36,424.64 |
| 3/26 | Deposit | 24,793.00 |
| 3/26 | Deposit | 1,611.82 |
| 3/26 | Deposit | 950.00 |
| 3/29 | SETTLEMENT AMERICAN EXPRESS | 6,745.03 |
|      | CCD   ID# 6314376260 | |
| 3/29 | MTOT DEP    BANKCARD | 6,138.81 |
|      | CCD   ID# 423849240093088 | |
| 3/29 | MTOT DEP    BANKCARD | 809.51 |
|      | CCD   ID# 423849240093088 | |
| 3/29 | SETTLEMENT AMERICAN EXPRESS | 244.13 |
|      | CCD   ID# 6314376260 | |
| 3/29 | MTOT DEP    BANKCARD | 33.00 |
|      | CCD   ID# 423849240093016 | |
| 3/29 | Deposit | 1,131.75 |
| 3/29 | Miscellaneous Credit | 457.36 |
| 3/29 | Deposit | 292.48 |
| 3/29 | Deposit | 198.41 |
| 3/29 | Deposit | 194.00 |
| 3/30 | MTOT DEP    BANKCARD | 9,640.35 |
|      | CCD   ID# 423849240093088 | |
| 3/30 | SETTLEMENT AMERICAN EXPRESS | 847.65 |
|      | CCD   ID# 6314376260 | |
| 3/30 | Deposit | 14,389.25 |
| 3/30 | Deposit | 5,905.23 |
| 3/31 | MTOT DEP    BANKCARD | 760.69 |
|      | CCD   ID# 423849240093088 | |
| 3/31 | Deposit | 24.08 |

Date  3/31/10                Page    6
Primary Account       100000671168
Enclosures                      181

BUSINESS CHECKING II                 100000671168   (Continued)

CHECKS AND WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 3/01 | Chargeback | 20,000.00- |
| 3/01 | Chargeback | 20,000.00- |
| 3/01 | Chargeback Fee | 15.00- |
| 3/01 | Chargeback Fee | 15.00- |
| 3/01 | Miscellaneous Debit | 19,730.51- |
| 3/03 | Miscellaneous Debit | 39,778.00- |
| 3/03 | ELOGISTICS HERITAGENERGY IN | 15,147.72- |
|      | CCD  ID# PROVIDENT BANK | |
| 3/03 | MTOT DISC  BANKCARD | 1,078.34- |
|      | CCD  ID# 423849240093088 | |
| 3/03 | MTOT DISC  BANKCARD | 290.76- |
|      | CCD  ID# 423849240093016 | |
| 3/09 | Miscellaneous Debit | 37,000.00- |
| 3/10 | Miscellaneous Debit | 44,442.61- |
| 3/10 | Miscellaneous Debit | 4,789.36- |
| 3/11 | Chargeback | 20,000.00- |
| 3/11 | Chargeback | 5,700.88- |
| 3/11 | Chargeback Fee | 15.00- |
| 3/11 | Chargeback Fee | 15.00- |
| 3/11 | ELOGISTICS HERITAGENERGY IN | 12,670.01- |
|      | CCD  ID# PROVIDENT BANK | |
| 3/12 | AXP DISCNT AMERICAN EXPRESS | 110.23- |
|      | CCD  ID# 6314376260 | |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/15 | Paid Item Fee | 30.00- |
| 3/17 | Chargeback | 20,000.00- |
| 3/17 | Chargeback | 7,417.68- |
| 3/17 | Chargeback Fee | 15.00- |
| 3/17 | Chargeback Fee | 15.00- |
| 3/17 | COLLECTION AMERICAN EXPRESS | 77.25- |
|      | CCD  ID# 6314376302 | |
| 3/18 | Miscellaneous Debit | 37,000.00- |
| 3/18 | Debit | 29,255.00- |
| 3/18 | Debit | 13,608.00- |
| 3/18 | Miscellaneous Debit | 10,000.00- |

```
                                                    Date  3/31/10          Page    7
                                                    Primary Account        100000671168
                                                    Enclosures                      181
```

BUSINESS CHECKING II                    100000671168  (Continued)

### CHECKS AND WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 3/18 | Miscellaneous Debit | 5,393.52- |
| 3/23 | ELOGISTICS HERITAGENERGY IN | 12,356.16- |
|      | CCD  ID# PROVIDENT BANK | |
| 3/24 | Miscellaneous Debit | 57,153.72- |
| 3/24 | Miscellaneous Debit | 37,000.00- |
| 3/24 | Miscellaneous Debit | 299.37- |
| 3/31 | Miscellaneous Debit | 50,000.00- |
| 3/31 | ELOGISTICS HERITAGENERGY IN | 12,598.03- |
|      | CCD  ID# PROVIDENT BANK | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

