

Provident Bank

400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

```
                                        Date  3/31/10           Page    3
                                        Primary Account     100000379410
                                        Enclosures                   386

CLASSIC BUSINESS CHECKING            100000379410  (Continued)

                           CHECKS AND WITHDRAWALS
DATE      DESCRIPTION                             AMOUNT
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/15      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/16      Paid Item Fee                            30.00-
3/18      ADP - TAX  ADP TX/FINCL SVC          16,694.29-
          CCD  ID# 472516204905KDX
3/18      ADP - TAX  ADP TX/FINCL SVC          14,916.05-
          CCD  ID# 94KDX 031911A01
3/19      ADP - TAX  ADP TX/FINCL SVC             236.30-
          CCD  ID# 709029485140KDX
3/25      ADP - TAX  ADP TX/FINCL SVC          16,430.52-
          CCD  ID# 94KDX 032612A01
3/25      ADP - TAX  ADP TX/FINCL SVC             299.37-
          CCD  ID# 94KDX 6790594vv
3/26      ADP - TAX  ADP TX/FINCL SVC          17,240.88-
          CCD  ID# 604024527441KDX
3/26      ADP - TAX  ADP TX/FINCL SVC             235.91-
          CCD  ID# 604024527442KDX
```

47

# Provident Bank

```
                                    Date  3/31/10         Page    4
                                    Primary Account    100000379410
                                    Enclosures                  386

CLASSIC BUSINESS CHECKING          100000379410  (Continued)
                          CHECKS AND WITHDRAWALS
DATE      DESCRIPTION                          AMOUNT
3/31      Service Charge                        13.72-

.................................................................
```

```
                    --- CHECKS IN NUMBER ORDER ---
DATE    CHECK #         AMOUNT    DATE    CHECK #              AMOUNT
3/09    5529            230.11    3/02    6127                132.84
3/09    5530            196.77    3/03    6128                331.22
3/09    5602*           122.21    3/02    6129                225.86
3/09    5603            105.06    3/09    6130                196.97
3/11    5628*           491.14    3/01    6131                192.31
3/10    5629            491.14    3/04    6132                176.34
3/11    5705*           297.39    3/08    6133                228.39
3/10    5706            290.61    3/02    6134                232.79
3/10    5781*           490.73    3/03    6135                113.68
3/10    5782            297.99    3/01    6136                260.58
3/01    5961*           223.56    3/10    6137                249.70
3/01    6037*           222.01    3/08    6138                127.31
3/01    6039*           218.84    3/01    6139                121.99
3/01    6055*           103.34    3/01    6140                408.39
3/08    6058*            82.39    3/01    6141                161.84
3/01    6061*           145.67    3/03    6142                197.93
3/01    6064*           272.18    3/02    6143                151.10
3/03    6079*           223.77    3/01    6144                294.44
3/02    6082*            51.61    3/02    6145                134.47
3/02    6086*           267.47    3/02    6146                 80.71
3/03    6087             91.85    3/01    6147                399.96
3/10    6109*           179.51    3/01    6148                558.81
3/01    6110            143.35    3/03    6149                183.41
3/03    6111            332.15    3/02    6150                397.36
3/01    6112            270.45    3/02    6151                320.65
3/02    6113            113.68    3/02    6152                407.82
3/02    6114            137.54    3/01    6153                284.15
3/01    6115            301.71    3/04    6154                605.61
3/03    6116            266.95    3/02    6155                425.26
3/15    6117            275.73    3/02    6156                286.77
3/02    6118            338.37    3/03    6157                285.73
3/02    6119            200.33    3/02    6158                236.63
3/01    6120            175.21    3/02    6159                250.79
3/04    6121            237.48    3/02    6160                 51.61
3/01    6122            134.46    3/03    6161                157.95
3/08    6123            277.20    3/01    6162                565.19
3/01    6124            115.42    3/01    6163                253.71
3/03    6125            248.97    3/17    6164                234.83
3/01    6126            149.26    3/02    6165                486.22
* Denotes check numbers out of sequence
```



