11:54 AM
05/28/10
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of April 30, 2010

EXHIBIT "C"
p. 1 of 4

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| 10114 · Chase Bank - Operating DIP Acct | | | | | |
| Bill Pmt -Check | 4/30/2010 | 0 | HERITAGENERGY | 223032 LP / OIL | -11,760.24 |
| Bill Pmt -Check | 4/20/2010 | 0 | HERITAGENERGY | 223032 LP / OIL | -14,608.77 |
| Bill Pmt -Check | 4/8/2010 | 2003 | DEBRA MARCUS | PPE 4/1/10 | -240.00 |
| Bill Pmt -Check | 4/8/2010 | 2004 | FRANK L. BURNS JR. | CONSULTANT | -250.00 |
| Bill Pmt -Check | 4/8/2010 | 2005 | GILLETTE CREAMERY | VOID: Ice Cream Delivery | 0.00 |
| Bill Pmt -Check | 4/8/2010 | 2006 | JIM MONTANYA | MONTHLY WATER REPORTS 3/31/10 | -450.00 |
| Bill Pmt -Check | 4/8/2010 | 2007 | LEA ANI KAISER | PPE 4/1/10 | -225.00 |
| Bill Pmt -Check | 4/8/2010 | 2008 | LORNA M. BOUGHTON | PPE 4/1/10 | -51.00 |
| Bill Pmt -Check | 4/8/2010 | 2009 | LYNDA DuBOIS | PPE 4/1/10 | -220.00 |
| Bill Pmt -Check | 4/8/2010 | 2010 | MIRYAM SANTIAGO | PPE 4/1/10 | -158.00 |
| Bill Pmt -Check | 4/8/2010 | 2011 | MURRIETTA ROSA LEE | PPE 4/1/10 | -87.00 |
| Bill Pmt -Check | 4/8/2010 | 2012 | NICOLE S. LaBOUNTY | PPE 4/1/10 | -102.00 |
| Bill Pmt -Check | 4/8/2010 | 2013 | RAY POLLARD JR | PPE 4/1/10 | -259.00 |
| Bill Pmt -Check | 4/8/2010 | 2014 | SYSCO FOOD SERVICES | 271957 FOOD DEL | -4,272.15 |
| Bill Pmt -Check | 4/8/2010 | 2015 | U.S. FOOD SERVICE | 40334799 | -2,087.61 |
| Bill Pmt -Check | 4/8/2010 | 2016 | HOME DEPOT SUPPLY FACILIT... | ENGINEERING SUPPLIES / ROOM SUPPLIES | -1,353.95 |
| Bill Pmt -Check | 4/8/2010 | 2017 | LEISURE TIME SPRING WATER | acct# 20990 Monthly Spa Water | -331.72 |
| Bill Pmt -Check | 4/9/2010 | 2018 | GILLETTE CREAMERY | Ice Cream Delivery | -417.12 |
| Bill Pmt -Check | 4/12/2010 | 2020 | PERKINS d/b/a MT ELLIS PAPE... | room supplies/cleaning | -1,629.93 |
| Bill Pmt -Check | 4/13/2010 | 2021 | ADP, INC | PAYROLL PROCESSING | -513.40 |
| Bill Pmt -Check | 4/1/2010 | 2022 | AFCO | GL INS. 17-10-107002-9 CHECK FROM 4/1/10 VOIDED | -21,280.94 |
| Bill Pmt -Check | 4/13/2010 | 2023 | AWESCO | CYLINDER RENTAL | -8.37 |
