April 2010 cont.    Pg 1 of 5




400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

```
************AUTO**5-DIGIT 12446
8176 1.7640 AV 0.460     36 1 79
EVERYDAY LOGISTICS LLC
DBA HUDSON VALLEY RESORT
OPERATING ACCOUNT AS OF 1/8/10
400 GRANITE ROAD                              Date    4/30/10            Page    1
KERHONKSON NY 12446                           Primary Account     100000671168
                                              Enclosures                      65
```

*OLD OPERATING*

E-STATEMENTS ARE HERE! To receive your statements and notices electronically,
simply go to providentbanking.com to sign up for Internet Banking or access the
E-Statements tab in your Internet Banking Account

********************** C H E C K I N G   A C C O U N T **************************

```
BUSINESS CHECKING II                    NUMBER OF ENCLOSURES                   65
ACCOUNT NUMBER          100000671168    Statement Dates    4/01/10 thru  5/02/10
PREVIOUS BALANCE          109,124.96    DAYS IN THE STATEMENT PERIOD           32
   44 DEPOSITS/CREDITS    340,556.66    AVERAGE LEDGER                  61,582.94
   79 CHECKS/DEBITS       442,437.24    AVERAGE COLLECTED               56,519.45
SERVICE CHARGE                   .00
INTEREST PAID                    .00
CURRENT BALANCE             7,244.38
```

................................................................................

```
                        DEPOSITS AND CREDITS
DATE        DESCRIPTION                                  AMOUNT
4/01        SETTLEMENT AMERICAN EXPRESS               20,508.65
            CCD  ID# 6314376260
4/01        Deposit                                       53.00
4/02        MTOT DEP   BANKCARD                        5,360.43
            CCD  ID# 423849240093088
4/02        MTOT DEP   BANKCARD                          453.52
            CCD  ID# 423849240093016
4/02        SETTLEMENT AMERICAN EXPRESS                  220.65
            CCD  ID# 6314376260
4/02        SETTLEMENT AMERICAN EXPRESS                   96.90
            CCD  ID# 6314376302
4/05        MTOT DEP   BANKCARD                        1,538.36
            CCD  ID# 423849240093088
4/05        SETTLEMENT AMERICAN EXPRESS                  992.00
            CCD  ID# 6314376260
4/05        SETTLEMENT AMERICAN EXPRESS                  390.14
            CCD  ID# 6314376260
4/05        MTOT DEP   BANKCARD                          278.00
            CCD  ID# 423849240093016
```



400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

```
                                                    Date   4/30/10          Page       3
                                                    Primary Account       100000671168
                                                    Enclosures                      65

BUSINESS CHECKING II              100000671168   (Continued)
                            DEPOSITS AND CREDITS
DATE      DESCRIPTION                                AMOUNT
4/30      Deposit                                    350.00
4/30      Deposit                                    236.20

                            CHECKS AND WITHDRAWALS
DATE      DESCRIPTION                                AMOUNT
4/01      Miscellaneous Debit                      6,573.95-
4/01      MTOT DEP    BANKCARD                         45.01-
          CCD   ID# 423849240093088
4/01      Miscellaneous Debit                         41.95-
4/05      MTOT DISC   BANKCARD                      6,041.99-
          CCD   ID# 423849240093088
4/05.     MTOT DEP    BANKCARD                        559.95-
          CCD   ID# 423849240093088
4/05      MTOT DISC   BANKCARD                        161.93-
          CCD   ID# 423849240093016
4/06      MTOT DEP    BANKCARD                      1,671.89-
          CCD   ID# 423849240093088
4/07      Miscellaneous Debit                     43,367.79-
4/12      ELOGISTICS HERITAGENERGY IN              11,150.89-
          CCD   ID# PROVIDENT BANK
4/14      Wire Transfer Fee                            15.00-
4/26      OUTGOING WIRE TRANSFER FEE                   25.00-
4/26      Wire Transfer Debit                      56,240.80-
4/28      OUTGOING WIRE TRANSFER FEE                   25.00-
4/28      Wire Transfer Debit                      57,564.28-

                      --- CHECKS IN NUMBER ORDER ---
DATE    CHECK #           AMOUNT     DATE    CHECK #          AMOUNT
4/02     1041              617.79    4/01    1474*            257.50
4/05     1392*             480.00    4/16    1477*             96.00
4/01     1415*          16,500.00    4/01    1481*          1,179.36
4/06     1422*             108.00    4/13    1484*             57.00
4/09     1426*           1,926.00    4/02    1485              303.00
4/02     1428*             697.12    4/08    1490*             227.06
4/01     1432*             559.20    4/01    1493*             300.00
4/01     1449*          25,363.31    4/02    1494              130.00
4/06     1455*             200.00    4/27    1498*           3,328.50
4/13     1456              200.00    4/02    1501*             43.87
4/14     1461*             300.00    4/02    1502              214.37
4/21     1462              200.00    4/01    1504*             569.40
4/01     1463              200.00    4/01    1505              110.44
* Denotes check numbers out of sequence
```

