**Provident Bank**
400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

```
***************EXCLUDE-FlatSingle
17841 2.8840 EX 0.000   67 7 242

EVERYDAY LOGISTICS LLC
DBA HUDSON VALLEY RESORT
PAYROLL ACCOUNT
400 GRANITE ROAD
KERHONKSON NY 12446
```

*[Handwritten annotation: "OLD PAYROLL"]*

Date  4/30/10
Primary Account   100000379410
Enclosures                  182
Page  1

E-STATEMENTS ARE HERE! To receive your statements and notices electronically,
simply go to providentbanking.com to sign up for Internet Banking or access the
E-Statements tab in your Internet Banking Account

*********************** C H E C K I N G   A C C O U N T ************************

```
CLASSIC BUSINESS CHECKING              NUMBER OF ENCLOSURES              182
ACCOUNT NUMBER       100000379410      Statement Dates  4/01/10 thru 5/02/10
PREVIOUS BALANCE         58,056.48     DAYS IN THE STATEMENT PERIOD       32
    3 DEPOSITS/CREDITS   49,983.69     AVERAGE LEDGER              14,152.18
  189 CHECKS/DEBITS     104,105.50     AVERAGE COLLECTED           14,152.18
SERVICE CHARGE                 .00
INTEREST PAID                  .00
CURRENT BALANCE          3,934.67
```

### DEPOSITS AND CREDITS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/01 | Deposit | 6,573.95 |
| 4/01 | Deposit | 41.95 |
| 4/07 | Miscellaneous Credit | 43,367.79 |

### CHECKS AND WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/02 | ADP - TAX  ADP TX/FINCL SVC<br>CCD  ID# 94KDX 040213A01 | 16,189.33- |
| 4/02 | ADP - TAX  ADP TX/FINCL SVC<br>CCD  ID# 631016001284KDX | 15,839.62- |
| 4/02 | ADP - TAX  ADP TX/FINCL SVC<br>CCD  ID# 631016001285KDX | 216.49- |
| 4/07 | ADP - TAX  ADP TX/FINCL SVC<br>CCD  ID# 94KDX 6886430VV | 54.37- |
| 4/08 | ADP - TAX  ADP TX/FINCL SVC<br>CCD  ID# 94KDX 040914A01 | 12,208.26- |

**Provident Bank**
400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

```
                                              Date  4/30/10           Page        3
                                              Primary Account    100000379410
                                              Enclosures                   182

CLASSIC BUSINESS CHECKING            100000379410   (Continued)

                    --- CHECKS IN NUMBER ORDER ---
DATE    CHECK #          AMOUNT    DATE    CHECK #             AMOUNT
4/02    6546             249.39    4/15    6591                 54.93
4/07    6547              51.36    4/19    6592                 29.95
4/07    6548              54.56    4/19    6593                 51.62
4/05    6549             297.88    4/27    6594                 63.27
4/09    6550              54.56    4/19    6595                 63.27
4/09    6551             290.04    4/09    6596                222.52
4/09    6552             292.57    4/13    6597                263.90
4/05    6553             105.93    4/09    6598                353.11
4/02    6554             137.05    4/13    6599                217.60
4/06    6555              51.60    4/13    6600                176.95
4/05    6556             496.84    4/19    6601                313.80
4/02    6557             288.63    4/14    6602                300.87
4/08    6558             253.70    4/12    6603                278.47
4/20    6559             175.86    4/13    6604                278.02
4/05    6560             173.85    4/13    6605                196.08
4/13    6561             121.38    4/15    6606                279.22
4/05    6562             210.78    4/09    6607                210.57
4/12    6563              20.20    4/12    6608                274.58
4/05    6564             238.23    4/13    6609                240.20
4/02    6565             266.31    4/12    6610                429.22
4/02    6566             109.85    4/09    6611                162.33
4/02    6567             290.18    4/23    6612                227.22
4/05    6568             132.37    4/13    6613                263.85
4/02    6569             261.42    4/13    6614                263.08
4/02    6570             286.87    4/12    6615                258.87
4/02    6571             891.60    4/12    6616                280.55
4/05    6572             712.21    4/09    6617                223.10
4/05    6573             208.61    4/09    6618                221.72
4/02    6574             188.13    4/09    6619                245.40
4/05    6575              38.39    4/12    6620                200.47
4/02    6576             344.47    4/09    6621                235.89
4/13    6577           1,077.58    4/09    6622                199.01
4/05    6578             215.00    4/12    6623                227.13
4/06    6579             653.37    4/09    6624                214.65
4/02    6580             665.12    4/09    6625                348.47
4/06    6581             401.87    4/13    6626                236.03
4/02    6582             419.73    4/09    6627                114.80
4/09    6583              83.47    4/14    6628                236.47
4/02    6584             411.89    4/12    6629                323.11
4/06    6585             458.29    4/15    6630                248.60
4/16    6586             192.24    4/09    6631                388.23
4/12    6587             244.37    4/09    6632                420.63
4/15    6588             324.11    4/13    6633                279.12
4/12    6589             227.78    4/13    6634                137.94
4/15    6590             137.11    4/12    6635                273.05
* Denotes check numbers out of sequence
```

