UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X     Case No.: 10-22026 (RDD)
In Re:                                           :
                                                         Chapter 11
EVERYDAY LOGISTICS LLC,                          :
                                                         NOTICE OF APPEARANCE
                              Debtor.            :      AND REQUEST FOR SERVICE
-------------------------------------------------X      OF DOCUMENTS

TO:     Clerk, United States Bankruptcy Court
        Southern District of New York

**PLEASE TAKE NOTICE,** that the undersigned counsel hereby enters its appearance as counsel for Creditor, Park National Capital Funding LLC, in the above captioned case, pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002 and 9010(b). All notices and papers in this case shall be served upon:

> Ramona Goodman, Esq.
> NOVICK, EDELSTEIN, LUBELL, REISMAN,
> WASSERMAN & LEVENTHAL, P.C.
> 733 Yonkers Avenue
> Yonkers, New York 10704
> Phone:  (914) 375-0100 Ext. 252
> Fax:    (914) 375-0699
> Email:  Ramona@novickedelstein.com

**PLEASE TAKE FURTHER NOTICE,** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and pleadings referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transferred or conveyed

by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way the Debtor or its property or property of the estate or any rights or interests of Creditors with respect to the Debtor or any related entity, or property proceeds thereof in which the Debtor may claim an interest.

                                              **NOVICK, EDELSTEIN, LUBELL, REISMAN,
WASSERMAN & LEVENTHAL, P.C.
ATTORNEYS FOR CREDITOR
PARK NATIONAL CAPITAL FUNDING LLC**

                                              **By: /s/ RAMONA GOODMAN (0846)**
                                                    Ramona Goodman, Esq.

**DATED: July 12, 2010**