B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re  **EVERYDAY LOGISTICS LLC**                     Case No. **10-22026**
                    *Debtor*
                                                      Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **JUNE 2010**                    Date filed: _____

                                        NAISC Code: _____

Line of Business: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ [signature]*
Original Signature of Responsible Party

**Eliot Spitzer**
Printed Name of Responsible Party

Questionnaire: *(All questions to be answered on behalf of the debtor.)*

|    |                                                                                              | Yes | No |
|----|----------------------------------------------------------------------------------------------|-----|----|
| 1. | IS THE BUSINESS STILL OPERATING?                                                             | ☒   | ☐  |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH?                                             | ☒   | ☐  |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME?                                                          | ☒   | ☐  |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?       | ☐   | ☒  |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH                 | ☒   | ☐  |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?                                 | ☒   | ☐  |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH?                                     | ☒   | ☐  |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH?                                  | ☒   | ☐  |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE?                           | ☒   | ☐  |
| 10.| HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                   | ☒   | ☐  |
| 11.| DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?                   | ☒   | ☐  |
| 12.| HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13.| DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                               | ☒   | ☐  |