purposes of making distributions to Creditors hereunder, free and clear of all Claims and Interests, in accordance with Section 1141 of the Bankruptcy Code.

## ARTICLE 12

## CLOSING THE CASE

12.1    Upon substantial consummation, the Debtor may move for a final decree to close the Bankruptcy Case and to request such other orders as may be just.

Dated:    New York, New York
January 18, 2011

**Everyday Logistics, LLC, by Hotel K LLC, its Managing Member**

By:    s/Eliot Spitzer, Managing Member

**BACKENROTH FRANKEL & KRINSKY, LLP**, **Attorneys for the Debtor**

By:    s/Mark Frankel
Mark A. Frankel
489 Fifth Avenue
New York, New York 10017
(212) 593-1100