

# Norris McLaughlin & Marcus, P.A.
ATTORNEYS AT LAW

January 17, 2012

**Via ECF**

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: In re: Everyday Logistics, LLC, Case No. 10-22026 (RDD)**

Dear Judge Drain:

This firm represents Vantage Hospitality Group, Inc. ("Vantage") in connection with the above-referenced matter.

This shall confirm that an evidentiary hearing has been scheduled for March 2, 2012 at 10:00 am with respect to the allowance and payment of Vantage's administrative claim.

We thank the Court for its attention to this matter.

Respectfully submitted,
NORRIS, McLAUGHLIN & MARCUS, PA

Melissa A. Peña

cc: Mark Frankel, Esq. (Via ECF)


NY: 875 Third Avenue, 8th Floor   New York, NY 10022   •   P: (212) 808-0700   •   F: (212) 808-0844
NJ: 721 Route 202-206   P.O. Box 5933   Bridgewater, NJ 08807-5933   •   P: (908) 722-0700   •   F: (908) 722-0755
PA: The Paragon Centre, Suite 300   1611 Pond Road   Allentown, PA 18104-2258   •   P: (610) 391-1800   •   F: (610) 391-1805
www.nmmlaw.com   E: info@nmmlaw.com