B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _Everyday Logistics LLC_
     _Debtor_

Case No. _10-22026_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _April 2012_

Date filed: _7/12/2012_

Line of Business: _____

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_Eliot Spikes_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☒ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☒ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

14.  HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐  ☒

15.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐  ☒

16.  HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐  ☒

17.  HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐  ☒

18.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐  ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX  ☐  ☐
OBLIGATIONS?

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 345,652.74

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ <38,019.16>

Cash on Hand at End of Month  $ <54,901.12>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL  $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 362,534.70

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 345,652.74

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 362,534.70

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH  $ <16,881.96>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED
SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE
THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE
DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ *159,777.73*

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK
YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO
OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY
WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ *22,059.37*

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU
HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED
BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   *126*

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   *119*

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING
PERIOD?   $ *21,030.*

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING
OF THE CASE?   $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS
REPORTING PERIOD?   $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE
FILING OF THE CASE?   $

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 345,652.74 | $ |
| EXPENSES | $ | $ 362,534.70 | $ |
| CASH PROFIT | $ | $ <16,881.96> | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

B

Month      **04/01/2012**      through      **04/30/2012**

## INCOME

|  |  | Received on date | | Bank Deposit | |
|---|---|---|---|---|---|
|  |  | Cash | Checks | Totals | |
| 1 | 04/01 - 05 | $ 551.83 | $ 81,505.18 | $ 82,057.01 | |
| 2 | 04/06 - 12 | $ 2,127.81 | $ 21,876.30 | $ 24,004.11 | |
| 3 | 04/13 - 19 | $ 1,276.55 | $ 101,392.60 | $ 102,669.15 | |
| 4 | 04/20 - 26 | $ 5,021.83 | $ 5,379.99 | $ 10,401.82 | |
| 5 | 04/27 - 30 | $ 4,233.10 | $ 61,206.16 | $ 65,439.26 | |
|  |  | $ 13,211.12 | $ 271,360.23 | $ 284,571.35 | $ 284,571.35 |

|  | Processed on date | | | Credit Card | |
|---|---|---|---|---|---|
|  | AmEx | MC/Visa | Discover | Totals | |
| 1 | $ 798.10 | $ 4,982.68 | $ - | $ 5,780.78 | |
| 2 | $ 2,762.19 | $ 9,254.02 | $ 280.00 | $ 12,296.21 | |
| 3 | $ 1,919.74 | $ 11,560.72 | $ 530.77 | $ 14,011.23 | |
| 4 | $ 3,471.14 | $ 11,896.55 | $ 469.48 | $ 15,837.17 | |
| 5 | $ 1,615.87 | $ 11,345.13 | $ 195.00 | $ 13,156.00 | |
|  | $ 10,567.04 | $ 49,039.10 | $ 1,475.25 | $ 61,081.39 | $ 61,081.39 |

**Total income for the month:**  $ 345,652.74

## DISBURSEMENTS

| | |
|---|---|
| Bank, credit card and processing fees: | |
| Credit card repayment: | |
| Total check disbursements (list attached): | $ 162,573.32 |
| Total payroll expense (transfers): | $ 178,931.38 |
| Other legal and bank fees (including uncleared checks): | $ 21,030.00 |

