B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Everyday Logistics LLC**
             *Debtor*

Case No. **10-22026**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **MAY 2012**　　　　　　　　　　Date filed: **7/13/12**

Line of Business: _____　　NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

**S/Eliot Spitzer**
Original Signature of Responsible Party

_____
Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | X | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | X | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | X | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | X | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | X | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | X | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | X | ☐ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | X |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | X | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐   ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐   ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐   ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐   ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐   ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 362,959.49

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ <54,901.12>
Cash on Hand at End of Month   $ <71,398.36>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 379,456.73

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 362,959.49
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 379,456.73

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ <16,497.24>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 177,952.07

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 21,605.78

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    126

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    118

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ 21,025.—

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 362,959.49 | $ |
| EXPENSES | $ | $ 379,456.73 | $ |
| CASH PROFIT | $ | $ <16,497.24> | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:           $
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:         $
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:      $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

"B"

Month    **05/01/2012**    through    **05/31/2012**

## INCOME

|   | | Received on date | | Bank Deposit |
|---|---|---|---|---|
|   | | Cash | Checks | Totals |
| 1 | 05/01 - 03 | $ 464.37 | $ 2,133.00 | $ 2,597.37 |
| 2 | 05/04 - 10 | $ 8,996.72 | $ 53,132.48 | $ 62,129.20 |
| 3 | 05/11 - 17 | $ 10,887.92 | $ 43,067.60 | $ 53,955.52 |
| 4 | 05/18 - 24 | $ 5,178.60 | $ 49,510.54 | $ 54,689.14 |
| 5 | 05/25 - 31 | $ 4,927.96 | $ 37,040.35 | $ 41,968.31 |
|   | | $ 30,455.57 | $ 184,883.97 | $ 215,339.54 |

$ 215,339.54

|   | Processed on date | | | Credit Card |
|---|---|---|---|---|
|   | AmEx | MC/Visa | Discover | Totals |
| 1 | $ 542.20 | $ 4,076.20 | $ 152.90 | $ 4,771.30 |
| 2 | $ 1,570.10 | $ 14,738.10 | $ 484.06 | $ 16,792.26 |
| 3 | $ 18,289.80 | $ 15,631.79 | $ 2,115.52 | $ 36,037.11 |
| 4 | $ 31,227.33 | $ 19,180.42 | $ 2,383.31 | $ 52,791.06 |
| 5 | $ 24,653.30 | $ 11,645.52 | $ 929.40 | $ 37,228.22 |
|   | $ 76,282.73 | $ 65,272.03 | $ 6,065.19 | $ 147,619.95 |

$ 147,619.95

**Total income for the month:**    $ 362,959.49

## DISBURSEMENTS

Bank, credit card and processing fees:
Credit card repayment:
Total check disbursements (list attached):    $ 190,234.16
Total payroll expense (transfers):    $ 168,197.57
Other legal and bank fees (including uncleared checks):    $ 21,025.00

