B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re **Everyday Logistics LLC**
_Debtor_

Case No. **10-22026**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **July 2012**          Date filed: **Feb. 7, 2013**

Line of Business: _____          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/_

Original Signature of Responsible Party  as Managing Member

**Eliot Spitzer**

Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 681,404.21

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ <53,239.78>

Cash on Hand at End of Month   $ <49,508.45>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 677,672.88

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 681,404.21

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 677,672.88

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ 3,731.33

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 100,671.72

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 112,034.13

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   126

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   132

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 25,030.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 681,404.21 | $ |
| EXPENSES | $ | $ 677,672.88 | $ |
| CASH PROFIT | $ | $ 3,731.33 | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

(B)

**Month**     **07/01/2012**     through     **07/31/2012**

### INCOME

|   | | Received on date | | Bank Deposit |
|---|---|---|---|---|
|   |   | Cash | Checks | Totals |
| 1 | 07/01 - 05 | $ 4,195.55 | $ 58,898.00 | $ 63,093.55 |
| 2 | 07/06 - 12 | $ 7,063.60 | $ 183,191.40 | $ 190,255.00 |
| 3 | 07/13 - 19 | $ 8,362.74 | $ 79,655.31 | $ 88,018.05 |
| 4 | 07/20 - 26 | $ 3,761.19 | $ 118,127.02 | $ 121,888.21 |
| 5 | 07/27 - 31 | $ 1,923.27 | $ 713.79 | $ 2,637.06 |
|   |   | $ 25,306.35 | $ 440,585.52 | $ 465,891.87 |

$ 465,891.87

|   | Processed on date | | | Credit Card |
|---|---|---|---|---|
|   | AmEx | MC/Visa | Discover | Totals |
| 1 | $ 9,086.48 | $ 23,997.02 | $ 1,402.10 | $ 34,485.60 |
| 2 | $ (1,307.19) | $ 12,486.57 | $ 754.00 | $ 11,933.38 |
| 3 | $ 9,089.00 | $ 130,985.18 | $ 7,657.56 | $ 147,731.74 |
| 4 | $ 1,373.98 | $ 8,345.51 | $ 481.90 | $ 10,201.39 |
| 5 | $ 2,866.34 | $ 7,605.97 | $ 687.92 | $ 11,160.23 |
|   | $ 21,108.61 | $ 183,420.25 | $ 10,983.48 | $ 215,512.34 |

$ 215,512.34

**Total income for the month:**                                                                       $ 681,404.21

### DISBURSEMENTS

| | |
|---|---|
| Bank, credit card and processing fees: | |
| Credit card repayment: | |
| Total check disbursements (list attached): | $ 372,333.61 |
| Total payroll expense (transfers): | $ 280,309.27 |
| Other legal and bank fees (including uncleared checks): | $ 25,030.00 |

**Total expenses for the month:**                                                                     $ 677,672.88

**Cash profit (loss) for the month:**                                                                $ 3,731.33

9:32 AM
08/03/12
Accrual Basis

10-22026-rdd    Doc 139    Filed 02/07/13    Entered 02/07/13 10:21:03    Main Document
Pg 6 of 11

