B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re _Everyday Logistics LLC_        Case No. 10-22026
_____Debtor_____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: August 2012        Date filed: 2/7/13

Line of Business: _____        NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party    as managing member

_Eliot Spitzer_
_____
Printed Name of Responsible Party

Questionnaire: _(All questions to be answered on behalf of the debtor.)_

| | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

Page 2

B 25C (Official Form 25C) (12/08)

14.   HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐   ☑

15.   DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐   ☑

16.   HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐   ☑

17.   HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐   ☑

18.   HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐   ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX
OBLIGATIONS?   ☐   ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL
BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR
THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST
SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE
MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 686,270.28

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ <49,508.45>

Cash on Hand at End of Month   $ 42,154.24 >

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL**   $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK
ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE
PURPOSE AND THE AMOUNT.  *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 678,916.07

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 686,270.28 —

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 678,916.07

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 7,354.21

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ *159,038.14*

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ *88,800.05*

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    *126*

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    *114*

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ *25,030.—*

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ _686,270.28_ | $ |
| EXPENSES | $ | $ _678,916.07_ | $ |
| CASH PROFIT | $ | $ _7,354.21_ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:          $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:          $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:          $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

$B$

| Month | **08/01/2012** | through | **08/31/2012** |
|---|---|---|---|

**INCOME**

| | | Received on date | | Bank Deposit | |
|---|---|---|---|---|---|
| | | Cash | Checks | Totals | |
| 1 | 08/01 - 02 | $ 1,072.00 | $ 819.50 | $ 1,891.50 | |
| 2 | 08/03 - 09 | $ 3,439.93 | $ 159,501.35 | $ 162,941.28 | |
| 3 | 08/10 - 16 | $ 4,342.78 | $ 179,360.25 | $ 183,703.03 | |
| 4 | 08/17 - 23 | $ 20,751.25 | $ 40,360.49 | $ 61,111.74 | |
| 5 | 08/24 - 31 | $ 7,588.29 | $ 84,615.26 | $ 92,203.55 | |
| | | $ 37,194.25 | $ 464,656.85 | $ 501,851.10 | $ **501,851.10** |

| | Processed on date | | | Credit Card | |
|---|---|---|---|---|---|
| | AmEx | MC/Visa | Discover | Totals | |
| 1 | $ 1,567.12 | $ 3,284.78 | $ 356.90 | $ 5,208.80 | |
| 2 | $ 30,324.80 | $ 19,533.05 | $ 1,078.40 | $ 50,936.25 | |
| 3 | $ 1,445.80 | $ 9,876.33 | $ 98.99 | $ 11,421.12 | |
| 4 | $ 28,418.92 | $ 31,039.82 | $ 724.40 | $ 60,183.14 | |
| 5 | $ 27,238.02 | $ 28,788.29 | $ 643.56 | $ 56,669.87 | |
| | $ 88,994.66 | $ 92,522.27 | $ 2,902.25 | $ 184,419.18 | $ **184,419.18** |

**Total income for the month:**      $     **686,270.28**

**DISBURSEMENTS**

| | |
|---|---|
| Bank, credit card and processing fees: | |
| Credit card repayment: | |
| Total check disbursements (list attached): | $ 461,088.95 |
| Total payroll expense (transfers): | $ 192,797.12 |
| Other legal and bank fees (including uncleared checks): | $ 25,030.00 |

**Total expenses for the month:**      $     **678,916.07**

**Cash profit (loss) for the month:**      $       **7,354.21**

12:04 PM

08/31/12

Accrual Basis

10-22026-rdd    Doc 140    Filed 02/07/13    Entered 02/07/13 10:21:40    Main Document
Pg 6 of 10
The Lexington at The Hudson Valley Resort
Account QuickReport
As of August 31, 2012

(p. 1 of 3)

