B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re  **EVERYDAY LOGISTICS LLC**                Case No. **10-22026**
_____Debtor_____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **SEPT. 2012**                    Date filed: **2/7/13**

Line of Business: _____    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/_____
Original Signature of Responsible Party   as Managing Member

Eliot Spitzer
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

|     |                                                                                                                  | Yes | No |
|-----|------------------------------------------------------------------------------------------------------------------|-----|-----|
| 1.  | IS THE BUSINESS STILL OPERATING?                                                                                 | ☒   | ☐   |
| 2.  | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH?                                                                 | ☒   | ☐   |
| 3.  | DID YOU PAY YOUR EMPLOYEES ON TIME?                                                                              | ☒   | ☐   |
| 4.  | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH?                           | ☒   | ☐   |
| 5.  | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH                                     | ☒   | ☐   |
| 6.  | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS?                                                     | ☒   | ☐   |
| 7.  | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH?                                                         | ☒   | ☐   |
| 8.  | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH?                                                      | ☒   | ☐   |
| 9.  | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE?                                               | ☐   | ☐   |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH?                                       | ☐   | ☐   |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH?                                       | ☒   | ☐   |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐   | ☒   |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT?                                                   | ☒   | ☐   |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 494,024.59

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ <42,154.24>

Cash on Hand at End of Month   $ <65,469.98>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 517,340.33

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 494,024.59

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 517,340.33

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ <23,315.74>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 122,173.52

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 83,109.68

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  126

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  105

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 30,030.—

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 494,024.59 | $ |
| EXPENSES | $ | $ 517,340.33 | $ |
| CASH PROFIT | $ | $ <23,315.74> | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                                         $
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:                                       $
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:                                    $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.



"B"

Month   **09/01/2012**   through   **09/30/2012**

### INCOME

|   | | Received on date | | Bank Deposit |
|---|---|---|---|---|
|   | | Cash | Checks | Totals |
| 1 | 09/01 - 06 | $ 12,016.71 | $ 79,922.42 | $ 91,939.13 |
| 2 | 09/07 - 13 | $ 5,303.35 | $ 11,358.34 | $ 16,661.69 |
| 3 | 09/14 - 20 | $ 11,246.25 | $ 28,525.71 | $ 39,771.96 |
| 4 | 09/21 - 27 | $ 1,815.62 | $ 156,966.82 | $ 158,782.44 |
| 5 | 09/28 - 30 | $ 2,169.55 | $ 11,754.55 | $ 13,924.10 |
|   |            | $ 32,551.48 | $ 288,527.84 | $ 321,079.32 |    $ 321,079.32

|   | Processed on date | | | Credit Card |
|---|---|---|---|---|
|   | AmEx | MC/Visa | Discover | Totals |
| 1 | $ 4,451.00 | $ 27,365.99 | $ 1,217.16 | $ 33,034.15 |
| 2 | $ 13,338.28 | $ 27,525.36 | $ 1,911.42 | $ 42,775.06 |
| 3 | $ 15,986.91 | $ 29,591.52 | $ 703.29 | $ 46,281.72 |
| 4 | $ 26,296.30 | $ 13,079.42 | $ 1,219.10 | $ 40,594.82 |
| 5 | $ 4,353.59 | $ 5,881.93 | $ 24.00 | $ 10,259.52 |
|   | $ 64,426.08 | $ 103,444.22 | $ 5,074.97 | $ 172,945.27 |  $ 172,945.27

**Total income for the month:**     $ 494,024.59

### DISBURSEMENTS

| | |
|---|---|
| Bank, credit card and processing fees: | |
| Credit card repayment: | |
| Total check disbursements (list attached): | $ 306,602.20 |
| Total payroll expense (transfers): | $ 180,708.13 |
| Other legal and bank fees (including uncleared checks): | $ 30,030.00 |

**Total expenses for the month:**     $ 517,340.33

**Cash profit (loss) for the month:**     $ (23,315.74)

9:38 AM  
12/10/12  
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of September 30, 2012

