B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re **Everyday Logistics LLC**          Case No. **10-22026**
         Debtor

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **October 2012**          Date filed: **2/7/13**

Line of Business: _____          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party   as Managing Member

**Eliot Sytter**
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?     ☐     ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 539,507.65

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ <65,469.98>

Cash on Hand at End of Month    $ <56,660.32>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 530,697.99

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 539,507.65

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 530,697.99

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ 8,809.66

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 50,227.38

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ 83,109.68

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?     126

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?     109

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ 539,507.65 | $ _____ |
| EXPENSES | $ _____ | $ 530,697.99 | $ _____ |
| CASH PROFIT | $ _____ | $ 8,809.66 | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.



Month    **10/01/2012**    through    **10/31/2012**

### INCOME

|   | Received on date | | Bank Deposit |
|---|---|---|---|
|   | Cash | Checks | Totals |
| 1 | $ 7,676.83 | $ 21,135.98 | $ 28,812.81 |
| 2 | $ 5,909.14 | $ 12,685.89 | $ 18,595.03 |
| 3 | $ 13,086.22 | $ 28,729.89 | $ 41,816.11 |
| 4 | $ 16,840.04 | $ 66,965.43 | $ 83,805.47 |
| 5 | $ 7,441.62 | $ 21,545.66 | $ 28,987.28 |
|   | $ 50,953.85 | $ 151,062.85 | $ 202,016.70 |

$ 202,016.70

|   | Processed on date | | | Credit Card |
|---|---|---|---|---|
|   | AmEx | MC/Visa | Discover | Totals |
| 1 | $ 1,797.88 | $ 8,142.73 | $ 100.00 | $ 10,040.61 |
| 2 | $160,683.08 | $ 11,795.63 | $ 252.90 | $ 172,731.61 |
| 3 | $ 20,769.70 | $ 82,725.86 | $ 10,045.77 | $ 113,541.33 |
| 4 | $ 7,145.92 | $ 15,399.32 | $ 210.70 | $ 22,755.94 |
| 5 | $ 439.06 | $ 13,425.40 | $ 4,557.00 | $ 18,421.46 |
|   | $190,835.64 | $ 131,488.94 | $ 15,166.37 | $ 337,490.95 |

$ 337,490.95

**Total income for the month:**   $ 539,507.65

### DISBURSEMENTS

Bank, credit card and processing fees:
Credit card repayment:
Total check disbursements (list attached):   $ 343,362.30
Total payroll expense (transfers):   $ 187,335.69
Other legal and bank fees (including uncleared checks):

**Total expenses for the month:**   $ 530,697.99

**Cash profit (loss) for the month:**   $ 8,809.66

9:39 AM
12/10/12
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of October 31, 2012

