B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re __Everyday Logistics LLC__                    Case No. __10-22026__
          Debtor

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __November 2012__                Date filed: __2/7/13__

Line of Business: _____        NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_

Original Signature of Responsible Party  as Managing Member

__Eliot Spitzer__

Printed Name of Responsible Party

Questionnaire: *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 540,629.67

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month         $ <56,660.32>
Cash on Hand at End of Month           $ <100,810.87>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 584,780.22

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*      $ 540,629.67
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 584,780.22

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ <44,150.55>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 63,847.28

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ 25,120.28

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?        126

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   37

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 540,629.67 | $ |
| EXPENSES | $ | $ 589,780.22 | $ |
| CASH PROFIT | $ | $ <44,150.55> | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:        $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:     $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

(B)

Month **11/01/2012** through **11/30/2012**

## INCOME

| | | Received on date | | Bank Deposit |
| | | Cash | Checks | Totals |
|---|---|---|---|---|
| 1 | 11/01 - 08 | $ 20,332.51 | $ 31,703.00 | $ 52,035.51 |
| 2 | 11/09 - 15 | $ 8,876.37 | $ 99,277.24 | $ 108,153.61 |
| 3 | 11/16 - 22 | $ 3,045.13 | $ 61,407.12 | $ 64,452.25 |
| 4 | 11/23 - 29 | $ 2,319.70 | $ 82,860.00 | $ 85,179.70 |
| 5 | 11/30 | $ 251.46 | $ 23,478.00 | $ 23,729.46 |
| | | $ 34,825.17 | $ 298,725.36 | $ 333,550.53 | $ 333,550.53 |

| | Processed on date | | | Credit Card |
| | AmEx | MC/Visa | Discover | Totals |
|---|---|---|---|---|
| 1 | $ 7,757.95 | $ 34,969.40 | $ 413.88 | $ 43,141.23 |
| 2 | $ 18,842.55 | $ 109,135.19 | $ 5,415.30 | $ 133,393.04 |
| 3 | $ 2,822.84 | $ 21,036.75 | $ 2,197.80 | $ 26,057.39 |
| 4 | $ 1,847.38 | $ 1,498.87 | $ 130.90 | $ 3,477.15 |
| 5 | $ 100.00 | $ 910.33 | | $ 1,010.33 |
| | $ 31,370.72 | $ 167,550.54 | $ 8,157.88 | $ 207,079.14 | $ 207,079.14 |

**Total income for the month:** $ 540,629.67

## DISBURSEMENTS

| | |
|---|---|
| Bank, credit card and processing fees: | |
| Credit card repayment: | |
| Total check disbursements (list attached): | $ 371,171.60 |
| Total payroll expense (transfers): | $ 213,608.62 |
| Other legal and bank fees (including uncleared checks): | |

**Total expenses for the month:** $ 584,780.22

**Cash profit (loss) for the month:** $ (44,150.55)

10:16 AM
12/03/12
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of November 30, 2012

