B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## South District of New York

In re **Everyday Logistics LLC**
_Debtor_

Case No. **10-22026**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **DEC. 2012**         Date filed: **2/7/13**

Line of Business: _____          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party   as Managing Member

**Eliot Spitzer**
Printed Name of Responsible Party   as Managing Member

Questionnaire: (All questions to be answered on behalf of the debtor.)

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 233,778.68

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month  $ <100,810.87>

Cash on Hand at End of Month  $ <192,025.71>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL  $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 324,993.52

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*  $ 233,778.68

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 324,993.52

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH  $ <91,214.84>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 93,801.56

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ 50,806.50

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | 126 |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | 83 |

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 223,778.68 | $ |
| EXPENSES | $ | $ 324,993.52 | $ |
| CASH PROFIT | $ | $ <91,214.84> | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

"B"

Month        **12/01/2012**    through    **12/31/2012**

### INCOME

|   | | Received on date | | Bank Deposit |
|---|---|---|---|---|
|   | | Cash | Checks | Totals |
| 1 | 12/01 - 06 | $ 878.46 | $ 25,300.00 | $ 26,178.46 |
| 2 | 12/07 - 13 | $ 1,398.69 | $ 31,559.19 | $ 32,957.88 |
| 3 | 12/14 - 20 | $ 1,729.36 | $ 15,221.20 | $ 16,950.56 |
| 4 | 12/21 - 27 | $ 1,954.38 | $ 60,091.42 | $ 62,045.80 |
| 5 | 12/28 - 31 | $ 3,091.43 | $ 25,000.00 | $ 28,091.43 |
|   |  | $ 9,052.32 | $ 157,171.81 | $ 166,224.13 |

$ 166,224.13

|   | Processed on date | | | Credit Card |
|---|---|---|---|---|
|   | AmEx | MC/Visa | Discover | Totals |
| 1 | $ 11,205.50 | $ 3,255.84 | $ 34.00 | $ 14,495.34 |
| 2 | $ 9,242.34 | $ 3,046.72 | $ - | $ 12,289.06 |
| 3 | $ 15,315.54 | $ 4,813.67 | $ 6.00 | $ 20,135.21 |
| 4 | $ 3,617.11 | $ 4,537.29 | $ - | $ 8,154.40 |
| 5 | $ 2,580.31 | $ 8,667.94 | $ 1,232.29 | $ 12,480.54 |
|   | $ 41,960.80 | $ 24,321.46 | $ 1,272.29 | $ 67,554.55 |

$ 67,554.55

**Total income for the month:**                                        $ 233,778.68

### DISBURSEMENTS

Bank, credit card and processing fees:
Credit card repayment:
Total check disbursements (list attached):        $ 228,959.87
Total payroll expense (transfers):                $ 96,033.65
Other legal and bank fees (including uncleared checks):

**Total expenses for the month:**                                      $ 324,993.52

**Cash profit (loss) for the month:**                                  $ (91,214.84)

12:33 PM  
12/31/12  
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of December 31, 2012