### --- CHECKS IN NUMBER ORDER ---

| DATE | CHECK # | AMOUNT | DATE | CHECK # | AMOUNT |
|------|---------|--------|------|---------|--------|
| 3/05 | 1214 | 297.92 | 3/10 | 1326 | 20.00 |
| 3/05 | 1215 | 184.72 | 3/22 | 1327 | 2,830.00 |
| 3/03 | 1216 | 500.00 | 3/12 | 1328 | 600.00 |
| 3/03 | 1217 | 296.60 | 3/11 | 1329 | 662.57 |
| 3/03 | 1218 | 111.39 | 3/11 | 1330 | 162.00 |
| 3/10 | 1265* | 3,873.50 | 3/01 | 1331 | 492.40 |
| 3/02 | 1282* | 110.00 | 3/11 | 1332 | 800.00 |
| 3/04 | 1285* | 206.00 | 3/03 | 1333 | 37.24 |
| 3/12 | 1292* | 524.79 | 3/03 | 1335* | 148.87 |
| 3/01 | 1293 | 50.00 | 3/11 | 1336 | 10,481.74 |
| 3/15 | 1301* | 250.00 | 3/01 | 1337 | 2,254.41 |
| 3/03 | 1305* | 4,000.00 | 3/02 | 1338 | 2,243.89 |
| 3/15 | 1306 | 500.00 | 3/10 | 1339 | 3,750.00 |
| 3/03 | 1307 | 1,010.00 | 3/11 | 1340 | 2,525.14 |
| 3/08 | 1309* | 855.00 | 3/04 | 1341 | 1,448.28 |
| 3/01 | 1310 | 1,059.30 | 3/15 | 1342 | 4,000.00 |
| 3/04 | 1311 | 195.00 | 3/10 | 1343 | 500.00 |
| 3/05 | 1312 | 400.00 | 3/08 | 1344 | 36.00 |
| 3/05 | 1313 | 150.00 | 3/23 | 1345 | 124.00 |
| 3/05 | 1314 | 852.00 | 3/09 | 1346 | 102.00 |
| 3/04 | 1315 | 717.00 | 3/09 | 1347 | 6,782.31 |
| 3/05 | 1316 | 572.00 | 3/09 | 1348 | 1,949.20 |
| 3/05 | 1317 | 117.70 | 3/15 | 1349 | 450.00 |
| 3/04 | 1318 | 400.00 | 3/31 | 1350 | 51.00 |
| 3/01 | 1319 | 825.00 | 3/22 | 1351 | 3,126.24 |
| 3/15 | 1320 | 2,361.94 | 3/09 | 1353* | 500.00 |
| 3/10 | 1321 | 3,750.00 | 3/11 | 1354 | 2,547.29 |
| 3/11 | 1322 | 56,210.14 | 3/15 | 1355 | 252.18 |
| 3/02 | 1323 | 228.96 | 3/11 | 1356 | 214.32 |
| 3/12 | 1324 | 4,000.00 | 3/11 | 1357 | 75.01 |
| 3/15 | 1325 | 1,484.62 | 3/25 | 1358 | 35.00 |