400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

```
                                          Date  3/31/10          Page   5
                                          Primary Account   100000379410
                                          Enclosures                  386

CLASSIC BUSINESS CHECKING          100000379410  (Continued)

                      --- CHECKS IN NUMBER ORDER ---
DATE   CHECK #          AMOUNT  DATE   CHECK #              AMOUNT
3/03    6166            77.15   3/08    6211               103.33
3/01    6167           386.63   3/11    6212               105.06
3/16    6168            39.04   3/05    6213               197.63
3/02    6169           238.23   3/18    6214                98.18
3/01    6170           373.39   3/08    6215               210.77
3/02    6171           360.64   3/09    6216               200.79
3/03    6172           286.88   3/09    6217               432.64
3/01    6173           891.61   3/09    6218                58.54
3/02    6174           249.52   3/09    6219                58.91
3/02    6175           288.40   3/08    6220                72.64
3/08    6176           223.23   3/08    6221               206.41
3/02    6177           350.24   3/15    6222               287.76
3/01    6178           188.03   3/09    6223                62.00
3/09    6179         1,077.58   3/08    6224               304.58
3/01    6180           145.14   3/08    6225               272.57
3/02    6181           653.37   3/10    6226               234.40
3/01    6182           674.19   3/08    6227               261.32
3/05    6183           401.87   3/08    6228               172.13
3/01    6184           419.73   3/15    6229               288.75
3/05    6185            83.49   3/09    6230                72.63
3/01    6186           411.89   3/05    6231               144.89
3/02    6187           469.01   3/09    6232                51.62
3/08    6188           101.66   3/05    6233               405.85
3/11    6189           321.45   3/08    6234               245.23
3/05    6190           227.78   3/10    6235               115.29
3/10    6191            49.95   3/08    6236               115.29
3/09    6192           296.70   3/09    6237               231.35
3/08    6193           217.03   3/05    6238               317.88
3/12    6194           140.60   3/05    6239               290.18
3/15    6195           147.19   3/05    6240               286.88
3/15    6196           157.55   3/05    6241               891.60
3/10    6197           168.48   3/08    6242                64.29
3/10    6198            79.62   3/05    6243               130.31
3/08    6199           133.64   3/08    6244                29.78
3/10    6200            49.68   3/05    6245               350.24
3/17    6201           146.85   3/09    6246             1,077.58
3/09    6202            49.69   3/16    6247               201.63
3/11    6203            83.03   3/09    6248               653.37
3/19    6204            54.00   3/05    6249               683.27
3/11    6205           205.47   3/09    6250               401.87
3/09    6206            84.38   3/05    6251               409.03
3/09    6207           114.21   3/10    6252                83.47
3/09    6208            88.00   3/05    6253               411.88
3/05    6209           117.31   3/09    6254               413.94
3/08    6210            43.07   3/15    6255                99.35
* Denotes check numbers out of sequence
```

# Provident Bank

```
                                    Date  3/31/10          Page    6
                                    Primary Account    100000379410
                                    Enclosures                  386

    CLASSIC BUSINESS CHECKING          100000379410  (Continued)

                        --- CHECKS IN NUMBER ORDER ---
    DATE    CHECK #              AMOUNT    DATE    CHECK #              AMOUNT
    3/16    6256              259.16    3/15    6301              253.71
    3/15    6257              226.13    3/19    6302              185.84
    3/16    6258              227.49    3/17    6303               95.53
    3/12    6259              218.09    3/15    6305*             124.53
    3/12    6260              232.02    3/16    6306              188.71
    3/15    6261              302.78    3/12    6307              330.77
    3/16    6262              303.61    3/12    6308              338.67
    3/17    6263              226.96    3/12    6309              313.84
    3/15    6264              249.38    3/15    6310              891.60
    3/16    6265              253.45    3/15    6311              133.88
    3/17    6266              288.88    3/12    6312              253.92
    3/15    6267              267.42    3/12    6313              346.39
    3/16    6268               48.29    3/15    6314               88.18
    3/15    6269              265.12    3/18    6315            1,077.58
    3/12    6270               23.23    3/15    6316              181.97
    3/12    6271              211.27    3/16    6317              653.37
    3/16    6272              135.98    3/15    6318              810.31
    3/16    6273              172.70    3/16    6319              507.98
    3/12    6274              132.74    3/12    6320              481.60
    3/15    6275              193.13    3/18    6321               83.48
    3/22    6276              153.35    3/12    6322              411.88
    3/12    6277              193.45    3/16    6323              409.11
    3/18    6278              139.80    3/22    6324              155.10
    3/15    6279               97.80    3/24    6325              326.79
    3/15    6280              108.42    3/19    6326              252.42
    3/16    6281              359.39    3/23    6327               65.44
    3/18    6282              139.95    3/23    6328              227.96
    3/16    6283               29.22    3/19    6329              345.25
    3/19    6284              176.72    3/23    6330              112.95
    3/16    6285               75.78    3/22    6331              277.90
    3/23    6286              116.65    3/23    6333*             392.85
    3/15    6287              231.62    3/29    6334              195.18
    3/15    6288              293.71    3/22    6335              264.49
    3/15    6289               48.13    3/23    6336              287.88
    3/16    6290              199.01    3/26    6337              228.94
    3/24    6291              230.85    3/29    6338              316.37
    3/15    6292              216.21    3/19    6339              229.59
    3/12    6293              179.79    3/22    6340              275.58
    3/12    6294              211.12    3/22    6341              202.13
    3/16    6295              184.99    3/22    6342              337.82
    3/15    6296              226.62    3/19    6343              140.32
    3/16    6297              180.16    3/19    6344              237.82
    3/12    6298              133.93    3/23    6345               98.34
    3/16    6299               53.26    3/19    6346              185.57
    3/12    6300              474.13    3/19    6347              256.39
    * Denotes check numbers out of sequence
```