| Bill Pmt -Check | 4/13/2010 | 2024 | BOLLINGER, INC GROUP DEPT | HEALTH INS.X0005-401614 | -5,485.61 |
| Bill Pmt -Check | 4/13/2010 | 2025 | CENTRAL HUDSON | ELECTRIC FOR MARCH 10 | -32,239.19 |
| Bill Pmt -Check | 4/13/2010 | 2026 | COFFEE SYSTEM OF THE HUD... | 150620 COFFEE DEL | -151.87 |
| Bill Pmt -Check | 4/13/2010 | 2027 | CULLIGAN WATER CONDITIONI... | Acct# 10604676 water softener system | -107.77 |
| Bill Pmt -Check | 4/13/2010 | 2028 | DEBRA MARCUS | PPE 4/8/10 | -149.00 |
| Bill Pmt -Check | 4/13/2010 | 2029 | FRANK L. BURNS JR. | CONSULTANT | -250.00 |
| Bill Pmt -Check | 4/13/2010 | 2030 | GINA MARIE MONTALVO | PPE 4/8/10 | -138.00 |
| Bill Pmt -Check | 4/13/2010 | 2031 | HOME DEPOT SUPPLY FACILIT... | ROOMS & SPA SUPPLIES | -701.45 |
| Bill Pmt -Check | 4/13/2010 | 2032 | HUDSON VALLEY INTERNET | INTERNET | -39.95 |
| Bill Pmt -Check | 4/13/2010 | 2033 | J.C. EHRLICH CO. INC | 8078792 PEST CONTROL | -1,965.60 |
| Bill Pmt -Check | 4/13/2010 | 2034 | LEISURE TIME SPRING WATER | VOID: WATER DELIVERY FOR SPA | 0.00 |
| Bill Pmt -Check | 4/13/2010 | 2035 | LORNA M. BOUGHTON | PPE 4/8/10 | -230.40 |
| Bill Pmt -Check | 4/13/2010 | 2036 | LYNDA DuBOIS | PPE 4/8/10 | -516.00 |
| Bill Pmt -Check | 4/13/2010 | 2037 | METRO FIRE & SAFETY CO., INC. | ANNUAL CENTRAL STATION MONITORING | -225.00 |
| Bill Pmt -Check | 4/13/2010 | 2038 | NICOLE S. LaBOUNTY | PPE 4/8/10 | -522.00 |
| Bill Pmt -Check | 4/13/2010 | 2039 | PEPSI COLA OF HUDSON VALL... | 30126 SODA DELIVERY | -774.80 |
| Bill Pmt -Check | 4/13/2010 | 2040 | PERFECT COMPUTER SOLUTI... | 50% DEP FOR ANNUAL SUPPORT, BATTERY, UPG... | -5,389.16 |
| Bill Pmt -Check | 4/13/2010 | 2041 | R&R PRODUCTS | GROUNDS EQUIP MAINTAINCE & REPAIR | -560.75 |
| Bill Pmt -Check | 4/13/2010 | 2042 | RAY POLLARD JR | PPE 4/8/10 | -404.00 |
| Bill Pmt -Check | 4/13/2010 | 2043 | RELIABLE OFFICE SUPPLIES | VOID: | 0.00 |
| Bill Pmt -Check | 4/13/2010 | 2044 | STEDNER PRINTING | envelopes # 10 | -553.99 |
| Bill Pmt -Check | 4/13/2010 | 2045 | THE HARTFORD | 166 12838463 WORKERS COMP INS | -5,885.58 |
| Bill Pmt -Check | 4/13/2010 | 2046 | THOMAS DUBOIS | PPE 4/8/10 | -57.00 |