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

April 02, 2010 through April 30, 2010
Account Number: 000000861330454

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00081895 DRE 802 142 12110 - NNNNN T 1 000000000 66 0000
EVERYDAY LOGISTICS LLC DIP
DIP
DEBTOR IN POSSESSION
400 GRANITE RD
KERHONKSON NY 12446-3557

*New DIP Payroll* (handwritten annotation)



## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 4 | 152,068.52 |
| Checks Paid | 139 | - 38,873.37 |
| Electronic Withdrawals | 9 | - 87,727.51 |
| Ending Balance | 152 | $25,467.64 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | Deposit | $1,000.00 |
| 04/14 | Deposit  692849027 | 51,313.67 |
| 04/22 | Transfer From Chk Xxxxx9605 | 45,327.30 |
| 04/29 | Transfer From Chk Xxxxxx9605 | 54,427.55 |
| **Total Deposits and Additions** | | **$152,068.52** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6656 ^ | | 04/19 | $247.50 |
| 6657 ^ | | 04/19 | 100.58 |
| 6658 ^ | | 04/20 | 264.63 |
| 6659 ^ | | 04/19 | 216.23 |
| 6660 ^ | | 04/19 | 103.22 |
| 6661 ^ | | 04/20 | 16.63 |
| 6662 ^ | | 04/19 | 88.22 |
| 6663 ^ | | 04/28 | 118.50 |
| 6664 ^ | | 04/19 | 143.25 |
| 6665 ^ | | 04/22 | 122.34 |
| 6666 ^ | | 04/30 | 231.63 |