**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

April 01, 2010 through April 30, 2010
Account Number: **000000819875386**



00030199 DRE 802 142 12110 - NYNNN T 1 000000000 66 0000
EVERYDAY LOGISTICS LLC DIP
DIP
400 GRANITE RD
KERHONKSON NY 12446-3557

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

*closed*

## We added a new section to your statement......

To make it easier to keep track of your transactions, we added a new section to your statement called "Electronic Withdrawals". This section provides the transaction details for things like automatic payments, account transfers and online bill payments, along with other electronic transactions.

In addition we also:
- Added the "Electronic Withdrawals" to your Checking Summary at the beginning of your statement.
- Renamed the "Other Withdrawals, Fees and Charges" section to "Fees and Other Withdrawals".

Please call us at 1-800-CHASE38 (1-800-242-7338) if you have any questions.

## CHECKING SUMMARY
Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $602.61 |
| Fees and Other Withdrawals | 1 | - 602.61 |
| Ending Balance | 1 | $0.00 |

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | Transfer To Chkxxxxxx9605 | $602.61 |
| **Total Fees & Other Withdrawals** | | **$602.61** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 04/09 | $0.00 |

**CHASE** ⬡

April 01, 2010 through April 30, 2010
Account Number: **000000819875386**

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 0 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | 0 |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $0.00 |
| Service Fee Credit | $0.00 |
| **Net Service Fee** | $0.00 |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | $0.00 |





Provident Bank
400 Rella Boulevard
Montebello, NY 10901-4243
845.369.8551

*closed*

```
**************AUTO**5-DIGIT 12446
105 0.7110 AV 0.335        1 1 105
EVERYDAY LOGISTICS LLC
DBA HUDSON VALLEY RESORT
HEALTH INSURANCE BENEFITS
400 GRANITE ROAD
KERHONKSON NY 12446
```

Date    4/12/10                Page         1
Primary Account        100000634677
Enclosures                                    1

E-STATEMENTS ARE HERE! To receive your statements and notices electronically,
simply go to providentbanking.com to sign up for Internet Banking or access the
E-Statements tab in your Internet Banking Account

*********************** C H E C K I N G   A C C O U N T ***************************

```
FREE BUSINESS CHECKING              NUMBER OF ENCLOSURES                   1
ACCOUNT NUMBER          100000634677  Statement Dates   3/15/10 thru  4/12/10
PREVIOUS BALANCE             457.36  DAYS IN THE STATEMENT PERIOD         29
    DEPOSITS/CREDITS            .00  AVERAGE LEDGER                   220.79
  1 CHECKS/DEBITS            457.36  AVERAGE COLLECTED                220.79
SERVICE CHARGE                  .00
INTEREST PAID                   .00
CURRENT BALANCE                 .00
```

...............................................................................

                          CHECKS AND WITHDRAWALS
DATE       DESCRIPTION                                            AMOUNT
3/29       Closing Transaction                                    457.36-

...............................................................................

                          DAILY BALANCE SUMMARY
DATE       BALANCE            DATE              BALANCE
3/15                457.36    3/29                  .00

YOU MAY DIRECT INQUIRIES OR REQUEST INFORMATION ABOUT YOUR STATEMENT, TERMS, FEES,
AND RATES; WRITE TO THE ADDRESS ON YOUR STATEMENT, STOP BY YOUR LOCAL BRANCH OR
CALL 845 369-8551.  THANK YOU FOR BANKING WITH PROVIDENT BANK.