**Total expenses for the month:**  $ 362,534.70

**Cash profit (loss) for the month:**  $ (16,881.96)

3:53 PM

05/03/12

Accrual Basis

**The Lexington at The Hudson Valley Resort**
**Account QuickReport**
**As of April 30, 2012**

*1 of 2*

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill Pmt... | 4/3/2012 | | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES 3/30 - 4/5/12 | -2,000.00 |
| Bill Pmt... | 4/3/2012 | | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES 3/30 - 4/5/12 | -2,000.00 |
| Bill Pmt... | 4/9/2012 | | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES 4/6 - 4/12/12 | -2,000.00 |
| Bill Pmt... | 4/9/2012 | | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES 4/6 - 4/12/12 | -2,000.00 |
| Bill Pmt... | 4/16/2012 | | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES 4/13 - 4/19/12 | -1,000.00 |
| Bill Pmt... | 4/17/2012 | | NYS SALES TAX PROCESSING | 20-3729464 | -3,764.00 |
| Bill Pmt... | 4/19/2012 | | Kennedy Funding Inc. | ANNUAL BANKRUPTCY TERMS  2012 | -21,030.00 |
| Bill Pmt... | 4/18/2012 | | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES 4/20 - 4/26/12 | -3,000.00 |
| Bill Pmt... | 4/23/2012 | | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES 4/27 - 5/3/12 | -1,000.00 |
| Bill Pmt... | 4/26/2012 | | E & S DEVELOPMENT & PROP... | MANAGEMENT FEES  4/27 - 5/3/12 | -1,000.00 |
| Bill Pmt... | 4/2/2012 | 5992 | CAPITAL ONE | HERITAGENERGY | -12,994.56 |
| Bill Pmt... | 4/2/2012 | 5993 | COFFEE SYSTEM OF THE HUD... | 150620 | -57.45 |
| Bill Pmt... | 4/2/2012 | 5994 | DEPARTMENT OF LABOR | 2YR STATE INSPECTION  WELL MCLAIN BOI... | -75.00 |
| Bill Pmt... | 4/2/2012 | 5995 | GRAINGER | ACCT# 870479516 MOTOR PSC 1/2 HP KIT E... | -182.49 |
| Bill Pmt... | 4/2/2012 | 5996 | HOME DEPOT SUPPLY FACILIT... | BELL CART SUPPLIES & ROOM SUPPLIES | -1,184.81 |
| Bill Pmt... | 4/2/2012 | 5997 | JENNIFER G. SCHNETZLER | PPE 3/29/12 | -51.00 |
| Bill Pmt... | 4/2/2012 | 5998 | LORNA M. BOUGHTON | PPE 3/29/12 | -54.00 |
| Bill Pmt... | 4/2/2012 | 5999 | RELIABLE OFFICE SUPPLIES | ACCT# 01116657 SUPPLIES | -161.05 |
| Bill Pmt... | 4/2/2012 | 6000 | EVERYDAY LOGISTICS | DEPOSIT CREDIT CARD PAYMENTS IN ESC... | -1,573.50 |
| Bill Pmt... | 4/2/2012 | 6001 | AMERICAN EXPRESS | VOID: plumbing, tools, | 0.00 |