**Total expenses for the month:**    $ 379,456.73

**Cash profit (loss) for the month:**    $ (16,497.24)

# The Lexington at The Hudson Valley Resort
## Account QuickReport

Accrual Basis

### As of May 31, 2012

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 5/1/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 4/27 - 5/3/12 | -1,000.00 |
| Bill P... | 5/2/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGER FEES 4/27/12 - 5/3/12 | -1,000.00 |
| Bill P... | 5/11/2012 | | NYS SALES TAX PROCESSING | 20-3729464  April 2012 | -2,658.85 |
| Bill P... | 5/11/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/4 - 10/12 | -500.00 |
| Bill P... | 5/21/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/11 5/17/12   5/14/12 | -2,000.00 |
| Bill P... | 5/21/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/11 - 5/17/12  5/15/12 | -2,000.00 |
| Bill P... | 5/23/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES - 5/18 - 24/12 | -1,000.00 |
| Bill P... | 5/29/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/25 - 5/31/12 | -4,000.00 |
| Bill P... | 5/11/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/4 - 5/10/12 | -1,000.00 |
| Bill P... | 5/25/2012 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/25 - 5/31/12 | -3,000.00 |
| Bill P... | 5/1/2012 | 6110 | Chase Credit Card | ROOF & SALES GROUP | -2,041.43 |
| Bill P... | 5/21/2012 | 6111 | Chase Credit Card | sysco | -9,337.15 |
| Bill P... | 5/4/2012 | 6112 | Chase Credit Card | 1649.5 GAL OIL 5000 GAL TANK | -6,393.12 |
| Bill P... | 5/4/2012 | 6113 | Chase Credit Card | HERITAGENERGY | -6,239.06 |
| Bill P... | 5/4/2012 | 6114 | Chase Credit Card | HERITAGENERGY | -6,237.13 |
| Bill P... | 5/1/2012 | 6115 | Chase Credit Card | TRANSPORTATION KOSHER | -2,479.43 |
| Bill P... | 5/3/2012 | 6117 | ADP, INC | PAYROLL PROCESSING | -521.33 |
| Bill P... | 5/7/2012 | 6118 | Chase Credit Card | MARCH  2012 ELECTRIC BILL | -7,507.95 |
| Bill P... | 5/11/2012 | 6119 | Chase Credit Card | VOID: MARCH  2012 ELECTRIC BILL | 0.00 |
| Bill P... | 5/10/2012 | 6119 | Chase Credit Card | MARCH  2012 ELECTRIC BILL | -7,507.95 |
| Bill P... | 5/10/2012 | 6120 | Chase Credit Card | MARCH  2012 ELECTRIC BILL | -7,588.73 |
| Bill P... | 5/3/2012 | 6121 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 4/20 - 4/26/12 | -3,750.00 |
| Bill P... | 5/3/2012 | 6122 | CASH | petty cash; postage, tolls, mileage | -925.00 |
| Bill P... | 5/4/2012 | 6123 | CASH | PETTY CASH;  GROUP LUNCH, GS SUPPLIES, MI... | -411.31 |
| Bill P... | 5/4/2012 | 6124 | BARBARA KNIGHT | REFUND OF 3% FEE | -14.70 |
| Bill P... | 5/4/2012 | 6125 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 5/4/2012 | 6126 | DANIEL DODGE | CXL RESERVATION AMARANTH | -310.00 |
| Bill P... | 5/4/2012 | 6127 | J.C. EHRLICH CO. INC | 8078792 | -162.00 |
| Bill P... | 5/4/2012 | 6128 | JIM MONTANYA | APRIL 2012 MONTHLY WATER REPORTS | -450.00 |
| Bill P... | 5/4/2012 | 6129 | RICHMOND TOURS | REFUND FOR DOUBLE PAYMENT | -300.00 |
| Bill P... | 5/4/2012 | 6130 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226  golf cart lease | -3,048.75 |
| Bill P... | 5/4/2012 | 6131 | WILFRED MACDONALD INC. | 200700 | -38.15 |
| Bill P... | 5/4/2012 | 6132 | AMERICAN EXPRESS | GAS, PARTS, BQT, TRANSPORTATION, OFFICE S... | -2,828.90 |