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of July 31, 2012

p. 1 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 7/3/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/22 - 28/12 | -4,000.00 |
| Bill P... | 7/9/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/29 - 7/5/12 | -4,000.00 |
| Bill P... | 7/12/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 7/6 - 7/12/12 | -10,000.00 |
| Bill P... | 7/17/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 7/13 - 7/19/12 | -4,000.00 |
| Bill P... | 7/30/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 7/20 - 26/12 | -4,000.00 |
| Bill P... | 7/17/2012 | 0 | NYS SALES TAX PROCESSING | 20-3729464 ST-809 6/30/12 | -18,541.42 |
| Bill P... | 7/19/2012 | 0 | Kennedy Funding Inc. | ANNUAL BANKRUPTCY TERMS  2012 | -25,030.00 |
| Bill P... | 7/1/2012 | 6404 | MICHAEL C. HASENBALG | COMMISSION INSTALL OCM # 7 | -500.00 |
| Bill P... | 7/3/2012 | 6405 | VANTAGE HOSPITALITY | CASE # 10-22026 6 OF 10 PAYMENTS | -3,000.00 |
| Bill P... | 7/3/2012 | 6406 | Chase Credit Card | food | -7,891.26 |
| Bill P... | 7/3/2012 | 6407 | Chase Credit Card | SYSCO food | -7,344.04 |
| Bill P... | 7/3/2012 | 6408 | Chase Credit Card | sysco food | -4,838.25 |
| Bill P... | 7/5/2012 | 6409 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 6/15 - 21/12 | -3,750.00 |
| Bill P... | 7/5/2012 | 6410 | ADP, INC | ACCT# 287801  PAYROLL PROCESSING | -325.45 |
| Bill P... | 7/5/2012 | 6411 | BOOKING.COM B. V. | ID# 313346  COMMISSION: LEHAVI, KNELL,LAST,... | -128.25 |
| Bill P... | 7/5/2012 | 6412 | CENTRAL HUDSON | ACCT# 9000-6995-00-6 2ND INSTALL. FOR ENGER... | -747.59 |
| Bill P... | 7/5/2012 | 6413 | CENTRAL HUDSON | ACCT# 9100-0400-00-1 MONTHLY TRANSFORMER... | -428.03 |
| Bill P... | 7/5/2012 | 6414 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -287.40 |
| Bill P... | 7/5/2012 | 6415 | FRANK L. BURNS JR. | FOOD SUPERVISION  6/24, 26, 28 & 30/12 | -1,000.00 |
| Bill P... | 7/5/2012 | 6416 | GEOFF WALSH | GOLF REIMBURSEMENT 6/16 - 6/30/12 | -919.80 |
| Bill P... | 7/5/2012 | 6417 | GRAPHIC SPECTRUMS | MONTHLY WEB UPDATES THRU 6/30/12 | -90.00 |
| Bill P... | 7/5/2012 | 6418 | JIM MONTANYA | JUNE 2012 MONTHLY WATER REPORTING & TES... | -450.00 |
| Bill P... | 7/5/2012 | 6419 | KELLY SPOTO | PPE 6/28/12 | -256.00 |
| Bill P... | 7/5/2012 | 6420 | LORNA M. BOUGHTON | PPE 6/28/12 | -51.00 |
| Bill P... | 7/5/2012 | 6421 | LYNDA DuBOIS | PPE 6/28/12 | -184.00 |
| Bill P... | 7/5/2012 | 6422 | MARYANN KRUM | plants, blankets mileage | -470.85 |
| Bill P... | 7/5/2012 | 6423 | NAT'L COAL. OF ITALIAN AMERIC... | REBATE | -508.48 |
| Bill P... | 7/5/2012 | 6424 | NOBLE GAS SOLUTIONS | ACCT# 2971 MONTHLY CYLINDER RENTAL | -8.75 |
| Bill P... | 7/5/2012 | 6425 | WHOLESALE FOOD EQUIPMENT, I... | BUS BOXES, TABLE CRAFT BOX, 1 HR | -101.64 |
| Bill P... | 7/5/2012 | 6426 | WILFRED MACDONALD INC. | 200700 | -40.18 |
| Bill P... | 7/6/2012 | 6427 | Chase Credit Card | SYSCO FOOD | -6,660.59 |
| Bill P... | 7/6/2012 | 6428 | Chase Credit Card | SYSCO | -6,668.08 |
| Bill P... | 7/6/2012 | 6429 | Chase Credit Card | ROOM BETHANY CHURCH | -4,620.00 |