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| | | | **10114 · Chase Bank - Operating DIP Acct** | | |
| Bill P... | 8/3/2012 | | OREST FEDASH | LOAN FOR PAYROLL PAY DATE 8/3/12 | -39,189.36 |
| Bill P... | 8/6/2012 | | Kennedy Funding Inc. | ANNUAL BANKRUPTCY TERMS 2012 7/27/12 | -25,030.00 |
| Bill P... | 8/3/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 8/3 - 8/9/12 | -1,000.00 |
| Bill P... | 8/6/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 8/3 - 9/12 | -4,000.00 |
| Bill P... | 8/8/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 8/3 - 8/9/12 | -2,500.00 |
| Bill P... | 8/10/2012 | | NYS SALES TAX PROCESSING | 20-3729464 | -3,869.25 |
| Bill P... | 8/13/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 8/10 - 16/12 | -4,000.00 |
| Bill P... | 8/15/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 8/10 - 16/12 | -10,000.00 |
| Bill P... | 8/20/2012 | | E & S DEVELOPMENT & PROPERT... | MAMAGEMENT FEES 8/17 - 8/23/12 | -4,000.00 |
| Bill P... | 8/22/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 8/17 - 8/24/12 | -10,000.00 |
| Bill P... | 8/26/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 8/24 - 8/30/12 | -4,000.00 |
| Bill P... | 8/3/2012 | 6559 | Chase Credit Card | ACCT #3699-2710-00-8 JUNE ELECTRIC BILL  UNI... | -7,422.62 |
| Bill P... | 8/3/2012 | 6560 | Chase Credit Card | SYSCO FOODS | -9,008.94 |
| Bill P... | 8/3/2012 | 6561 | NOBLE GAS SOLUTIONS | ACCT# 2971 2 TANKS OF HELIUM | -413.10 |
| Bill P... | 8/3/2012 | 6562 | ONITY | ACCT# 207842 KEY CARDS | -330.48 |
| Bill P... | 8/3/2012 | 6563 | PERKINS d/b/a MT ELLIS PAPER C... | ROOM  KITCHEN SUPPLIES | -2,549.11 |
| Bill P... | 8/3/2012 | 6564 | KOHL'S PAYMENT CENTER | PILLOWS | -526.04 |
| Bill P... | 8/3/2012 | 6565 | CASH | ORTHODUOX UNION 7/13 - 15/12 REBATE | -5,639.75 |
| Bill P... | 8/3/2012 | 6567 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -318.26 |
| Bill P... | 8/3/2012 | 6568 | FRANK L. BURNS JR. | FOOD SUPERVISION 7/28/12 | -250.00 |
| Bill P... | 8/3/2012 | 6569 | J.C. EHRLICH CO. INC | 8078792 | -38.88 |
| Bill P... | 8/3/2012 | 6570 | KELLY SPOTO | PPE 7/26/12 | -102.00 |
| Bill P... | 8/3/2012 | 6571 | LYNDA DuBOIS | PPE 7/26/12 | -77.00 |
| Bill P... | 8/3/2012 | 6572 | MEGASYS HOSPITALITY SYSTEMS | CREDIT CARDS NOT AUTHORIZING  INTERFACE ... | -125.00 |
| Bill P... | 8/3/2012 | 6573 | MICHAEL C. HASENBALG | COMMISSION OCM  INSTALLMETN # 11 | -500.00 |
| Bill P... | 8/3/2012 | 6574 | THE TONER COMPANY | 2 FRONT DESK & 1 RESERV. | -170.42 |
| Bill P... | 8/3/2012 | 6575 | AMERICAN EXPRESS | pool, carpentery, grounds, chemicals | -2,438.78 |
| Bill P... | 8/3/2012 | 6576 | VANTAGE HOSPITALITY | CASE # 10 - 22026 7 OF 10 PAYMENTS | -3,000.00 |
| Bill P... | 8/3/2012 | 6577 | CAPITAL ONE | HERITAGENERGY | -7,785.57 |
| Bill P... | 8/3/2012 | 6578 | DANIEL MORENO | PPE 7/26/12 | -210.25 |
| Bill P... | 8/3/2012 | 6579 | CASH | REIMBURSMENT FOR ITEMS STOLEN FROM GU... | -3,374.67 |
| Bill P... | 8/6/2012 | 6580 | AMERICAN EXPRESS | electric, roof, tools, paint, grnds, | -1,892.63 |
| Bill P... | 8/6/2012 | 6581 | BINNEWATER ICE COMPANY INC. | ACCT# 20990 WATER & RENTAL | -204.12 |