C 1 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 9/4/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 8/31 9/6/12 | -4,000.00 |
| Bill P... | 9/6/2012 | | NYS SALES TAX PROCESSING | 20-3729464 ST-810 8/31/12 | -1,740.64 |
| Bill P... | 9/10/2012 | | Kennedy Funding Inc. | BANKRUPTCY AGREEMENT 9/2012 | -30,030.00 |
| Bill P... | 9/14/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 9/7 - 9/13/12 | -500.00 |
| Bill P... | 9/14/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 9/14 - 9/20/12 | -500.00 |
| Bill P... | 9/18/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 9/14 - 9/20/12 | -4,000.00 |
| Bill P... | 9/27/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 9/21 - 27/12 | -2,000.00 |
| Bill P... | 9/28/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 9/28 - 10/4/12 | -2,000.00 |
| Bill P... | 9/12/2012 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 9/7 - 9/13/12 | -2,000.00 |
| Bill P... | 9/1/2012 | 6732 | Chase Credit Card | PO, PAINT, BEV, EMP, TOOLS, COMPRESSOR | -2,183.98 |
| Bill P... | 9/1/2012 | 6734 | VANTAGE HOSPITALITY | CASE # 10 -22026 8 OF 10 PAYMENTS | -3,000.00 |
| Bill P... | 9/1/2012 | 6735 | JIM MONTANYA | MONTHLY WATER REPORTS 8/1 - 31/12 | -450.00 |
| Bill P... | 9/1/2012 | 6736 | AMERICAN EXPRESS | GRNDS, TOOL, PLUMBING, | -1,030.21 |
| Bill P... | 9/4/2012 | 6737 | FRANK L. BURNS JR. | FOOD SUPERVISION 8/30,31 9/1/12 | -750.00 |
| Bill P... | 9/4/2012 | 6738 | FRESKEETO FROZEN FOODS | FOOD | -435.90 |
| Bill P... | 9/4/2012 | 6739 | LAMELA'S SANITATION & RECYCL... | VOID: acct# 110916 WASTE REMOVAL | 0.00 |
| Bill P... | 9/4/2012 | 6740 | MEGASYS HOSPITALITY SYSTEMS | VOID: ANNUAL 2012 - 2013 CONTRACT | 0.00 |
| Bill P... | 9/4/2012 | 6741 | RONDOUT VALLEY CENTRAL SCH... | SCHOOL TAXES 7/1/12 - 6/30/13 # 514400 76.4-1-5... | -41,869.92 |
| Bill P... | 9/4/2012 | 6742 | MEGASYS HOSPITALITY SYSTEMS | ANNUAL 2012 - 2013 CONTRACT | -15,213.86 |
| Bill P... | 9/5/2012 | 6743 | ADP, INC | ACCT #287801 PAYROLL | -274.62 |
| Bill P... | 9/5/2012 | 6744 | CENTRAL HUDSON | TRANSFORMER RENTAL & ENERGY EFFICIENT L... | -1,175.62 |
| Bill P... | 9/5/2012 | 6745 | GEOFF WALSH | reimbursement 8/16 - 8/31/12 | -334.86 |
| Bill P... | 9/5/2012 | 6746 | GRAINGER | ACCT# 870479516 COMPACT PRESSURE CONTR... | -278.78 |
| Bill P... | 9/5/2012 | 6747 | GRAPHIC SPECTRUMS | AUGUST WEB UPDATE | -90.00 |
| Bill P... | 9/5/2012 | 6748 | J.C. EHRLICH CO. INC | 8078792 PEST CONTROLL | -1,639.76 |
| Bill P... | 9/5/2012 | 6749 | KELLY SPOTO | PPE 8/30/12 | -150.00 |
| Bill P... | 9/5/2012 | 6750 | PEPSI COLA OF HUDSON VALLEY | SODA DEL | -155.70 |
| Bill P... | 9/5/2012 | 6751 | R&R PRODUCTS | ACCT# 12446H TEEJET SPRAY TIP B/O | -6.40 |
| Bill P... | 9/5/2012 | 6752 | SANDRA L. NICHOLS | PPE 8/30/12 | -133.00 |
| Bill P... | 9/5/2012 | 6753 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 9/5/2012 | 6754 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 BEER DEL | -351.25 |
| Bill P... | 9/5/2012 | 6755 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DEL | -517.45 |
| Bill P... | 9/5/2012 | 6756 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -246.31 |
| Bill P... | 9/5/2012 | 6757 | TAYLOR MOSS | PPE 6/28/12 | -47.25 |