C
p.1 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 10/3/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 9/28 - 10/4/12 | -4,000.00 |
| Bill P... | 10/11/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 10/5 - 10/11/12 | -4,000.00 |
| Bill P... | 10/16/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 10/12 - 10/18/12 | -4,000.00 |
| Bill P... | 10/25/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 10/19 - 10/25/12 TRANSFER... | -200.00 |
| Bill P... | 10/16/2012 | 0 | NYS SALES TAX PROCESSING | 20-3729464 | -1,106.16 |
| Bill P... | 10/22/2012 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 10/19 - 10/25/12 | -4,000.00 |
| Bill P... | 10/25/2012 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 10/19 - 25/12 TRANSFERED | -253.00 |
| Bill P... | 10/26/2012 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 10/26 - 11/1/12 | -1,100.00 |
| Bill P... | 10/5/2012 | 6866 | Chase Credit Card | SYSCO FOOD | -2,352.70 |
| Bill P... | 10/5/2012 | 6869 | SEETON TURF WAREHOUSE, LLC | ACCT# 10882 BENTGRASS PENN CROSS | -995.77 |
| Bill P... | 10/5/2012 | 6870 | Zurich | POLICY # 5291950-3  7/1 - 9/30/12 NY DISABILITY | -2,209.52 |
| Bill P... | 10/5/2012 | 6871 | VANTAGE HOSPITALITY | CASE # 10 - 22026 9 OF 10 PAYMENTS | -3,000.00 |
| Bill P... | 10/5/2012 | 6872 | CASH | transp, EQUIP, BANQ. EXTRAS, GROUP, SUPPLIES | -1,926.67 |
| Bill P... | 10/5/2012 | 6873 | AMERICAN EXPRESS | CAR EXPENSES, PHONE, KOSHER FOOD, MARK... | -4,070.81 |
| Bill P... | 10/5/2012 | 6874 | UNITED STATES TREASURY | ID# 20-3729464  972CG NOTICE.  201012 PENALT... | -1,080.00 |
| Bill P... | 10/5/2012 | 6875 | COMMISSIONER OF TAXATION & ... | ID# B-20-3729464-7   REFERENCE # L-038621295-3 | -80.57 |
| Bill P... | 10/5/2012 | 6876 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 10/5/2012 | 6877 | GEOFF WALSH | REIMBURSEMENT 9/16 - 9/30/12 | -194.40 |
| Bill P... | 10/5/2012 | 6878 | CAPITAL ONE | HERITAGENERGY | -5,098.65 |
| Bill P... | 10/5/2012 | 6879 | THERMOTRON CO. | COMPRESSOR FOR WALK-IN REFRIG KOSHER | -1,920.00 |
| Bill P... | 10/5/2012 | 6880 | AMERICAN EXPRESS | SUKKUS, PARTS | -1,447.33 |
| Bill P... | 10/3/2012 | 6881 | GILL FARMS | CORN STALKS FOR SUKKAS | -400.00 |
| Bill P... | 10/5/2012 | 6882 | ADP, INC | ACCT# 287801 PAYROLL | -279.13 |
| Bill P... | 10/5/2012 | 6883 | CENTRAL HUDSON | ENGERY LIGHTING & TRANSFORMERS | -1,175.62 |
| Bill P... | 10/5/2012 | 6884 | FRANK L. BURNS JR. | FOOD SUPERVISION | -500.00 |
| Bill P... | 10/5/2012 | 6885 | GRAPHIC SPECTRUMS | UPDATES WEBSITE THROUGH 9/30/12 | -36.00 |
| Bill P... | 10/5/2012 | 6886 | HUDSON VALLEY TENT CO. INC | 900 CHAIRS FOR CHURCH OF GOD | -972.00 |
| Bill P... | 10/5/2012 | 6887 | MEDCO SUPPLY COMPANY | B/O GIFT SHOP SUPPLY | -23.16 |
| Bill P... | 10/5/2012 | 6888 | PERFECT COMPUTER SOLUTIONS | MICROSOFT OFFICE CHEF'S COMPUTER, REPLA... | -275.38 |
| Bill P... | 10/5/2012 | 6889 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226 GOLF CART LEASE | -3,048.75 |
| Bill P... | 10/5/2012 | 6890 | CAPITAL ONE | ROOM SUPPLIES | -1,607.25 |
| Bill P... | 10/5/2012 | 6891 | CAPITAL ONE | SYSCO FOOD, CLEANING, EQUIP | -7,598.43 |
| Bill P... | 10/5/2012 | 6892 | CAPITAL ONE | SYSCO FOOD, CLEANING, EQUIP | -8,993.96 |
| Bill P... | 10/5/2012 | 6893 | AMERICAN EXPRESS | LAMELA SANITATION  ACCT 110916 WASTE REM... | -3,126.06 |