(C) p. 1 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 11/1/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 10/26/12 - 11/1/12 | -2,000.00 |
| Bill P... | 11/7/2012 | | LINE OF CREDIT | PAYROLL COVERAGE | -21,000.00 |
| Bill P... | 11/7/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/2 - 11/8/12 | -2,000.00 |
| Bill P... | 11/12/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/9 - 11/15/12 | -2,000.00 |
| Bill P... | 11/12/2012 | | LINE OF CREDIT | PAYROLL COVERAGE` | -4,361.58 |
| Bill P... | 11/15/2012 | | NYS SALES TAX PROCESSING | ID # 20-3729464 ST-809 10/31/12 | -10,439.64 |
| Bill P... | 11/15/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/9 - 11/15/12 | -2,000.00 |
| Bill P... | 11/16/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/16 - 11/22/12 | -2,000.00 |
| Bill P... | 11/20/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/16 - 11/22/12 | -2,000.00 |
| Bill P... | 11/19/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/16 - 11/22/12 TRANSFER ... | -1,500.00 |
| Bill P... | 11/26/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/23 - 11/29/12 | -4,000.00 |
| Bill P... | 11/23/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/23 - 11/29/12 | -1,000.00 |
| Bill P... | 11/29/2012 | | EVERYDAY LOGISTICS | paid down on overdraft 11/29/12 | -5,400.06 |
| Bill P... | 11/29/2012 | | EVERYDAY LOGISTICS PAYROLL ... | LINE OF CREDIT FOR PAYROLL PAYDOWN 11/29/... | -33,017.23 |
| Bill P... | 11/29/2012 | | EVERYDAY LOGISTICS | PAID DOWN ON LINE OF CREDIT | -320.43 |
| Bill P... | 11/2/2012 | 7033 | ANDREW OPRYSKO | PPE 1025/12 | -182.00 |
| Bill P... | 11/2/2012 | 7034 | ANDRIJ CADE | PPE 10/25/12 | -144.00 |
| Bill P... | 11/2/2012 | 7035 | COHEN'S QUALITY BAKERY LLC | SHEET CAKE | -70.00 |
| Bill P... | 11/2/2012 | 7036 | EMILY C MARTIN | PPE 10/25/12 | -108.00 |
| Bill P... | 11/2/2012 | 7037 | FRANK L. BURNS JR. | CONSULTING FEES 10/25 26/12 | -500.00 |
| Bill P... | 11/2/2012 | 7038 | JORGE FLORES | PPE 10/25/12 | -186.00 |
| Bill P... | 11/2/2012 | 7039 | MARIA RIVERA | PPE 10/25/12 | -183.00 |
| Bill P... | 11/2/2012 | 7040 | VANTAGE HOSPITALITY | CASE # 10 - 22026 FINAL PAYMENT | -3,000.00 |
| Bill P... | 11/2/2012 | 7041 | CAPITAL ONE | SYSCO, hERITAGENERGY, PEPSI | -8,400.12 |
| Bill P... | 11/1/2012 | 7042 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 11/1/2012 | 7043 | FRANK M. VETERE | PIANO TUNED 11/2/12 FOLK MUSIC | -125.00 |
| Bill P... | 11/1/2012 | 7044 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226 GOLF CART LEASE | -3,048.75 |
| Bill P... | 11/2/2012 | 7045 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 10/26 - 11/1/12 | -3,750.00 |
| Bill P... | 11/2/2012 | 7046 | AMERICAN EXPRESS | GENARATOR & PARTS | -1,292.15 |
| Bill P... | 11/1/2012 | 7047 | AMERICAN EXPRESS | OCTOBER HOME OFFICE EXPENSE | -3,440.26 |
| Bill P... | 11/2/2012 | 7048 | MARC MINOFF | COMMISSIONS | -819.03 |
| Bill P... | 11/2/2012 | 7049 | DEBORAH L. COHEN | PPE 11/1/12 | -102.00 |
| Bill P... | 11/2/2012 | 7050 | FRESKEETO FROZEN FOODS | knishes | -156.24 |