"C" 1 of 2

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 12/5/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/30 -12/6/12 | -2,000.00 |
| Bill P... | 12/3/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/30 12/6/12 | -1,000.00 |
| Bill P... | 12/6/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 11/30 - 12/6/12 | -1,000.00 |
| Bill P... | 12/7/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 12/7 - 12/13/12 | -1,000.00 |
| Bill P... | 12/11/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 12/7 - 12/13/12 | -2,500.00 |
| Bill P... | 12/17/2012 | | NYS SALES TAX PROCESSING | 20-3729464 | -14,937.92 |
| Bill P... | 12/19/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 12/14 - 12/20/12 | -2,500.00 |
| Bill P... | 12/24/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 12/21 - 12/27/12 | -1,250.00 |
| Bill P... | 12/24/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 12/21 - 27/12 TRANSFER TO... | -350.00 |
| Bill P... | 12/26/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 12/21 - 27/12 | -1,300.00 |
| Bill P... | 12/3/2012 | 7181 | CUTTING GREEN LLC | VOID: PREOWNED JACOBSEN GREENSKING 4 P... | 0.00 |
| Bill P... | 12/3/2012 | 7182 | KINGSTON GLASSWORKS | towers, 2000, & 8th floor stairwell | -964.44 |
| Bill P... | 12/3/2012 | 7183 | PFG SPRINGFIELD | ACCT# 184792 | -81.20 |
| Bill P... | 12/5/2012 | 7184 | O.C.P. PAVING | BACK PARKING LOT BLACK TOPPED | -9,500.00 |
| Bill P... | 12/6/2012 | 7185 | O.C.P. PAVING | BACK PARKING LOT BLACK TOPPED | -9,500.00 |
| Bill P... | 12/6/2012 | 7186 | O.C.P. PAVING | ROLLED & COMPLETE BACK PARKING LOT | -9,000.00 |
| Bill P... | 12/3/2012 | 7187 | CUTTING GREEN LLC | PREOWNED JACOBSEN GREENSKING 4 PLUSS | -4,000.00 |
| Bill P... | 12/6/2012 | 7188 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -220.73 |
| Bill P... | 12/6/2012 | 7189 | CAPITAL ONE | HERITAGENERGY | -12,420.74 |
| Bill P... | 12/7/2012 | 7190 | CAPITAL ONE | CORNER STONE ACCT# 5004202 | -2,279.55 |
| Bill P... | 12/7/2012 | 7191 | FRANK L. BURNS JR. | CONSULTANT 11/30 - 12/1/12 | -500.00 |
| Bill P... | 12/10/2012 | 7192 | BINNEWATER ICE COMPANY INC. | ACCT# 20990 COOLER RENTAL | -54.00 |
| Bill P... | 12/10/2012 | 7193 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 12/10/2012 | 7194 | DEBORAH L. COHEN | PPE 12/6/12 | -114.00 |
| Bill P... | 12/10/2012 | 7195 | GRAINGER | ACCT# 870479516 TIMER | -200.05 |
| Bill P... | 12/10/2012 | 7196 | NOBLE GAS SOLUTIONS | ACCT# 2971 CYLINDER RENTAL | -8.75 |
| Bill P... | 12/10/2012 | 7197 | ROBERT J. ANSON JR | PPE 12/6/12 | -285.00 |
| Bill P... | 12/10/2012 | 7198 | SAFECO ALARM SYSTEMS | ACCT# 1794 QUARTERLY MAINTAINENCE | -84.24 |
| Bill P... | 12/10/2012 | 7199 | ULSTER UNIFORM SERVICE, INC. | grnds & maint. uniforms | -258.00 |
| Bill P... | 12/10/2012 | 7200 | O.C.P. PAVING | O.C.P. PAVING ROLLED AND COMPLETE | -4,500.00 |
| Bill P... | 12/10/2012 | 7201 | CENTRAL HUDSON | TRANSFORMERS & ENERGY EFFICIENT INSTALL... | -1,175.62 |
| Bill P... | 12/10/2012 | 7202 | GENARES | ACCT# 12655 NOVEMBER 2012 BOOKINGS & INQ... | -222.06 |
| Bill P... | 12/10/2012 | 7203 | NATIONAL LIABILITY AND FIRE IN... | POLICY # BMCNY4561471A TRAILER INS 10/13/12... | -6.00 |
| Bill P... | 12/10/2012 | 7204 | RELIABLE OFFICE SUPPLIES | ACCT# 0116657 BINDERS | -148.35 |