* Denotes check numbers out of sequence

```
                                              Date  3/31/10              Page    8
                                              Primary Account      100000671168
                                              Enclosures                    181

        BUSINESS CHECKING II                  100000671168   (Continued)

                             --- CHECKS IN NUMBER ORDER ---
        DATE     CHECK #                 AMOUNT   DATE    CHECK #                AMOUNT
        3/16     1359                    222.15   3/16    1409                 1,464.00
        3/12     1360                     84.24   3/24    1410                    40.48
        3/10     1361                    477.04   3/16    1411                 2,470.90
        3/12     1362                    271.23   3/22    1412                 2,360.29
        3/12     1363                    315.03   3/18    1413                 1,371.85
        3/11     1365*                   287.18   3/17    1416*               34,496.61
        3/17     1366                     62.50   3/24    1418*                  110.00
        3/11     1367                  6,297.23   3/18    1419                   220.92
        3/15     1368                     74.48   3/22    1420                   123.00
        3/12     1369                  4,798.67   3/16    1421                   400.00
        3/17     1370                  1,177.93   3/22    1423*                  144.00
        3/16     1371                  1,713.96   3/24    1424                 4,000.00
        3/15     1372                 21,280.94   3/29    1425                   236.22
        3/10     1373                  1,911.88   3/23    1427*                   51.30
        3/10     1374                    428.03   3/25    1429*                  353.16
        3/10     1375                    327.76   3/30    1430                   377.89
        3/10     1376                  1,325.99   3/31    1431                 1,850.00
        3/11     1377                    644.26   3/22    1433*                  153.90
        3/15     1378                  4,000.00   3/23    1434                   178.80
        3/15     1379                    174.00   3/24    1435                     7.26
        3/12     1380                    102.00   3/24    1438*                3,750.00
        3/16     1381                    331.55   3/24    1439                   250.00
        3/26     1382                    396.13   3/25    1440                   380.69
        3/11     1383                    981.40   3/26    1441                   600.00
        3/17     1385*                    16.15   3/24    1442                   138.92
        3/12     1386                     42.10   3/26    1443                    37.24
        3/18     1387                    500.00   3/26    1444                   125.00
        3/10     1388                  5,117.38   3/22    1445                 1,455.12
        3/11     1389                    150.00   3/23    1446                 4,686.14
        3/15     1391*                   400.00   3/24    1447                   725.53
        3/12     1393*                 2,275.40   3/24    1448                 4,000.00
        3/15     1394                    200.00   3/25    1450*                3,593.18
        3/12     1395                 16,767.70   3/24    1451                 3,367.67
        3/12     1397*                 2,638.25   3/24    1452                 2,315.46
        3/15     1398                  2,365.52   3/29    1453                   470.00
        3/15     1399                  1,500.78   3/31    1457*                 200.00
        3/19     1400                    233.56   3/23    1458                   200.00
        3/16     1401                    204.50   3/23    1459                   750.00
        3/16     1402                    500.00   3/23    1460                   500.00
        3/17     1403                     37.24   3/23    1464*                1,050.00
        3/16     1404                  1,894.02   3/25    1465                   850.00
        3/15     1405                  8,494.57   3/23    1466                   800.00
        3/15     1406                  1,701.31   3/26    1467                   994.00
        3/16     1407                     79.90   3/23    1469*                  576.00
        3/23     1408                  3,150.00   3/23    1470                   393.46
        * Denotes check numbers out of sequence
```

```
                                          Date  3/31/10        Page    9
                                          Primary Account   100000671168
                                          Enclosures              181

BUSINESS CHECKING II              100000671168  (Continued)

                    --- CHECKS IN NUMBER ORDER ---
DATE    CHECK #               AMOUNT    DATE   CHECK #            AMOUNT
3/24    1471               7,492.77    3/31    1495*               42.80
3/24    1472                 822.96    3/26    1496               700.00
3/24    1473                 708.48    3/29    1499*             5,000.00
3/26    1475*              5,901.75    3/31    1503*             1,950.00
3/25    1476             11,188.41    3/31    1506*               16.34
3/31    1478*                500.00    3/26    1508*            1,170.32
3/29    1479                 125.00    3/29    1509             3,128.00
3/29    1480                 421.04    3/31    1510               197.26
3/26    1482*                102.00    3/29    1511               278.28
3/30    1483                 720.00    3/29    1512               228.96
3/29    1486*                502.65    3/29    1513               165.00
3/31    1488*                150.00    3/29    1514             3,500.00
3/29    1489               6,104.75    3/29    1517*            2,405.30
3/26    1491*              2,451.66    3/29    1518               868.90
3/30    1492                  50.00
 Denotes check numbers out of sequence

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                    DAILY BALANCE SUMMARY
DATE       BALANCE      DATE       BALANCE     DATE       BALANCE
3/01      91,634.30    3/11      56,462.05    3/23     165,710.37
3/02      92,014.46    3/12      69,313.46    3/24      48,078.60
3/03      79,886.16    3/15     106,760.99    3/25     101,929.29
3/04      83,169.81    3/16     130,114.66    3/26     153,450.65
3/05      84,445.48    3/17      69,412.55    3/29     146,261.03
3/08     209,512.34    3/18      33,151.21    3/30     175,895.62
3/09     244,575.41    3/19      83,557.13    3/31     109,124.96
3/10     175,162.89    3/22     165,300.59

YOU MAY DIRECT INQUIRIES OR REQUEST INFORMATION ABOUT YOUR STATEMENT, TERMS, FEES,
AND RATES: WRITE TO THE ADDRESS ON YOUR STATEMENT, STOP BY YOUR LOCAL BRANCH OR
CALL 845 369-8551.  THANK YOU FOR BANKING WITH PROVIDENT BANK.
```



Provident Bank

```
**************EXCLUDE-FlatSingle
17807 5.4080 EX 0.000   67 7 271

EVERYDAY LOGISTICS LLC
DBA HUDSON VALLEY RESORT
PAYROLL ACCOUNT
400 GRANITE ROAD
KERHONKSON NY 12446
```

Date  3/31/10          Page    1
Primary Account    100000379410
Enclosures                    386

E-STATEMENTS ARE HERE! To receive your statements and notices electronically,
simply go to providentbanking.com to sign up for Internet Banking or access the
E-Statements tab in your Internet Banking Account

********************* C H E C K I N G   A C C O U N T ***********************

CLASSIC BUSINESS CHECKING
ACCOUNT NUMBER              100000379410
PREVIOUS BALANCE             11,138.33
  31 DEPOSITS/CREDITS       269,997.09
 447 CHECKS/DEBITS          223,065.22
SERVICE CHARGE                   13.72
INTEREST PAID                      .00
CURRENT BALANCE              58,056.48

NUMBER OF ENCLOSURES                386
Statement Dates   3/01/10 thru  3/31/10
DAYS IN THE STATEMENT PERIOD         31
AVERAGE LEDGER                23,373.97
AVERAGE COLLECTED             23,373.97

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

                              DEPOSITS AND CREDITS
DATE       DESCRIPTION                              AMOUNT
3/01       Miscellaneous Credit              —  19,730.51
3/03       Miscellaneous Credit              —  39,778.00
3/10       Deposit                           —  44,442.61
3/10       Deposit                           —   4,789.36
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00
3/17       Rev OD/Uncollected Item Chg           `30.00