Provident Bank

400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

```
                                        Date  3/31/10          Page     7
                                        Primary Account    100000379410
                                        Enclosures                   386

   CLASSIC BUSINESS CHECKING            100000379410  (Continued)

                     --- CHECKS IN NUMBER ORDER ---
   DATE    CHECK #               AMOUNT    DATE    CHECK #               AMOUNT
   3/22     6348                 194.60    3/24     6394                  81.44
   3/22     6349                 162.52    3/19     6395                 348.31
   3/23     6350                 169.92    3/30     6396                  57.86
   3/19     6351                 317.16    3/29     6397               1,077.58
   3/19     6352                 210.21    3/22     6398                 130.41
   3/24     6353                 101.92    3/23     6399                 653.37
   3/19     6354                 177.71    3/19     6400                 665.13
   3/19     6355                 150.93    3/23     6401                 401.87
   3/22     6356                 132.46    3/19     6402                 419.73
   3/24     6357                 135.69    3/29     6403                  83.47
   3/23     6358                 142.74    3/19     6404                 411.89
   3/19     6359                 284.16    3/23     6405                 458.28
   3/23     6360                 113.69    3/29     6406                 176.66
   3/19     6361                 154.11    3/30     6407                 268.27
   3/22     6362                  46.87    3/26     6408                 214.58
   3/19     6363                 379.80    3/30     6409                 131.01
   3/22     6364                 328.66    3/26     6411*                293.68
   3/23     6365                 268.83    3/31     6412                 148.61
   3/19     6366                 131.03    3/30     6416*                317.15
   3/24     6367                 308.57    3/29     6417                 186.15
   3/19     6368                 294.51    3/29     6418                 171.89
   3/23     6369                 320.32    3/31     6419                 182.98
   3/19     6370                 213.61    3/29     6421*                176.22
   3/23     6371                  87.50    3/26     6422                 120.61
   3/22     6372                 250.96    3/30     6424*                166.12
   3/23     6373                 295.93    3/29     6426*                135.37
   3/24     6374                  90.64    3/29     6427                 202.29
   3/22     6375                 275.73    3/30     6428                 147.89
   3/22     6376                 275.74    3/26     6429                 187.06
   3/19     6377                 162.13    3/26     6430                 182.85
   3/23     6378                  51.62    3/29     6431                 154.62
   3/22     6379                 511.02    3/30     6434*                146.59
   3/19     6380                 140.68    3/26     6435                 185.06
   3/23     6381                 253.70    3/26     6437*                103.98
   3/26     6382                  93.76    3/26     6440*                180.47
   3/23     6383                 114.79    3/30     6442*                166.25
   3/24     6384                  69.79    3/26     6443                 258.36
   3/19     6385                 165.27    3/30     6444                 191.84
   3/22     6387*                191.47    3/29     6445                 214.58
   3/19     6388                 277.07    3/29     6446                 248.57
   3/19     6389                 360.64    3/29     6447                 270.44
   3/19     6390                 281.46    3/29     6448                 272.76
   3/19     6391                 891.61    3/30     6449                 334.49
   3/22     6392                 215.00    3/26     6450                 355.10
   3/19     6393                 268.74    3/29     6451                 237.75
   * Denotes check numbers out of sequence
```