| Bill Pmt -Check | 4/13/2010 | 2047 | THYSSENKRUPP ELEVATOR C... | 934043 ELEVATOR SERVICES | -2,360.29 |
| Bill Pmt -Check | 4/13/2010 | 2048 | U.S. FOOD SERVICE | 40334799 BALANCE FROM 4/9/10 DEL FOOD | -67.26 |
| Bill Pmt -Check | 4/13/2010 | 2049 | ULSTER COUNTY SHERIFF | BOUGHTON ID# 8 - 1529 | -25.60 |
| Bill Pmt -Check | 4/13/2010 | 2050 | UNIFIRST CORP. | CHEF UNIFORMS | -74.48 |
| Bill Pmt -Check | 4/13/2010 | 2051 | Zurich | Policy # 5291950-3 1/1-3/31/10 NYS Diability | -2,061.84 |
| Bill Pmt -Check | 4/13/2010 | 2052 | Chase Credit Card | LAUNDRY EXP. GRAOUNDS | -2,089.74 |
| Bill Pmt -Check | 4/13/2010 | 2053 | RELIABLE OFFICE SUPPLIES | OFFICE SUPPLIES ALL DEPARTMENTS | -976.42 |
| Bill Pmt -Check | 4/13/2010 | 2054 | SYSCO FOOD SERVICES | 271957 FOOD DELIVERY | -10,400.58 |
| Bill Pmt -Check | 4/13/2010 | 2055 | U.S. FOOD SERVICE | 40334799 FOOD DELIVERY | -1,541.68 |
| Bill Pmt -Check | 4/13/2010 | 2056 | HUDSON VALLEY TENT CO. INC | TABLES/ CHAIRS | -1,281.28 |
| Bill Pmt -Check | 4/14/2010 | 2057 | BRIAN SHANLEY | SECURITY ROCK THE RESORT 4/9-12/10 | -140.00 |
| Bill Pmt -Check | 4/14/2010 | 2058 | CHRIS DEPEW | SECURITY ROCK THE RESORT 4/9-12/10 | -252.00 |
| Bill Pmt -Check | 4/14/2010 | 2059 | DAVE BERMAN | SECURITY ROCK THE RESORT 4/9-12/10 | -140.00 |
| Bill Pmt -Check | 4/14/2010 | 2060 | ERNIE BONELLI | SECURITY ROCK THE RESORT 4/9-12/10 | -378.00 |
| Bill Pmt -Check | 4/14/2010 | 2061 | STEVE WESTRIDGE | SECURITY ROCK THE RESORT 4/9-12/10 | -434.00 |
| Bill Pmt -Check | 4/14/2010 | 2062 | TONY BONELLI | SECURITY ROCK THE RESORT 4/9-12/10 | -252.00 |
| Bill Pmt -Check | 4/14/2010 | 2063 | TROY MEKULIK | SECURITY ROCK THE RESORT 4/9-12/10 | -510.00 |
| Bill Pmt -Check | 4/14/2010 | 2064 | TROY MEKULIK JR. | SECURITY ROCK THE RESORT 4/9-12/10 | -112.00 |
| Bill Pmt -Check | 4/14/2010 | 2065 | DAN DANIELS | VOID: ROOT ZONE SAND FOR TOP DRESSING 32 T... | 0.00 |
| Bill Pmt -Check | 4/14/2010 | 2066 | EVERYDAY LOGISTICS | ✱ PAYROLL DEPOSIT | -51,313.67 |
| Bill Pmt -Check | 4/14/2010 | 2067 | CHASE | VOID: maintaince expenses | 0.00 |
| Bill Pmt -Check | 4/14/2010 | 2068 | DAN DANIELS | ROOT ZONE SAND FOR TOP DRESSING 32 TON | -1,115.00 |