# CHASE

April 02, 2010 through April 30, 2010
Account Number: 000000861330454



## CHECKS PAID (continued)

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6667 ^ | | 04/19 | 563.49 |
| 6668 ^ | | 04/16 | 433.14 |
| 6669 ^ | | 04/19 | 458.45 |
| 6670 ^ | | 04/21 | 326.78 |
| 6671 ^ | | 04/28 | 420.82 |
| 6672 ^ | | 04/19 | 421.53 |
| 6673 ^ | | 04/16 | 423.64 |
| 6674 ^ | | 04/21 | 272.16 |
| 6675 ^ | | 04/20 | 446.63 |
| 6676 ^ | | 04/16 | 284.14 |
| 6677 ^ | | 04/19 | 452.98 |
| 6678 ^ | | 04/21 | 351.51 |
| 6679 ^ | | 04/19 | 495.05 |
| 6680 ^ | | 04/19 | 200.86 |
| 6681 ^ | | 04/22 | 385.96 |
| 6682 ^ | | 04/19 | 252.24 |
| 6683 ^ | | 04/16 | 251.47 |
| 6684 ^ | | 04/19 | 296.86 |
| 6685 ^ | | 04/19 | 214.15 |
| 6686 ^ | | 04/19 | 371.90 |
| 6687 ^ | | 04/23 | 383.95 |
| 6688 ^ | | 04/19 | 386.51 |
| 6689 ^ | | 04/16 | 292.65 |
| 6690 ^ | | 04/19 | 371.15 |
| 6691 ^ | | 04/19 | 276.26 |
| 6692 ^ | | 04/16 | 165.83 |
| 6693 ^ | | 04/19 | 331.46 |
| 6694 ^ | | 04/19 | 410.49 |
| 6695 ^ | | 04/19 | 382.39 |
| 6696 ^ | | 04/19 | 122.17 |
| 6697 ^ | | 04/21 | 91.57 |
| 6698 ^ | | 04/26 | 68.53 |
| 6699 ^ | | 04/19 | 98.17 |
| 6700 ^ | | 04/19 | 53.26 |
| 6701 ^ | | 04/20 | 402.72 |
| 6702 ^ | | 04/19 | 335.74 |
| 6704 * ^ | | 04/19 | 388.24 |
| 6705 ^ | | 04/20 | 447.07 |
| 6706 ^ | | 04/29 | 395.66 |
| 6707 ^ | | 04/19 | 256.68 |
| 6708 ^ | | 04/19 | 261.97 |
| 6709 ^ | | 04/19 | 139.80 |
| 6710 ^ | | 04/19 | 360.64 |
| 6711 ^ | | 04/19 | 313.30 |
| 6712 ^ | | 04/19 | 316.83 |
| 6713 ^ | | 04/19 | 286.87 |



April 02, 2010 through April 30, 2010

Account Number: 000000861330454

## CHECKS PAID *(continued)*

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6764 ^ | | 04/26 | 275.61 |
| 6765 ^ | | 04/26 | 18.96 |
| 6766 ^ | | 04/26 | 244.67 |
| 6767 ^ | | 04/26 | 338.78 |
| 6768 ^ | | 04/27 | 63.83 |
| 6769 ^ | | 04/29 | 67.03 |
| 6770 ^ | | 04/27 | 437.47 |
| 6771 ^ | | 04/26 | 216.35 |
| 6772 ^ | | 04/26 | 475.66 |
| 6773 ^ | | 04/26 | 371.82 |
| 6774 ^ | | 04/29 | 271.91 |
| 6775 ^ | | 04/26 | 278.25 |
| 6776 ^ | | 04/27 | 114.89 |
| 6777 ^ | | 04/26 | 201.44 |
| 6778 ^ | | 04/26 | 261.97 |
| 6779 ^ | | 04/26 | 157.43 |
| 6780 ^ | | 04/26 | 360.64 |
| 6781 ^ | | 04/26 | 313.30 |
| 6782 ^ | | 04/26 | 316.85 |
| 6783 ^ | | 04/26 | 286.87 |
| 6784 ^ | | 04/26 | 891.61 |
| 6785 ^ | | 04/26 | 712.21 |
| 6787 * ^ | | 04/27 | 247.85 |
| 6788 ^ | | 04/23 | 240.72 |
| 6789 ^ | | 04/26 | 29.78 |
| 6790 ^ | | 04/26 | 350.24 |
| 6792 * ^ | | 04/27 | 272.62 |
| 6793 ^ | | 04/26 | 181.98 |
| 6794 ^ | | 04/26 | 710.49 |
| 6796 * ^ | | 04/26 | 419.73 |
| 6797 ^ | | 04/26 | 411.87 |
| 6798 ^ | | 04/27 | 461.85 |
| 6799 ^ | | 04/26 | 309.72 |
| 6822 * ^ | | 04/30 | 129.67 |
| 6825 * ^ | | 04/30 | 200.47 |
| 6828 * ^ | | 04/30 | 55.11 |

**Total Checks Paid**     **$38,873.37**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