| Bill Pmt... | 4/2/2012 | 6002 | JANICE COLE | travel | -214.67 |
| Bill Pmt... | 4/2/2012 | 6003 | AMERICAN EXPRESS | plumbing, tools, | -1,439.52 |
| Bill Pmt... | 4/5/2012 | 6005 | TEXTRON FINANCIAL CORPOR... | ACCT# 3110026833001 GOLF CART LEASE | -3,048.75 |
| Bill Pmt... | 4/5/2012 | 6006 | VANTAGE HOSPITALITY | CASE # 10-22026 3 OF 10 PAYMENT | -3,000.00 |
| Bill Pmt... | 4/5/2012 | 6007 | Chase Credit Card | BOILER &  PR | -223.80 |
| Bill Pmt... | 4/5/2012 | 6008 | CASH | petty cash; food, bev, equip, postage, luncheon,... | -626.39 |
| Bill Pmt... | 4/5/2012 | 6009 | BULLET APPLIANCE REPAIRS, ... | VOID: DISH MACHINE | 0.00 |
| Bill Pmt... | 4/5/2012 | 6010 | BULLETT APPLIANCE REPAIRS... | VOID: DISH MACHINE | 0.00 |
| Bill Pmt... | 4/5/2012 | 6011 | PESACH @ THE GRANITE | dish machine | -1,250.30 |
| Bill Pmt... | 4/5/2012 | 6012 | MARYANN KRUM | CLEANING SUPPLIES, ROOM THROWS, EO... | -745.02 |
| Bill Pmt... | 4/6/2012 | 6013 | Chase Credit Card | tools, office supplies, vacuums, boiler, paint, | -3,076.09 |
| Bill Pmt... | 4/5/2012 | 6014 | Chase Credit Card | 2000 room repairs | -803.66 |
| Bill Pmt... | 4/6/2012 | 6015 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -234.44 |
| Bill Pmt... | 4/6/2012 | 6016 | BOOKING.COM B. V. | HOTEL NUMBER 313346  PAGE & DUERR | -67.05 |
| Bill Pmt... | 4/6/2012 | 6017 | CENTRAL HUDSON | TRANSFORMER RENTALS | -428.03 |
| Bill Pmt... | 4/6/2012 | 6018 | COFFEE SYSTEM OF THE HUD... | 150620 | -43.15 |
| Bill Pmt... | 4/6/2012 | 6019 | FRANK L. BURNS JR. | FOOD SUPERVISION | -250.00 |
| Bill Pmt... | 4/6/2012 | 6020 | GRAPHIC SPECTRUMS | MONTHLY WEBSITE UPDATE | -108.00 |
| Bill Pmt... | 4/6/2012 | 6021 | LEISURE TIME SPRING WATER | RENTAL | -54.00 |
| Bill Pmt... | 4/6/2012 | 6022 | PINTO ARIVAL | PPE 3/29/12 | -87.00 |
| Bill Pmt... | 4/6/2012 | 6023 | JANICE COLE | GIFT SHOP, FIRST AIDE, SUPPLIES | -424.06 |
| Bill Pmt... | 4/6/2012 | 6024 | MARTY WILLIAMS | parts for 5111 mower | -900.00 |
| Bill Pmt... | 4/6/2012 | 6025 | CASH | PETTY CASH;  ELECTRIC,  PARTS, ADVERTI... | -2,291.40 |
| Bill Pmt... | 4/13/2012 | 6026 | CAPITAL ONE | heritagenergy | -12,168.59 |
| Bill Pmt... | 4/9/2012 | 6027 | CULLIGAN WATER CONDITIONI... | ACCT# 519496 WATER SOFTENER SYSTEM | -61.19 |