| Bill P... | 5/7/2012 | 6133 | EVERYDAY LOGISTICS | Escrow Acct. | -200.00 |
| Bill P... | 5/7/2012 | 6134 | CENTRAL HUDSON | MAY 2012 TRANSFORMER RENTAL | -428.03 |
| Bill P... | 5/7/2012 | 6135 | LUMINARY PUBLISHING, INC | 1/4 AD 1X CHRONOGRAM HV MAY 2012 ISSUE | -450.00 |
| Bill P... | 5/7/2012 | 6136 | ULSTER UNIFORM SERVICE, INC. | GRNDS & MAINT UNIFORMS | -118.00 |
| Bill P... | 5/8/2012 | 6137 | Chase Credit Card | southbend over parts | -371.40 |
| Bill P... | 5/8/2012 | 6138 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -273.19 |
| Bill P... | 5/8/2012 | 6139 | FRANK L. BURNS JR. | food supervision 5/4/12 | -250.00 |
| Bill P... | 5/8/2012 | 6140 | GOLDIE GOLDBERG | MUSIC & DANCING CON DEISON RETIREES | -200.00 |
| Bill P... | 5/11/2012 | 6141 | HUDSON VALLEY INTERNET | ACCT#  2729 INTERNET 6 MONTHS | -300.00 |
| Bill P... | 5/8/2012 | 6142 | JENNIFER G. SCHNETZLER | PPE 5/3/12 | -102.00 |
| Bill P... | 5/8/2012 | 6143 | LYNDA DuBOIS | PPE 5/3/12 | -57.00 |
| Bill P... | 5/8/2012 | 6144 | VANTAGE HOSPITALITY | CASE # 10 - 22026 4 OF 10 PAYMENT | -3,000.00 |
| Bill P... | 5/11/2012 | 6145 | Ricky Boodoo | flowers | -120.00 |
| Bill P... | 5/8/2012 | 6146 | AMERICAN EXPRESS | postage, food, transportation, sales, adver | -1,078.00 |
| Bill P... | 5/11/2012 | 6147 | HOODZ OF THE MID & LOWER HU... | view & main kitchen hoods | -1,000.00 |
| Bill P... | 5/11/2012 | 6148 | BINNEWATER ICE COMPANY INC. | water | -107.04 |
| Bill P... | 5/10/2012 | 6149 | MARC MINOFF | VOID: COMM. 8 GROUPS 8/22-26/11 TO 2/17-21/12 | 0.00 |
| Bill P... | 5/10/2012 | 6150 | MARC MINOFF | COMM. 8 GROUPS 8/22-26/11 TO 2/17-21/12 | -1,720.20 |
| Bill P... | 5/10/2012 | 6151 | MICHAEL C. HASENBALG | 1st INSTALLMENT COMMISSION OVERSEAS CHI... | -500.00 |
| Bill P... | 5/10/2012 | 6152 | PERKINS d/b/a MT ELLIS PAPER C... | ROOM SUPPLIES | -1,684.53 |
| Bill P... | 5/11/2012 | 6153 | ANTHONY PERRETTA SR | REFUND DEP | -60.40 |
| Bill P... | 5/11/2012 | 6154 | BOOKING.COM B. V. | COMMISSION | -22.35 |
| Bill P... | 5/11/2012 | 6155 | ED PAKYLNIEWICZ | CXL MEDICAL | -40.00 |
| Bill P... | 5/11/2012 | 6156 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -110.00 |
| Bill P... | 5/11/2012 | 6157 | FRESKEETO FROZEN FOODS | FOOD | -10.42 |
| Bill P... | 5/11/2012 | 6158 | MIKE MCGANN | REFUND PART DEP | -60.40 |
| Bill P... | 5/11/2012 | 6159 | PEPSI COLA OF HUDSON VALLEY | soda del | -245.00 |
| Bill P... | 5/11/2012 | 6160 | ULSTER UNIFORM SERVICE, INC. | GRND & ENG | -118.00 |
| Bill P... | 5/14/2012 | 6161 | MARC MINOFF | commission HILULIM 4/27 - 4/29/12 | -180.90 |
| Bill P... | 5/14/2012 | 6162 | MARC MINOFF | COMMISSION USGSA, COLUMIA FIRE NYC GOLF,... | -1,691.64 |
| Bill P... | 5/16/2012 | 6163 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DEL | -623.51 |
| Bill P... | 5/16/2012 | 6164 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DELIVERY | -343.00 |
| Bill P... | 5/16/2012 | 6165 | THE HARTFORD | 166 12838463 Workers Comp premium | -7,106.24 |
| Bill P... | 5/17/2012 | 6166 | ADP, INC | ACCT3 287801 PAYROLL PROCESSING | -277.62 |
| Bill P... | 5/17/2012 | 6167 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 4/27 - 5/3/12 | -3,750.00 |
| Bill P... | 5/17/2012 | 6168 | CAPITAL ONE | HERITAGENERGY | -8,218.53 |