| Bill P... | 7/6/2012 | 6430 | Chase Credit Card | COMPRESSER DUTCHESS | -2,956.37 |
| Bill P... | 7/6/2012 | 6431 | CHARLES JACKSON SR | PPE 6/28/12 | -75.08 |
| Bill P... | 7/6/2012 | 6432 | MICHAEL STEWART | PPE 6/28/12 | -66.21 |
| Bill P... | 7/5/2012 | 6433 | CAPITAL ONE | HERITAGENERGY | -4,364.53 |
| Bill P... | 7/5/2012 | 6434 | HUDSON VALLEY TENT CO. INC | 500 CHAIRS 7/3/12 - 7/9/12 | -540.00 |
| Bill P... | 7/5/2012 | 6435 | IN THE SWIM | COLORQ REPLACEMENT TUBES | -39.89 |
| Bill P... | 7/6/2012 | 6436 | Chase Credit Card | LIBRARY COMPRESSOR R. J. MURRAY | -3,109.62 |
| Bill P... | 7/6/2012 | 6437 | MARCELO RAIBAN | PPPE 6/28/12 | -112.00 |
| Bill P... | 7/6/2012 | 6438 | Chase Credit Card | SYSCO PAPER, FOOD, HEAT, CLEAN  CONT | -7,454.11 |
| Bill P... | 7/6/2012 | 6439 | Chase Credit Card | SYSCO PAPER, FOOD, HEAT, CLEAN CONT | -7,892.50 |
| Bill P... | 7/6/2012 | 6440 | Chase Credit Card | SYSCO  PAPER, FOOD, HEAT, CLEAN CONT | -6,323.39 |
| Bill P... | 7/6/2012 | 6441 | Chase Credit Card | VOID: SYSCO PAPER, FOOD, HEAT, CLEAN BOA | 0.00 |
| Bill P... | 7/6/2012 | 6442 | Chase Credit Card | VOID: SYSCO PAPER, FOOD, HEAT, CLEAN BOA | 0.00 |
| Bill P... | 7/6/2012 | 6443 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 6/22 - 6/29/12 | -3,750.00 |
| Bill P... | 7/6/2012 | 6444 | RUSSIAN HERITAGE FOUNDATION | ADVERTISING | -4,000.00 |
| Bill P... | 7/9/2012 | 6447 | Chase Credit Card | PAPER, FOOD, HEAT, CLEAN | -5,500.00 |
| Bill P... | 7/9/2012 | 6448 | Chase Credit Card | PAPER, FOOD, HEAT, CLEAN | -5,924.11 |
| Bill P... | 7/9/2012 | 6449 | BINNEWATER ICE COMPANY INC. | WATER | -181.64 |
| Bill P... | 7/9/2012 | 6450 | CASH | PETTY CASH;  FOOD, SUPPLIES, TRAVEL, REBA... | -2,073.25 |
| Bill P... | 7/9/2012 | 6451 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -118.64 |
| Bill P... | 7/9/2012 | 6452 | ECOLAB-CHEMICALS | ROLLERS | -791.21 |
| Bill P... | 7/9/2012 | 6453 | FRANK L. BURNS JR. | FOOD SUPERVISION 7/5,6, & 7/12 | -750.00 |
| Bill P... | 7/9/2012 | 6454 | IN THE SWIM | CUSTOMER # 455504 SPA & ENG SUPPLIES | -209.78 |
| Bill P... | 7/9/2012 | 6455 | KIMBALL MIDWEST | ACCT# 371773 | -418.18 |
| Bill P... | 7/9/2012 | 6456 | MICHAEL C. HASENBALG | COMMISSION OCM INSTALL # 8 | -500.00 |
| Bill P... | 7/9/2012 | 6457 | PEPSI COLA OF HUDSON VALLEY | SODA | -1,071.15 |
| Bill P... | 7/9/2012 | 6458 | TEXTRON FINANCIAL CORPORATI... | ACCT# 977-0188226-125  GOLF CART LEASE | -3,048.75 |
| Bill P... | 7/9/2012 | 6459 | ULSTER UNIFORM SERVICE, INC. | ENG & GROUNDS | -121.00 |
| Bill P... | 7/9/2012 | 6460 | Zurich | POLICY # 5291950-3  DISABILITY 4/1 - 6/30/12 | -1,965.28 |
| Bill P... | 7/10/2012 | 6461 | ADP, INC | ACCT# 287801  PAYROLL PROCESSING | -310.74 |
| Bill P... | 7/10/2012 | 6462 | DEBORAH L. COHEN | PPE 7/5/12 | -63.00 |
| Bill P... | 7/10/2012 | 6463 | KELLY SPOTO | PPE 7/5/12 | -255.00 |
| Bill P... | 7/10/2012 | 6464 | RAY POLLARD JR | PPE 7/5/12 | -149.00 |
| Bill P... | 7/10/2012 | 6465 | ROBERT J. ANSON JR | PPE 7/5/12 | -61.00 |
| Bill P... | 7/11/2012 | 6466 | KIRYAS JOEL POULTRY PROCES... | KOSHER FOOD ZAMIR | -3,855.23 |
| Bill P... | 7/11/2012 | 6467 | NEIMAN'S KOSHER FISH | ACCT# 6268888 FISH ZAMIR | -4,134.00 |