| Bill P... | 8/6/2012 | 6582 | CENTRAL HUDSON | INSTALL # 3 LIGHTS, & TRANSFORMERS | -1,175.62 |
| Bill P... | 8/6/2012 | 6583 | Chase Credit Card | ACCT# 110916 JULY 2012 PICK UP | -4,510.35 |
| Bill P... | 8/6/2012 | 6584 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 8/6/2012 | 6585 | Chase Credit Card | ECO LAB ACCT# 017472572 LAUNDRY SUPPLIES | -1,915.16 |
| Bill P... | 8/6/2012 | 6586 | GEOFF WALSH | MERCHANDISE & RANGE REIMBURSMENT | -186.98 |
| Bill P... | 8/6/2012 | 6587 | GRAPHIC SPECTRUMS | updates to webpage thru 7/31/12 | -90.00 |
| Bill P... | 8/6/2012 | 6588 | LYNDA DuBOIS | PPE 8/2/12 | -160.00 |
| Bill P... | 8/6/2012 | 6589 | CAPITAL ONE | HERITAGENERGY | -5,144.64 |
| Bill P... | 8/6/2012 | 6590 | KELLY SPOTO | PPE 8/2/12 | -153.00 |
| Bill P... | 8/6/2012 | 6591 | MICHAEL C. HASENBALG | COMMISSION OCM INSTALLMENT # 12 | -500.00 |
| Bill P... | 8/6/2012 | 6592 | MICROS RETAIL SYSTEMS, INC. | ACCT# 0821050 QUARTERLY MAINTAINENCE | -1,809.49 |
| Bill P... | 8/6/2012 | 6593 | RAY POLLARD JR | PPE 8/2/12 | -231.00 |
| Bill P... | 8/6/2012 | 6594 | RELIABLE OFFICE SUPPLIES | ACCT# 01116657 OFFICE SUPPLIES | -618.77 |
| Bill P... | 8/6/2012 | 6595 | TEXTRON FINANCIAL CORPORATI... | ACCT# 997-0188226-125  GOLF CART LEASE | -3,048.75 |
| Bill P... | 8/6/2012 | 6596 | ULSTER UNIFORM SERVICE, INC. | grands & eng | -121.00 |
| Bill P... | 8/6/2012 | 6597 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 7/20 - 7/27/12 | -3,750.00 |
| Bill P... | 8/6/2012 | 6598 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 7/27 - 8/2/12 | -3,750.00 |
| Bill P... | 8/6/2012 | 6599 | Chase Credit Card | SYSCO FOODS | -1,128.12 |
| Bill P... | 8/6/2012 | 6600 | FRESKEETO FROZEN FOODS | EGGS & BUTUNE | -70.34 |
| Bill P... | 8/6/2012 | 6601 | CHAI LIFELINE | VOID: DONATION | 0.00 |
| Bill P... | 8/6/2012 | 6602 | FRANK L. BURNS JR. | FOOD SUPERVISION 7/30 - 31/12 | -500.00 |
| Bill P... | 8/6/2012 | 6603 | JIM MONTANYA | MONTHLY REPORTS 7/1 - 7/31/12 | -450.00 |
| Bill P... | 8/6/2012 | 6604 | NOBLE GAS SOLUTIONS | ACCT# 2971 MONTHLY CYLINDER RENTAL | -9.04 |
| Bill P... | 8/7/2012 | 6605 | KINGSTON GLASSWORKS | FRONT DOOR | -265.45 |
| Bill P... | 8/7/2012 | 6606 | AMERICAN EXPRESS | JULY 2012 HOME OFFICE EXPENSES | -5,540.97 |
| Bill P... | 8/7/2012 | 6607 | AMERICAN EXPRESS | EQUIP, CARPENTRY | -851.92 |
| Bill P... | 8/8/2012 | 6608 | JEFF COLLINS | 15YDS RED MULCH | -756.80 |
| Bill P... | 8/9/2012 | 6609 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -319.71 |
| Bill P... | 8/9/2012 | 6610 | PERFECT COMPUTER SOLUTIONS | POWER SUPPLY | -75.59 |
| Bill P... | 8/9/2012 | 6611 | CASH | REBATE  SHABBOS NACHAMU  8/3 - 8/6/12 | -6,610.25 |
| Bill P... | 8/9/2012 | 6612 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 BEER DELIVERY | -204.50 |
| Bill P... | 8/9/2012 | 6613 | MANHATTAN BEER DIST. LLC | ACCT# 78684 BEER DEL | -104.95 |
| Bill P... | 8/9/2012 | 6614 | AMERICAN EXPRESS | CHLORINE, KITCHEN  EQUIP | -1,085.39 |
| Bill P... | 8/9/2012 | 6615 | Chase Credit Card | GIFT SHOP JIMMY PLUSH TOYS | -893.55 |
| Bill P... | 8/9/2012 | 6616 | RAYMOND WILLIAMS | advance | -100.00 |
| Bill P... | 8/9/2012 | 6617 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 8/3/12 - 8/9/10 | -3,750.00 |