| Bill P... | 9/6/2012 | 6758 | BINNEWATER ICE COMPANY INC. | water supplies rental | -151.58 |
| Bill P... | 9/6/2012 | 6759 | BOOKING.COM B. V. | ID# 313346 COMMISSIONS; BENNETT, KIJIMA | -76.05 |
| Bill P... | 9/6/2012 | 6760 | HOME DEPOT SUPPLY FACILITIE... | eng supplies | -442.23 |
| Bill P... | 9/6/2012 | 6761 | MALANKARA CATHOLIC MISSION ... | REFUND FOR OVERPAYMENT | -105.00 |
| Bill P... | 9/6/2012 | 6762 | MARC MINOFF | JULY COMMISSIONS CHAI LIFELINE & NAKC GR... | -2,106.00 |
| Bill P... | 9/7/2012 | 6763 | AMERICAN EXPRESS | carpentry, roof, bev, food, parts, gas | -2,066.99 |
| Bill P... | 9/6/2012 | 6764 | Chase Credit Card | food paper | -1,232.60 |
| Bill P... | 9/7/2012 | 6766 | Chase Credit Card | SYSCO FOOD | -3,465.79 |
| Bill P... | 9/7/2012 | 6767 | ULSTER COUNTY DEPARTMENT ... | ID# 1199 3RD QUARTER HOTEL TAXES 6/1 - 8/31/... | -5,706.70 |
| Bill P... | 9/10/2012 | 6768 | GENARES | ACCT# 12655 MONTHLY | -129.26 |
| Bill P... | 9/10/2012 | 6769 | MEDCO SUPPLY COMPANY | ACCT# 10853 BACK ORDER FIRST AIDE SUPPLIES | -69.30 |
| Bill P... | 9/10/2012 | 6770 | ULSTER UNIFORM SERVICE, INC. | GRNDS & ENG | -129.00 |
| Bill P... | 9/10/2012 | 6771 | WILFRED MACDONALD INC. | 200700 | -80.15 |
| Bill P... | 9/14/2012 | 6772 | CAPITAL ONE | HERITAGENERGY | -8,765.91 |
| Bill P... | 9/14/2012 | 6773 | Chase Credit Card | LAMELA'S SANTI. acct# 110916 WASTE REMOVAL | -6,892.29 |
| Bill P... | 9/10/2012 | 6775 | CASH | REBATE PETERSON - MCVETTY GOLF OUTING | -5,100.00 |
| Bill P... | 9/12/2012 | 6776 | ADP, INC | ACCT# 287801 PAYROLL | -274.62 |
| Bill P... | 9/12/2012 | 6777 | FRANK L. BURNS JR. | FOOD SUPERVISION 9/7 & 8, 2012 | -500.00 |
| Bill P... | 9/12/2012 | 6778 | ICONTACT | ACCT #HUDSON VALLEY RESORT | -79.92 |
| Bill P... | 9/12/2012 | 6779 | LYNDA DuBOIS | PPE 9/6/12 | -150.00 |
| Bill P... | 9/12/2012 | 6780 | MEDCO SUPPLY COMPANY | acct# 14125545 back order DAYQUIL | -38.90 |
| Bill P... | 9/12/2012 | 6781 | CASH | advertising, kosher labor | -2,288.00 |
| Bill P... | 9/14/2012 | 6782 | BRIDGET SCHMAHL | PONY TAILS 9/14/12 FOR UTU | -350.00 |
| Bill P... | 9/14/2012 | 6783 | ENGRAVINGS UNLIMITED | NAME TAGES | -14.58 |
| Bill P... | 9/14/2012 | 6784 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING WATER | -110.00 |
| Bill P... | 9/14/2012 | 6785 | HOME DEPOT SUPPLY FACILITIE... | ENG SUPPLIES | -669.65 |
| Bill P... | 9/14/2012 | 6786 | PERKINS d/b/a MT ELLIS PAPER C... | ROOMS, KITCHEN SUPPLIES | -1,216.10 |
| Bill P... | 9/14/2012 | 6787 | RELIABLE OFFICE SUPPLIES | ACCT # 01116657 OFFICE SUPPLIES | -509.36 |
| Bill P... | 9/14/2012 | 6788 | YAROSLAV MELNYK | 50% OF LIFE GUARD COURSE | -187.50 |
| Bill P... | 9/14/2012 | 6789 | CARLOS ROJAS | KEY DEPOSIT RETURN | -200.00 |
| Bill P... | 9/14/2012 | 6790 | CARLOS ROJAS | ADVANCE PAY LEAVING SAT 9/15/12 | -64.57 |
| Bill P... | 9/14/2012 | 6791 | Chase Credit Card | POOL, CHLORINE, PARTS, GAS, FOOD, POSTAG... | -2,812.62 |
| Bill P... | 9/14/2012 | 6792 | Chase Credit Card | LINEN | -911.59 |
| Bill P... | 9/14/2012 | 6793 | Chase Credit Card | KITCHEN UNIFORMS | -802.59 |
| Bill P... | 9/17/2012 | 6794 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -128.35 |