| Bill P... | 10/5/2012 | 6894 | CAPITAL ONE | televisions | -936.93 |
| Bill P... | 10/5/2012 | 6895 | Chase Credit Card | luncheon, post office, power electric | -220.25 |
| Bill P... | 10/5/2012 | 6896 | AMERICAN EXPRESS | grass seed, top seed, chlorine, | -2,820.26 |
| Bill P... | 10/8/2012 | 6897 | Chase Credit Card | HERITAGENERGY | -8,614.35 |
| Bill P... | 10/8/2012 | 6898 | ALLGAS WELDING SUPPLY | ACCT# 700213  ANNUAL RENEWAL | -614.79 |
| Bill P... | 10/8/2012 | 6899 | BINNEWATER ICE COMPANY INC. | spa water & rental | -137.06 |
| Bill P... | 10/8/2012 | 6900 | DEBORAH L. COHEN | PPE 10/4/12 | -149.00 |
| Bill P... | 10/8/2012 | 6901 | FRANK L. BURNS JR. | FOOD SUPERVISION 10/6,7/12 | -500.00 |
| Bill P... | 10/8/2012 | 6902 | JIM MONTANYA | MONTHLY WATER REPORTING 9/1 - 9/30/12 | -450.00 |
| Bill P... | 10/8/2012 | 6903 | KELLY SPOTO | PPE 10/4/12 | -128.00 |
| Bill P... | 10/8/2012 | 6904 | LYNDA DuBOIS | PPE 10/4/12 | -159.00 |
| Bill P... | 10/8/2012 | 6905 | NOBLE GAS SOLUTIONS | MONTHLY CYLINDER RENTAL | -8.75 |
| Bill P... | 10/8/2012 | 6906 | RAY POLLARD JR | PPE 10/4/12 | -51.00 |
| Bill P... | 10/8/2012 | 6907 | ULSTER UNIFORM SERVICE, INC. | ACCT#  16335 GRNDS & ENG | -121.00 |
| Bill P... | 10/8/2012 | 6908 | W. G. MALDEN | ANNUAL SERVICE TO CALIBRATE METER SEWE... | -350.00 |
| Bill P... | 10/8/2012 | 6909 | AMERICAN EXPRESS | ACCT# 934043 QUARTERLY MAINT. CONTRACT | -7,576.51 |
| Bill P... | 10/8/2012 | 6910 | Chase Credit Card | JC EHRLICH  ACCT# 8078792 MONTHLY PEST CO... | -1,640.88 |
| Bill P... | 10/8/2012 | 6911 | Chase Credit Card | PERKINS / MT ELLIS | -1,328.19 |
| Bill P... | 10/8/2012 | 6912 | Chase Credit Card | ACCT# 5004202 PHONE SERVICES CORNER STO... | -2,418.31 |
| Bill P... | 10/8/2012 | 6913 | Chase Credit Card | HOME DEPOT | -3,959.05 |
| Bill P... | 10/8/2012 | 6914 | Chase Credit Card | ACCT# 30126 SODA | -1,740.65 |
| Bill P... | 10/8/2012 | 6915 | ELLENVILLE 4TH OF JULY COMMI... | "BREAKFAST OF DINNER" jULY 4TH CELEBRATI... | -70.00 |
| Bill P... | 10/9/2012 | 6916 | ADP, INC | ACCT #287801 PAYROLL PROCESSING | -262.88 |
| Bill P... | 10/9/2012 | 6917 | HUDSON VALLEY INTERNET | ACCT #2729 INTERNET | -150.00 |
| Bill P... | 10/9/2012 | 6918 | RELIABLE OFFICE SUPPLIES | OFFICE SUPPLIES | -757.61 |
| Bill P... | 10/10/2012 | 6919 | MANHATTAN BEER DIST. LLC | BEER DEL | -207.10 |
| Bill P... | 10/10/2012 | 6920 | SOUTHERN WINE & SPIRITS OF U... | LIQUOR DEL | -1,432.98 |
| Bill P... | 10/11/2012 | 6921 | BANK OF AMERICA - OFC | MANAGEMENT FEE - M WEEK END # 39 & 40 9/28... | -7,500.00 |
| Bill P... | 10/11/2012 | 6922 | CAROL DUNPHY | CANCELLED RESERVATION | -100.00 |
| Bill P... | 10/11/2012 | 6923 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING WATER | -115.00 |
| Bill P... | 10/11/2012 | 6924 | GENARES | ACCT# 12655 RESERVATIONS, INTERNET | -323.42 |
| Bill P... | 10/11/2012 | 6925 | IPFS CORPORATION | ACCT# NJN-63794  RENEWAL GL 8/21/12 - 8/21/13 | -17,284.50 |
| Bill P... | 10/11/2012 | 6926 | PENNSYLVANIA CLASSIC PRODU... | COUNTRY DANCE FLOOR | -3,150.00 |
| Bill P... | 10/11/2012 | 6927 | PERKINS d/b/a MT ELLIS PAPER C... | ROOM & KITCHEN SUPPLIES | -1,104.86 |
| Bill P... | 10/11/2012 | 6928 | PHILCO COMMUNICATIONS COMP... | ACCT# 0133366 22 PORTABLE RADIOS | -1,628.00 |