| Bill P... | 11/2/2012 | 7051 | GRAPHIC SPECTRUMS | monthly updates OCTOBER 2012 | -65.00 |
| Bill P... | 11/2/2012 | 7052 | RAY POLLARD JR | PPE 11/1/12 | -51.00 |
| Bill P... | 11/5/2012 | 7053 | ADP, INC | ACCT# 287801 PAYROLL | -276.42 |
| Bill P... | 11/5/2012 | 7054 | AMERICAN EXPRESS | travel & carpentry | -1,947.94 |
| Bill P... | 11/5/2012 | 7055 | COHEN'S QUALITY BAKERY LLC | 11 SWEET POTATO PIES | -110.00 |
| Bill P... | 11/5/2012 | 7056 | FRESKEETO FROZEN FOODS | FOOD | -598.61 |
| Bill P... | 11/5/2012 | 7057 | GENARES | ON-LINE BOOKING RESERVATIONS OCTOBER 20... | -139.50 |
| Bill P... | 11/5/2012 | 7058 | GRAINGER | ACCT# 870479516 OIL, & FLOAT VALVES | -108.76 |
| Bill P... | 11/5/2012 | 7059 | NOBLE GAS SOLUTIONS | ACCT# 2971 CYLINDER RENTAL | -9.04 |
| Bill P... | 11/5/2012 | 7060 | Chase Credit Card | KOSHER FOOD | -2,158.84 |
| Bill P... | 11/6/2012 | 7061 | HOODZ OF THE MID & LOWER HU... | 11/6/12 cleaning of Bentley's & Main kitchen exhaust ... | -1,537.92 |
| Bill P... | 11/6/2012 | 7062 | Tri State Laundry Equipment | new washer 50% | -9,295.02 |
| Bill P... | 11/7/2012 | 7063 | CASH | PETTY CASH A/C SUPPLIES | -725.00 |
| Bill P... | 11/7/2012 | 7064 | CAPITAL ONE | TRAVEL, GROUNDS, KOSHER, POSTAGE, PARTS | -1,467.29 |
| Bill P... | 11/9/2012 | 7065 | Tri State Laundry Equipment | new washer 50% | -9,000.00 |
| Bill P... | 11/9/2012 | 7066 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 WINE DEL | -267.00 |
| Bill P... | 11/9/2012 | 7067 | EMPIRE MERCHANTS NORTH | ACCT #97802 LIQUOR DEL | -166.82 |
| Bill P... | 11/9/2012 | 7068 | JORGE FLORES | PPE 11/1/12 | -243.00 |
| Bill P... | 11/9/2012 | 7069 | ADP, INC | ACCT# 287801 PAYROLL | -288.70 |
| Bill P... | 11/9/2012 | 7070 | BINNEWATER ICE COMPANY INC. | monthly cooler rental | -54.00 |
| Bill P... | 11/9/2012 | 7071 | CENTRAL HUDSON | TRANSFORMERS & LIGHTING INSTALLMENT | -1,175.62 |
| Bill P... | 11/9/2012 | 7072 | Chase Credit Card | SYSCO | -13,978.53 |
| Bill P... | 11/9/2012 | 7073 | COHEN'S QUALITY BAKERY LLC | SHEET CAKES | -625.00 |
| Bill P... | 11/9/2012 | 7074 | DEBORAH L. COHEN | PPE 11/8/12 | -203.00 |
| Bill P... | 11/9/2012 | 7075 | FRANK L. BURNS JR. | CONSULTANT FEES 11/2, 4/12 | -500.00 |
| Bill P... | 11/9/2012 | 7076 | GILLETTE CREAMERY | ICE CREAM | -702.86 |
| Bill P... | 11/9/2012 | 7077 | J.C. EHRLICH CO. INC | 8078792 | -2,376.05 |
| Bill P... | 11/9/2012 | 7078 | JIM MONTANYA | MONTHLY WATER TESTING OCTOBER 2012 | -450.00 |
| Bill P... | 11/9/2012 | 7079 | LYNDA DuBOIS | PPE 11/8/12 | -87.00 |
| Bill P... | 11/9/2012 | 7080 | RAY POLLARD JR | PPE 11/8/12 | -66.00 |
| Bill P... | 11/9/2012 | 7081 | TIME WARNER CABLE | CABLE INTERNET | -1,436.20 |
| Bill P... | 11/9/2012 | 7082 | ULSTER UNIFORM SERVICE, INC. | ACCT# 163335 GRNDS & ENG | -129.00 |
| Bill P... | 11/9/2012 | 7083 | CAPITAL ONE | ACCT # 110916 WASTE REMOVAL | -4,344.30 |
| Bill P... | 11/9/2012 | 7084 | CAPITAL ONE | HOME DEPOT | -1,938.29 |
| Bill P... | 11/9/2012 | 7085 | CAPITAL ONE | PERKINS / MT ELLIS | -2,968.24 |
| Bill P... | 11/9/2012 | 7086 | Chase Credit Card | ROOMS, BEBV, LABOR | -944.20 |