| Bill P... | 12/13/2012 | 7205 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY WATER TESTING | -110.00 |
| Bill P... | 12/13/2012 | 7206 | FRANK L. BURNS JR. | CONSULTANT 12/8/12 | -250.00 |
| Bill P... | 12/14/2012 | 7207 | AMERICAN EXPRESS | GAS, BEV | -225.20 |
| Bill P... | 12/14/2012 | 7208 | CASH | PO, BEV, AD, FOOD, OFFICE SUPPLIES | -802.25 |
| Bill P... | 12/14/2012 | 7209 | SARA MARSHALL | ADVANCED PAYROLL | -900.00 |
| Bill P... | 12/14/2012 | 7210 | Chase Credit Card | lights, ads, parts rentals | -361.97 |
| Bill P... | 12/14/2012 | 7211 | BANK OF AMERICA - OFC | MANAGEMENT FEES  - M 11/30 - 12/7/12 WEEK 49 | -3,750.00 |
| Bill P... | 12/17/2012 | 7212 | ADAM'S PIANO | LIVING TRADITIONS 12/22 - 28/12 3 KAWAI PIANO... | -1,500.00 |
| Bill P... | 12/17/2012 | 7213 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -138.24 |
| Bill P... | 12/17/2012 | 7214 | DOBIL LABORATORIES, INC. | A/V FEES 1/1/12 - 10/31/12 | -1,207.20 |
| Bill P... | 12/17/2012 | 7215 | IPFS CORPORATION | ACCT# NJN-63794  RENEWAL GL 8/21/12 - 8/21/13 | -17,284.50 |
| Bill P... | 12/17/2012 | 7216 | KINGSTON GLASSWORKS | GLASS FOR ROOMS | -2,457.00 |
| Bill P... | 12/17/2012 | 7217 | THE HARTFORD | 166 12838463 | -7,106.24 |
| Bill P... | 12/17/2012 | 7218 | ULSTER COUNTY DEPARTMENT ... | QUARTERLY HOTEL TAX ID# 1199  9/1/12 - 11/30/12 | -6,283.40 |
| Bill P... | 12/17/2012 | 7219 | IPFS CORPORATION | ACCT# 15-003-112366-8 GENERAL LIBABILTY INS ... | -16,471.44 |
| Bill P... | 12/21/2012 | 7220 | CASH | ACCT# 110916 WASTE REMOVAL | -3,391.74 |
| Bill P... | 12/21/2012 | 7221 | CASH | EHRLICH PEST CONTROL | -1,803.96 |
| Bill P... | 12/21/2012 | 7222 | Chase Credit Card | PERKINS ROOM & KITCHEN SUPPLIES | -2,153.94 |
| Bill P... | 12/21/2012 | 7223 | Chase Credit Card | SYSCO FOOD | -2,879.88 |
| Bill P... | 12/21/2012 | 7224 | HUDSON VALLEY WEDDINGS | ANNUAL RENEWAL FOR INTERNET LISTINGS | -315.00 |
| Bill P... | 12/21/2012 | 7225 | ICONTACT | MONTHLY 12/1 - 12/31/12 | -79.92 |
| Bill P... | 12/21/2012 | 7226 | ADP, INC | ACCT# 287801 PAYROLL PROCESSLING | -250.89 |
| Bill P... | 12/21/2012 | 7227 | BOOKING.COM B. V. | COMMISSION | -171.45 |
| Bill P... | 12/21/2012 | 7228 | Chase Credit Card | VOID: LIVING TRADITIONS | 0.00 |
| Bill P... | 12/21/2012 | 7229 | DEBORAH L. COHEN | PPE 12/13/12 | -171.00 |
| Bill P... | 12/21/2012 | 7230 | FRANK L. BURNS JR. | CONSULTANT 12/14, 15/12 | -500.00 |
| Bill P... | 12/21/2012 | 7231 | FRANK M. VETERE | TUNE YAMAHA C3  LIVING TRADITIONS | -135.00 |
| Bill P... | 12/21/2012 | 7232 | GILLETTE CREAMERY | ICE CREAM | -147.50 |
| Bill P... | 12/21/2012 | 7233 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill P... | 12/21/2012 | 7234 | JIM MONTANYA | NOVEMBER 2012 MONTHLY WATER TESTING | -450.00 |
| Bill P... | 12/21/2012 | 7235 | RAY POLLARD JR | PPE 12/13/12 | -220.00 |
| Bill P... | 12/21/2012 | 7236 | ULSTER UNIFORM SERVICE, INC. | GRNDS & ENG | -258.00 |
| Bill P... | 12/21/2012 | 7237 | Chase Credit Card | GLAUBERS LIVING TRADITIONS | -2,059.78 |
| Bill P... | 12/21/2012 | 7238 | Chase Credit Card | CENTERAL HUDSON ELECTIRC 75% | -8,000.00 |
| Bill P... | 12/21/2012 | 7239 | Chase Credit Card | CENTERAL HUDSON ELECTIRC 75% | -8,000.00 |