# Provident Bank

```
                                          Date  3/31/10              Page    8
                                          Primary Account     100000379410
                                          Enclosures                    386

   CLASSIC BUSINESS CHECKING              100000379410  (Continued)

                          --- CHECKS IN NUMBER ORDER ---
   DATE    CHECK #              AMOUNT    DATE   CHECK #                 AMOUNT
   3/29    6454*               408.00    3/29    6476                   202.47
   3/29    6455               129.15    3/26    6477                   261.97
   3/29    6456               251.57    3/26    6478                   281.35
   3/26    6457               261.38    3/26    6479                   286.87
   3/29    6458               209.88    3/26    6480                   891.60
   3/30    6459               262.65    3/29    6481                   712.21
   3/26    6460               307.29    3/29    6482                   146.31
   3/29    6461               389.12    3/26    6483                   214.57
   3/30    6462               297.13    3/29    6484                    72.83
   3/29    6463               430.34    3/26    6485                   342.54
   3/26    6466*              135.50    3/30    6486                   180.09
   3/30    6467               101.56    3/26    6487                 1,077.58
   3/26    6468               589.32    3/29    6488                   191.80
   3/26    6469               310.18    3/30    6489                   653.36
   3/29    6470               253.71    3/26    6490                   665.12
   3/30    6471               239.26    3/31    6491                   401.87
   3/29    6473*               68.98    3/26    6492                   419.73
   3/30    6474               133.92    3/29    6494*                  411.88
   3/26    6475               112.95    3/30    6495                   447.58
   * Denotes check numbers out of sequence


   ........................................................................

                           DAILY BALANCE SUMMARY
   DATE      BALANCE      DATE       BALANCE       DATE      BALANCE
   3/01     21,401.40    3/11      27,807.88     3/23       7,706.51
   3/02     13,862.11    3/12      22,939.53     3/24      63,813.91
   3/03     50,842.47    3/15      11,150.25     3/25      47,084.02
   3/04     25,483.04    3/16       6,067.92     3/26      20,909.46
   3/05     19,860.27    3/17       6,484.87     3/29      13,046.68
   3/08     16,368.01    3/18      25,729.06     3/30       8,803.66
   3/09     10,091.09    3/19      16,722.95     3/31      58,056.48
   3/10     56,542.49    3/22      12,341.14
```

YOU MAY DIRECT INQUIRIES OR REQUEST INFORMATION ABOUT YOUR STATEMENT, TERMS, FEES, AND RATES; WRITE TO THE ADDRESS ON YOUR STATEMENT, STOP BY YOUR LOCAL BRANCH OR CALL 845 369-8551.  THANK YOU FOR BANKING WITH PROVIDENT BANK.



**Provident Bank**

400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

```
************AUTO**5-DIGIT 12446
8169 0.7110 AV 0.335    36 1 82
EVERYDAY LOGISTICS LLC
DBA HUDSON VALLEY RESORT
400 GRANITE ROAD
KERHONKSON NY 12446
```

Date  3/31/10          Page   1
Primary Account    100000379396
Enclosures                    1

E-STATEMENTS ARE HERE! To receive your statements and notices electronically,
simply go to providentbanking.com to sign up for Internet Banking or access the
E-Statements tab in your Internet Banking Account

***************** C H E C K I N G   A C C O U N T *****************

```
FREE BUSINESS CHECKING            NUMBER OF ENCLOSURES            1
ACCOUNT NUMBER        100000379396  Statement Dates   3/01/10 thru  3/31/10
PREVIOUS BALANCE          340.80   DAYS IN THE STATEMENT PERIOD      31
     DEPOSITS/CREDITS        .00   AVERAGE LEDGER               258.55
     3 CHECKS/DEBITS      340.80   AVERAGE COLLECTED            258.55
SERVICE CHARGE                .00
INTEREST PAID                 .00
CURRENT BALANCE               .00
```

CHECKS AND WITHDRAWALS

```
DATE      DESCRIPTION                         AMOUNT
3/15      LEGAL PROCESS FEE                   100.00-
3/26      SHIFT4CORP Shift4 Corp               42.39-
          CCD  ID# C9725
3/29      Closing Transaction                 198.41-
```

DAILY BALANCE SUMMARY
```
DATE      BALANCE       DATE       BALANCE
3/01       340.80       3/26        198.41
3/15       240.80       3/29           .00
```

YOU MAY DIRECT INQUIRIES OR REQUEST INFORMATION ABOUT YOUR STATEMENT, TERMS, FEES,
AND RATES; WRITE TO THE ADDRESS ON YOUR STATEMENT, STOP BY YOUR LOCAL BRANCH OR
CALL 845 369-8551.  THANK YOU FOR BANKING WITH PROVIDENT BANK.