11:54 AM
05/28/10
Accrual Basis

"C" 2 of 4

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of April 30, 2010

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 4/16/2010 | 2069 | SYSCO FOOD SERVICES | 271957 Food Del | -6,347.75 |
| Bill Pmt -Check | 4/15/2010 | 2070 | BANK OF AMERICA - OFC | Operating Expenses M passover | -2,100.00 |
| Bill Pmt -Check | 4/15/2010 | 2071 | AMERICAN EXPRESS | maintaince expenses | -5,094.27 |
| Bill Pmt -Check | 4/16/2010 | 2072 | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES | -4,000.00 |
| Bill Pmt -Check | 4/16/2010 | 2073 | BANK OF AMERICA - OFC | PROFESSIONAL FEES | -4,500.00 |
| Bill Pmt -Check | 4/16/2010 | 2074 | AATC | HUDSON VALLEY REGION, NY ( ULSTER & DUTCH... | -200.00 |
| Bill Pmt -Check | 4/16/2010 | 2075 | AVAYA INC | ACCT# 0101838345 PBX SERVICE | -1,926.00 |
| Bill Pmt -Check | 4/16/2010 | 2076 | CLEAR CHANNEL AIRPORTS | CONTRACT # USA012699 AIRPORT DISPLAY | -600.00 |
| Bill Pmt -Check | 4/16/2010 | 2077 | CORNER STONE | 5004202 Phone Expense | -2,774.18 |
| Bill Pmt -Check | 4/16/2010 | 2078 | DESTINATIONS OF NEW YORK ... | GOLF AD | -295.00 |
| Bill Pmt -Check | 4/16/2010 | 2079 | IKON FINANCIAL SERVICES | 1329244-SNC257 Copier Lease | -353.16 |
| Bill Pmt -Check | 4/16/2010 | 2080 | LAMELA'S SANITATION & RECY... | ACCT# 110916 WASTE REMOVAL 3/31/10 | -3,845.88 |
| Bill Pmt -Check | 4/16/2010 | 2081 | PEPSI COLA OF HUDSON VALL... | 30126 Soda Delivery | -654.35 |
| Bill Pmt -Check | 4/16/2010 | 2082 | TIME WARNER CABLE | Room & Internet Cable | -1,371.85 |
| Bill Pmt -Check | 4/16/2010 | 2083 | ULSTER COUNTY DEVELOPME... | CONFERENCE FOR TOURISM 5/4/10 | -35.00 |
| Bill Pmt -Check | 4/16/2010 | 2084 | UNIFIRST CORP. | uniforms | -37.24 |
| Bill Pmt -Check | 4/16/2010 | 2085 | Yellow Book USA | ACCT# A0JLPQ DIRECTORY ADVERTISING | -125.00 |
| Bill Pmt -Check | 4/16/2010 | 2086 | TEXTRON BUSINESS SERVICE... | Golf Cart Lease 01-001-0092618-01 | -3,048.75 |
| Bill Pmt -Check | 4/16/2010 | 2087 | SOYUZIVKA -UNA ESTATE | LATIN AMERICAN GROUP Refund | -7,020.00 |
| Bill Pmt -Check | 4/19/2010 | 2088 | BANK OF AMERICA - OFC | OPERATING EXPENSE - M FOOD | -3,750.00 |
| Bill Pmt -Check | 4/19/2010 | 2089 | BANK OF AMERICA - OFC | OPERATING EXPENSE - M FOOD | -3,500.00 |
| Bill Pmt -Check | 4/19/2010 | 2090 | PERKINS d/b/a MT ELLIS PAPE... | KITCHEN/ROOMS/ACCT SUPPLIES | -2,067.81 |
| Bill Pmt -Check | 4/19/2010 | 2091 | TAMAR YABLONSKI | REFUND | -2,469.74 |
| Bill Pmt -Check | 4/20/2010 | 2092 | SYSCO FOOD SERVICES | 271957 Food | -7,817.34 |
| Bill Pmt -Check | 4/20/2010 | 2093 | U.S. FOOD SERVICE | 40334799 Food Del | -2,406.98 |
| Bill Pmt -Check | 4/20/2010 | 2094 | CHASE | 00411610048715 Hotel Expenses | -5,073.66 |
| Bill Pmt -Check | 4/21/2010 | 2095 | ADP, INC | ACCT# 00020-O63259 PAYROLL PROCESSING | -236.22 |
| Bill Pmt -Check | 4/21/2010 | 2096 | GINA MARIE MONTALVO | PPE 4/15/10 | -396.00 |
| Bill Pmt -Check | 4/23/2010 | 2097 | LAMELA'S SANITATION & RECY... | PASSOVER WASTE REMOVAL | -2,147.58 |
| Bill Pmt -Check | 4/21/2010 | 2098 | MEGASYS HOSPITALITY SYST... | FRONT OFFICE FIX | -62.50 |
| Bill Pmt -Check | 4/21/2010 | 2099 | MURRIETTA ROSA LEE | PPE 4/15/10 | -153.00 |
| Bill Pmt -Check | 4/21/2010 | 2100 | SPA PARTNERS | SUPPLIES FOR SPA | -305.43 |
| Bill Pmt -Check | 4/21/2010 | 2101 | SYSCO FOOD SERVICES | 271957 Food Del Bal | -67.61 |