| Bill Pmt... | 4/9/2012 | 6028 | NOBLE GAS SOLUTIONS | ACCT # 2971 CYLINDER RENTAL | -11.66 |
| Bill Pmt... | 4/9/2012 | 6029 | PEPSI COLA OF HUDSON VALL... | SODA / WATER DEL | -8.80 |
| Bill Pmt... | 4/9/2012 | 6030 | AMERICAN EXPRESS | carpentry, roof, tools, kitchen, bev, office | -4,404.16 |
| Bill Pmt... | 4/9/2012 | 6031 | MARC POUDRIER | MILEAGE 62 | -34.10 |
| Bill Pmt... | 4/9/2012 | 6035 | TROY MEKULIK | ACTING SPA MANAGER PASSOVER 2011  R... | -400.00 |
| Bill Pmt... | 4/12/2012 | 6036 | AMERICAN EXPRESS | GRNDS EQUIP, PAINT, PLUMBING, PARTS | -2,586.85 |
| Bill Pmt... | 4/12/2012 | 6037 | BANK OF AMERICA - OFC | MANAGEMENT FEES -  M 3/16 - 3/22/12 | -3,750.00 |
| Bill Pmt... | 4/12/2012 | 6038 | CASH | PETTY CASH:  CARPENTRY, TILES, ELECTR... | -1,795.13 |
| Bill Pmt... | 4/12/2012 | 6039 | EVERYDAY LOGISTICS | WORKERS COMP INS 4/9/12 | -7,131.81 |
| Bill Pmt... | 4/12/2012 | 6040 | FRANK L. BURNS JR. | FOOD SUPERVISION 4/7/12 | -250.00 |
| Bill Pmt... | 4/12/2012 | 6041 | CHRISTIAN'S GREENHOUSE | FLOWERS FOR PASSOVER | -140.00 |
| Bill Pmt... | 4/12/2012 | 6042 | ENVIRONMENTAL LABWORKS,... | MONTHLY TESTING | -110.00 |
| Bill Pmt... | 4/12/2012 | 6043 | GENTILE ADVENTURES, LLC | REBATE FROM MARCH | -217.95 |
| Bill Pmt... | 4/12/2012 | 6044 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill Pmt... | 4/12/2012 | 6045 | HOME DEPOT SUPPLY FACILIT... | PLUMBING | -383.92 |
| Bill Pmt... | 4/12/2012 | 6046 | Zurich | POLICY # 6291950-3   1/1/12 - 3/31/12 | -1,522.24 |
| Bill Pmt... | 4/26/2012 | 6047 | AMERICAN EXPRESS | ACCT# 110916 WASTE REMOVAL | -2,975.94 |
| Bill Pmt... | 4/20/2012 | 6048 | Chase Credit Card | PERKINS / MT. ELLIS | -7,238.71 |
| Bill Pmt... | 4/16/2012 | 6049 | DEBORAH L. COHEN | PPE 4/12/12 | -186.00 |
| Bill Pmt... | 4/16/2012 | 6050 | DEBRA MARCUS | PPE 4/12/12 | -180.00 |
| Bill Pmt... | 4/16/2012 | 6051 | EVERYDAY LOGISTICS | DEPOSIT CREDIT CARD PAYMENTS IN ESC... | -861.00 |
| Bill Pmt... | 4/16/2012 | 6052 | JENNIFER G. SCHNETZLER | PPE 4/12/12 | -381.00 |
| Bill Pmt... | 4/16/2012 | 6053 | JIM MONTANYA | MARCH 2012 MONTHLY WATER TESTING | -450.00 |
| Bill Pmt... | 4/16/2012 | 6054 | KELLY SPOTO | PPE 4/12/12 | -1,114.00 |