# The Lexington at The Hudson Valley Resort
## Account QuickReport
**Accrual Basis**                                                      As of May 31, 2012

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---:|
| Bill P... | 5/17/2012 | 6169 | FRANK L. BURNS JR. | 1 & 1/2 DAYS FOOD SUPERVISION | -375.00 |
| Bill P... | 5/17/2012 | 6170 | FRESKEETO FROZEN FOODS | FOOD DEL | -216.50 |
| Bill P... | 5/17/2012 | 6171 | MICHAEL C. HASENBALG | commission Overseas Chinese Mission 2nd installment | -500.00 |
| Bill P... | 5/17/2012 | 6172 | RICHARD LACATENA | CANDY CAFE | -189.21 |
| Bill P... | 5/17/2012 | 6173 | Ricky Boodoo | POOL SUPPLIES NON SKID FLOOR | -284.49 |
| Bill P... | 5/17/2012 | 6174 | THE TONER COMPANY | 4 fd toners, 5si toner, acct toner | -342.63 |
| Bill P... | 5/17/2012 | 6175 | TIGER SCORECARD | 10,000 SCORE CARDS | -868.00 |
| Bill P... | 5/17/2012 | 6176 | USA BLUE BOOK | 968145  PUMP | -508.14 |
| Bill P... | 5/21/2012 | 6177 | CHRISTIAN'S GREENHOUSE | GRAND COURT OREDR OF THE AMARANTH | -172.73 |
| Bill P... | 5/21/2012 | 6178 | FRANK L. BURNS JR. | FOOD SUPERVISION | -250.00 |
| Bill P... | 5/21/2012 | 6179 | GEOFF WALSH | GOLF MERCH REIMBURSMENT 5/1 - 5/15/12 | -347.21 |
| Bill P... | 5/21/2012 | 6180 | LORNA M. BOUGHTON | PPE 5/17/12 | -102.00 |
| Bill P... | 5/21/2012 | 6181 | MARC MINOFF | COMMISSION, CON ED RETIREES 5/6 - 10/12  75 ... | -202.50 |
| Bill P... | 5/21/2012 | 6182 | NOBLE GAS SOLUTIONS | ACCT# 2971 CYLINDER RENTAL | -17.50 |
| Bill P... | 5/21/2012 | 6183 | RAY POLLARD JR | PPE 5/17/12 | -51.00 |
| Bill P... | 5/21/2012 | 6184 | ROBERT J. ANSON JR | PPE 5/17/12 | -51.00 |
| Bill P... | 5/21/2012 | 6185 | ULSTER UNIFORM SERVICE, INC. | ACCT# 16635  GRNDS & MAINT | -118.00 |
| Bill P... | 5/21/2012 | 6186 | Chase Credit Card | A/C UNITS PARTS, LIGHT BULBS, ALARM, WASH... | -3,245.01 |
| Bill P... | 5/24/2012 | 6189 | CAPITAL ONE | Heritagenergy | -6,958.79 |
| Bill P... | 5/24/2012 | 6190 | Chase Credit Card | a/c, plumbing, locks, supplies electrical, rooms | -7,863.59 |
| Bill P... | 5/21/2012 | 6191 | Chase Credit Card | PO  ENTERTAINMENT | -482.80 |
| Bill P... | 5/24/2012 | 6193 | Chase Credit Card | HOME DEPOT 7 A/C'S | -4,793.04 |
| Bill P... | 5/21/2012 | 6194 | Chase Credit Card | GLAUBERS FOOD DEL | -1,154.16 |
| Bill P... | 5/22/2012 | 6195 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -248.79 |
| Bill P... | 5/22/2012 | 6196 | GRAINGER | ACCT3 870479516  FILTERS FOR UNITS | -742.58 |
| Bill P... | 5/22/2012 | 6197 | IN THE SWIM | ACCT#  455504 1 BLACK POXY PAINT POOL | -110.98 |
| Bill P... | 5/25/2012 | 6198 | Chase Credit Card | home depot, supplies | -4,362.50 |
| Bill P... | 5/23/2012 | 6199 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 BEER DEL | -54.50 |