9:32 AM  
08/03/12  
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of July 31, 2012

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 7/11/2012 | 6468 | SPRINGFIELD GROUP INC. | FOOD DEL ZAMIR | -4,426.24 |
| Bill P... | 7/11/2012 | 6469 | STAN SHERRY | REBATE NYPD ECUMENICAL GOLF | -7,490.00 |
| Bill P... | 7/11/2012 | 6470 | THE CHEF'S KINGDOM INC. | FOOD DEL ZAMIR | -3,653.90 |
| Bill P... | 7/11/2012 | 6471 | Chase Credit Card | LAMELA'S SANITATION & PEPSI | -3,318.81 |
| Bill P... | 7/11/2012 | 6472 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DEL | -815.29 |
| Bill P... | 7/11/2012 | 6473 | LOBO DISTRIBUTING INC. | ACCT# 50863  BEER DEL | -153.45 |
| Bill P... | 7/11/2012 | 6474 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -402.87 |
| Bill P... | 7/11/2012 | 6475 | ADAM'S PIANO | 1 ADDITIONAL PIANO JEWISH CHORAL FESTIVAL | -475.00 |
| Bill P... | 7/11/2012 | 6476 | Chase Credit Card | FOOD ZAMIR UNITED | -5,052.65 |
| Bill P... | 7/11/2012 | 6477 | THE HARTFORD | 166 12838463 | -7,106.24 |
| Bill P... | 7/11/2012 | 6478 | CASH | PETTY CASH; AD, ELEC, EMP REL, LABOR MAINT | -1,835.00 |
| Bill P... | 7/11/2012 | 6479 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DEL | -216.18 |
| Bill P... | 7/11/2012 | 6480 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -227.70 |
| Bill P... | 7/11/2012 | 6481 | PERKINS d/b/a MT ELLIS PAPER C... | rooms, spa, gift shop, front desk, kitchen supplies | -7,249.45 |
| Bill P... | 7/12/2012 | 6482 | HOME DEPOT SUPPLY FACILITIE... | SUPPLIES | -179.99 |
| Bill P... | 7/12/2012 | 6483 | THYSSENKRUPP ELEVATOR CORP. | 934043  quarterly maint. 7/1 - 9/30/12 | -7,576.51 |
| Bill P... | 7/13/2012 | 6484 | AMERICAN EXPRESS | transport, phone, kosher, advertising | -4,374.95 |
| Bill P... | 7/12/2012 | 6485 | GJM TRANSPORTATION | UNA FESTIVAL 7/13 - 7/15/12 | -793.10 |
| Bill P... | 7/13/2012 | 6486 | AMERICAN EXPRESS | PO, KOSHER, A&P, | -3,200.49 |
| Bill P... | 7/13/2012 | 6487 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 6/29 - 7/5/12 | -3,750.00 |
| Bill P... | 7/16/2012 | 6488 | DECKER & SAMUELS | BACK PAC BLOWER | -475.00 |
| Bill P... | 7/16/2012 | 6489 | Chase Credit Card | AQUABOT T4RC  OUTDOOR POOL VACUUM | -1,811.95 |
| Bill P... | 7/16/2012 | 6490 | UKRAINIAN NATIONAL FOUNDATI... | SOYUZIVKA TICKETS CHARGED TO ROOMS | -630.00 |
| Bill P... | 7/16/2012 | 6491 | ANA PALOP 0 VELASQUEZ | TUNING FOR BABY GRAND ZAMIR | -125.00 |
| Bill P... | 7/16/2012 | 6492 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -310.00 |
| Bill P... | 7/16/2012 | 6493 | FRANK L. BURNS JR. | FOOD SUPERVISION 7/9, 10, 13, 14/12 | -1,000.00 |
| Bill P... | 7/16/2012 | 6494 | HERITAGE FOOD SERVICE EQUIP... | VOID: 189.3 gal OIL HOT WATER | 0.00 |
| Bill P... | 7/16/2012 | 6495 | HIGHWAY DISPLAYS | 2580  BILLBOARD DISPLAYS | -600.00 |
| Bill P... | 7/16/2012 | 6496 | ICONTACT | acct# hudson valley resort monthlly bulk email marke... | -79.92 |
| Bill P... | 7/16/2012 | 6497 | ULSTER UNIFORM SERVICE, INC. | eng & grnds uniforms | -121.00 |
| Bill P... | 7/16/2012 | 6498 | WHOLESALE FOOD EQUIPMENT, I... | tote box divided, china cap, egg slicer, paring knife | -197.10 |
| Bill P... | 7/16/2012 | 6499 | WILFRED MACDONALD INC. | 200700  PARTS | -11.41 |