12:04 PM
08/31/12
Accrual Basis

10-22026-rdd    Doc 140    Filed 02/07/13    Entered 02/07/13 10:21:40    Main Document
The Lexington at The Hudson Valley Resort
Account QuickReport
As of August 31, 2012
Pg 7 of 10

C p. 2 of 3

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Bill P... | 8/9/2012 | 6618 | CORNER STONE | 5004202 | -2,562.16 |
| Bill P... | 8/9/2012 | 6619 | GEOFF WALSH | CHEMICALS GOLF COURSE | -1,092.50 |
| Bill P... | 8/9/2012 | 6620 | J.C. EHRLICH CO. INC | 8078792 | -2,050.85 |
| Bill P... | 8/10/2012 | 6621 | BOOKING.COM B. V. | COMMISSION: PANIN, WARREN,VEHSLAGE, CHE... | -104.40 |
| Bill P... | 8/10/2012 | 6622 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY WATER TESTING | -110.00 |
| Bill P... | 8/10/2012 | 6623 | HUDSON VALLEY TENT CO. INC | 200 CHARIS FOR ZAMIR | -216.00 |
| Bill P... | 8/10/2012 | 6624 | PERKINS d/b/a MT ELLIS PAPER C... | cleaning & guest supplies | -1,639.22 |
| Bill P... | 8/10/2012 | 6625 | TIME WARNER CABLE | cable wireless and internet | -1,436.20 |
| Bill P... | 8/10/2012 | 6626 | ULSTER UNIFORM SERVICE, INC. | GRNDS & ENG | -121.00 |
| Bill P... | 8/10/2012 | 6627 | MARC POUDRIER | MILEAGE 6/19 - 7/30/12  216 | -118.80 |
| Bill P... | 8/10/2012 | 6628 | EVERYDAY LOGISTICS PAYROLL ... | NY SPE, GU-CIT | -1,784.67 |
| Bill P... | 8/10/2012 | 6629 | Chase Credit Card | CENTRAL HUDSON ELECTRIC JULY 2012 UNITED | -16,317.24 |
| Bill P... | 8/10/2012 | 6630 | Chase Credit Card | CENTRAL HUDSON ELECTRIC JULY 2012 UNITED | -16,317.24 |
| Bill P... | 8/10/2012 | 6631 | Chase Credit Card | CENTRAL HUDSON ELECTRIC JULY 2012 UNITED | -8,198.35 |
| Bill P... | 8/10/2012 | 6632 | AMERICAN EXPRESS | food, office, transp, banq. ent | -4,986.18 |
| Bill P... | 8/13/2012 | 6633 | Chase Credit Card | STORM ROOF | -1,138.62 |
| Bill P... | 8/13/2012 | 6634 | Chase Credit Card | PERKINS ROOM, CLEANING SUPPLIES | -7,238.71 |
| Bill P... | 8/10/2012 | 6635 | FRANK L. BURNS JR. | FOOD SUPERVISION 8/7, 9, 9, 10, 11/12 | -1,250.00 |
| Bill P... | 8/10/2012 | 6636 | ANA PALOP 0 VELASQUEZ | 400 CHAIRS | -735.60 |
| Bill P... | 8/13/2012 | 6637 | FRESKEETO FROZEN FOODS | FOOD DEL | -394.46 |
| Bill P... | 8/13/2012 | 6638 | GENARES | ACCT# 12655 LOAD HOTEL INFO INTO GDS DATA... | -500.00 |
| Bill P... | 8/13/2012 | 6639 | ICONTACT | acct# hudson valley resort 9/1 - 9/30/12 internet | -79.92 |
| Bill P... | 8/13/2012 | 6640 | JENNIFER G. SCHNETZLER | PPE 8/9/12 | -249.00 |
| Bill P... | 8/13/2012 | 6641 | KELLY SPOTO | PPE 8/9/12 | -227.00 |
| Bill P... | 8/13/2012 | 6642 | PEPSI COLA OF HUDSON VALLEY | SODA | -536.40 |
| Bill P... | 8/13/2012 | 6643 | SANDRA L. NICHOLS | PPE 8/9/12 | -61.00 |
| Bill P... | 8/13/2012 | 6644 | THE HARTFORD | 166 12838463 INSTALL # 6 WORKERS COMP | -7,106.24 |
| Bill P... | 8/13/2012 | 6645 | WEDDING SITES & SERVICES | NY FALL/WINTER 2012 & SPRING/SUMMER 2013 | -1,250.00 |
| Bill P... | 8/13/2012 | 6646 | Chase Credit Card | SYSCO food, paper, cleaning, fuel | -10,998.79 |
| Bill P... | 8/13/2012 | 6647 | FRESKEETO FROZEN FOODS | FOOD DEL | -520.28 |
| Bill P... | 8/13/2012 | 6648 | AMERICAN EXPRESS | pool, food, banquet, bev expenses | -2,590.30 |
| Bill P... | 8/13/2012 | 6649 | KOHL'S PAYMENT CENTER | KITCHEN EQUIP | -90.94 |
| Bill P... | 8/13/2012 | 6650 | LOBO DISTRIBUTING INC. | DEPOSIT FOR BEER TAP | -50.00 |