Page 1

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of September 30, 2012

"C" 2 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 9/17/2012 | 6795 | DEBORAH L. COHEN | PPE 9/13/12 | -154.00 |
| Bill P... | 9/17/2012 | 6796 | FRANK L. BURNS JR. | FOOD SUPERVISION 9/14, 15/12 | -500.00 |
| Bill P... | 9/17/2012 | 6797 | FRIENDS OF LITTLE ONES INC. | ANNUAL SPONSORSHIP | -250.00 |
| Bill P... | 9/17/2012 | 6798 | RELIABLE OFFICE SUPPLIES | WALL SIGNS & POUCHES | -165.38 |
| Bill P... | 9/17/2012 | 6799 | ULSTER UNIFORM SERVICE, INC. | ENG & GROUNDS UNIFORMS | -129.00 |
| Bill P... | 9/17/2012 | 6800 | YORK COLLEGE | REFUND FOR OVERPAYMENT | -1,663.00 |
| Bill P... | 9/17/2012 | 6801 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 9/14 - 20/12 | -3,750.00 |
| Bill P... | 9/17/2012 | 6802 | MAGIC MUSIC ENTERTAINMENT | DJ FOR NYAPRS 9/19 20/12 | -400.00 |
| Bill P... | 9/17/2012 | 6803 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -109.00 |
| Bill P... | 9/21/2012 | 6804 | Chase Credit Card | SYSCO FOODS | -7,825.62 |
| Bill P... | 9/21/2012 | 6805 | Chase Credit Card | food, rooms, clean, uniform | -8,182.09 |
| Bill P... | 9/17/2012 | 6806 | RON DeVITO | REBATE PETERSON - MCVETTY GOLF OUTING | -5,335.39 |
| Bill P... | 9/19/2012 | 6807 | GEOFF WALSH | REIMBURSEMENT 9/1 - 9/15/12 | -310.60 |
| Bill P... | 9/21/2012 | 6808 | IPFS CORPORATION | ACCT# NJN-63794  RENEWAL GL 8/21/12 - 8/21/13 | -17,284.50 |
| Bill P... | 9/19/2012 | 6809 | NOBLE GAS SOLUTIONS | ACCT# 2971 MONTHLY RENTAL | -9.04 |
| Bill P... | 9/19/2012 | 6810 | RYCOR HVAC | KITCHEN UPPER ICE MACHINE COLD CONTROL | -509.76 |
| Bill P... | 9/19/2012 | 6811 | PHOENIX / BEEHIVE | ACCT# 500963 BEER DEL | -246.90 |
| Bill P... | 9/19/2012 | 6812 | MANHATTAN BEER DIST. LLC | ACCT# 78684 BEER DEL | -205.35 |
| Bill P... | 9/20/2012 | 6813 | ADP, INC | ACCT #287801 PAYROLL PROCESSING | -283.71 |
| Bill P... | 9/20/2012 | 6814 | CASH | petty cash:  food, cutlery, mileage, & uniforms | -436.71 |
| Bill P... | 9/20/2012 | 6815 | FRESKEETO FROZEN FOODS | TOMATOES | -41.66 |
| Bill P... | 9/20/2012 | 6816 | HOME DEPOT SUPPLY FACILITIE... | AA BATTERIES | -153.58 |
| Bill P... | 9/20/2012 | 6817 | PEPSI COLA OF HUDSON VALLEY | ACCT# 30126 SODA | -387.35 |
| Bill P... | 9/20/2012 | 6818 | THE TONER COMPANY | 5 toners:  front desk, reservations, fax | -320.48 |
| Bill P... | 9/20/2012 | 6819 | ULSTER UNIFORM SERVICE, INC. | ACCT #16335 GRNDS & ENG | -129.00 |
| Bill P... | 9/20/2012 | 6820 | HUDSON VALLEY TENT CO. INC | TENT & 550 CHAIRS FOR NYAPRS | -1,134.00 |
| Bill P... | 9/21/2012 | 6821 | Chase Credit Card | CENTRAL HUDSON ACCT#  35655.11 8/1 - 8/31/12 ... | -8,922.25 |
| Bill P... | 9/21/2012 | 6822 | Chase Credit Card | CENTRAL HUDSON ACCT#  35655.11 8/1 - 8/31/12 ... | -8,922.95 |
| Bill P... | 9/21/2012 | 6823 | Chase Credit Card | CENTRAL HUDSON ACCT#  35655.11 8/1 - 8/31/12 ... | -8,922.95 |
| Bill P... | 9/21/2012 | 6824 | Chase Credit Card | CENTRAL HUDSON ACCT#  35655.11 8/1 - 8/31/12 ... | -8,918.76 |
| Bill P... | 9/21/2012 | 6825 | CAPITAL ONE | HERITAGENERGY | -8,711.15 |
| Bill P... | 9/21/2012 | 6826 | CAPITAL ONE | CORNER STONE ACCT# 5004202 PHONE SERVICE | -2,592.26 |