Page 1

9:39 AM
12/10/12
Accrual Basis

10-22026-rdd    Doc 142    Filed 02/07/13    Entered 02/07/13 10:23:53    Main Document
Pg 7 of 10

The Lexington at The Hudson Valley Resort
Account QuickReport
As of October 31, 2012

C
p. 2 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 10/11/2012 | 6929 | SAFECO ALARM SYSTEMS | ACCT# 1794 10 SMOKE DETECTORS | -631.80 |
| Bill P... | 10/11/2012 | 6930 | SHARON SYLVESTER | CANCELLED RESERVATION | -100.00 |
| Bill P... | 10/11/2012 | 6931 | EMPIRE MERCHANTS NORTH | ACCT # 97802 | -878.22 |
| Bill P... | 10/11/2012 | 6932 | BARBARA MONROE | COUNTRY DANCE WKND 10/12 - 14/12 | -480.00 |
| Bill P... | 10/11/2012 | 6933 | CAPITAL ONE | SYSCO FOODS | -14,992.08 |
| Bill P... | 10/11/2012 | 6934 | FRANK TRACE | COUNTRY DANCE WKND 10/12 - 14/12 | -400.00 |
| Bill P... | 10/11/2012 | 6935 | GREG VAN ZILEN | COUNTRY DANCE WKND 10/12 - 14/12 | -200.00 |
| Bill P... | 10/11/2012 | 6936 | JAMES WILLIS JR. | COUNTRY DANCE WKND 10/12 - 14/12 | -400.00 |
| Bill P... | 10/11/2012 | 6937 | JOANNE BRADY | COUNTRY DANCE WKND 10/12 - 14/12 | -990.00 |
| Bill P... | 10/11/2012 | 6938 | JOHN GOSART | COUNTRY DANCE WKND 10/12 - 14/12 | -390.00 |
| Bill P... | 10/11/2012 | 6939 | JOHN ROBINSON | COUNTRY DANCE WKND 10/12 - 14/12 | -700.00 |
| Bill P... | 10/11/2012 | 6940 | LOUIE ST. GEORGE | COUNTRY DANCE WKND 10/12 - 14/12 | -500.00 |
| Bill P... | 10/11/2012 | 6941 | STEVE LESCARBEAU | COUNTRY DANCE WKND 10/12 - 14/12 | -200.00 |
| Bill P... | 10/11/2012 | 6942 | TOM DAILEY | COUNTRY DANCE WKND 10/12 - 14/12 | -650.00 |
| Bill P... | 10/11/2012 | 6943 | WILLIAM GILBERT | COUNTRY DANCE WKND 10/12 - 14/12 | -180.00 |
| Bill P... | 10/16/2012 | 6944 | ADP, INC | ACCT# 287801 PAYROLL | -279.49 |
| Bill P... | 10/16/2012 | 6945 | AVAYA INC | ACCT# 0101838345  PHONE SERVICE | -1,926.00 |
| Bill P... | 10/16/2012 | 6946 | COFFEE SYSTEM OF THE HUDSO... | 150620  COFFEE SUPPLIES | -215.40 |
| Bill P... | 10/16/2012 | 6947 | DEBORAH L. COHEN | PPE 10/11/12 | -312.00 |
| Bill P... | 10/16/2012 | 6948 | FRANK L. BURNS JR. | FOOD SUPERVISION 10/12,13/12 | -500.00 |
| Bill P... | 10/16/2012 | 6949 | FRECKLEBELLY | UNIFORMS | -574.90 |