Page 1

10:16 AM
12/03/12
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of November 30, 2012

C p. 2 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 11/9/2012 | 7087 | Chase Credit Card | PINE GROVE ROOMS, AC | -6,248.39 |
| Bill P... | 11/9/2012 | 7088 | BANK OF AMERICA - OFC | MANAGEMENT FEES M 11/2 - 11/8/12 | -3,750.00 |
| Bill P... | 11/9/2012 | 7089 | JENNIFER G. SCHNETZLER | PPE 11/8/12 | -77.00 |
| Bill P... | 11/9/2012 | 7090 | CAPITAL ONE | PERFORMANCE FOODS | -9,124.89 |
| Bill P... | 11/9/2012 | 7091 | Chase Credit Card | ACCT# 36992710008 OCTOBER 2012 ELECTRIC | -8,334.41 |
| Bill P... | 11/9/2012 | 7092 | Chase Credit Card | ACCT# 36992710008 OCTOBER 2012 ELECTRIC | -8,334.41 |
| Bill P... | 11/9/2012 | 7093 | Chase Credit Card | ACCT# 36992710008 OCTOBER 2012 ELECTRIC | -8,334.40 |
| Bill P... | 11/12/2012 | 7094 | CAPITAL ONE | ACCT# 5004202 PHONE SERVICE | -2,364.28 |
| Bill P... | 11/12/2012 | 7095 | Chase Credit Card | KOSHER FOOD ACADEMY FOR JEWISH RELIGON | -1,489.83 |
| Bill P... | 11/12/2012 | 7096 | COHEN'S QUALITY BAKERY LLC | sheet cakes & cream puffs | -855.00 |
| Bill P... | 11/12/2012 | 7097 | FRANK L. BURNS JR. | CONSULTANT 11/9, 10, 11/12 | -750.00 |
| Bill P... | 11/12/2012 | 7098 | FRESKEETO FROZEN FOODS | FOOD | -62.31 |
| Bill P... | 11/12/2012 | 7099 | IPFS CORPORATION | ACCT# NJN-63794 RENEWAL GL 8/21/12 - 8/21/13 | -17,284.50 |
| Bill P... | 11/12/2012 | 7100 | PEPSI COLA OF HUDSON VALLEY | ACCT #30126 SODA DEL | -968.80 |
| Bill P... | 11/12/2012 | 7101 | RON BARRINGER | CUT FOUR TREES OVER POWER LINES & WELL ... | -1,500.00 |
| Bill P... | 11/12/2012 | 7102 | THE HARTFORD | 166 12838463 | -7,106.24 |
| Bill P... | 11/12/2012 | 7103 | ULSTER UNIFORM SERVICE, INC. | ENG & GRNDS | -129.00 |
| Bill P... | 11/12/2012 | 7104 | CAPITAL ONE | PERKINS / MT ELLIS | -1,466.58 |
| Bill P... | 11/12/2012 | 7105 | GLAUBER'S KOSHER BAKERY & C... | VOID: KOSHER FOODS ACADEMY FOR JEWISH ... | 0.00 |
| Bill P... | 11/12/2012 | 7106 | Chase Credit Card | SECURITY LIGHTS W/ CAMERA & SCREW LAMP... | -599.71 |
| Bill P... | 11/13/2012 | 7107 | Chase Credit Card | KOSHER FOODS ACADEMY FOR JEWISH RELIGI... | -1,411.64 |
| Bill P... | 11/13/2012 | 7108 | Chase Credit Card | KJ POULTRY - DELI | -792.39 |
| Bill P... | 11/13/2012 | 7109 | Chase Credit Card | KOSHER FOOD | -2,103.46 |
| Bill P... | 11/13/2012 | 7110 | AMERICAN EXPRESS | transprot group, kosher food, postage | -413.73 |
| Bill P... | 11/13/2012 | 7111 | UKRAINIAN ATHLETIC-EDUCATIO... | Magazine ad | -145.00 |
| Bill P... | 11/13/2012 | 7112 | GINA M AVERY | PPE 11/8/12 | -72.00 |
| Bill P... | 11/13/2012 | 7113 | HERMAN CEPEDA | PPE 11/8/12 | -72.00 |
| Bill P... | 11/13/2012 | 7114 | HICKORY PICTURES LLC | REFUND | -6,698.15 |
| Bill P... | 11/13/2012 | 7115 | JORGE FLORES | PPE 11/8/12 | -72.00 |
| Bill P... | 11/13/2012 | 7116 | SEBASTIAN A. MORAGA | PPE 11/8/12 | -63.00 |
| Bill P... | 11/13/2012 | 7117 | FRESKEETO FROZEN FOODS | yams | -20.80 |
| Bill P... | 11/13/2012 | 7118 | HUDSON VALLEY TENT CO. INC | 750 chairs | -810.00 |
| Bill P... | 11/13/2012 | 7119 | NOBLE GAS SOLUTIONS | ACCT # 2971 ANNUAL RENTAL OF CYLINDER | -71.28 |
| Bill P... | 11/13/2012 | 7120 | PERKINS d/b/a MT ELLIS PAPER C... | ROOM SUPPLIES | -880.60 |