12:33 PM  
12/31/12  
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of December 31, 2012

"C" 2 of 2

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 12/21/2012 | 7240 | Chase Credit Card | CENTERAL HUDSON ELECTIRC 75% | -8,029.12 |
| Bill P... | 12/21/2012 | 7241 | THE CHEF'S KINGDOM INC. | LIVING TRADITIONS FOOD | -769.56 |
| Bill P... | 12/21/2012 | 7242 | CAPITAL ONE | HERITAGENERGY | -7,149.16 |
| Bill P... | 12/21/2012 | 7243 | Chase Credit Card | FOOD LIVING TRADITIONS | -1,183.19 |
| Bill P... | 12/21/2012 | 7244 | Chase Credit Card | FOOD PFG SPRINGFIELD  DUSO | -2,185.23 |
| Bill P... | 12/24/2012 | 7245 | Chase Credit Card | KIRYAS JOEL POULTRY LIVING TRADITIONS | -3,664.93 |
| Bill P... | 12/24/2012 | 7246 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 BEER DEL | -155.75 |
| Bill P... | 12/24/2012 | 7247 | EMPIRE MERCHANTS NORTH | ACCT# 700097802 LIQUOR DEL | -443.11 |
| Bill P... | 12/24/2012 | 7248 | MANHATTAN BEER DIST. LLC | ACCT# 78684 BEER DEL | -148.15 |
| Bill P... | 12/24/2012 | 7249 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -545.59 |
| Bill P... | 12/24/2012 | 7250 | Chase Credit Card | NEIMAN'S FISH LIVING TRADITIONS | -893.75 |
| Bill P... | 12/28/2012 | 7251 | Chase Credit Card | ACCT# 36992710008 NOVEMBER ELECTRIC | -8,009.70 |
| Bill P... | 12/28/2012 | 7252 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -219.23 |
| Bill P... | 12/28/2012 | 7253 | AMERICAN EXPRESS CONSUMER | COMMISSION LEVITTIES | -63.00 |
| Bill P... | 12/28/2012 | 7254 | Chase Credit Card | ACCT# 0101838345 PHONES | -1,926.00 |
| Bill P... | 12/28/2012 | 7255 | Chase Credit Card | COFFEE SYSTEMS | -627.55 |
| Bill P... | 12/28/2012 | 7256 | DEBORAH L. COHEN | PPE 12/27/12 | -373.00 |
| Bill P... | 12/28/2012 | 7257 | EXPEDIA INC. | COMMISSION, PENICHET, COURTNEY, YARMUSH | -53.92 |
| Bill P... | 12/28/2012 | 7258 | FRANK L. BURNS JR. | Consultant  12/21 & 22/12 | -600.00 |
| Bill P... | 12/28/2012 | 7259 | FRESKEETO FROZEN FOODS | FOOD | -223.10 |
| Bill P... | 12/28/2012 | 7260 | Chase Credit Card | ECO LAB ACCT3 017472572 LAUNDRY SUPPLIES | -2,050.10 |
| Bill P... | 12/28/2012 | 7261 | Chase Credit Card | ACCT# 6149337 SUPPLIES | -1,426.73 |
| Bill P... | 12/28/2012 | 7262 | ICONTACT | JAN 1 - 31, 2013 SUBSCRIPTION | -79.92 |
| Bill P... | 12/28/2012 | 7263 | LORNA M. BOUGHTON | PPE 12/27/12 | -96.00 |
| Bill P... | 12/28/2012 | 7264 | LYNDA DuBOIS | PPE 12/27/12 | -51.00 |
| Bill P... | 12/28/2012 | 7265 | Chase Credit Card | PERKINS | -1,403.20 |
| Bill P... | 12/28/2012 | 7266 | Chase Credit Card | PEPSI | -2,162.25 |
| Bill P... | 12/28/2012 | 7267 | TRAVEL NOW .COM | COMMISSION COLUCCI | -17.01 |
| Bill P... | 12/28/2012 | 7268 | ULSTER UNIFORM SERVICE, INC. | ENG & GRNDS | -129.00 |
| Bill P... | 12/28/2012 | 7269 | Zurich | POLICY # 5291950-3 10/1 - 12/31/12 DISABILITY | -1,652.88 |
| Bill P... | 12/28/2012 | 7270 | Chase Credit Card | TIME WARNER CABLE | -1,472.20 |
| Bill P... | 12/28/2012 | 7271 | Chase Credit Card | PFG SPRINGFIELD | -4,580.25 |
| Bill P... | 12/28/2012 | 7272 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 12/28/2012 | 7273 | TIME WARNER CABLE | ACCT#  8150300370135365 HOUSE CABLE | -16.83 |
| Bill P... | 12/28/2012 | 7274 | CAPITAL ONE | NEIMAN'S FISH LIVING TRADITIONS | -1,677.67 |
| Bill P... | 12/31/2012 | 7275 | Chase Credit Card | GLAUBERS FOR LIVING TRADITIONS | -483.05 |