| Bill Pmt -Check | 4/21/2010 | 2102 | THOMAS DUBOIS | PPE 4/15/10 | -61.00 |
| Bill Pmt -Check | 4/21/2010 | 2103 | GINSBERG'S | VOID: 48878 | 0.00 |
| Bill Pmt -Check | 4/21/2010 | 2104 | GINSBERG'S | 48878 Settlement Food Dels | -5,862.89 |
| Bill Pmt -Check | 4/21/2010 | 2105 | FRANK L. BURNS JR. | Consultant 4/17/10 | -250.00 |
| Bill Pmt -Check | 4/21/2010 | 2106 | GINSBERG'S | 48878 Interest Settlement | -50.10 |
| Bill Pmt -Check | 4/21/2010 | 2107 | STEPHANIE DONATO | ATTORNEY FEES / SETTLEMENT | -1,000.00 |
| Bill Pmt -Check | 4/23/2010 | 2108 | WILFRED MACDONALD INC. | 200700 Grounds Equip Repairs | -459.14 |
| Bill Pmt -Check | 4/21/2010 | 2109 | HIGHWAY DISPLAYS | 2580 Billboard Ad | -600.00 |
| Bill Pmt -Check | 4/21/2010 | 2110 | E & S DEVELOPMENT & PROP... | VOID: MANAGEMENT FEES FOR 4/23/10 | 0.00 |
| Bill Pmt -Check | 4/21/2010 | 2111 | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES FOR 4/23/10 | -4,000.00 |
| Bill Pmt -Check | 4/23/2010 | 2112 | SYSCO FOOD SERVICES | 271957 Food Del | -4,288.51 |
| Bill Pmt -Check | 4/23/2010 | 2113 | JACK BRENO | Reimbursment for Range Fees, Club Rental, Merch., Le... | -433.91 |
| Bill Pmt -Check | 4/23/2010 | 2114 | JACK SWERZIE | COMEDIAN JIMMY STURR | -550.00 |
| Bill Pmt -Check | 4/23/2010 | 2115 | BANK OF AMERICA - OFC (HIL... | RE: 4/23/10 Beverage | -1,050.00 |
| Bill Pmt -Check | 4/23/2010 | 2116 | MARYANN KRUM | UNIFORMS FRONT DESK | -502.91 |
| Bill Pmt -Check | 4/23/2010 | 2117 | CASH | PETTY CASH | -1,065.43 |
| Bill Pmt -Check | 4/26/2010 | 2118 | Chase Credit Card | Hotel Expenses postage, spa equip. repair | -1,925.36 |
| Bill Pmt -Check | 4/26/2010 | 2119 | Chase Credit Card | Maintaince Expenses plumbing , painting | -2,928.57 |
| Bill Pmt -Check | 4/26/2010 | 2122 | STEVE DRABYK | SECURITY | -200.00 |
| Bill Pmt -Check | 4/26/2010 | 2123 | COFFEE SYSTEM OF THE HUD... | 150620 Coffee Supplies Gift Shop | -187.16 |
| Bill Pmt -Check | 4/26/2010 | 2124 | DEBRA MARCUS | PPE 4/22/10 | -114.00 |
| Bill Pmt -Check | 4/26/2010 | 2125 | LORNA M. BOUGHTON | PPE 4/22/10 | -36.00 |
| Bill Pmt -Check | 4/26/2010 | 2126 | LYNDA DuBOIS | PPE 4/22/10 | -153.00 |
| Bill Pmt -Check | 4/26/2010 | 2127 | NICOLE S. LaBOUNTY | PPE 4/22/10 | -57.00 |
| Bill Pmt -Check | 4/26/2010 | 2128 | PEPSI COLA OF HUDSON VALL... | 30126 Soda Del | -726.30 |
| Bill Pmt -Check | 4/26/2010 | 2129 | PERFECT COMPUTER SOLUTI... | phaser 6100 waste cartridge | -43.19 |
| Bill Pmt -Check | 4/26/2010 | 2130 | BANK OF AMERICA - OFC | Filing Fee | -2,400.00 |
| Bill Pmt -Check | 4/26/2010 | 2131 | PERKINS d/b/a MT ELLIS PAPE... | ROOM SUPPLIES | -845.24 |
| Bill Pmt -Check | 4/26/2010 | 2132 | BANK OF AMERICA - OFC FOO... | PURCHASES OF FOOD/SODA/BEVERAGES | -4,719.72 |
| Bill Pmt -Check | 4/28/2010 | 2133 | ADP, INC | Acct# 00020-063259 payroll processing | -236.22 |
| Bill Pmt -Check | 4/28/2010 | 2134 | GERALD KAHN | REFUND FOR KEYS | -40.00 |
| Bill Pmt -Check | 4/28/2010 | 2135 | HOME DEPOT SUPPLY FACILIT... | ROOM & FRONT OFFICE SUPPLIES | -347.66 |
| Bill Pmt -Check | 4/28/2010 | 2136 | JIM MONTANYA | MONTHLY WATER REPORTING | -450.00 |
| Bill Pmt -Check | 4/28/2010 | 2137 | NANCY KLABUNDE | REFUND OVERPAYMENT | -62.97 |
| Bill Pmt -Check | 4/28/2010 | 2138 | NYS HOSPITALITY & TOURISM ... | ANNUAL MEMBERSHIP ID# 4145 2010 | -881.37 |