Page 1

3:53 PM

05/03/12

Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of April 30, 2012

2 of 2

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill Pmt... | 4/16/2012 | 6055 | LORNA M. BOUGHTON | PPE 4/12/12 | -371.70 |
| Bill Pmt... | 4/16/2012 | 6056 | MARIELLE ROSOLA | PPE 4/12/12 | -159.00 |
| Bill Pmt... | 4/16/2012 | 6057 | MIRYAM SANTIAGO | PPE 4/12/12 | -178.00 |
| Bill Pmt... | 4/16/2012 | 6058 | RAY POLLARD JR | PPE 4/12/12 | -367.00 |
| Bill Pmt... | 4/16/2012 | 6059 | ULSTER COUNTY SHERIFF | BOUGHTON ID# 8 - 1592 PPE 4/12/12 | -41.30 |
| Bill Pmt... | 4/16/2012 | 6060 | ULSTER UNIFORM SERVICE, IN... | GRNDS & MAINT | -236.00 |
| Bill Pmt... | 4/19/2012 | 6061 | Chase Credit Card | WILFRED MACDONALD | -1,310.71 |
| Bill Pmt... | 4/16/2012 | 6062 | GEOFF WALSH | REIMB. 3/23 - 3/31/12 MERCH, CLUB RENTAL | -46.55 |
| Bill Pmt... | 4/16/2012 | 6063 | METRO FIRE & SAFETY CO., INC. | YR. CENTRAL STATION MONITORING | -225.00 |
| Bill Pmt... | 4/18/2012 | 6064 | Chase Credit Card | williams, laundry | -206.33 |
| Bill Pmt... | 4/19/2012 | 6065 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 4/6 - 4/12/12 | -3,750.00 |
| Bill Pmt... | 4/19/2012 | 6066 | CASH | passover tips | -5,250.00 |
| Bill Pmt... | 4/19/2012 | 6067 | ADP, INC | ACCT# 287801 PAYROLL | -263.87 |
| Bill Pmt... | 4/19/2012 | 6068 | FRANK L. BURNS JR. | FOOD SUPERVISION 4/14/12 | -250.00 |
| Bill Pmt... | 4/19/2012 | 6069 | GEOFF WALSH | REIMBURSMENT 4/1 - 4/15/12 | -572.58 |
| Bill Pmt... | 4/19/2012 | 6070 | ULSTER UNIFORM SERVICE, IN... | GRNDS & MAINT | -118.00 |
| Bill Pmt... | 4/19/2012 | 6071 | THE TONER COMPANY | 3 in 1 toner reserv & fd | -245.97 |
| Bill Pmt... | 4/19/2012 | 6072 | IKON FINANCIAL SERVICES | 1329244-SNC257 | -559.44 |
| Bill Pmt... | 4/20/2012 | 6073 | HUDSON VALLEY TENT CO. INC | 100 CHAIRS | -216.00 |
| Bill Pmt... | 4/20/2012 | 6074 | RICHARD LACATENA | GOLF SHOP FOOD, CAFE FOOD | -215.63 |
| Bill Pmt... | 4/20/2012 | 6075 | Chase Credit Card | TOOLS, CARPENTRY, LICNESES, OFFICE | -1,106.89 |
| Bill Pmt... | 4/20/2012 | 6076 | CAPITAL ONE | VOID: | 0.00 |
| Bill Pmt... | 4/23/2012 | 6077 | CASH | KOSHER, ADVER, ELECTRICAL, EMPLOY OF... | -1,575.00 |
| Bill Pmt... | 4/23/2012 | 6078 | Chase Credit Card | PAINT, FLOOR, GROUNDS, VACUUMS | -613.12 |
| Bill Pmt... | 4/25/2012 | 6079 | ADP, INC | ACCT# 287801 PAYROLL | -248.79 |
| Bill Pmt... | 4/25/2012 | 6080 | COFFEE SYSTEM OF THE HUD... | 150620 | -358.40 |
| Bill Pmt... | 4/25/2012 | 6081 | COHEN'S QUALITY BAKERY LLC | hard rolls, dinner rolls | -146.40 |
| Bill Pmt... | 4/25/2012 | 6082 | ENVIRONMENTAL LABWORKS,... | ANNUAL NITRATE TESTING | -990.00 |