| Bill P... | 5/23/2012 | 6200 | VALERIY LAVRUK | PPE 5/24/12 LEAVING FOR SEVERAL MONTHS | -318.54 |
| Bill P... | 5/23/2012 | 6201 | CASH | advertising, security | -5,375.00 |
| Bill P... | 5/24/2012 | 6202 | Chase Credit Card | ACCT# 110916 WASTE REMOVAL | -6,704.10 |
| Bill P... | 5/24/2012 | 6203 | AVAYA INC | ACCT#  0101838345  PHONES | -1,926.00 |
| Bill P... | 5/25/2012 | 6204 | STEDNER PRINTING | CARD STOCK; WHITE, CREAM, ASST COLORS | -445.74 |
| Bill P... | 5/29/2012 | 6205 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -247.36 |
| Bill P... | 5/29/2012 | 6206 | DEBORAH L. COHEN | PPE 5/24/12 | -51.00 |
| Bill P... | 5/29/2012 | 6207 | ECOLAB-CHEMICALS | PARTS FOR DISHWASHER, RODS, PINS, ROLLERS | -1,008.36 |
| Bill P... | 5/29/2012 | 6208 | FRANK L. BURNS JR. | FOOD SUPERVISION 5/25 & 5/26/12 | -500.00 |
| Bill P... | 5/29/2012 | 6209 | GRAPHIC SPECTRUMS | web site updates 4/30/12 | -378.00 |
| Bill P... | 5/29/2012 | 6210 | HIGHWAY DISPLAYS | 2580 BILLBOARDS | -600.00 |
| Bill P... | 5/29/2012 | 6211 | J.C. EHRLICH CO. INC | 8078792  CORRECTIVE SERVICES | -1,803.48 |
| Bill P... | 5/29/2012 | 6212 | JENNIFER G. SCHNETZLER | PPE 5/24/12 | -195.00 |
| Bill P... | 5/29/2012 | 6213 | KELLY SPOTO | PPE 5/24/12 | -288.00 |
| Bill P... | 5/29/2012 | 6214 | MICHAEL C. HASENBALG | COMMISSION 3rd INSTALLMENT | -500.00 |
| Bill P... | 5/29/2012 | 6215 | PEPSI COLA OF HUDSON VALLEY | KITCHEN & GIFT SHOP SODA | -743.15 |
| Bill P... | 5/29/2012 | 6216 | PERFECT COMPUTER SOLUTIONS | ACCT# 0901 ANNUAL 150 HOURS RENEWAL 1/4 ... | -2,227.50 |
| Bill P... | 5/29/2012 | 6217 | PERKINS d/b/a MT ELLIS PAPER C... | ROOM SUPPLIES | -1,845.34 |
| Bill P... | 5/29/2012 | 6218 | RAY POLLARD JR | PPE 5/24/12 | -224.00 |
| Bill P... | 5/29/2012 | 6219 | RELIABLE OFFICE SUPPLIES | ACCT# 01116657 OFFICE SUPPLIES FD, SALES, ... | -686.72 |
| Bill P... | 5/29/2012 | 6220 | RICOH USA , INC | 1329244-SNC257  COPIER LEASE | -913.16 |
| Bill P... | 5/29/2012 | 6221 | SPA PARTNERS | shower gel | -99.36 |
| Bill P... | 5/29/2012 | 6222 | STEDNER PRINTING | O. FEDASH BUS CARDS | -78.79 |
| Bill P... | 5/29/2012 | 6223 | AMERICAN EXPRESS | POOL, PAINT, GROUNDS, CARPENTRY, GAS, PA... | -2,391.02 |
| Bill P... | 5/29/2012 | 6225 | Chase Credit Card | SYSCO FOOD | -3,410.70 |
| Bill P... | 5/30/2012 | 6227 | ABBY MARCUS | CXL FOR ZAMIR CHORL FESTIVAL JULY 20112 | -168.00 |
| Bill P... | 5/30/2012 | 6228 | CENTRAL HUDSON | APRIL & MAY HOUSE ELECTRIC | -259.50 |
| Bill P... | 5/30/2012 | 6229 | COFFEE SYSTEM OF THE HUDSO... | 150620  COFFEE | -105.60 |
| Bill P... | 5/30/2012 | 6230 | LUMINARY PUBLISHING, INC | NPRCC  MEMBERSHIP DIRECTORY 2012 | -130.00 |
| Bill P... | 5/30/2012 | 6231 | MARC MINOFF | COMMISSION, NEW JERUSALEM BAPTIST CHUR... | -48.60 |
| Bill P... | 5/30/2012 | 6232 | N.P.A.P., INC | OVERPAYMENT FOR GROUP 5/18 - 20/12 | -838.00 |