| Bill P... | 7/16/2012 | 6500 | LORNA M. BOUGHTON | PPE 7/12/12 | -87.00 |
| Bill P... | 7/16/2012 | 6501 | ROBERT J. ANSON JR | PPE 7/12/12 | -51.00 |
| Bill P... | 7/17/2012 | 6502 | Chase Credit Card | SYSCO  food paper | -13,067.36 |
| Bill P... | 7/17/2012 | 6503 | Chase Credit Card | SYSCIO food, paper, fuel | -17,350.36 |
| Bill P... | 7/17/2012 | 6504 | Chase Credit Card | SYSCO food paper | -5,128.66 |
| Bill P... | 7/17/2012 | 6505 | Chase Credit Card | Trane compressor & 2 gaskets  cont | -1,578.05 |
| Bill P... | 7/17/2012 | 6506 | CASH | PETTY CASH; FOOD, EQUIP, TRAVEL REBATE | -1,532.90 |
| Bill P... | 7/17/2012 | 6507 | TRAVELNET SOLUTIONS | CAMPAIGN  ID # 10823  WEBSERVICES,HOSTING | -2,000.00 |
| Bill P... | 7/17/2012 | 6508 | TRAVELNET SOLUTIONS | CAMPAIGN ID # 10707  RESORTSANDLODGES.C... | -2,000.00 |
| Bill P... | 7/17/2012 | 6509 | DUSO FOOD DISTRIBUTORS INC. | KOSHER FOOD | -286.21 |
| Bill P... | 7/17/2012 | 6510 | AMERICAN EXPRESS | KOSHER FOODS, LABOR | -3,111.00 |
| Bill P... | 7/19/2012 | 6511 | CASH | RABBICAL SUPERVISION 7/13 7/2012 | -2,690.00 |
| Bill P... | 7/19/2012 | 6512 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 7/6 - 7/12/12 | -3,750.00 |
| Bill P... | 7/19/2012 | 6513 | AMERICAN EXPRESS | A/C, TVS, EQUIP, KOSHER WINE, AD | -4,096.15 |
| Bill P... | 7/19/2012 | 6514 | Chase Credit Card | SYSCO FOOD SERVICES | -19,773.95 |
| Bill P... | 7/19/2012 | 6515 | ADP, INC | ACCT# 287801 PAYROLL | -365.03 |
| Bill P... | 7/19/2012 | 6516 | COFFEE SYSTEM OF THE HUDSO... | 150620  SUPPLIES | -816.48 |
| Bill P... | 7/19/2012 | 6517 | FRESKEETO FROZEN FOODS | FOOD | -177.06 |
| Bill P... | 7/19/2012 | 6518 | GEOFF WALSH | REIMBURSMENT GOLF | -387.47 |
| Bill P... | 7/19/2012 | 6519 | GILLETTE CREAMERY | ICE CREAM | -557.44 |
| Bill P... | 7/19/2012 | 6520 | MICHAEL C. HASENBALG | COMMISSION OCM INSTALLMENT # 9 | -500.00 |
| Bill P... | 7/19/2012 | 6521 | WHOLESALE FOOD EQUIPMENT, I... | pans, gloves, | -47.00 |
| Bill P... | 7/19/2012 | 6522 | Chase Credit Card | | -5,242.54 |
| Bill P... | 7/19/2012 | 6523 | ULSTER UNIFORM SERVICE, INC. | ENG & GRNDS | -121.00 |
| Bill P... | 7/20/2012 | 6524 | CAPITAL ONE | HERITAGENERGY | -9,510.44 |
| Bill P... | 7/23/2012 | 6525 | Chase Credit Card | VOID: | 0.00 |
| Bill P... | 7/23/2012 | 6526 | Chase Credit Card | steel pipe wristbands | -344.40 |
| Bill P... | 7/23/2012 | 6527 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 7/23/2012 | 6528 | DEBORAH L. COHEN | PE 7/19/12 | -51.00 |
| Bill P... | 7/23/2012 | 6529 | DEBRA MARCUS | PPE 7/19/12 | -71.00 |
| Bill P... | 7/23/2012 | 6530 | KELLY SPOTO | PPE 7/19/12 | -785.00 |
| Bill P... | 7/23/2012 | 6531 | LORNA M. BOUGHTON | PPE 7/19/12 | -321.00 |
| Bill P... | 7/23/2012 | 6532 | LYNDA DuBOIS | PPE 7/19/12 | -304.00 |
| Bill P... | 7/23/2012 | 6533 | MICHAEL C. HASENBALG | commission OCM INSTALLMETN # 10 | -500.00 |
| Bill P... | 7/23/2012 | 6534 | ROBERT J. ANSON JR | PPE 7/19/12 | -118.00 |
| Bill P... | 7/23/2012 | 6536 | Chase Credit Card | CORNER STONE ACCT# 5004202 PHONE SERVICE | -2,609.12 |
| Bill P... | 7/23/2012 | 6537 | Chase Credit Card | duso kosher food | -1,108.45 |
| Bill P... | 7/23/2012 | 6538 | THERMOTRON CO. | 6 R- 22 | -2,460.00 |