| Bill P... | 8/14/2012 | 6651 | Chase Credit Card | FOOD PAPER | -7,884.49 |
| Bill P... | 8/14/2012 | 6652 | Chase Credit Card | SYSCO FOODS | -8,715.08 |
| Bill P... | 8/14/2012 | 6653 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -268.60 |
| Bill P... | 8/14/2012 | 6654 | MICHAEL C. HASENBALG | COMMISSION OCM INSTALL # 13 | -500.00 |
| Bill P... | 8/14/2012 | 6655 | WHOLESALE FOOD EQUIPMENT, I... | MISSED INVOICE FROM 6/18/12 EQUIP | -91.37 |
| Bill P... | 8/14/2012 | 6656 | KINGSTON GLASSWORKS | game room door | -265.45 |
| Bill P... | 8/15/2012 | 6657 | AVAYA INC | acct# 0101838345 PHONE | -1,926.00 |
| Bill P... | 8/15/2012 | 6658 | E-Z-GO A TEXTRON COMPANY | ACCT# r76552 GOLF CART REPAIRS | -363.93 |
| Bill P... | 8/15/2012 | 6659 | MEDCO SUPPLY COMPANY | FIRST AIDE SUPPLIES & GOLF SHOP SUPPLIES | -1,302.70 |
| Bill P... | 8/15/2012 | 6660 | PERKINS d/b/a MT ELLIS PAPER C... | ROOM, FRONT DESK & GUEST SUPPLIES | -1,587.75 |
| Bill P... | 8/16/2012 | 6661 | MARC MINOFF | COMMISSION MALAFRONTE, SHANIAN,EMERAL... | -2,141.16 |
| Bill P... | 8/17/2012 | 6662 | CASH | PETTY CASH, FOOD, INK, POSTAGE, MULCH | -314.31 |
| Bill P... | 8/17/2012 | 6663 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -154.25 |
| Bill P... | 8/17/2012 | 6664 | CULLIGAN WATER CONDITIONING | EQUIP RENTAL | -191.07 |
| Bill P... | 8/17/2012 | 6665 | ULSTER UNIFORM SERVICE, INC. | GRNDS & ENG UNIFORMS | -121.00 |
| Bill P... | 8/20/2012 | 6666 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 8/3 - 8/9/12 | -3,750.00 |
| Bill P... | 8/20/2012 | 6667 | AMERICAN EXPRESS | POOLM PARTS | -961.91 |
| Bill P... | 8/20/2012 | 6668 | CAPITAL ONE | HERITAGENERGY | -8,766.59 |
| Bill P... | 8/20/2012 | 6669 | ECOLAB-CHEMICALS | ACCT# 017472572 LAUNDRY SUPPLIES | -2,356.01 |
| Bill P... | 8/20/2012 | 6670 | FRANK L. BURNS JR. | FOOD SUPERVISION 8/16 - 8/18/12 | -750.00 |
| Bill P... | 8/20/2012 | 6671 | FRESKEETO FROZEN FOODS | FOOD | -66.84 |
| Bill P... | 8/20/2012 | 6672 | GRAINGER | TOWER WATER SUPPLY | -236.05 |
| Bill P... | 8/20/2012 | 6673 | HOME DEPOT SUPPLY FACILITIE... | ENGINEERING SUPPLIES | -766.23 |
| Bill P... | 8/20/2012 | 6674 | JENNIFER G. SCHNETZLER | VOID: PPE 8/16/12 | 0.00 |
| Bill P... | 8/20/2012 | 6675 | LYNDA DuBOIS | PPE 8/16/12 | -220.00 |
| Bill P... | 8/20/2012 | 6676 | MICHAEL C. HASENBALG | COMMISSION  OCM INSTALL # 14 | -500.00 |
| Bill P... | 8/20/2012 | 6677 | NYS SALES  TAX | UD 29 - 3628464  DTF - 719  PERMIT FOR 1/1/13 - ... | -300.00 |
| Bill P... | 8/20/2012 | 6678 | PEPSI COLA OF HUDSON VALLEY | SODA | -300.45 |
| Bill P... | 8/20/2012 | 6679 | R&R PRODUCTS | ACCT# 12446H TINES AND NOZZLE | -202.27 |
| Bill P... | 8/20/2012 | 6680 | RAY POLLARD JR | PPE 8/16/12 | -57.00 |
| Bill P... | 8/20/2012 | 6681 | RICOH USA , INC | 1329244-SNC257 | -1,142.40 |
| Bill P... | 8/20/2012 | 6682 | KELLY SPOTO | PPE 8/16/12 | -330.00 |
| Bill P... | 8/20/2012 | 6683 | CASH | CIGARETTS, WRISTBANDS, SECURITY CAMERA... | -3,822.50 |
| Bill P... | 8/20/2012 | 6684 | YURII PAVLO | MASONRY SUPPLIES | -184.03 |
| Bill P... | 8/22/2012 | 6685 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -301.78 |
| Bill P... | 8/22/2012 | 6686 | GEOFF WALSH | GOLF REIMBURSEMEHNT 8/1 - 8/15/12 | -248.40 |
| Bill P... | 8/22/2012 | 6687 | SUSAN HAHN | ADVANCE ON PAYROLL | -400.00 |