| Bill P... | 9/21/2012 | 6827 | CAPITAL ONE | AVAYA ACCT# 0101838345 MONTHLY PHONE SE... | -1,926.00 |
| Bill P... | 9/20/2012 | 6828 | CAPITAL ONE | TIME WARNER | -1,436.21 |
| Bill P... | 9/20/2012 | 6829 | CAPITAL ONE | ECO LAB | -1,663.77 |
| Bill P... | 9/21/2012 | 6830 | CAPITAL ONE | PERKINS MT ELLIS | -1,903.33 |
| Bill P... | 9/21/2012 | 6831 | Chase Credit Card | VACUUM SUPPLIES, CARPENTRY, | -844.94 |
| Bill P... | 9/21/2012 | 6832 | FELIKS KHMELKOVSKYI | GAS FOR SHUTTLE FOR NYAPRS | -171.00 |
| Bill P... | 9/21/2012 | 6833 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -293.42 |
| Bill P... | 9/21/2012 | 6834 | FRESKEETO FROZEN FOODS | lemons | -30.75 |
| Bill P... | 9/21/2012 | 6835 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 9/21/2012 | 6836 | THE HARTFORD | 166 12838463 WORKERS COMP | -7,106.24 |
| Bill P... | 9/21/2012 | 6837 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 9/21 - 27/12 3 PAYMENTS | -11,250.00 |
| Bill P... | 9/21/2012 | 6838 | AMERICAN EXPRESS | PARTS, RENTAL FOR GROUP, REPAIRS, ROOMS | -1,908.07 |
| Bill P... | 9/25/2012 | 6839 | CHARLIE ST. JOHN | CXL FOR COUNTRY DANCE | -100.00 |
| Bill P... | 9/25/2012 | 6840 | DEBORAH L. COHEN | PPE 9/20/12 | -51.00 |
| Bill P... | 9/25/2012 | 6841 | FRANK L. BURNS JR. | FOOD SUPERVISION 9/21, 22/12 | -500.00 |
| Bill P... | 9/25/2012 | 6842 | FRESKEETO FROZEN FOODS | FOOD DEL | -441.50 |
| Bill P... | 9/25/2012 | 6843 | IN THE SWIM | ACCT#  455504  MISSED INV. 7/5/12  HARDNESS I... | -63.99 |
| Bill P... | 9/25/2012 | 6844 | LYNDA DuBOIS | PPE 9/20/12 | -57.00 |
| Bill P... | 9/25/2012 | 6845 | PEPSI COLA OF HUDSON VALLEY | SODA | -427.75 |
| Bill P... | 9/25/2012 | 6846 | CASH | PETTY CASH: TRANSP, BEXTRA, ADVER, | -3,504.01 |
| Bill P... | 9/26/2012 | 6847 | HERMAN CEPEDA | PPE 9/20/12 | -48.00 |
| Bill P... | 9/26/2012 | 6848 | PABLO FERRADA | PPE 9/20/12 | -33.00 |
| Bill P... | 9/26/2012 | 6849 | PEDRO A. PEREZ | PPE 9/20/12 | -39.00 |
| Bill P... | 9/26/2012 | 6850 | ROBERT D. PAULSEN | PPE 9/20/12 | -90.00 |
| Bill P... | 9/26/2012 | 6851 | SEBASTIAN A. MORAGA | PPE 9/20/12 | -96.00 |
| Bill P... | 9/26/2012 | 6852 | CASH | luncheon, mileage, shuttle gas | -356.60 |
| Bill P... | 9/26/2012 | 6853 | CENTRAL HUDSON | ACCT# 3023-0740-00-0  7/19 - 9/20/12 | -315.50 |
| Bill P... | 9/26/2012 | 6854 | HOME DEPOT SUPPLY FACILITIE... | eng supplies | -1,353.65 |
| Bill P... | 9/26/2012 | 6855 | PERKINS d/b/a MT ELLIS PAPER C... | VOID: | 0.00 |
| Bill P... | 9/26/2012 | 6856 | PERKINS d/b/a MT ELLIS PAPER C... | SUPPLIES | -1,213.61 |
| Bill P... | 9/27/2012 | 6857 | NYS DEPT. ENVIRONMENTAL CO... | ACCT #32686  SPDES  RENEWAL #0102903 | -600.00 |
| Bill P... | 9/27/2012 | 6858 | ADP, INC | ACCT# 287801 PAYROLL | -255.05 |
| Bill P... | 9/27/2012 | 6859 | TIME WARNER CABLE | house cable | -15.17 |
| Bill P... | 9/27/2012 | 6860 | ULSTER UNIFORM SERVICE, INC. | grnds & eng | -121.00 |
| Bill P... | 9/28/2012 | 6861 | Chase Credit Card | SYSCO FOOD | -14,098.29 |
| Bill P... | 9/28/2012 | 6862 | Chase Credit Card | SYSCO FOODS | -7,156.63 |
| Bill P... | 9/27/2012 | 6863 | JODI GEISELHART | ADVANCE FROM PAY | -500.00 |
| Bill P... | 9/27/2012 | 6865 | CREDIT LINE | PAYROLL  LINE OF CREDIT PARTIAL PAY DOWN | -13,925.35 |