| Bill P... | 10/16/2012 | 6950 | HIGHWAY DISPLAYS | 2580 OUTDOOR SIGNS | -1,800.00 |
| Bill P... | 10/16/2012 | 6951 | HOME DEPOT SUPPLY FACILITIE... | SUPPLY | -846.01 |
| Bill P... | 10/16/2012 | 6952 | ICONTACT | ACCT #HUDSON VALLEY 11/1 - 11/30/12 | -79.92 |
| Bill P... | 10/16/2012 | 6953 | RAY POLLARD JR | PPE 10/11/12 | -348.00 |
| Bill P... | 10/16/2012 | 6954 | ROBERT J. ANSON JR | PPE 10/11/12 | -403.00 |
| Bill P... | 10/16/2012 | 6955 | RONDOUT VALLEY CENTRAL SCH... | VOID: SCHOOL TAXES 7/1/12 - 6/30/13  # 514400 7... | 0.00 |
| Bill P... | 10/16/2012 | 6956 | SANDRA L. NICHOLS | PPE 10/11/12 | -139.00 |
| Bill P... | 10/16/2012 | 6957 | STEVENS WATER MONITORING S... | CHART RECORDS | -72.39 |
| Bill P... | 10/16/2012 | 6958 | THE HARTFORD | 166 12838463  WORKERS COMP INS | -7,106.24 |
| Bill P... | 10/16/2012 | 6959 | TIME WARNER CABLE | CABLE / INTERNET | -1,436.21 |
| Bill P... | 10/16/2012 | 6960 | ULSTER COUNTY DEPARTMENT ... | ID# 315117  Renewal of Temporary Residence  Permit | -500.00 |
| Bill P... | 10/16/2012 | 6961 | ULSTER UNIFORM SERVICE, INC. | ENG & GROUNDS | -121.00 |
| Bill P... | 10/16/2012 | 6962 | RONDOUT VALLEY CENTRAL SCH... | SCHOOL TAXES 7/1/12 - 6/30/13  # 514400 76.4-1-5... | -42,707.32 |
| Bill P... | 10/16/2012 | 6963 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DEL | -1,449.77 |
| Bill P... | 10/16/2012 | 6964 | JOHN COLL | TRIP TO IKEA FOR GLASSES | -102.40 |
| Bill P... | 10/16/2012 | 6965 | SOUTHERN WINE & SPIRITS OF U... | ACCT #34629 LIQUOR DEL | -1,736.60 |
| Bill P... | 10/16/2012 | 6966 | Chase Credit Card | SYSCO FOOD & MAINT. PIPING | -4,142.11 |
| Bill P... | 10/16/2012 | 6967 | Chase Credit Card | ACCT# 36992710008 9/1 - 9/30/12 ELECTRIC | -8,558.98 |
| Bill P... | 10/16/2012 | 6968 | Chase Credit Card | ACCT# 36992710008 9/1 - 9/30/12 ELECTRIC | -8,558.99 |
| Bill P... | 10/16/2012 | 6969 | Chase Credit Card | ACCT# 36992710008 9/1 - 9/30/12 ELECTRIC | -8,582.83 |
| Bill P... | 10/16/2012 | 6970 | CASH | EOM, ALARMS, GUESTS | -1,858.08 |
| Bill P... | 10/16/2012 | 6971 | AMERICAN EXPRESS | BEVERAGE, TV, POSTAGE | -1,072.05 |
| Bill P... | 10/17/2012 | 6972 | BOOKING.COM B. V. | hotel number 313346  period 9/1 - 9/30/12 | -381.90 |