| Bill P... | 11/13/2012 | 7121 | Chase Credit Card | PFG SPRINGFIELD acct# 184792 food | -607.86 |
| Bill P... | 11/13/2012 | 7122 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -705.04 |
| Bill P... | 11/13/2012 | 7123 | CAPITAL ONE | food del | -9,300.00 |
| Bill P... | 11/13/2012 | 7124 | CAPITAL ONE | SYSCO food del | -15,003.92 |
| Bill P... | 11/14/2012 | 7125 | ADP, INC | ACCT# 287801 PAYROLL | -258.36 |
| Bill P... | 11/14/2012 | 7126 | DEBORAH L. COHEN | PPE 11/15/12 | -246.00 |
| Bill P... | 11/14/2012 | 7127 | JENNIFER G. SCHNETZLER | PPE 11/15/12 | -72.00 |
| Bill P... | 11/14/2012 | 7128 | MARIYA DEYNEHA | PPE 11/1/12 | -143.69 |
| Bill P... | 11/14/2012 | 7129 | ROBERT J. ANSON JR | PPE 11/15/12 | -277.00 |
| Bill P... | 11/14/2012 | 7130 | SANDRA L. NICHOLS | PPE 11/15/12 | -71.00 |
| Bill P... | 11/15/2012 | 7131 | AVAYA INC | ACCT# 0101838345 PHONE SERVICES | -1,926.00 |
| Bill P... | 11/15/2012 | 7132 | CASH | PETTY CASH; FOOD, POSTAGE, KTICHEN SUPPL... | -459.14 |
| Bill P... | 11/15/2012 | 7133 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -110.00 |
| Bill P... | 11/15/2012 | 7134 | MICROS RETAIL SYSTEMS, INC. | ACCT# 0821050 ANNUAL RENEWAL FOR 24/7 CR... | -432.00 |
| Bill P... | 11/15/2012 | 7135 | PERFECT COMPUTER SOLUTIONS | WIRELESS CABLE, POWER SOURCE, PETERS U... | -190.88 |
| Bill P... | 11/15/2012 | 7136 | CAPITAL ONE |  | -10,108.08 |
| Bill P... | 11/19/2012 | 7137 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 11/9 -15/12 46 OF 52 | -3,750.00 |
| Bill P... | 11/19/2012 | 7138 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 11/16 - 22/12 47 OF 52 | -3,750.00 |
| Bill P... | 11/19/2012 | 7139 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -243.60 |
| Bill P... | 11/19/2012 | 7140 | COHEN'S QUALITY BAKERY LLC | VIENNESE TABLE | -81.00 |
| Bill P... | 11/19/2012 | 7141 | FRANK L. BURNS JR. | CONSULTANT FEES 11/16, 17/12 | -500.00 |
| Bill P... | 11/19/2012 | 7142 | GINA M AVERY | PPE 11/15/12 | -270.00 |
| Bill P... | 11/19/2012 | 7143 | HERMAN CEPEDA | PPE 11/15/12 | -270.00 |
| Bill P... | 11/19/2012 | 7144 | JORGE FLORES | PPE 11/15/12 | -270.00 |
| Bill P... | 11/19/2012 | 7145 | MCMASTER-CARR SUPPLY COMP... | ACCT# 35894502 SHAFT, BALL BEARING LIBRAR... | -187.34 |
| Bill P... | 11/19/2012 | 7146 | MICROS RETAIL SYSTEMS, INC. | acct# 0821050 QUARTERLY MAINTAINENCE | -1,809.49 |
| Bill P... | 11/19/2012 | 7147 | ONITY | ACCT# 207842 KEY CARDS | -342.08 |
| Bill P... | 11/19/2012 | 7148 | RELIABLE OFFICE SUPPLIES | ACCT# 10909 SUPPLIES | -441.32 |
| Bill P... | 11/19/2012 | 7149 | RICOH USA , INC | 1329244-SNC257 | -1,263.93 |
| Bill P... | 11/19/2012 | 7150 | ULSTER UNIFORM SERVICE, INC. | grnds & eng | -129.00 |
| Bill P... | 11/19/2012 | 7151 | Chase Credit Card | ENG SUPPLIES | -1,242.97 |
| Bill P... | 11/19/2012 | 7152 | CASH | transporation, rabbical services electrian, ad | -2,016.01 |
| Bill P... | 11/19/2012 | 7153 | AMERICAN EXPRESS | ironer, grnds, roofing, bev, | -2,686.63 |
| Bill P... | 11/21/2012 | 7154 | Chase Credit Card | ROOMS | -595.00 |
| Bill P... | 11/21/2012 | 7155 | CENTRAL HUDSON | ACCT# 3023-0740-00-0 381 GRANITE RD. | -323.87 |
| Bill P... | 11/21/2012 | 7156 | ECOLAB-CHEMICALS | ACCT# 017472572 LAUNDRY SUPPLIES | -1,872.27 |