Total 10114 · Chase Bank - Operating DIP Acct                                                                      -228,959.87

**TOTAL**                                                                                                                                   **-228,959.87**

Page 2

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of December 31, 2012

"D" 1 of 2

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **BRIDGET SCHMAHL** | | | | | |
| Bill | 12/31/2012 | 123112 | NEW YEARS EVE ENTERTAINMENT | | 1,000.00 |
| Total BRIDGET SCHMAHL | | | | | 1,000.00 |
| **COHEN'S QUALITY BAKERY LLC** | | | | | |
| Bill | 12/29/2012 | 86511 | BAKED GOODS | 2 | 184.00 |
| Bill | 12/30/2012 | 86522 | BAKED GOODS | 1 | 333.00 |
| Bill | 12/30/2012 | 86512 | BAKED GOODS | 1 | 430.00 |
| Bill | 12/31/2012 | 86513 | BAKED GOODS | | 538.00 |
| Bill | 12/31/2012 | 86524 | BAKED GOODS | | 138.00 |
| Total COHEN'S QUALITY BAKERY LLC | | | | | 1,623.00 |
| **GRAINGER** | | | | | |
| Credit | 12/17/2012 | 9021717328 | RETURN STEAM TIMER | | -190.08 |
| Total GRAINGER | | | | | -190.08 |
| **HERITAGENERGY** | | | | | |
| Bill | 12/11/2012 | 60511 | 399.6 GAL OIL HOT WATER | 20 | 1,537.03 |
| Bill | 12/12/2012 | 72575 | 800 GAL LP KITCHEN & LAUNDRY | 19 | 1,364.26 |
| Bill | 12/14/2012 | 509387 | 194.5 GAL OFF ROAD DIESEL | 17 | 805.60 |
| Bill | 12/14/2012 | 60511 | 260.3 GAL OIL HOT WATER | 17 | 1,018.09 |
| Bill | 12/14/2012 | 73546 | 664.2 GAL OIL 5000 GAL TANK | 17 | 2,597.83 |
| Bill | 12/14/2012 | 73840 | 660 GAL LP REST & NIGHT CLUB | 17 | 1,125.51 |
| Bill | 12/18/2012 | 60511 | 318.6 GAL OIL HOT WATER | 13 | 1,245.26 |
| Bill | 12/18/2012 | 74539 | 107.1 GAL OIL BRICK HOUSE | 13 | 418.61 |
| Bill | 12/21/2012 | 75905 | 162.2 GAL LP KITCHEN & LAUNDRY | 10 | 276.60 |
| Bill | 12/21/2012 | 75088 | 600.1 GAL LP NIGHT CLUB & REST | 10 | 1,023.36 |
| Bill | 12/21/2012 | 75109 | 690.1 GAL OIL 5000 GAL TANK | 10 | 2,734.54 |
| Bill | 12/21/2012 | 60511 | 235 GAL OIL HOT WATER | 10 | 931.20 |
| Bill | 12/24/2012 | 76529 | 259.1 GAL OIL HOT WATER | 7 | 1,032.29 |
| Bill | 12/28/2012 | 76989 | 1200 GAL LP NIGHT CLUB & REST | 3 | 2,111.18 |
| Bill | 12/28/2012 | 77080 | 392.9 GAL OIL HOT WATER | 3 | 1,571.72 |
| Bill | 12/28/2012 | 76911 | 986 GAL OIL 5000 GAL TANK | 3 | 3,944.31 |
| Bill | 12/31/2012 | 77371 | 106.4 GAL OFF ROAD DIESEL | | 452.48 |
| Bill | 12/31/2012 | 78027 | 341.7 GAL OIL HOT WATER | | 1,374.29 |
| Total HERITAGENERGY | | | | | 25,564.16 |
| **IPFS CORPORATION** | | | | | |
| Bill | 9/6/2012 | 8211282113 | ACCT# NJN-63794  RENEWAL GL 8/2... | 116 | 86,422.50 |
| Total IPFS CORPORATION | | | | | 86,422.50 |
| **Kennedy Funding Inc.** | | | | | |
| Credit | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | | -21,030.00 |
| Credit | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | | -30,000.00 |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS 2012 | 365 | 366,180.00 |
| Total Kennedy Funding Inc. | | | | | 315,150.00 |
| **MICHAEL C. HASENBALG** | | | | | |
| Bill | 1/1/2012 | 1412 | COMMISSION, INSTALLMENT # 1 | 362 | 500.00 |
| Total MICHAEL C. HASENBALG | | | | | 500.00 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 420 | 20,000.00 |
| Total OREST FEDASH | | | | | 20,000.00 |
| **SYSCO FOOD SERVICES** | | | | | |
| Bill | 12/21/2012 | 212211400 | FOOD | 10 | 5,949.79 |
| Bill | 12/28/2012 | 212281359 | FOOD NEW YEARS EVE | 3 | 15,975.94 |
| Total SYSCO FOOD SERVICES | | | | | 21,925.73 |
| **TEXTRON FINANCIAL CORPORATION** | | | | | |
| Bill | 12/24/2012 | 3125256 | ACCT# 188226 GOLF CART LEASE | 7 | 3,048.75 |
| Total TEXTRON FINANCIAL CORPORATION | | | | | 3,048.75 |