Page

10-22026-rdd   Doc 62-1   Filed 06/29/10   Entered 06/29/10 11:08:27   Supplement
April 2010 cont.   Pg 3 of 6

"C" 3 of 4

11:54 AM
05/28/10
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of April 30, 2010

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt -Check | 4/28/2010 | 2139 | STEDNER PRINTING | BUSINESS CARDS BALESTRA/WELCH | -91.75 |
| Bill Pmt -Check | 4/28/2010 | 2140 | SWIMKING OF ULSTER | CHLORINE DEL FOR POOLS | -338.18 |
| Bill Pmt -Check | 4/28/2010 | 2141 | TRAVEL NOW .COM | COMMISSION KETENCI, MURAT | -42.80 |
| Bill Pmt -Check | 4/28/2010 | 2142 | FRANK L. BURNS JR. | Food Expense 4/25/10 | -250.00 |
| Bill Pmt -Check | 4/29/2010 | 2143 | E & S DEVELOPMENT & PROP... | Management Fees week of 4/30/10 - 5/6/10 | -4,000.00 |
| Bill Pmt -Check | 4/29/2010 | 2144 | BANK OF AMERICA - OFC | OPERATING EXPENSES - M FOOD EXPENSE | -3,750.00 |
| Bill Pmt -Check | 4/29/2010 | 2145 | CLEAR CHANNEL AIRPORTS | ACCT# USA012699AIRPORT AD 5/1-31/10 | -600.00 |
| Bill Pmt -Check | 4/29/2010 | 2146 | MATRIX TURF SOLUTIONS | GOLF COURSE TREATMENTS | -9,065.45 |
| Bill Pmt -Check | 4/29/2010 | 2147 | PERFECT COMPUTER SOLUTI... | Annual Maintaince Contract 150 hrs | -4,455.00 |
| Bill Pmt -Check | 4/29/2010 | 2148 | SPROUT, INC | DONATION | -500.00 |
| Bill Pmt -Check | 4/29/2010 | 2149 | STEDNER PRINTING | CARD STOCK | -300.67 |
| Bill Pmt -Check | 4/29/2010 | 2150 | SYSCO FOOD SERVICES | 271957  FOOD DEL | -2,848.35 |
| Bill Pmt -Check | 4/29/2010 | 2151 | THYSSENKRUPP ELEVATOR C... | 934043 BAL ON TRAVEL CABLE | -3,328.50 |
| Bill Pmt -Check | 4/29/2010 | 2152 | YARD CARD | 9865168400178284  GROUPNDS EQUIP LEASE | -315.03 |
| Bill Pmt -Check | 4/29/2010 | 2153 | MATRIX TURF SOLUTIONS | GOLF COURSE TREATMENTS | -6,342.28 |
| Bill Pmt -Check | 4/29/2010 | 2154 | U.S. FOOD SERVICE | VOID: 40334799  FOOD DEL | 0.00 |
| Bill Pmt -Check | 4/29/2010 | 2155 | U.S. FOOD SERVICE | 40334799  food del | -1,686.03 |
| Bill Pmt -Check | 4/29/2010 | 2156 | UNIFIRST CORP. | chef uniforms | -37.24 |
| Bill Pmt -Check | 4/29/2010 | 2157 | AMERICAN EXPRESS | operating expense - M | -2,050.00 |
| Bill Pmt -Check | 4/29/2010 | 2158 | BANK OF AMERICA - OFC | Filing Fees | -2,200.00 |
| Bill Pmt -Check | 4/29/2010 | 2159 | BOLLINGER, INC  GROUP DEPT | X0005-401614 | -5,142.34 |
| Bill Pmt -Check | 4/29/2010 | 2160 | CASH | Petty Cash Reimbursment | -784.03 |
| Bill Pmt -Check | 4/29/2010 | 2161 | THE HARTFORD | 166 12838463 Workeers Comp Ins | -6,212.18 |

Total 10114 · Chase Bank - Operating DIP Acct        -357,828.94

**TOTAL**        -357,828.94

10-22026-rdd    Doc 62-1    Filed 06/29/10    Entered 06/29/10 11:08:27    Supplement April 2010 cont.    Pg 4 of 6