| Bill Pmt... | 4/25/2012 | 6083 | FRANK L. BURNS JR. | supervision 4/21/12 | -250.00 |
| Bill Pmt... | 4/25/2012 | 6084 | LORNA M. BOUGHTON | PPE 4/19/12 | -77.00 |
| Bill Pmt... | 4/25/2012 | 6085 | MIWA LOCK COMPANY, LTD. | ACCT# HUDSON VALLEY KERHON U9 CHAN... | -560.35 |
| Bill Pmt... | 4/25/2012 | 6086 | DUTCHESS BEER DISTRIBUTO... | ACCT# 22165 BEER DEL | -399.00 |
| Bill Pmt... | 4/25/2012 | 6087 | LOBO DISTRIBUTING INC. | ACCT# 100963 BEER DEL | -153.45 |
| Bill Pmt... | 4/25/2012 | 6088 | MANHATTAN BEER DIST. LLC | ACCT# 78684 BEER DEL | -202.50 |
| Bill Pmt... | 4/25/2012 | 6089 | SOUTHERN WINE & SPIRITS O... | ACCT# 34629 LIQUOR DEL | -252.84 |
| Bill Pmt... | 4/26/2012 | 6090 | BANK OF AMERICA - OFC | MANAGEMENT FEES 4/13 - 4/19/12 | -3,750.00 |
| Bill Pmt... | 4/27/2012 | 6091 | CAPITAL ONE | HERITAGENERGY | -7,704.51 |
| Bill Pmt... | 4/27/2012 | 6092 | CAPITAL ONE | HERITAGENGERY | -7,273.55 |
| Bill Pmt... | 4/26/2012 | 6093 | Chase Credit Card | POLISH WEEKEND FOOD | -971.60 |
| Bill Pmt... | 4/26/2012 | 6094 | Chase Credit Card | ACCT# 8078792 MONTHLY PEST CONTROL | -1,639.60 |
| Bill Pmt... | 4/27/2012 | 6095 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DEL | -323.00 |
| Bill Pmt... | 4/27/2012 | 6096 | Chase Credit Card | ACCT# 5004202 PHONE SERVICE | -2,437.25 |
| Bill Pmt... | 4/27/2012 | 6097 | Chase Credit Card | laundry supplies | -4,546.57 |
| Bill Pmt... | 4/27/2012 | 6098 | AMERICAN EXPRESS | GOLF GUIDE 2012 | -1,233.00 |
| Bill Pmt... | 4/27/2012 | 6099 | Chase Credit Card | TIME WARNER | -1,381.86 |
| Bill Pmt... | 4/27/2012 | 6100 | JAMES CRISTELLO | OLD TV'S & OTHER GARBAGE TO TRANSFE... | -331.00 |
| Bill Pmt... | 4/27/2012 | 6101 | AMERICAN EXPRESS | ACCT# 0101838345 PHONE SYSTEM | -1,926.00 |
| Bill Pmt... | 4/30/2012 | 6102 | Chase Credit Card | ACCT# 934043 ELEVATOR MAINT. | -2,525.51 |
| Bill Pmt... | 4/30/2012 | 6103 | COFFEE SYSTEM OF THE HUD... | 150620 | -248.53 |
| Bill Pmt... | 4/30/2012 | 6104 | COHEN'S QUALITY BAKERY LLC | BAKED PRODUCTS | -639.00 |
| Bill Pmt... | 4/30/2012 | 6105 | DEBORAH L. COHEN | PPE 4/26/12 | -142.00 |
| Bill Pmt... | 4/30/2012 | 6106 | FRANK L. BURNS JR. | FOOD SUPERVISION 4/28/12 | -250.00 |
| Bill Pmt... | 4/30/2012 | 6107 | PEPSI COLA OF HUDSON VALL... | soda kitchen & gift shop | -957.50 |
| Bill Pmt... | 4/30/2012 | 6108 | RAY POLLARD JR | PPE 4/26/12 | -56.00 |
| Bill Pmt... | 4/30/2012 | 6109 | ULSTER UNIFORM SERVICE, IN... | GRNDS & ENG UNIFORMS | -118.00 |
| Bill Pmt... | 4/30/2012 | 6116 | GEOFF WALSH | GOLF REIMBURSMENT 4/16 - 4/30/12 | -225.78 |