Total 10114 · Chase Bank - Operating DIP Acct                                                                    -190,234.16

**TOTAL**                                                                                                                          **-190,234.16**

1:22 PM
05/30/12

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of May 31, 2012

"D" p. 1 of 2

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **CENTRAL HUDSON** | | | | | |
| Bill | 5/1/2012 | 36992710008 | ELECTRIC FOR APRIL 2012 | 30 | 22,097.30 |
| Total CENTRAL HUDSON | | | | | 22,097.30 |
| **Chase Credit Card** | | | | | |
| Bill | 5/1/2012 | 36992710008 | MARCH 2012 ELECTRIC BILL | 30 | 22,604.63 |
| Total Chase Credit Card | | | | | 22,604.63 |
| **CORNER STONE** | | | | | |
| Bill | 5/1/2012 | 2092809 | ACCT# 5004202 PHONE SERVICE | 30 | 2,448.21 |
| Total CORNER STONE | | | | | 2,448.21 |
| **CULLIGAN WATER CONDITIONING** | | | | | |
| Bill | 5/7/2012 | 201205519... | MAY 2012 WATER SOFTENER | 24 | 61.19 |
| Total CULLIGAN WATER CONDITIONING | | | | | 61.19 |
| **De'Shay Graphics & Desktop Publishing** | | | | | |
| Bill | 5/1/2012 | 5125 | FALL 2012 TOURISM GUIDE | 30 | 800.00 |
| Total De'Shay Graphics & Desktop Publishing | | | | | 800.00 |
| **E-Z-GO A TEXTRON COMPANY** | | | | | |
| Credit | 1/1/2012 | 2849473 | RETURN KEY SWITCH | | -32.40 |
| Total E-Z-GO A TEXTRON COMPANY | | | | | -32.40 |
| **HERITAGENERGY** | | | | | |
| Bill | 5/15/2012 | 36636 | 224.4 GAL OIL HOT WATER | 16 | 836.11 |
| Bill | 5/15/2012 | 45025 | 449.8 GAL OIL 5000 TANK | 16 | 1,638.79 |
| Bill | 5/17/2012 | 45264 | 131.4 GAL REG GAS | 14 | 517.02 |
| Bill | 5/18/2012 | 36636 | 126.7 gal OIL HOT WATER | 13 | 462.51 |
| Bill | 5/24/2012 | 45877 | 138.5 Gal REG GAS | 7 | 534.13 |
| Bill | 5/25/2012 | 36636 | 151.5 GAL OIL HOT WATER | 6 | 538.73 |
| Bill | 5/29/2012 | 46589 | 255.5 GAL OIL HOT WATER | 2 | 911.29 |
| Bill | 5/29/2012 | 46378 | 544.8 GAL OIL 5000 TANK | 2 | 1,903.48 |
| Total HERITAGENERGY | | | | | 7,342.06 |
| **IN THE SWIM** | | | | | |
| Bill | 5/7/2012 | 9094331 | 12 POXY PAINT POOL | 24 | 1,149.88 |
| Bill | 5/11/2012 | 9127589 | ACCT# 455504 POXY PAINT POOL | 20 | 485.94 |
| Total IN THE SWIM | | | | | 1,635.82 |
| **IPFS CORPORATION** | | | | | |
| Bill | 8/29/2011 | 92111 | ACCT# 15-003-112366-8 GENERAL LI... | 253 | 16,471.44 |
| Total IPFS CORPORATION | | | | | 16,471.44 |
| **J.C. EHRLICH CO. INC** | | | | | |
| Bill | 5/9/2012 | 1388 | ACCT# 8078792 BED BUG SERVICE | 22 | 162.00 |
| Bill | 5/16/2012 | 1396 | corrective service | 15 | 162.00 |
| Total J.C. EHRLICH CO. INC | | | | | 324.00 |
| **Kennedy Funding Inc.** | | | | | |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS 2012 | 151 | 437,270.00 ✗ |
| Total Kennedy Funding Inc. | | | | | 437,270.00 |
| **MIWA LOCK COMPANY, LTD.** | | | | | |
| Bill | 5/18/2012 | US-27211 | ACCT# HUDSONVALLEY KERHON D... | 13 | 1,887.00 |
| Total MIWA LOCK COMPANY, LTD. | | | | | 1,887.00 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 206 | 20,000.00 |
| Total OREST FEDASH | | | | | 20,000.00 |
| **PERFECT COMPUTER SOLUTIONS** | | | | | |
| Bill | 4/6/2012 | 3418 | ACCT# 0901 ANNUAL 150 HOURS R... | 55 | 6,682.50 |
| Total PERFECT COMPUTER SOLUTIONS | | | | | 6,682.50 |