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of July 31, 2012

p. 3 of 3

| Type   | Date      | Num  | Name                            | Memo                                              | Amount     |
|--------|-----------|------|---------------------------------|---------------------------------------------------|------------|
| Bill P... | 7/23/2012 | 6539 | Chase Credit Card               | ACCT #3699-2710-00-8 JUNE ELECTRIC BILL           | -7,542.63  |
| Bill P... | 7/23/2012 | 6540 | Chase Credit Card               | ZAMIR, ROOF, POOL PUMP                            | -583.67    |
| Bill P... | 7/23/2012 | 6541 | Chase Credit Card               | GAS, PO, BOILER, AIR MATTRESS TIME CARDS          | -1,880.67  |
| Bill P... | 7/26/2012 | 6543 | ADP, INC                        | ACCT3 287801 PAYROLL PROCESSING                   | -343.26    |
| Bill P... | 7/26/2012 | 6544 | ANNA OTT                        | REFUND                                            | -199.00    |
| Bill P... | 7/26/2012 | 6545 | BANK OF AMERICA - OFC           | MANAGEMENT FEES - M 7/13 - 7/19/12                | -3,750.00  |
| Bill P... | 7/26/2012 | 6546 | BILL NEUERT                     | REFUND                                            | -200.00    |
| Bill P... | 7/26/2012 | 6547 | Chase Credit Card               | ACCT #3699-2710-00-8 JUNE ELECTRIC BILL  UNI...   | -7,602.63  |
| Bill P... | 7/26/2012 | 6548 | FRANK L. BURNS JR.              | food supervision 7/16, 19, 20, & 21/12            | -1,000.00  |
| Bill P... | 7/26/2012 | 6549 | G&G HOUSE OF WHEELS INC         | PULLY, ROPE, KEY, OIL                             | -333.42    |
| Bill P... | 7/26/2012 | 6550 | IRMGARD PASTORELLO              | REFUND                                            | -65.00     |
| Bill P... | 7/26/2012 | 6551 | RAY GODFREY                     | CXL                                               | -190.00    |
| Bill P... | 7/26/2012 | 6552 | RICHARD LACATENA                | FOOD                                              | -215.32    |
| Bill P... | 7/26/2012 | 6553 | Chase Credit Card               | ACCT #3699-2710-00-8 JUNE ELECTRIC BILL  UNI...   | -7,602.63  |
| Bill P... | 7/26/2012 | 6554 | CENTRAL HUDSON                  | electric bill for 5/22 - 7/19/12  house           | -347.67    |
| Bill P... | 7/26/2012 | 6555 | COFFEE SYSTEM OF THE HUDSO...   | 150620                                            | -241.88    |
| Bill P... | 7/26/2012 | 6556 | HOME DEPOT SUPPLY FACILITIE...  | room supplies                                     | -692.40    |
| Bill P... | 7/26/2012 | 6557 | HYO SHIN BIBLE PRESBYTERIAN     | REFUND                                            | -264.00    |
| Bill P... | 7/26/2012 | 6558 | ULSTER UNIFORM SERVICE, INC.    | GRNDS & ENG                                       | -121.00    |
| Bill P... | 7/31/2012 | 6566 | EMPIRE MERCHANTS NORTH          | ACCT # 97802 BALANCE FROM INVOICE                 | -45.00     |

Total 10114 · Chase Bank - Operating DIP Acct                                                    -397,363.61