12:04 PM
08/31/12
Accrual Basis

10-22026-rdd   Doc 140   Filed 02/07/13   Entered 02/07/13 10:21:40   Main Document
The Lexington at The Hudson Valley Resort
Account QuickReport
As of August 31, 2012

Pg 8 of 10

C p. 3 of 3

| Type | Date | Num | Name | Memo | Amount |
|------|------|-----|------|------|--------|
| Bill P... | 8/22/2012 | 6688 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165  BEER DEL | -804.00 |
| Bill P... | 8/22/2012 | 6689 | MANHATTAN BEER DIST. LLC | ACCT# 78684 BEER DEL | -246.70 |
| Bill P... | 8/22/2012 | 6690 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -526.08 |
| Bill P... | 8/23/2012 | 6691 | HORST D. LEHNHAEUSER | CANCEL RESERVATION | -100.00 |
| Bill P... | 8/23/2012 | 6692 | PERFECT COMPUTER SOLUTIONS | toners, printer repair, dvd cameras, cat5 | -3,538.71 |
| Bill P... | 8/23/2012 | 6693 | PERFECT COMPUTER SOLUTIONS | CAT 5 & AMP CAT5 | -52.48 |
| Bill P... | 8/24/2012 | 6694 | Chase Credit Card | 4 tennis nets cont. | -421.15 |
| Bill P... | 8/24/2012 | 6695 | PERKINS d/b/a MT ELLIS PAPER C... | paper goods | -2,335.15 |
| Bill P... | 8/24/2012 | 6696 | ULSTER UNIFORM SERVICE, INC. | eng & grounds | -121.00 |
| Bill P... | 8/24/2012 | 6697 | Chase Credit Card | SYSCO FOODS | -8,973.90 |
| Bill P... | 8/24/2012 | 6698 | Chase Credit Card | POOL, BEER, 0FFICE SUPPLIES, FOOD | -2,213.18 |
| Bill P... | 8/23/2012 | 6699 | THE SPAIN AGENCY, INC. | 1/2 DEPOSIT OF DOWNPAYMENT FOR GL 8/21/12... | -19,070.00 |
| Bill P... | 8/24/2012 | 6699 | THE SPAIN AGENCY, INC. | GL BAL OF DOWNPAYMENT 8/21/12 - 8/21/13 | -19,102.00 |
| Bill P... | 8/16/2012 | 6700 | THE SPAIN AGENCY, INC. | 8/21/12 - 8/21/13 UMBRELLA POLICY | -20,123.00 |
| Bill P... | 8/23/2012 | 6700 | THE SPAIN AGENCY, INC. | BALANCE ON UMBRELLA PREMIUM 8/21/12 - 8/21... | -2,010.00 |
| Bill P... | 8/27/2012 | 6701 | CAPITAL ONE | HERITAGENGERY | -4,300.30 |
| Bill P... | 8/27/2012 | 6702 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -72.19 |
| Bill P... | 8/27/2012 | 6703 | FRANK L. BURNS JR. | FOOD SUPERVISION 8/23,24/25, 2012 | -750.00 |
| Bill P... | 8/27/2012 | 6704 | MARC MINOFF | COMMISSION 6/25-27, 6/29 - 7/1/12 | -165.60 |
| Bill P... | 8/27/2012 | 6705 | MICHAEL C. HASENBALG | COMMISSION OCM INSTALLMENT #15 | -500.00 |
| Bill P... | 8/27/2012 | 6706 | PEPSI COLA OF HUDSON VALLEY | ACCT# 30126 SODA DEL | -1,535.20 |