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of September 30, 2012

"C" 3 of 3

| Type  | Date      | Num  | Name                      | Memo   | Amount     |
|-------|-----------|------|---------------------------|--------|------------|
| Bill P... | 9/28/2012 | 6867 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -154.35    |
| Bill P... | 9/28/2012 | 6868 | FRESKEETO FROZEN FOODS    | FOOD   | -140.28    |
| Total 10114 · Chase Bank - Operating DIP Acct | | | | | -336,632.20 |
| **TOTAL** | | | | | **-336,632.20** |

1:52 PM
09/27/12

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of September 27, 2012

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **HERITAGENERGY** | | | | | |
| Bill | 7/24/2012 | 79934 | PROPANE & PARTS | 65 | 10.95 |
| Bill | 9/14/2012 | 56493 | 547.1 GAL OIL 5000 GAL TANK | 13 | 2,195.01 |
| Bill | 9/14/2012 | 50189 | 112.9 GAL OIL HOT WATER | 13 | 461.39 |
| Bill | 9/14/2012 | 56241 | 178.1 GAL REG GAS | 13 | 778.52 |
| Bill | 9/18/2012 | 50189 | 89.2 GAL OIL HOT WATER | 9 | 366.94 |
| Bill | 9/19/2012 | 56754 | 755.1 gal LP KITCHEN & LAUNDRY | 8 | 1,181.67 |
| Bill | 9/19/2012 | 57405 | 28.2 GAL REG GAS | 8 | 115.12 |
| Bill | 9/21/2012 | 50189 | 25.7 gal OIL HOT WATER | 6 | 99.34 |
| Bill | 9/21/2012 | 599160 | 808. GAL OIL 5000 GAL TANK | 6 | 3,135.57 |
| Bill | 9/25/2012 | 50189 | 100.6 gal OIL HOT WATER | 2 | 398.09 |
| Bill | 9/27/2012 | 58371 | 156.3 GAL OFF ROAD DIESEL | | 642.14 |
| Bill | 9/27/2012 | 58370 | 60.6 GAL REG GAS | | 254.42 |
| **Total HERITAGENERGY** | | | | | 9,639.16 |
| **HIGHWAY DISPLAYS** | | | | | |
| Bill | 8/14/2012 | 42903 | BILLBOARD DISPLAY | 44 | 600.00 |
| Bill | 9/7/2012 | 43132 | billboard | 20 | 600.00 |
| **Total HIGHWAY DISPLAYS** | | | | | 1,200.00 |
| **IPFS CORPORATION** | | | | | |
| Bill | 8/29/2011 | 92111 | ACCT# 15-003-112366-8 GENERAL LI... | 372 | 16,471.44 |
| Bill | 9/6/2012 | 8211282113 | ACCT# NJN-63794 RENEWAL GL 8/2... | 21 | 138,276.00 |
| **Total IPFS CORPORATION** | | | | | 154,747.44 |
| **Kennedy Funding Inc.** | | | | | |
| Credit | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | | -21,030.00 |
| Credit | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | | -30,000.00 |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS 2012 | 270 | 366,180.00 |