| Bill P... | 10/17/2012 | 6973 | BRAD LANE | CXL 10/12 -14/12 | -100.00 |
| Bill P... | 10/17/2012 | 6974 | HERMAN CEPEDA | PPE 10/11/12 | -300.00 |
| Bill P... | 10/17/2012 | 6975 | JORGE FLORES | PPE 10/11/12 | -258.00 |
| Bill P... | 10/17/2012 | 6976 | LOUISE LAROCHE | CXL 10/12 - 14/12 | -100.00 |
| Bill P... | 10/17/2012 | 6977 | MARIA RIVERA | PPE 10/11/12 | -297.00 |
| Bill P... | 10/17/2012 | 6978 | MBA LOCAL # 82 | REFUND | -782.00 |
| Bill P... | 10/17/2012 | 6979 | MIRIAM FLORES | PPE 10/11/12 | -174.00 |
| Bill P... | 10/17/2012 | 6980 | ROBERT D. PAULSEN | PPE 10/11/12 | -261.00 |
| Bill P... | 10/17/2012 | 6981 | SEBASTIAN A. MORAGA | PPE 10/11/12 | -276.00 |
| Bill P... | 10/17/2012 | 6982 | SONIA V. HEILBUTH-PRADO | PPE 10/11/12 | -270.00 |
| Bill P... | 10/17/2012 | 6983 | VOLVO RENTS | ACCT# 23673 AIR COMPRESSOR RENTAL | -175.40 |
| Bill P... | 10/19/2012 | 6984 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 BEER DEL | -457.50 |
| Bill P... | 10/19/2012 | 6985 | LAKE MISHNOCK GROVE INC. | COUNTRY DANCE WKND 10/12 - 14/12 REBATE | -6,566.90 |
| Bill P... | 10/19/2012 | 6986 | NYAIP | TRAILER INSURANCE | -269.00 |
| Bill P... | 10/19/2012 | 6987 | PERKINS d/b/a MT ELLIS PAPER C... | kitchen & room supplies | -1,033.14 |
| Bill P... | 10/19/2012 | 6988 | CAPITAL ONE | food, cleaner, fuel, guest rooms, | -16,885.52 |
| Bill P... | 10/19/2012 | 6989 | CAPITAL ONE | heritagenergy | -9,618.23 |
| Bill P... | 10/19/2012 | 6990 | MANHATTAN BEER DIST. LLC | ACCT# 78684 BEER DEL | -699.90 |
| Bill P... | 10/19/2012 | 6991 | PHOENIX / BEEHIVE | ACCT# 50963  BEER DEL | -306.90 |
| Bill P... | 10/19/2012 | 6992 | DEBORAH L. COHEN | PPE 10/18/12 | -102.00 |
| Bill P... | 10/19/2012 | 6993 | JOHN COLL | GLASSWARE 1294 PCS | -970.34 |
| Bill P... | 10/19/2012 | 6994 | LYNDA DuBOIS | PPE 10/18/12 | -108.00 |
| Bill P... | 10/19/2012 | 6995 | RAY POLLARD JR | PPE 10/18/12 | -103.00 |
| Bill P... | 10/19/2012 | 6996 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 10/19/2012 | 6997 | SANDRA L. NICHOLS | PPE 10/18/12 | -51.00 |
| Bill P... | 10/19/2012 | 6998 | ULSTER UNIFORM SERVICE, INC. | acct# 16335 grnds & eng | -121.00 |