Page 2

10:16 AM
12/03/12
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of November 30, 2012

C p. 3 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 11/21/2012 | 7157 | FRANK L. BURNS JR. | CONSULTANT FEES 11/24/12 | -250.00 |
| Bill P... | 11/21/2012 | 7158 | FRESKEETO FROZEN FOODS | FRUIT | -106.88 |
| Bill P... | 11/21/2012 | 7159 | HIGHWAY DISPLAYS | 2580 BILLBOARD AD | -600.00 |
| Bill P... | 11/21/2012 | 7160 | PFG SPRINGFIELD | ACCT# 184792 | -138.27 |
| Bill P... | 11/21/2012 | 7161 | TIME WARNER CABLE | ACCT# 8150300370135365 HOUSE CABLE | -16.83 |
| Bill P... | 11/21/2012 | 7162 | TRAVELNET SOLUTIONS | WEBSITE DESIGN - 25 WEB PAGES W/ CONTENT | -3,000.00 |
| Bill P... | 11/21/2012 | 7163 | ULSTER UNIFORM SERVICE, INC. | GRNDS & MAINT | -129.00 |
| Bill P... | 11/21/2012 | 7164 | AMERICAN EXPRESS | A&M HARDWARE & CHLORING | -1,550.13 |
| Bill P... | 11/21/2012 | 7165 | CAPITAL ONE | HERITAGENERGY | -11,010.01 |
| Bill P... | 11/26/2012 | 7166 | Chase Credit Card | POSTAGE, AC, HEATER, ADS, | -1,155.34 |
| Bill P... | 11/27/2012 | 7167 | ADP, INC | PAYROLL | -536.35 |
| Bill P... | 11/27/2012 | 7168 | BANK OF AMERICA - OFC | MANAGEMENT FEES 11/23 - 11/29/12 WEEK 48 OF... | -3,750.00 |
| Bill P... | 11/29/2012 | 7169 | Chase Credit Card | PATRIOT SUPPLY oil pump | -213.57 |
| Bill P... | 11/29/2012 | 7170 | Chase Credit Card | SYSCO FOOD | -3,409.58 |
| Bill P... | 11/29/2012 | 7171 | HUDSON VALLEY INTERNET | internet | -60.00 |
| Bill P... | 11/29/2012 | 7172 | MARYANN KRUM | AIR FRESHENERS & MILEAGE | -160.13 |
| Bill P... | 11/29/2012 | 7173 | Chase Credit Card | PFG SPRINGFIELD FOOD | -2,290.39 |
| Bill P... | 11/29/2012 | 7174 | AMERICAN EXPRESS | HOME OFFICE EXPENSES TRANSP., KOSHER FO... | -3,174.00 |
| Bill P... | 11/29/2012 | 7175 | Chase Credit Card | GLAUBERS BAKERY | -210.00 |
| Bill P... | 11/29/2012 | 7176 | PFG SPRINGFIELD | VOID: ACCT# 184792 | 0.00 |
| Bill P... | 11/29/2012 | 7177 | Chase Credit Card | ACCT# 184792 FOOD DEL | -1,387.50 |
| Bill P... | 11/29/2012 | 7178 | Chase Credit Card | POSTAGE, PARTS, HEAT, BEV, KOSHER FOOD | -1,015.91 |
| Bill P... | 11/29/2012 | 7179 | FRECKLEBELLY | UNIFORMS | -574.89 |
| Bill P... | 11/29/2012 | 7180 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226 GOLF CART LEASE | -3,048.75 |
| Total 10114 · Chase Bank - Operating DIP Acct | | | | | -371,171.60 |
| **TOTAL** | | | | | **-371,171.60** |