Page 1

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of December 31, 2012

"D" 2 of 2

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **THE UKRAINIAN WEEKLY** | | | | | |
| Bill | 12/27/2012 | 55691 | ADVERTISING 12/21 & 12/16/12 | 4 | 330.00 |
| Total THE UKRAINIAN WEEKLY | | | | | 330.00 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 801 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **TOTAL** | | | | | **495,374.06** |

```
- 86,422.50
- 315,150.00
_____
$ 93,801.52
```

"E"

**OUTSTANDING INVOICES:**    AS OF 12/31/12

| GROUP: | DATE OF GRP. | AMOUNT | |
|---|---|---|---|
| PRIVATE STOCK ENTERTAINMENT | 2/12-15/10 | $ 87,417.68 | |
| Mr. Don Johnson | **Stop Payment issued on checks** | | |
| Washington, DC | | $ (67,528.86) | charged to credit cards |
| (202) 489-1032 | | | |
| NERFA | 11/11-13/11 | $ 477.50 | |
| FIVE STAR CATERERS | Yachad 5/4-6/12 | $ 3,815.36 | |
| HILULIM | 11/2-5/12 | $ 838.60 | |
| NERFA | 11/8-11/12 | $ 100.00 | |
| BBYO | 11/30-12/2/12 | $ 8,110.50 | |
| MOSHE TEITELBAUM | 12/7-9/12 | $ 4,019.40 | |
| WORKING FAMILIES PARTY (BOLAND) | 12/13-15/12 | $ 3,559.32 | |
| LIVING TRADITIONS/KLEZKAMP | 12/23-28/12 | $ 9,997.00 | |
| TOTAL OUTSTANDING INVOICES: | | $ 50,806.50 | |