"C" 4 of 4

## The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of April 30, 2010

| Type | Date | Num | Memo | Split | Amount |
|---|---|---|---|---|---|
| **10200 · Provident Bank - Payroll** | | | | | |
| General Journal | 4/1/2010 | 53 | payrolll transfer | 10118 · Provid... | 50,000.00 |
| General Journal | 4/1/2010 | 55 | PAYROLL | 10118 · Provid... | 6,573.95 |
| General Journal | 4/1/2010 | 56 | PAYROLL 3/26/10 | 10118 · Provid... | 41.95 |
| General Journal | 4/7/2010 | 7 | payroll 4/1/10 | 10118 · Provid... | 43,367.79 |
| Total 10200 · Provident Bank - Payroll | | | | | 99,983.69 |
| **10205 · CHASE - PAYROLL** | | | | | |
| General Journal | 4/15/2010 | 39 | payroll deposit 4/15... | 10114 · Chase... | 45,327.30 |
| General Journal | 4/15/2010 | 45 | | 610000 · Roo... | 51.60 |
| General Journal | 4/22/2010 | 52 | PAYROLL 4/22/10 | 10114 · Chase... | 54,427.55 |
| Total 10205 · CHASE - PAYROLL | | | | | 99,806.45 |
| **TOTAL** | | | | | 199,790.14 |

*PAYROLL* (handwritten)

EXHIBIT D

## The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of April 30, 2010

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **E & S DEVELOPMENT & PROPERTIES** | | | | | |
| Bill | 1/31/2010 | 13110 | MANAGEMENT EXPENSES | 89 | 4,000.00 |
| Bill | 1/31/2010 | 13110 | MANAGEMENT EXPENSES | 89 | 2,000.00 |
| Bill | 2/11/2010 | 21510 | MANAGEMENT FEES | 78 | 3,750.00 |
| Total E & S DEVELOPMENT & PROPERTIES | | | | | 9,750.00 |
| **LAMELA'S SANITATION & RECYCLING CENTER IN** | | | | | |
| Bill | 4/30/2010 | 100430110... | ACCT# 110916 WASTE REMOVAL | | 6,620.50 |
| Total LAMELA'S SANITATION & RECYCLING CENTER IN | | | | | 6,620.50 |
| **VANTAGE HOSPITALITY** | | | | | |
| Bill | 4/13/2010 | 04102 | MONTHLY FEE | 17 | 6,920.00 |
| Total VANTAGE HOSPITALITY | | | | | 6,920.00 |

HERITAGE ENERGY                      8,618.88

TOTAL                                $ 31,909.38

## OUTSTANDING INVOICES:        AS OF 04/30/10

| GROUP: | DATE OF GRP. | AMOUNT |
|---|---|---|
| **KAUFMAN BAR MITZVAH**<br>Mr. Sinai Kaufman<br>1371 42nd Street<br>Brooklyn, NY 11219<br>917-709-0311 | 7/31-8/2/09<br>**Did sign for Certified Return Receipt Letter** | $889.28 |
| **MIRELDA TORREZ POOL PARTY**<br>Ms. Marilda Torrez<br>Ellenville, NY 12428<br>845-647-6568 | 8/9/2009 | $791.98 |
| **HERITAGE RETREATS**<br>Mr. Mordechai Kreitenberg<br>557 Fenlon Blvd<br>Clifton, NJ 07014<br>(201) 806-9898 | 12/27/09-1/3/10 | $954.00 |
| **DAVIS MEMORIAL (LEAH POTASH)**<br>Mr. David Greenblatt<br>25 Lawrence Avenue<br>Lawrence, NY 11559 | 01/22-24/10 | $2,425.25 |
| **PRIVATE STOCK ENTERTAINMENT**<br>Mr. Don Johnson<br>Washington, DC<br>(202) 489-1032 | 2/12-15/10<br>**Stop Payment issued on checks** | $87,417.68<br>-$67,528.86 charged to credit cards |
| **BRUCE FAMILY BIRTHDAY PARTY**<br>Ms. Maude Bruce<br>Ellenville, NY 12428<br>845-647-6371 | 2/20/2010 | $68.00 |
| **YCQ - KENNY YAGER**<br>Tenafly, NJ | 3/05-07/10 | $9,500.00 |
| **PAPER CHASER PRODUCTIONS**<br>Mr. Alan Mair<br>New Paltz, NY | 4/09-11/10 | $9,223.36 |
| **MAGEN DAVID SYNAGOGUE**<br>Mr. Ariel Cohen<br>2161 E 12th Street<br>Brooklyn, NY 11229 | 4/16-18/10<br>**Check #500 bounced** | $5,145.00 |
| **VERIZON**<br>Mr. Mike Davi<br>PO Box 21<br>So. Cairo, NY 12482 | 4/12-30/10 | $7,480.00 |

**TOTAL OUTSTANDING INVOICES:        $56,365.69**