Total 10114 · Chase Bank - Operating DIP Acct    -183,603.32

**TOTAL**    **-183,603.32**

Page 2

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of April 30, 2012

| Type | Date | Num | Memo | Aging | Open Balance |
|------|------|-----|------|-------|--------------|
| **ADP, INC** | | | | | |
| Bill | 4/27/2012 | 408790799 | ACCT# 287801 PAYROLL PROCESSI... | 3 | 265.36 |
| Total ADP, INC | | | | | 265.36 |
| | | | | | |
| **Chase Credit Card** | | | | | |
| Bill | 4/9/2012 | 204090395 | SYSCO ROLL TOWELS & SOAP | 21 | 83.59 |
| Bill | 4/11/2012 | 41015 | 155.1 GAL REG Gas | 19 | 650.65 |
| Bill | 4/12/2012 | 41113 | 122.8 OFF ROAD DIESEL | 18 | 517.29 |
| Bill | 4/13/2012 | 41053 | 1649.5 GAL OIL 5000 GAL TANK | 17 | 6,393.12 |
| Bill | 4/13/2012 | 36636 | 394.3 GAL OIL HOT WATER | 17 | 1,537.29 |
| Bill | 4/13/2012 | 599091 | 592.3 gal OIL 5000 GAL TANK | 17 | 2,295.64 |
| Bill | 4/13/2012 | 41842 | 1800 GAL LP KITCHEN & LAUNDRY | 17 | 3,477.82 |
| Bill | 4/17/2012 | 36636 | 312.6 GAL OIL HOT WATER | 13 | 1,238.19 |
| Bill | 4/18/2012 | 204180421 | SYSCO food | 12 | 5,342.69 |
| Bill | 4/18/2012 | 41858 | 76.8 GAL REG GAS | 12 | 322.60 |
| Bill | 4/20/2012 | 36636 | 121.7 gal OIL HOT WATER | 10 | 474.81 |
| Bill | 4/20/2012 | 42200 | 512.1 GAL OIL 5000 GAL TANK | 10 | 1,961.90 |
| Bill | 4/20/2012 | 204201313 | SYSCO ROOMS FOOD | 10 | 3,950.30 |
| Total Chase Credit Card | | | | | 28,245.89 |
| | | | | | |
| **E-Z-GO A TEXTRON COMPANY** | | | | | |
| Credit | 1/1/2012 | 2849473 | RETURN KEY SWITCH | | -32.40 |
| Total E-Z-GO A TEXTRON COMPANY | | | | | -32.40 |
| | | | | | |
| **HERITAGENERGY** | | | | | |
| Bill | 4/24/2012 | 42945 | 352.3 GAL OIL 5000 GAL TANK | 6 | 1,356.00 |
| Bill | 4/24/2012 | 42772 | 904 GAL LP KITCHEN & LAUNDRY | 6 | 1,746.64 |
| Bill | 4/24/2012 | 36636 | 326.4 GAL OIL HOT WATER | 6 | 1,276.93 |
| Bill | 4/27/2012 | 36636 | 145.9 GAL OIL HOT WATER | 3 | 579.09 |
| Total HERITAGENERGY | | | | | 4,958.66 |
| | | | | | |
| **HOME DEPOT SUPPLY FACILITIES MAINTENANCE** | | | | | |
| Bill | 4/22/2012 | 9114738965 | acct# 6149337 BELL CARTS | 8 | 817.75 |
| Total HOME DEPOT SUPPLY FACILITIES MAINTENANCE | | | | | 817.75 |
| | | | | | |
| **IPFS CORPORATION** | | | | | |
| Bill | 8/29/2011 | 92111 | ACCT# 15-003-112366-8 GENERAL LI... | 222 | 32,942.88 |
| Total IPFS CORPORATION | | | | | 32,942.88 |
| | | | | | |
| **J.C. EHRLICH CO. INC** | | | | | |
| Bill | 4/24/2012 | 1354 | bug corrective service 4/24/12 | 6 | 162.00 |
| Total J.C. EHRLICH CO. INC | | | | | 162.00 |
| | | | | | |
| **Kennedy Funding Inc.** | | | | | |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS 2012 | 120 | 437,270.00 |
| Total Kennedy Funding Inc. | | | | | 437,270.00 |
| | | | | | |
| **LAMELA'S SANITATION & RECYCLING CENTER IN** | | | | | |
| Bill | 4/30/2012 | 120430110... | ACCT# 110916 WASTE REMOVAL | | 6,704.10 |
| Total LAMELA'S SANITATION & RECYCLING CENTER IN | | | | | 6,704.10 |
| | | | | | |
| **LUMINARY PUBLISHING, INC** | | | | | |
| Bill | 4/28/2012 | 2012-74272 | 1/4 AD 1X CHRONOGRAM HV MAY 2... | 2 | 450.00 |
| Total LUMINARY PUBLISHING, INC | | | | | 450.00 |
| | | | | | |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 175 | 20,000.00 |
| Total OREST FEDASH | | | | | 20,000.00 |
| | | | | | |
| **PERFECT COMPUTER SOLUTIONS** | | | | | |
| Bill | 4/6/2012 | 3418 | ACCT# 0901 ANNUAL 150 HOURS R... | 24 | 8,910.00 |
| Total PERFECT COMPUTER SOLUTIONS | | | | | 8,910.00 |