1:22 PM
05/30/12

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of May 31, 2012

"D" p. 2 of 2

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **PERKINS d/b/a MT ELLIS PAPER CO., INC.** | | | | | |
| Bill | 5/8/2012 | 15306419 | supplies | 23 | 937.30 |
| Bill | 5/15/2012 | 15319753 | guest supplies | 16 | 1,222.95 |
| Bill | 5/22/2012 | 15333276 | cleaning and guest supplies | 9 | 983.92 |
| Total PERKINS d/b/a MT ELLIS PAPER CO., INC. | | | | | 3,144.17 |
| **SWIMKING OF ULSTER** | | | | | |
| Credit | 2/13/2012 | 1147 | CREDIT FOR RETURNS | | -212.48 |
| Bill | 5/25/2012 | 643 | CHLORINE PALLET | 6 | 656.29 |
| Total SWIMKING OF ULSTER | | | | | 443.81 |
| **SYSCO FOOD SERVICES** | | | | | |
| Bill | 5/16/2012 | 205160528 | FOOD DEL | 15 | 8,253.95 |
| Bill | 5/17/2012 | 205171388 | POUND CAKE & MUFFINS GLUTEN F... | 14 | 37.47 |
| Bill | 5/18/2012 | 205181293 | FOOD | 13 | 4,568.78 |
| Bill | 5/19/2012 | 205199138 | food del | 12 | 179.94 |
| Bill | 5/19/2012 | 205199106 | mixer peach | 12 | 10.74 |
| Bill | 5/19/2012 | 2051999104 | food | 12 | 95.04 |
| Bill | 5/19/2012 | 205199112 | milk | 12 | 64.16 |
| Bill | 5/19/2012 | 205190266 | POUND CAKE & MUFFINGS, ROLL G... | 12 | 192.24 |
| Bill | 5/23/2012 | 205231051 | CANDY & COOKIES | 8 | 69.67 |
| Bill | 5/25/2012 | 205251037 | food | 6 | 3,852.13 |
| Bill | 5/26/2012 | 205260088 | FOOD DEL | 5 | 903.60 |
| Bill | 5/28/2012 | 205180349 | FOOD DEL | 3 | 798.50 |
| Total SYSCO FOOD SERVICES | | | | | 19,026.22 |
| **TEXTRON FINANCIAL CORPORATION** | | | | | |
| Bill | 5/29/2012 | 2850757 | ACCT# 188226 GOLF CART LEASE | 2 | 3,048.75 |
| Total TEXTRON FINANCIAL CORPORATION | | | | | 3,048.75 |
| **THE HARTFORD** | | | | | |
| Bill | 3/9/2012 | 3512 | DOWNPAYMENT WORKERS COMP ... | 67 | 49,729.68 ✗ |
| Total THE HARTFORD | | | | | 49,729.68 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 587 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **THYSSENKRUPP ELEVATOR CORP.** | | | | | |
| Bill | 5/1/2012 | 221842 | Acct# 934043 elevator maintainence | 30 | 2,525.51 |