**TOTAL**                                                                                         -397,363.61



## The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of July 31, 2012

p. 1 of 2

| Type | Date | Num | Memo | Aging | Open Balance |
|------|------|-----|------|-------|--------------|
| **CULLIGAN WATER CONDITIONING** | | | | | |
| Bill | 5/7/2012 | 201205519... | MAY 2012 WATER SOFTENER | 85 | 61.19 |
| Bill | 6/7/2012 | 201206519... | ACCT# 519496 RENTAL EQUIP | 54 | 63.69 |
| Bill | 6/30/2012 | 201206519... | ACCT# 519496 WATER SYSTER | 31 | 63.69 |
| Total CULLIGAN WATER CONDITIONING | | | | | 188.57 |
| **E-Z-GO A TEXTRON COMPANY** | | | | | |
| Credit | 1/1/2012 | 2849473 | RETURN KEY SWITCH | | -32.40 |
| Bill | 7/3/2012 | 1800317 | ACCT# 76552 GOLF CART REPAIRS | 28 | 396.33 |
| Total E-Z-GO A TEXTRON COMPANY | | | | | 363.93 |
| **E & S DEVELOPMENT & PROPERTIES** | | | | | |
| Bill | 7/30/2012 | 7202712 | MANAGEMENT FEES 7/20 - 26/12 | 1 | 4,000.00 |
| Total E & S DEVELOPMENT & PROPERTIES | | | | | 4,000.00 |
| **ECOLAB-CHEMICALS** | | | | | |
| Bill | 7/17/2012 | 9229150 | ACCT# 017472572 LAUNDRY SUPPLI... | 14 | 1,915.16 |
| Total ECOLAB-CHEMICALS | | | | | 1,915.16 |
| **FRANK L. BURNS JR.** | | | | | |
| Bill | 7/29/2012 | 72812 | FOOD SUPERVISION 7/28/12 | 2 | 250.00 |
| Total FRANK L. BURNS JR. | | | | | 250.00 |
| **GENARES** | | | | | |
| Bill | 7/10/2012 | 71012 | START UP FEE FOR GLOBAL DIST. ... | 21 | 500.00 |
| Total GENARES | | | | | 500.00 |
| **HERITAGENERGY** | | | | | |
| Bill | 7/13/2012 | 50189 | 189.3 gal OIL HOT WATER | 18 | 689.48 |
| Bill | 7/17/2012 | 50189 | 305.2 GAL OIL HOT WATER | 14 | 1,118.22 |
| Bill | 7/18/2012 | 50704 | 115 gal lp KITCHEN & LAUNDRY | 13 | 179.97 |
| Bill | 7/18/2012 | 517100 | 373 GAL LP KITCHEN & LAUNDRY | 13 | 583.72 |
| Bill | 7/20/2012 | 50189 | 234.3 GAL OIL HOT WATER | 11 | 883.12 |
| Bill | 7/20/2012 | 50440 | 917.5 GAL OIL 5000 GAL TANK | 11 | 3,401.36 |
| Bill | 7/24/2012 | 51684 | 61.1 gal lp GM'S HOUSE | 7 | 95.61 |
| Bill | 7/24/2012 | 50189 | 303.2 GAL OIL HOT WATER | 7 | 1,149.38 |
| Bill | 7/24/2012 | 79934 | PROPANE & PARTS | 7 | 10.95 |
| Bill | 7/26/2012 | 51441 | 58.2 GAL OFF ROAD DIESEL | 5 | 219.12 |
| Bill | 7/27/2012 | 50189 | 158.2 GAL OIL HOT WATER | 4 | 579.20 |
| Bill | 7/27/2012 | 51728 | 538.1 GAL OIL 5000 GAL TANK | 4 | 1,926.16 |
| Bill | 7/27/2012 | 51428 | 125 GAL REG GAS | 4 | 483.65 |
| Total HERITAGENERGY | | | | | 11,319.94 |
| **HUDSON VALLEY TENT CO. INC** | | | | | |
| Bill | 7/18/2012 | 2553274 | 500 charis for 7/21/12 | 13 | 540.00 |
| Total HUDSON VALLEY TENT CO. INC | | | | | 540.00 |
| **IPFS CORPORATION** | | | | | |
| Bill | 8/29/2011 | 92111 | ACCT# 15-003-112366-8 GENERAL LI... | 314 | 16,471.44 |
| Total IPFS CORPORATION | | | | | 16,471.44 |
| **KELLY SPOTO** | | | | | |
| Bill | 7/30/2012 | 7202612 | PPE 7/26/12 | 1 | 102.00 |
| Total KELLY SPOTO | | | | | 102.00 |
| **Kennedy Funding Inc.** | | | | | |
| Credit | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | | -21,030.00 |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS 2012 | 212 | 366,180.00 |
| Total Kennedy Funding Inc. | | | | | 345,150.00 |
| **KOHL'S PAYMENT CENTER** | | | | | |
| Bill | 7/29/2012 | 72912 | PILLOWS | 2 | 526.04 |
| Total KOHL'S PAYMENT CENTER | | | | | 526.04 |