| Bill P... | 8/27/2012 | 6707 | AMERICAN EXPRESS | TRANSPORTATION, PHONES, REFUNDS, GUEST... | -3,725.99 |
| Bill P... | 8/27/2012 | 6708 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 8/24 - 30/12 | -3,750.00 |
| Bill P... | 8/28/2012 | 6709 | ADP, INC | ACCT# 287801  PAYROLL PROCESSING | -297.19 |
| Bill P... | 8/28/2012 | 6710 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -35.37 |
| Bill P... | 8/28/2012 | 6711 | DEBORAH L. COHEN | PPE 8/23/12 | -108.00 |
| Bill P... | 8/28/2012 | 6712 | KELLY SPOTO | PPE 8/23/12 | -639.00 |
| Bill P... | 8/28/2012 | 6713 | LORNA M. BOUGHTON | PPE 8/23/12 | -85.00 |
| Bill P... | 8/28/2012 | 6714 | LYNDA DuBOIS | PPE 8/23/12 | -249.00 |
| Bill P... | 8/28/2012 | 6715 | RAY POLLARD JR | PPE 8/23/12 | -77.00 |
| Bill P... | 8/28/2012 | 6716 | ROBERT J. ANSON JR | PPE 8/23/12 | -107.00 |
| Bill P... | 8/28/2012 | 6717 | SANDRA L. NICHOLS | PPE 8/23/12 | -158.00 |
| Bill P... | 8/28/2012 | 6718 | CASH | AC PARTS, EMPLOY, POOL, BANQUET, PLUMBING | -2,246.62 |
| Bill P... | 8/28/2012 | 6719 | Chase Credit Card | food paper | -5,551.41 |
| Bill P... | 8/30/2012 | 6720 | Chase Credit Card | SYSCO | -14,712.85 |
| Bill P... | 8/30/2012 | 6721 | MARYANN KRUM | fountain, plants, lights, mileage | -388.49 |
| Bill P... | 8/30/2012 | 6722 | PERFECT COMPUTER SOLUTIONS | POWER SUPPLY FRONT DESK COMPUTER | -75.59 |
| Bill P... | 8/30/2012 | 6723 | PERKINS d/b/a MT ELLIS PAPER C... | KITCHEN & ROOM SUPPLIES | -2,541.52 |
| Bill P... | 8/30/2012 | 6724 | SAFECO ALARM SYSTEMS | ACCT# 1794  QUARTERLY ALARM GOLF | -84.24 |
| Bill P... | 8/30/2012 | 6725 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226 GOLF CART LEAST | -3,048.75 |
| Bill P... | 8/30/2012 | 6726 | ULSTER UNIFORM SERVICE, INC. | grnds & eng | -189.92 |
| Bill P... | 8/30/2012 | 6727 | EVERYDAY LOGISTICS | PAID DOWN ON OVERDRAFT | -1,579.14 |
| Bill P... | 8/30/2012 | 6728 | RONDOUT VALLEY CENTRAL SCH... | SCHOOL TAX  7/1/12 - 6/30/13 #514400 76.3-1-11.1... | -5,003.46 |
| Bill P... | 8/30/2012 | 6729 | RONDOUT VALLEY CENTRAL SCH... | SCHOOL TAX 7/1/12 - 6/30/13 # 514400 76.4-1-38 | -744.94 |
| Bill P... | 8/30/2012 | 6730 | RONDOUT VALLEY CENTRAL SCH... | SCHOOL TAX 7/1/12 - 6/30/13 # 514400 76.4-1-39.1... | -6,158.37 |
| Bill P... | 8/30/2012 | 6731 | COFFEE SYSTEM OF THE HUDSO... | COFFEE SUPPLIES | -149.05 |

|  |  |  | Total 10114 · Chase Bank - Operating DIP Acct |  | -486,118.95 |
| **TOTAL** | | | | | **-486,118.95** |