| **Total Kennedy Funding Inc.** | | | | | 315,150.00 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 325 | 20,000.00 |
| **Total OREST FEDASH** | | | | | 20,000.00 |
| **RONDOUT VALLEY CENTRAL SCHOOL DIST.** | | | | | |
| Bill | 8/30/2012 | 4870 | SCHOOL TAXES 7/1/12 - 6/30/13 #5... | 28 | 41,869.92 |
| **Total RONDOUT VALLEY CENTRAL SCHOOL DIST.** | | | | | 41,869.92 |
| **SYSCO FOOD SERVICES** | | | | | |
| Bill | 9/17/2012 | 209170589 | FOOD | 10 | 14,098.29 |
| Bill | 9/19/2012 | 509190544 | FOOD PAPER CLEANING SUPPLIES | 8 | 6,092.24 |
| Bill | 9/19/2012 | 209190116 | FOOD | 8 | 223.43 |
| Bill | 9/21/2012 | 209211527 | FOOD | 6 | 840.96 |
| **Total SYSCO FOOD SERVICES** | | | | | 21,254.92 |
| **THE HARTFORD** | | | | | |
| Bill | 3/9/2012 | 3512 | DOWNPAYMENT WORKERS COMP... | 186 | 21,304.72 |
| **Total THE HARTFORD** | | | | | 21,304.72 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 706 | 20,000.00 |
| **Total THERMOTRON CO.** | | | | | 20,000.00 |
| **VANTAGE HOSPITALITY** | | | | | |
| Bill | 7/1/2011 | 07112 | CASE # 10 - 22026 9 OF 10 PAYMENTS | 454 | 3,000.00 |
| Bill | 8/1/2011 | 08112 | CASE # 10 - 22026 10 OF 10 PAYME... | 423 | 3,000.00 |
| **Total VANTAGE HOSPITALITY** | | | | | 6,000.00 |
| **Zurich** | | | | | |
| Bill | 9/27/2012 | 7193012 | POLICY # 5291950-3 7/1 - 9/30/12 NY... | | 2,209.52 |
| **Total Zurich** | | | | | 2,209.52 |
| **TOTAL** | | | | | **613,375.68** |

*Handwritten annotations:*
- 154,747.44
- 315,150.00
- 21,304.72
- $ 122,173.52

Page 1

**OUTSTANDING INVOICES:**        AS OF 09/30/12

| GROUP: | DATE OF GRP. | AMOUNT |
|---|---|---|
| **PRIVATE STOCK ENTERTAINMENT** | 2/12-15/10 | $ 87,417.68 |
| Mr. Don Johnson | **Stop Payment issued on checks** | |
| Washington, DC | | $ (67,528.86) charged to credit cards |
| (202) 489-1032 | | |
| | | |
| **NERFA** | 11/11-13/11 | $ 477.50 |
| Dianne Tankel | | |
| (215) 805-8032 | | |
| | | |
| **FIVE STAR CATERERS** | Yachad 5/4-6/12 | 3,815.36 |
| Kenny Yager | | |
| | | |
| **VERIZON** | 7/30-08/31 | 58,928.00 |
| Neil Doyle | | |
| 420 Union St | | |
| Hudson, NY 12534 | | |
| | | |
| **TOTAL OUTSTANDING INVOICES:** | | $ 83,109.68 |

E