9:39 AM
12/10/12
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of October 31, 2012

p. 3 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 10/19/2012 | 6999 | World Choice Travel | COMMISSION, RODRIGUEZ 9/29/12 | -17.01 |
| Bill P... | 10/22/2012 | 7000 | CAPITAL ONE | SYSCO FOOD | -3,520.81 |
| Bill P... | 10/22/2012 | 7001 | Chase Credit Card | CHECKS & SYSCO FOOD | -4,385.11 |
| Bill P... | 10/22/2012 | 7002 | AMERICAN EXPRESS | TORCHDOWN | -1,413.15 |
| Bill P... | 10/22/2012 | 7003 | Chase Credit Card | TORCHDOWN WILLIAMS 10/6/12 | -1,646.32 |
| Bill P... | 10/22/2012 | 7004 | CASH | petty cash; ellenville hospital, employee | -528.63 |
| Bill P... | 10/24/2012 | 7005 | ADP, INC | acct# 287801 payroll | -279.43 |
| Bill P... | 10/24/2012 | 7006 | CASH | PETTY CASH; FOOD, POSTAGE, TRAVEL, UNIFO... | -283.89 |
| Bill P... | 10/24/2012 | 7007 | MAGIC MUSIC ENTERTAINMENT | DJ SERVICES FOR 10/20 WEDDING & 10/25/12 S... | -400.00 |
| Bill P... | 10/24/2012 | 7008 | TIME WARNER CABLE | ACCT# 8150300370135365 CABLE | -16.84 |
| Bill P... | 10/24/2012 | 7009 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -120.14 |
| Bill P... | 10/25/2012 | 7010 | MARYANN KRUM | signs, mileage, plants, air fresheners, blankets, | -406.04 |
| Bill P... | 10/25/2012 | 7011 | EXPEDIA INC. | acct# 172034 commission for Gordon | -35.02 |
| Bill P... | 10/25/2012 | 7012 | CAPITAL ONE | PERKINS / MT ELLIS | -1,433.35 |
| Bill P... | 10/25/2012 | 7013 | Chase Credit Card | FOOD | -3,941.08 |
| Bill P... | 10/25/2012 | 7014 | FRANK L. BURNS JR. | FOOD SUPERVISION | -500.00 |
| Bill P... | 10/26/2012 | 7015 | FRESKEETO FROZEN FOODS | LIMES | -13.39 |
| Bill P... | 10/26/2012 | 7016 | HERMAN CEPEDA | PPE 10/18/12 | -63.00 |
| Bill P... | 10/26/2012 | 7017 | HOME DEPOT SUPPLY FACILITIE... | ROOM SUPPLIES & FRONT OFFICE | -53.95 |
| Bill P... | 10/26/2012 | 7018 | JORGE FLORES | PPE 10/18/12 | -60.00 |
| Bill P... | 10/26/2012 | 7019 | MARIA RIVERA | PPE 10/18/12 | -99.00 |
| Bill P... | 10/26/2012 | 7020 | MIRIAM FLORES | PPE 10/18/12 | -60.00 |
| Bill P... | 10/26/2012 | 7021 | PEPSI COLA OF HUDSON VALLEY | ACCT# 30126 SODA DEL | -488.10 |
| Bill P... | 10/26/2012 | 7022 | SEBASTIAN A. MORAGA | PPE 10/18/12 | -120.00 |
| Bill P... | 10/26/2012 | 7023 | PERFECT COMPUTER SOLUTIONS | 2 YEAR ANTI VIRUS 25 + SERVIER | -1,716.92 |
| Bill P... | 10/26/2012 | 7024 | ULSTER UNIFORM SERVICE, INC. | ACCT# 16335 GRNDS. & ENGINEERING | -189.92 |
| Bill P... | 10/26/2012 | 7025 | Chase Credit Card | SYSCO food | -6,249.28 |
| Bill P... | 10/26/2012 | 7026 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 10/12 - 10/25/12 2 WEEKS | -7,500.00 |
| Bill P... | 10/26/2012 | 7027 | COFFEE SYSTEM OF THE HUDSO... | VOID: 150620 | 0.00 |
| Bill P... | 10/26/2012 | 7028 | ECOLAB-CHEMICALS | VOID: ACCT# 017472572 LAUNDRY SUPPLIES | 0.00 |
| Bill P... | 10/26/2012 | 7029 | RAY POLLARD JR | PPE 10/25/12 | -51.00 |
| Bill P... | 10/26/2012 | 7030 | CAPITAL ONE | HERITAGENERGY | -6,161.50 |
| Bill P... | 10/26/2012 | 7031 | CAPITAL ONE | ECO LAB COFFEE SYSTEMS | -1,537.53 |
| Bill P... | 10/29/2012 | 7032 | CASH | GLASSES, OFFICE, VIP, LIGHTS, ROOM SUPPLIES | -2,599.13 |