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of November 30, 2012



| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **HERITAGENERGY** | | | | | |
| Bill | 11/23/2012 | 68126 | 633.9 GAL OIL 5000 GAL TANK | 7 | 2,542.64 |
| Bill | 11/23/2012 | 60511 | 110.9 GAL OIL HOT WATER | 7 | 444.84 |
| Bill | 11/23/2012 | 68878 | 161.3 GAL OIL BRICK HOUSE | 7 | 647.00 |
| Bill | 11/23/2012 | 69135 | 1300 GAL LP REST & NC | 7 | 2,216.92 |
| Bill | 11/27/2012 | 60511 | 199.1 GAL OIL HOT WATER | 3 | 801.55 |
| Bill | 11/27/2012 | 69676 | 423.9 GAL LP KITCHEN & LAUNDRY | 3 | 722.89 |
| Total HERITAGENERGY | | | | | 7,375.84 |
| **IPFS CORPORATION** | | | | | |
| Bill | 8/29/2011 | 92111 | ACCT# 15-003-112366-8 GENERAL LI... | 436 | 16,471.44 |
| Bill | 9/6/2012 | 8211282113 | ACCT# NJN-63794  RENEWAL GL 8/2... | 85 | ~~103,707.00~~ |
| Total IPFS CORPORATION | | | | | 120,178.44 |
| **Kennedy Funding Inc.** | | | | | |
| Credit | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | | -21,030.00 |
| Credit | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH  PER AG... | | -30,000.00 |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS  2012 | 334 | 366,180.00 |
| Total Kennedy Funding Inc. | | | | | 315,150.00 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 389 | 20,000.00 |
| Total OREST FEDASH | | | | | 20,000.00 |
| **THE HARTFORD** | | | | | |
| Bill | 3/9/2012 | 3512 | DOWNPAYMENT  WORKERS COMP ... | 250 | 7,092.24 |
| Total THE HARTFORD | | | | | 7,092.24 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 770 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **TOTAL** | | | | | **489,796.52** |

```
- 103,707.00
- 315,150.00
-   7,092.24
_____
$ 63,847.28
```

(E)

**OUTSTANDING INVOICES:**        AS OF  11/30/12

| GROUP: | DATE OF GRP. | AMOUNT |
|---|---|---|
| PRIVATE STOCK ENTERTAINMENT<br>Mr. Don Johnson<br>Washington, DC<br>(202) 489-1032 | 2/12-15/10<br>**Stop Payment issued on checks** | $  87,417.68<br>$  (67,528.86) charged to credit cards |
| NERFA | 11/11-13/11 | $  477.50 |
| FIVE STAR CATERERS | Yachad 5/4-6/12 | $  3,815.36 |
| HILULIM | 11/2-5/12 | $  838.60 |
| NERFA | 11/8-11/12 | $  100.00 |
| **TOTAL OUTSTANDING INVOICES:** | | $  25,120.28 |