2 of 2

12:46 PM
05/02/12

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of April 30, 2012

| Type | Date | Num | Memo | Aging | Open Balance |
|------|------|-----|------|-------|--------------|
| **PERKINS d/b/a MT ELLIS PAPER CO., INC.** | | | | | |
| Bill | 4/18/2012 | 15271690 | shampoo | 12 | 202.99 |
| Bill | 4/23/2012 | 15277768 | ROOM SUPPLIES | 7 | 1,481.54 |
| Total PERKINS d/b/a MT ELLIS PAPER CO., INC. | | | | | 1,684.53 |
| | | | | | |
| **SWIMKING OF ULSTER** | | | | | |
| Credit | 2/13/2012 | 1147 | CREDIT FOR RETURNS | | -212.48 |
| Total SWIMKING OF ULSTER | | | | | -212.48 |
| | | | | | |
| **SYSCO FOOD SERVICES** | | | | | |
| Bill | 4/25/2012 | 204250433 | FOOD | 5 | 10,473.11 |
| Bill | 4/26/2012 | 204260164 | food | 4 | 186.02 |
| Bill | 4/27/2012 | 204270983 | FOOD, CLEANING, ROOMS, | 3 | 7,130.45 |
| Bill | 4/27/2012 | 204270982 | YOSSI FRUIT & VEG. | 3 | 586.55 |
| Total SYSCO FOOD SERVICES | | | | | 18,376.13 |
| | | | | | |
| **TEXTRON FINANCIAL CORPORATION** | | | | | |
| Bill | 4/27/2012 | 2808803 | ACCT# 188226 | 3 | 3,048.75 |
| Total TEXTRON FINANCIAL CORPORATION | | | | | 3,048.75 |
| | | | | | |
| **THE HARTFORD** | | | | | |
| Bill | 3/9/2012 | 3512 | DOWNPAYMENT  WORKERS COMP ... | 36 | 56,835.92 |
| Total THE HARTFORD | | | | | 56,835.92 |
| | | | | | |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 556 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| | | | | | |
| **TIGER SCORECARD** | | | | | |
| Bill | 4/12/2012 | 104171 | 10,000 SCORE CARDS | 18 | 868.00 |
| Total TIGER SCORECARD | | | | | 868.00 |
| | | | | | |
| **VANTAGE HOSPITALITY** | | | | | |
| Bill | 11/1/2010 | 22011-11102 | CASE # 10-22026 1 OF 10 PAYMENT... | 546 | 460.00 |
| Bill | 12/1/2010 | 22011-12102 | CASE # 10 - 22026 2 OF 10 PAYMENTS | 516 | 460.00 |
| Bill | 1/1/2011 | 22011-01112 | CASE # 10-22026 3 OF 10 PAYMENT | 485 | 460.00 |
| Bill | 2/1/2011 | 22011-02112 | CASE # 10 - 22026 4 OF 10 PAYMENT | 454 | 3,460.00 |
| Bill | 3/1/2011 | 2201103112 | CASE # 10-22026 5 OF 10 PAYMENT | 426 | 3,460.00 |
| Bill | 4/1/2011 | 2201104112 | CASE # 10-22026 6 OF 10 PAYMENTS | 395 | 3,460.00 |
| Bill | 5/1/2011 | 22011-05112 | CASE # 10 - 22026 7 OF 10 PAYMENT | 365 | 3,460.00 |
| Bill | 6/1/2011 | 2201106112 | CASE # 10 -22026 8 OF 10 PAYMENTS | 334 | 3,460.00 |
| Bill | 7/1/2011 | 07112 | CASE # 10 - 22026 9 OF 10 PAYMENTS | 304 | 3,460.00 |
| Bill | 8/1/2011 | 08112 | CASE # 10 - 22026 10 OF 10 PAYME... | 273 | 3,460.00 |
| Bill | 9/1/2011 | 22011-09112 | membership | 242 | 3,460.00 |
| Total VANTAGE HOSPITALITY | | | | | 29,060.00 |
| | | | | | |
| **TOTAL** | | | | | 670,355.09 |

< 16,471.44 >
< 437,270.00 >
< 56,835.92 >
$ 159,777.73

## OUTSTANDING INVOICES:        AS OF 04/30/12

| GROUP; | DATE OF GRP. | AMOUNT |
|---|---|---|
| **PRIVATE STOCK ENTERTAINMENT** | **2/12-15/10** | $ **87,417.68** |
| Mr. Don Johnson | **\*\*Stop Payment issued on checks\*\*** | |
| Washington, DC | | $ (67,528.86) charged to credit cards |
| (202) 489-1032 | | |
| **ZAMIR CHORAL FESTIVAL** | **7/10-14/11** | $ **980.45** |
| Mr. Ian Kim | | |
| 252-00 Horace Harding Expy | | |
| Little Neck, NY 11362 | | |
| **NERFA** | **11/11-13/11** | $ **477.50** |
| Dianne Tankel | | |
| (215) 805-8032 | | |
| **HILULIM** | **04/27-29/12** | $ **453.59** |
| Yossi Almani | | |
| (860) 357-3507 | | |
| **UNITED POLKA** | **04/27-29/12** | $ **259.01** |
| Gus Kosior | | |

**TOTAL OUTSTANDING INVOICES:**        $ **22,059.37**