| Total THYSSENKRUPP ELEVATOR CORP. | | | | | 2,525.51 |
| **TIME WARNER CABLE** | | | | | |
| Bill | 5/9/2012 | 815040037... | cable bision | 22 | 1,271.91 |
| Bill | 5/9/2012 | 815040037... | internet | 22 | 109.95 |
| Total TIME WARNER CABLE | | | | | 1,381.86 |
| **VANTAGE HOSPITALITY** | | | | | |
| Bill | 11/1/2010 | 22011-11102 | CASE # 10-22026 1 OF 10 PAYMENT... | 577 | 460.00 |
| Bill | 12/1/2010 | 22011-12102 | CASE # 10 - 22026 2 OF 10 PAYMENTS | 547 | 460.00 |
| Bill | 1/1/2011 | 22011-01112 | CASE # 10-22026 3 OF 10 PAYMENT | 516 | 460.00 |
| Bill | 2/1/2011 | 22011-02112 | CASE # 10-22026 4 OF 10 PAYMENT | 485 | 460.00 |
| Bill | 3/1/2011 | 2201103112 | CASE # 10-22026 5 OF 10 PAYMENT | 457 | 3,460.00 |
| Bill | 4/1/2011 | 2201104112 | CASE # 10-22026 6 OF 10 PAYMENTS | 426 | 3,460.00 |
| Bill | 5/1/2011 | 22011-05112 | CASE # 10 - 22026 7 OF 10 PAYMENTS | 396 | 3,460.00 |
| Bill | 6/1/2011 | 2201106112 | CASE # 10 -22026 8 OF 10 PAYMENTS | 365 | 3,460.00 |
| Bill | 7/1/2011 | 07112 | CASE # 10 - 22026 9 OF 10 PAYMENTS | 335 | 3,460.00 |
| Bill | 8/1/2011 | 08112 | CASE # 10 - 22026 10 OF 10 PAYME... | 304 | 3,460.00 |
| Bill | 9/1/2011 | 22011-09112 | membership | 273 | 3,460.00 |
| Total VANTAGE HOSPITALITY | | | | | 26,060.00 |
| **TOTAL** | | | | | 664,951.75 |

<437,270.->
<49,729.68>

$177,952.07



Page 2

"E"

## **OUTSTANDING INVOICES:**          AS OF  04/30/12

| GROUP: | DATE OF GRP. | AMOUNT |
|---|---|---|
| **PRIVATE STOCK ENTERTAINMENT** | 2/12-15/10 | $ 87,417.68 |
| Mr. Don Johnson | **Stop Payment issued on checks** | |
| Washington, DC | | $ (67,528.86) charged to credit cards |
| (202) 489-1032 | | |
| **ZAMIR CHORAL FESTIVAL** | 7/10-14/11 | $ 980.45 |
| Mr. Ian Kim | | |
| 252-00 Horace Harding Expy | | |
| Little Neck, NY 11362 | | |
| **NERFA** | 11/11-13/11 | $ 477.50 |
| Dianne Tankel | | |
| (215) 805-8032 | | |
| **UNITED POLKA** | 04/27-29/12 | $ 259.01 |
| Gus Kosior | | |

**TOTAL OUTSTANDING INVOICES:**          $ 21,605.78