Page 1

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of July 31, 2012

p. 2 of 2

| Type | Date | Num | Memo | Aging | Open Balance |
|------|------|-----|------|-------|--------------|
| **LYNDA DuBOIS** | | | | | |
| Bill | 7/30/2012 | 7202612 | PPE 7/26/12 | 1 | 77.00 |
| Total LYNDA DuBOIS | | | | | 77.00 |
| **MEGASYS HOSPITALITY SYSTEMS** | | | | | |
| Bill | 7/16/2012 | 1022224 | CREDIT CARDS NOT AUTHORIZING ... | 15 | 125.00 |
| Total MEGASYS HOSPITALITY SYSTEMS | | | | | 125.00 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 267 | 20,000.00 |
| Total OREST FEDASH | | | | | 20,000.00 |
| **PERKINS d/b/a MT ELLIS PAPER CO., INC.** | | | | | |
| Credit | 7/18/2012 | 15416438 | foil pans | | -277.90 |
| Total PERKINS d/b/a MT ELLIS PAPER CO., INC. | | | | | -277.90 |
| **SYSCO FOOD SERVICES** | | | | | |
| Bill | 7/23/2012 | 207230635 | DROP SHIP | 8 | 41.37 |
| Total SYSCO FOOD SERVICES | | | | | 41.37 |
| **TEXTRON FINANCIAL CORPORATION** | | | | | |
| Bill | 7/30/2012 | 2931128 | ACCT# 997-0188226-125 GOLF CAR... | 1 | 3,048.75 |
| Total TEXTRON FINANCIAL CORPORATION | | | | | 3,048.75 |
| **THE HARTFORD** | | | | | |
| Bill | 3/9/2012 | 3512 | DOWNPAYMENT WORKERS COMP ... | 128 | 35,517.20 |
| Total THE HARTFORD | | | | | 35,517.20 |
| **THE TONER COMPANY** | | | | | |
| Bill | 7/25/2012 | 17152 | 2 FRONT DESK & 1 RESERV. | 6 | 170.42 |
| Total THE TONER COMPANY | | | | | 170.42 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 648 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **VANTAGE HOSPITALITY** | | | | | |
| Bill | 11/1/2010 | 22011-11102 | CASE # 10-22026 1 OF 10 PAYMENT... | 638 | 460.00 |
| Bill | 12/1/2010 | 22011-12102 | CASE # 10 - 22026 2 OF 10 PAYMENTS | 608 | 460.00 |
| Bill | 1/1/2011 | 22011-01112 | CASE # 10-22026 3 OF 10 PAYMENT | 577 | 460.00 |
| Bill | 2/1/2011 | 22011-02112 | CASE # 10 - 22026 4 OF 10 PAYMENT | 546 | 460.00 |
| Bill | 3/1/2011 | 2201103112 | CASE # 10-22026 5 OF 10 PAYMENT | 518 | 460.00 |
| Bill | 4/1/2011 | 2201104112 | CASE # 10-22026 6 OF 10 PAYMENTS | 487 | 460.00 |
| Bill | 5/1/2011 | 22011-05112 | CASE # 10 - 22026 7 OF 10 PAYMENTS | 457 | 3,460.00 |
| Bill | 6/1/2011 | 2201106112 | CASE # 10 -22026 8 OF 10 PAYMENTS | 426 | 3,460.00 |
| Bill | 7/1/2011 | 07112 | CASE # 10 - 22026 9 OF 10 PAYMENTS | 396 | 3,460.00 |
| Bill | 8/1/2011 | 08112 | CASE # 10 - 22026 10 OF 10 PAYME... | 365 | 3,460.00 |
| Bill | 9/1/2011 | 22011-09112 | membership | 334 | 3,460.00 |
| Total VANTAGE HOSPITALITY | | | | | 20,060.00 |
| **WEDDING SITES & SERVICES** | | | | | |
| Bill | 6/22/2012 | 30066 | NY FALL/WINTER 2012 & SPRING/S... | 39 | 1,250.00 |
| Total WEDDING SITES & SERVICES | | | | | 1,250.00 |
| **TOTAL** | | | | | **481,338.92** |

*Handwritten annotations:*
- 345,150.00
- 35,517.20
- # 100,671.72



**OUTSTANDING INVOICES:**          AS OF  07/31/12

| GROUP: | DATE OF GRP. | AMOUNT |
|---|---|---|
| **PRIVATE STOCK ENTERTAINMENT**<br>Mr. Don Johnson<br>Washington, DC<br>(202) 489-1032 | 2/12-15/10<br>**Stop Payment issued on checks** | $ 87,417.68<br><br>$ (67,528.86) charged to credit cards |
| **ZAMIR CHORAL FESTIVAL**<br>Mr. Ian Kim<br>252-00 Horace Harding Expy<br>Little Neck, NY 11362 | 7/10-14/11 | $ 980.45 |
| **NERFA**<br>Dianne Tankel<br>(215) 805-8032 | 11/11-13/11 | $ 477.50 |
| **FIVE STAR CATERERS**<br>Kenny Yager | Yachad 5/4-6/12 | 3,815.36 |
| **VERIZON**<br>Neil Doyle<br>420 Union St<br>Hudson, NY 12534 | 7/1-07/31 | 86,872.00 |
| **TOTAL OUTSTANDING INVOICES:** | | $ 112,034.13 |