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of August 31, 2012

| Type | Date | Num | Memo | Aging | Open Balance |
|------|------|-----|------|-------|--------------|
| **HERITAGENERGY** | | | | | |
| Bill | 7/24/2012 | 79934 | PROPANE & PARTS | 38 | 10.95 |
| Bill | 8/21/2012 | 52082 | 2057.0 GALS LP KITCHEN & LAUNDRY | 10 | 3,368.63 |
| Bill | 8/21/2012 | 50189 | 288.8 GAL OIL HOT WATER | 10 | 1,148.28 |
| Bill | 8/24/2012 | 54766 | 380 GAL OIL 5000 TANK | 7 | 1,498.08 |
| Bill | 8/24/2012 | 50189 | 129.5 GAL OIL HOT WATER | 7 | 519.78 |
| Bill | 8/24/2012 | 54722 | 178.8 GAL REG GAS | 7 | 732.74 |
| Bill | 8/28/2012 | 50189 | 245.1 GAL OIL HOT WATER | 3 | 1,019.39 |
| Bill | 8/30/2012 | 55276 | 115.8 GAL REG GAS | 1 | 479.01 |
| Total HERITAGENERGY | | | | | 8,776.86 |
| | | | | | |
| **HIGHWAY DISPLAYS** | | | | | |
| Bill | 8/14/2012 | 42903 | BILLBOARD DISPLAY | 17 | 600.00 |
| Total HIGHWAY DISPLAYS | | | | | 600.00 |
| | | | | | |
| **IPFS CORPORATION** | | | | | |
| Bill | 8/29/2011 | 92111 | ACCT# 15-003-112366-8 GENERAL LI... | 345 | 16,471.44 |
| Total IPFS CORPORATION | | | | | 16,471.44 |
| | | | | | |
| **JIM MONTANYA** | | | | | |
| Bill | 8/31/2012 | 813112 | MONTHLY WATER REPORTS 8/1 - 3... | | 450.00 |
| Total JIM MONTANYA | | | | | 450.00 |
| | | | | | |
| **Kennedy Funding Inc.** | | | | | |
| Credit | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | | -21,030.00 |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS  2012 | 243 | 366,180.00 |
| Total Kennedy Funding Inc. | | | | | 345,150.00 |
| | | | | | |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 298 | 20,000.00 |
| Total OREST FEDASH | | | | | 20,000.00 |
| | | | | | |
| **RONDOUT VALLEY CENTRAL SCHOOL DIST.** | | | | | |
| Bill | 8/30/2012 | 4870 | SCHOOL TAXES 7/1/12 - 6/30/13  # 5... | 1 | 83,739.84 |
| Total RONDOUT VALLEY CENTRAL SCHOOL DIST. | | | | | 83,739.84 |
| | | | | | |
| **THE HARTFORD** | | | | | |
| Bill | 3/9/2012 | 3512 | DOWNPAYMENT  WORKERS COMP ... | 159 | 28,410.96 |
| Total THE HARTFORD | | | | | 28,410.96 |
| | | | | | |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 679 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| | | | | | |
| **VANTAGE HOSPITALITY** | | | | | |
| Bill | 6/1/2011 | 2201106112 | CASE # 10 -22026 8 OF 10 PAYMENTS | 457 | 3,000.00 |
| Bill | 7/1/2011 | 07112 | CASE # 10 - 22026 9 OF 10 PAYMENTS | 427 | 3,000.00 |
| Bill | 8/1/2011 | 08112 | CASE # 10 - 22026 10 OF 10 PAYME... | 396 | 3,000.00 |
| Total VANTAGE HOSPITALITY | | | | | 9,000.00 |
| | | | | | |
| **TOTAL** | | | | | **532,599.10** |

*(handwritten)*
- 345,150.00
- 28,410.96

159,038.14

## OUTSTANDING INVOICES:          AS OF  08/31/12

| GROUP: | DATE OF GRP. | AMOUNT |
|---|---|---|
| **PRIVATE STOCK ENTERTAINMENT** | **2/12-15/10** | $    87,417.68 |
| Mr. Don Johnson | **\*\*Stop Payment issued on checks\*\*** | |
| Washington, DC | | $    (67,528.86) charged to credit cards |
| (202) 489-1032 | | |
| **ZAMIR CHORAL FESTIVAL** | **7/10-14/11** | $    980.45 |
| Mr. Ian Kim | | |
| 252-00 Horace Harding Expy | | |
| Little Neck, NY 11362 | | |
| **NERFA** | **11/11-13/11** | $    477.50 |
| Dianne Tankel | | |
| (215) 805-8032 | | |
| **FIVE STAR CATERERS** | Yachad 5/4-6/12 | 3,815.36 |
| Kenny Yager | | |
| **VERIZON** | 7/30-08/31 | 58,928.00 |
| Neil Doyle | | |
| 420 Union St | | |
| Hudson, NY 12534 | | |
| **CHARLES RIVER LABORATORIES** | 8/23/2012 | 4,709.92 |
| Stacey Schoonmaker | | |

                    **TOTAL OUTSTANDING INVOICES:**          $    88,800.05