Total 10114 · Chase Bank - Operating DIP Acct                    -343,362.30

**TOTAL**                    -343,362.30

12:34 PM
11/01/12

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of November 1, 2012

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **COFFEE SYSTEM OF THE HUDSON VALLEY, INC.** | | | | | |
| Bill | 11/1/2012 | 911575 | MONTHLY RENTAL | | 43.15 |
| Total COFFEE SYSTEM OF THE HUDSON VALLEY, INC. | | | | | 43.15 |
| **DEBORAH L. COHEN** | | | | | |
| Bill | 11/1/2012 | 11112 | PPE 11/1/12 | | 102.00 |
| Total DEBORAH L. COHEN | | | | | 102.00 |
| **FRANK M. VETERE** | | | | | |
| Bill | 11/1/2012 | 103112 | PIANO TUNED 11/2/12 FOLK MUSIC | | 125.00 |
| Total FRANK M. VETERE | | | | | 125.00 |
| **FRECKLEBELLY** | | | | | |
| Bill | 10/12/2012 | FDE12047 | UNIFORMS | 20 | 574.89 |
| Total FRECKLEBELLY | | | | | 574.89 |
| **HOME DEPOT SUPPLY FACILITIES MAINTENANCE** | | | | | |
| Bill | 10/15/2012 | 9118355266 | ROBES | 17 | 331.88 |
| Bill | 10/29/2012 | 9118617432 | SUPPLIES | 3 | 1,606.41 |
| Total HOME DEPOT SUPPLY FACILITIES MAINTENANCE | | | | | 1,938.29 |
| **IPFS CORPORATION** | | | | | |
| Bill | 8/29/2011 | 92111 | ACCT# 15-003-112366-8 GENERAL LI... | 407 | 16,471.44 |
| Bill | 9/6/2012 | 8211282113 | ACCT# NJN-63794 RENEWAL GL 8/2... | 56 | 120,991.50 |
| Total IPFS CORPORATION | | | | | 137,462.94 |
| **Kennedy Funding Inc.** | | | | | |
| Credit | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | | -21,030.00 |
| Credit | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | | -30,000.00 |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS 2012 | 305 | 366,180.00 |
| Total Kennedy Funding Inc. | | | | | 315,150.00 |
| **LAMELA'S SANITATION & RECYCLING CENTER IN** | | | | | |
| Bill | 10/31/2012 | 121031110... | ACCT # 110916 WASTE REMOVAL | 1 | 4,344.30 |
| Total LAMELA'S SANITATION & RECYCLING CENTER IN | | | | | 4,344.30 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 360 | 20,000.00 |
| Total OREST FEDASH | | | | | 20,000.00 |
| **RAY POLLARD JR** | | | | | |
| Bill | 11/1/2012 | 11112 | PPE 11/1/12 | | 51.00 |
| Total RAY POLLARD JR | | | | | 51.00 |
| **TEXTRON FINANCIAL CORPORATION** | | | | | |
| Bill | 10/24/2012 | 3050003 | ACCT# 188226 GOLF CART LEASE | 8 | 3,048.75 |
| Total TEXTRON FINANCIAL CORPORATION | | | | | 3,048.75 |
| **THE HARTFORD** | | | | | |
| Bill | 3/9/2012 | 3512 | DOWNPAYMENT WORKERS COMP ... | 221 | 14,198.48 |
| Total THE HARTFORD | | | | | 14,198.48 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 741 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **TOTAL** | | | | | **517,038.80** |

*Handwritten annotations:*
- −137,462.94
- −315,150.−
- −14,198.48
- $ 50,227.38



**OUTSTANDING INVOICES:**            AS OF  10/31/12

| GROUP: | DATE OF GRP. | AMOUNT | |
|---|---|---|---|
| **PRIVATE STOCK ENTERTAINMENT** | 2/12-15/10 | $ | 87,417.68 |
| Mr. Don Johnson | **Stop Payment issued on checks** | | |
| Washington, DC | | $ | (67,528.86) charged to credit cards |
| (202) 489-1032 | | | |
| | | | |
| **NERFA** | 11/11-13/11 | $ | 477.50 |
| Dianne Tankel | | | |
| (215) 805-8032 | | | |
| | | | |
| **FIVE STAR CATERERS** | Yachad 5/4-6/12 | | 3,815.36 |
| Kenny Yager | | | |
| | | | |
| **VERIZON** | 7/30-08/31 | | 58,928.00 |
| Neil Doyle | | | |
| 420 Union St | | | |
| Hudson, NY 12534 | | | |
| | | | |
| **TOTAL OUTSTANDING INVOICES:** | | $ | 83,109.68 |

(E)