B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re **Everyday Logistics LLC**
_Debtor_

Case No. **10-22026**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **June 2012**            Date filed: **2/7/13**

Line of Business: _____            NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/_ _____
Original Signature of Responsible Party  as Managing Member

**Eliot Spitzer**
Printed Name of Responsible Party

Questionnaire: *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ✓ | |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ✓ | |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ✓ | |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ✓ | |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ✓ | |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ✓ | |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ✓ | |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ✓ | |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | | |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ✓ | |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | ✓ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ✓ | |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $ 646,426.51

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ <71,398.36>

Cash on Hand at End of Month    $ <53,239.78>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $ 628,267.93

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 646,426.51

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 628,267.93

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ 18,158.58

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ _93,495.72_

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ _147,770.13_

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  _126_

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  _140_

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _21,030.—_

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|             | Projected | Actual      | Difference |
|-------------|-----------|-------------|------------|
| INCOME      | $         | $ 646,426.51 | $          |
| EXPENSES    | $         | $ 628,267.93 | $          |
| CASH PROFIT | $         | $ 18,158.28  | $          |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

"B"

Month    **06/01/2012**    through    **06/30/2012**

### INCOME

| | | Received on date | | Bank Deposit |
|---|---|---|---|---|
| | | Cash | Checks | Totals |
| 1 | 06/01 - 07 | $ 19,660.61 | $ 95,016.23 | $ 114,676.84 |
| 2 | 06/08 - 14 | $ 14,292.41 | $ 107,341.47 | $ 121,633.88 |
| 3 | 06/15 - 21 | $ 29,056.51 | $ 1,099.00 | $ 30,155.51 |
| 4 | 06/22 - 28 | $ 19,452.53 | $ 61,193.27 | $ 80,645.80 |
| 5 | 06/29 - 30 | $ 2,139.53 | $ 2,569.00 | $ 4,708.53 |
| | | $ 84,601.59 | $ 267,218.97 | $ 351,820.56 | $ 351,820.56 |

| | Processed on date | | | Credit Card |
|---|---|---|---|---|
| | AmEx | MC/Visa | Discover | Totals |
| 1 | $ 25,912.66 | $ 24,490.44 | $ 604.70 | $ 51,007.80 |
| 2 | $ 12,854.88 | $ 17,924.76 | $ 1,031.20 | $ 31,810.84 |
| 3 | $ 11,245.39 | $ 53,138.10 | $ 2,974.33 | $ 67,357.82 |
| 4 | $ 23,772.60 | $ 104,481.56 | $ 8,620.28 | $ 136,874.44 |
| 5 | $ 1,192.74 | $ 6,349.36 | $ 12.95 | $ 7,555.05 |
| | $ 74,978.27 | $ 206,384.22 | $ 13,243.46 | $ 294,605.95 | $ 294,605.95 |

**Total income for the month:**         $ 646,426.51

### DISBURSEMENTS

Bank, credit card and processing fees:
Credit card repayment:
Total check disbursements (list attached):    $ 396,414.76
Total payroll expense (transfers):    $ 210,823.17
Other legal and bank fees (including uncleared checks):    $ 21,030.00

**Total expenses for the month:**         $ 628,267.93

**Cash profit (loss) for the month:**         $ 18,158.58

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 6/4/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/1 - 7/12 | -2,500.00 |
| Bill P... | 6/12/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/8 - 6/14/12 | -1,000.00 |
| Bill P... | 6/13/2012 | | E & S DEVELOPMENT & PROPERT... | KENNEDY FUNDING | -2,130.00 |
| Bill P... | 6/15/2012 | | NYS SALES TAX PROCESSING | 20-3729464 | -3,141.94 |
| Bill P... | 6/20/2012 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/15 - 21/12 | -2,000.00 |
| Bill P... | 6/15/2012 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/15 - 6/21/12 | -2,500.00 |
| Bill P... | 6/19/2012 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/15 - 6/21/12 | -2,000.00 |
| Bill P... | 6/19/2012 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/15 - 6/21/12 | -2,000.00 |
| Bill P... | 6/28/2012 | 0 | IPFS CORPORATION | ACCT# 15-003-112366-8 G. L. INS INST #9/10 | -16,471.44 |
| Bill P... | 6/28/2012 | 0 | Kennedy Funding Inc. | ANNUAL BANKRUPTCY TERMS JUNE 2012 | -21,030.00 |
| Bill P... | 6/1/2012 | 6224 | Chase Credit Card | SYSCO FOOD | -10,387.34 |
| Bill P... | 6/1/2012 | 6226 | Chase Credit Card | HOME DEPOT ACCT# 6149337 3 A/C'S | -2,054.16 |
| Bill P... | 6/1/2012 | 6233 | DUTCHESS BEER DISTRIBUTORS ... | ACCT #22165 BEER DEL | -578.50 |
| Bill P... | 6/1/2012 | 6234 | Chase Credit Card | SYSCO FOODS | -5,218.04 |
| Bill P... | 6/1/2012 | 6235 | Chase Credit Card | SYSCO FOOD DEL | -8,253.95 |
| Bill P... | 6/1/2012 | 6236 | Chase Credit Card | ACCT# 5004202 PHONE SERVICE | -2,448.21 |
| Bill P... | 6/1/2012 | 6237 | Chase Credit Card | MIWA LOCK CO ACCT# HUDSONVALLEY KERHO... | -1,887.00 |
| Bill P... | 6/1/2012 | 6238 | Chase Credit Card | TIME WARNER CABLE | -1,381.86 |
| Bill P... | 6/1/2012 | 6239 | Chase Credit Card | IN THE SWIM POOLS | -1,635.82 |
| Bill P... | 6/1/2012 | 6240 | Chase Credit Card | ELECTRIC FOR APRIL 2012 | -7,373.71 |
| Bill P... | 6/1/2012 | 6241 | Chase Credit Card | ELECTRIC FOR APRIL 2012 | -7,373.71 |
| Bill P... | 6/1/2012 | 6242 | Chase Credit Card | ELECTRIC FOR APRIL 2012 | -7,373.73 |
| Bill P... | 6/1/2012 | 6243 | Chase Credit Card | THYSSENKRUPP Acct# 934043 elevator maintainen... | -2,525.51 |
| Bill P... | 6/1/2012 | 6244 | ICONTACT | monthly subscription 5/30 - 6/30/12 | -78.77 |
| Bill P... | 6/1/2012 | 6245 | AMERICAN EXPRESS | transportation, phone, food, | -3,556.23 |
| Bill P... | 6/4/2012 | 6246 | CASH | TRANSPORTATION, POSTAGE, SALES & ADVERT... | -1,082.52 |
| Bill P... | 6/4/2012 | 6247 | Chase Credit Card | blets for folder laundry | -205.41 |
| Bill P... | 6/4/2012 | 6248 | AMERICAN EXPRESS | plumbing, carpentry, bev, transportation, postage,grn... | -1,627.58 |
| Bill P... | 6/4/2012 | 6249 | CAPITAL ONE | HERITAGENERGY | -3,454.43 |
| Bill P... | 6/4/2012 | 6250 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 5/4 - 5/10/12 | -3,750.00 |
| Bill P... | 6/5/2012 | 6251 | JOHN STAGE | entertainment & sound system Famous 50's car sho... | -5,500.00 |
| Bill P... | 6/5/2012 | 6252 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -268.89 |
| Bill P... | 6/5/2012 | 6253 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 6/5/2012 | 6254 | FRANK L. BURNS JR. | FOOD SUPERVISION 5/31, 6/1, 2/12 | -750.00 |
| Bill P... | 6/5/2012 | 6255 | GRAPHIC SPECTRUMS | website updates through 5/31/12 | -54.00 |
| Bill P... | 6/5/2012 | 6256 | JIM MONTANYA | MAY 2012 MONTHLY WATER REPORTS | -450.00 |
| Bill P... | 6/5/2012 | 6257 | LYNDA DuBOIS | PPE 5/32/12 | -230.00 |
| Bill P... | 6/5/2012 | 6258 | MICHAEL C. HASENBALG | COMMISSION OVERSEAS CHINESE MISSION # 4 | -500.00 |
| Bill P... | 6/5/2012 | 6259 | PEPSI COLA OF HUDSON VALLEY | ACCT# 30126 SODA | -268.60 |
| Bill P... | 6/5/2012 | 6260 | PERKINS d/b/a MT ELLIS PAPER C... | soda | -2,160.25 |
| Bill P... | 6/5/2012 | 6261 | RAY POLLARD JR | PPE 5/31/12 | -57.00 |
| Bill P... | 6/5/2012 | 6262 | RICHARD LACATENA | SAMS FOOD | -155.23 |
| Bill P... | 6/5/2012 | 6263 | SAFECO ALARM SYSTEMS | ACCT # 1794 QUARTERLY ALARM | -84.24 |
| Bill P... | 6/5/2012 | 6264 | ULSTER UNIFORM SERVICE, INC. | eng & grnds uniforms | -266.57 |
| Bill P... | 6/5/2012 | 6265 | J.C. EHRLICH CO. INC | 8078792 | -2,376.45 |
| Bill P... | 6/5/2012 | 6266 | VANTAGE HOSPITALITY | CASE # 10-22026 5 OF 10 PAYMENT | -3,000.00 |
| Bill P... | 6/5/2012 | 6267 | Chase Credit Card | 4 IMPRINT PENS 3000 | -425.13 |
| Bill P... | 6/5/2012 | 6268 | DUTCHESS BEER DISTRIBUTORS ... | ACCT3 22165 BEER DEL | -455.50 |
| Bill P... | 6/5/2012 | 6269 | EMPIRE MERCHANTS NORTH | ACCT # 97802 LIQUOR DEL | -938.67 |
| Bill P... | 6/5/2012 | 6270 | GEOFF WALSH | GOLF REIMBURSMENT 5/16 - 5/31/12 | -274.98 |
| Bill P... | 6/5/2012 | 6271 | LOBO DISTRIBUTING INC. | ACCT # 50963 BEER | -153.45 |
| Bill P... | 6/5/2012 | 6272 | MANHATTAN BEER DIST. LLC | ACCT #78684 BEER | -348.25 |
| Bill P... | 6/5/2012 | 6273 | SOUTHERN WINE & SPIRITS OF U... | ACCT # 34629 LIQUOR DEL | -1,005.04 |
| Bill P... | 6/6/2012 | 6274 | CASH | rebate | -7,342.50 |
| Bill P... | 6/7/2012 | 6275 | BINNEWATER ICE COMPANY INC. | WATER SPA | -130.00 |
| Bill P... | 6/7/2012 | 6276 | CASH | Petty Cash, flowers, food, postage, travel, prizes, | -246.90 |
| Bill P... | 6/7/2012 | 6277 | CENTRAL HUDSON | JUNE 2012 TRANSFORMER RENTAL | -428.02 |
| Bill P... | 6/7/2012 | 6278 | CENTRAL HUDSON | ACCT# 9000-6995-00-6 1st INSTALLMENT ENERG... | -747.59 |
| Bill P... | 6/8/2012 | 6279 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226 GOLF CART LEASE | -3,048.75 |
| Bill P... | 6/7/2012 | 6280 | ULSTER UNIFORM SERVICE, INC. | ACCT# 16335 GRNDS & ENG | -121.00 |
| Bill P... | 6/7/2012 | 6281 | Chase Credit Card | SYSCO | -5,426.11 |
| Bill P... | 6/7/2012 | 6282 | Chase Credit Card | SYSCO FOOD DEL | -2,951.97 |
| Bill P... | 6/7/2012 | 6283 | Chase Credit Card | SYSCO FOOD, PAPER, FUEL, CLEANING SUPPLI... | -7,780.27 |
| Bill P... | 6/8/2012 | 6284 | MICROS RETAIL SYSTEMS, INC. | acct# 0821050 quarterly maintainence 6/3 - 9/3/12 | -1,809.49 |
| Bill P... | 6/11/2012 | 6285 | BOOKING.COM B. V. | COMMISSION; STUMPO, FORD, LEE, SILVA, MUR... | -211.80 |
| Bill P... | 6/11/2012 | 6286 | JOHN BARRY ASSEMBLY K OF C | REBATE 6/3 - 6/5/12 | -2,528.63 |
| Bill P... | 6/11/2012 | 6287 | PERFECT COMPUTER SOLUTIONS | ACCT# 0901 ANNUAL 150 HOURS RENEWAL | -2,227.50 |
| Bill P... | 6/11/2012 | 6288 | PERKINS d/b/a MT ELLIS PAPER C... | cleaning & room supplies | -2,198.72 |
| Bill P... | 6/11/2012 | 6289 | SWIMKING OF ULSTER | CHLORINE PALLET | -443.81 |

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of June 30, 2012

"C" 2 of 3

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 6/11/2012 | 6290 | CASH | petty cash; kitchen supplies, outdoor equipment | -4,381.99 |
| Bill P... | 6/12/2012 | 6291 | HOODZ OF THE MID & LOWER HU... | grease cups, 2 grease trap trays, filter for gap, clean ... | -949.40 |
| Bill P... | 6/12/2012 | 6292 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -268.89 |
| Bill P... | 6/12/2012 | 6293 | ENVIRONMENTAL LABWORKS, INC. | CLOIFORM & SAMPLE TESTING | -50.00 |
| Bill P... | 6/12/2012 | 6294 | FRANK L. BURNS JR. | FOOD SUPERVISION 6/6,7,8,9/12 | -1,000.00 |
| Bill P... | 6/12/2012 | 6295 | FRESKEETO FROZEN FOODS | fuel | -20.09 |
| Bill P... | 6/12/2012 | 6296 | HERITAGE FOOD SERVICE EQUIP... | KITCHEN REPAIR EQUIP | -165.70 |
| Bill P... | 6/12/2012 | 6297 | HUDSON VALLEY TENT CO. INC | 150 chairs | -216.00 |
| Bill P... | 6/12/2012 | 6298 | MARC MINOFF | commission: Mihm & Antioch Baptist of Corona 6/1 -... | -199.50 |
| Bill P... | 6/12/2012 | 6299 | MARYANN KRUM | stonykill farms flowers | -116.72 |
| Bill P... | 6/12/2012 | 6300 | PFG SPRINGFIELD | ACCT# 184792 | -1,523.01 |
| Bill P... | 6/12/2012 | 6301 | CASH | PETTY CASH EQUIPMENT | -2,060.28 |
| Bill P... | 6/12/2012 | 6302 | Chase Credit Card | SYSCO FOODS | -1,776.18 |
| Bill P... | 6/12/2012 | 6303 | CAPITAL ONE | HERITAGENERGY | -9,091.61 |
| Bill P... | 6/12/2012 | 6304 | CASH | PETTY CASH FOOD | -6,611.63 |
| Bill P... | 6/12/2012 | 6305 | CASH | PETTY CASH FOOD, PAPER, CLEAN | -9,943.33 |
| Bill P... | 6/12/2012 | 6306 | Chase Credit Card | GOLF CART RENTAL, GUESTS | -1,772.70 |
| Bill P... | 6/13/2012 | 6307 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -195.15 |
| Bill P... | 6/13/2012 | 6308 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 BEER DEL | -294.75 |
| Bill P... | 6/13/2012 | 6309 | ICONTACT | ACCT #HUDSON VALLEY INTERNET ADVERTISI... | -79.92 |
| Bill P... | 6/13/2012 | 6310 | MANHATTAN BEER DIST. LLC | ACCT # 78684 BEER DEL | -554.15 |
| Bill P... | 6/13/2012 | 6311 | MICHAEL C. HASENBALG | COMMISISION: CHINESE OVERSEAS MISSION IN... | -500.00 |
| Bill P... | 6/13/2012 | 6312 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -529.70 |
| Bill P... | 6/13/2012 | 6313 | CASH | REIMBURSMENT FOR R. BARRINGER | -5,240.50 |
| Bill P... | 6/13/2012 | 6314 | CASH | GOLF, MEETING, ELECTRICAL PARTS | -2,973.33 |
| Bill P... | 6/14/2012 | 6315 | JENNIFER G. SCHNETZLER | PPE 6/7/12 | -57.00 |
| Bill P... | 6/14/2012 | 6316 | KELLY SPOTO | PPE 6/7/12 | -165.00 |
| Bill P... | 6/14/2012 | 6317 | LORNA M. BOUGHTON | PPE 6/7/12 | -133.00 |
| Bill P... | 6/14/2012 | 6318 | RAY POLLARD JR | PPE 6/7/12 | -66.00 |
| Bill P... | 6/14/2012 | 6319 | ROBERT J. ANSON JR | PPE 6/7/12 | -165.00 |
| Bill P... | 6/14/2012 | 6320 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 5/11 - 5/17/12 | -3,750.00 |
| Bill P... | 6/14/2012 | 6321 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 5/18 - 5/24/12 | -3,750.00 |
| Bill P... | 6/14/2012 | 6322 | EVERYDAY LOGISTICS | PAID DOWN ON OVERDRAFT BEGINNING JANUA... | -23,924.93 |
| Bill P... | 6/15/2012 | 6323 | DENNIS DORSEY | REFUND | -100.00 |
| Bill P... | 6/15/2012 | 6324 | ECOLAB-CHEMICALS | DISHWASHER REPAIRS / PARTS | -1,399.29 |
| Bill P... | 6/15/2012 | 6325 | ENGRAVINGS UNLIMITED | PINBACK & MAGNET NAME TAGS 26 | -206.82 |
| Bill P... | 6/15/2012 | 6326 | GEORGE PANILO | CXL MEDICAL | -178.48 |
| Bill P... | 6/15/2012 | 6327 | KELLY SPOTO | PPE 6/14/12 | -51.00 |
| Bill P... | 6/15/2012 | 6328 | PERKINS d/b/a MT ELLIS PAPER C... | ROOM CLEANING SUPPLIES | -1,083.04 |
| Bill P... | 6/15/2012 | 6329 | ULSTER COUNTY DEPARTMENT ... | ID # 1199 2nd QUARTERLY HOTEL TAX 3/1 - 5/31/... | -2,251.84 |
| Bill P... | 6/15/2012 | 6330 | THE HARTFORD | 166 12838463 WORKERS COMP | -8,632.24 |
| Bill P... | 6/19/2012 | 6331 | ADP, INC | ACCT# 287801 PAYROLL | -290.53 |
| Bill P... | 6/19/2012 | 6332 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -287.58 |
| Bill P... | 6/19/2012 | 6333 | COHEN'S QUALITY BAKERY LLC | ROLLS | -40.40 |
| Bill P... | 6/19/2012 | 6334 | FRANK L. BURNS JR. | FOOD SUPERVISION 6/15 & 16/12 | -500.00 |
| Bill P... | 6/19/2012 | 6335 | MICHAEL C. HASENBALG | COMMISSION - OCM # 6 | -500.00 |
| Bill P... | 6/19/2012 | 6336 | R&R PRODUCTS | 2 CYCLE OIL & BUMP FEED HEAK | -225.77 |
| Bill P... | 6/19/2012 | 6337 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 6/19/2012 | 6338 | WHOLESALE FOOD EQUIPMENT, I... | EQUIP, WAITSTAFF CHECKS | -34.88 |
| Bill P... | 6/20/2012 | 6339 | CASH | GREENWALD REBATE | -4,535.50 |
| Bill P... | 6/20/2012 | 6340 | Chase Credit Card | STORM REPAIRS | -3,078.46 |
| Bill P... | 6/20/2012 | 6341 | EMPIRE MERCHANTS NORTH | ACCT # 97802 LIQUOR DEL | -422.26 |
| Bill P... | 6/20/2012 | 6342 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 BEER DEL | -830.35 |
| Bill P... | 6/20/2012 | 6343 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -340.20 |
| Bill P... | 6/21/2012 | 6344 | ECOLAB-CHEMICALS | ACCT# 017472572 LAUNDRY | -1,609.14 |
| Bill P... | 6/22/2012 | 6345 | DEBRA MARCUS | PPE 6/21/12 | -236.00 |
| Bill P... | 6/22/2012 | 6346 | GEOFF WALSH | MERCHANDISE REIMBURSMENT 6/1 - 15/12 | -561.65 |
| Bill P... | 6/22/2012 | 6347 | JENNIFER G. SCHNETZLER | PPE 6/21/12 | -66.00 |
| Bill P... | 6/22/2012 | 6348 | KELLY SPOTO | PPE 6/21/12 | -168.00 |
| Bill P... | 6/22/2012 | 6349 | LORNA M. BOUGHTON | PPE 6/21/12 | -51.00 |
| Bill P... | 6/22/2012 | 6350 | RAY POLLARD JR | PPE 6/21/12 | -143.00 |
| Bill P... | 6/22/2012 | 6351 | ROBERT J. ANSON JR | PPE 6/21/12 | -255.00 |
| Bill P... | 6/22/2012 | 6352 | Chase Credit Card | TRASHCAN, METAL ROOFING, POWER WASHER | -1,424.34 |
| Bill P... | 6/22/2012 | 6353 | BANK OF AMERICA - OFC | MANAGEMENT FEES- M 5/25 - 5/31 | -3,750.00 |
| Bill P... | 6/22/2012 | 6354 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 6/1 - 6/7/12 | -3,750.00 |
| Bill P... | 6/25/2012 | 6355 | HIGHWAY DISPLAYS | 2580 BILLBOARD DISPLAY | -600.00 |
| Bill P... | 6/25/2012 | 6356 | PEPSI COLA OF HUDSON VALLEY | SODA DEL | -1,829.85 |
| Bill P... | 6/25/2012 | 6357 | PERFECT COMPUTER SOLUTIONS | ACCT# 0901 ANNUAL 150 HOURS RENEWAL | -1,113.75 |
| Bill P... | 6/25/2012 | 6358 | PERKINS d/b/a MT ELLIS PAPER C... | ROOM SUPPLIES, CLEANING SUPPLIES | -1,384.87 |
| Bill P... | 6/25/2012 | 6359 | RELIABLE OFFICE SUPPLIES | ACCT#01116657 OFFICE SUPPLIES | -1,285.35 |

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 6/25/2012 | 6360 | De'Shay Graphics & Desktop Publish... | FALL 2012 TOURISM GUIDE | -800.00 |
| Bill P... | 6/25/2012 | 6361 | DESTINATIONS OF NEW YORK ST... | 2012 - 2013 NYS GOLFERS GUIDE | -347.50 |
| Bill P... | 6/25/2012 | 6362 | GRAINGER | relay switch | -26.77 |
| Bill P... | 6/25/2012 | 6363 | IN THE SWIM | acct# 455504 rescue tube & thermometer | -212.92 |
| Bill P... | 6/25/2012 | 6364 | PEPSI COLA OF HUDSON VALLEY | SODA | -520.37 |
| Bill P... | 6/25/2012 | 6365 | PERFECT COMPUTER SOLUTIONS | ACCT# 0901 ANNUAL 150 HOURS RENEWAL | -1,113.75 |
| Bill P... | 6/25/2012 | 6366 | R&R PRODUCTS | replacement of stolen string trimmer Kawasaki | -779.90 |
| Bill P... | 6/25/2012 | 6367 | BRIDGET SCHMAHL | DAV ENTERTAINMENT | -350.00 |
| Bill P... | 6/25/2012 | 6368 | THYSSENKRUPP ELEVATOR CORP. | 934043 | -2,525.51 |
| Bill P... | 6/25/2012 | 6369 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -221.10 |
| Bill P... | 6/25/2012 | 6370 | DESTINATIONS OF NEW YORK ST... | 2012/13 NYS GOLFERS GUIDE | -347.50 |
| Bill P... | 6/25/2012 | 6371 | CAPITAL ONE | HERITAGENERGY | -7,459.21 |
| Bill P... | 6/25/2012 | 6372 | Chase Credit Card | FOOD | -15,144.49 |
| Bill P... | 6/25/2012 | 6373 | Chase Credit Card | SYSCO FOODS | -6,025.48 |
| Bill P... | 6/25/2012 | 6374 | Chase Credit Card | MAY 2012 WASTE REMOVAL | -3,962.25 |
| Bill P... | 6/25/2012 | 6375 | Chase Credit Card | CORNER STONE ACCT# 5004202 PHONES | -2,434.15 |
| Bill P... | 6/25/2012 | 6376 | Chase Credit Card | TIME WARNER CABLE | -1,436.20 |
| Bill P... | 6/25/2012 | 6377 | Chase Credit Card | CENTRAL HUDSON   ELECTRIC FOR MAY 2012 | -7,422.20 |
| Bill P... | 6/25/2012 | 6378 | Chase Credit Card | CENTRAL HUDSON ELECTRIC FOR MAY 2012 | -7,422.20 |
| Bill P... | 6/25/2012 | 6379 | Chase Credit Card | CENTRAL HUDSON ELECTRIC FOR MAY 2012 | -7,422.20 |
| Bill P... | 6/25/2012 | 6380 | Chase Credit Card | AVAYA ACCT# 0101838345  PHONE | -1,926.00 |
| Bill P... | 6/25/2012 | 6381 | CHRISTIAN'S GREENHOUSE | acct# 67 flowers | -183.60 |
| Bill P... | 6/25/2012 | 6382 | COHEN'S QUALITY BAKERY LLC | ROLLS & NAPOLEONS | -119.20 |
| Bill P... | 6/25/2012 | 6383 | FRANK L. BURNS JR. | FOOD SUPERVISION 6/22 & 23/12 | -500.00 |
| Bill P... | 6/25/2012 | 6384 | AMERICAN EXPRESS | TOOLS, PAINT, ELECTIRIC, PLUMBING, GROUND... | -3,069.10 |
| Bill P... | 6/27/2012 | 6385 | JOANNE WIESNER-STEINER | CANCELLED ZAMIR | -151.00 |
| Bill P... | 6/27/2012 | 6386 | JOHN STAGE | REBATE | -5,210.00 |
| Bill P... | 6/27/2012 | 6387 | MICHAELTRICARICO | CANCELLED DAV | -25.00 |
| Bill P... | 6/28/2012 | 6388 | ADAM'S PIANO | JEWISH CHORAL FESTIVAL 7/15 - 19/12 | -2,600.00 |
| Bill P... | 6/28/2012 | 6389 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -281.79 |
| Bill P... | 6/28/2012 | 6390 | CASH | petty cash; FOOD, PO, MILEAGE, LUNCH, EQUIP, ... | -395.52 |
| Bill P... | 6/28/2012 | 6391 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -60.00 |
| Bill P... | 6/28/2012 | 6392 | FRESKEETO FROZEN FOODS | FOOD | -216.23 |
| Bill P... | 6/28/2012 | 6393 | KIM CHEE PRIDE, INC. | 25 CONTAINERS  &  SAUCES | -2,050.00 |
| Bill P... | 6/28/2012 | 6394 | PERFECT COMPUTER SOLUTIONS | ACCT# 0901 ANNUAL 150 HOURS RENEWAL | -2,227.50 |
| Bill P... | 6/28/2012 | 6395 | PERKINS d/b/a MT ELLIS PAPER C... | ROOM SUPPLIES | -1,085.06 |
| Bill P... | 6/28/2012 | 6396 | TIME WARNER CABLE | HOUSE CABLE/INTERNET 5/25 - 8/25/12 DOWNG... | -131.60 |
| Bill P... | 6/28/2012 | 6397 | ULSTER UNIFORM SERVICE, INC. | GRNDS & ENG | -363.00 |
| Bill P... | 6/28/2012 | 6398 | WEDDING SITES & SERVICES | NY FALL/WINTER 2012 & SPRING/SUMMER 2013 | -1,250.00 |
| Bill P... | 6/28/2012 | 6399 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 6/8 - 6/14/12 | -3,750.00 |
| Bill P... | 6/28/2012 | 6400 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165  WINE | -267.00 |
| Bill P... | 6/28/2012 | 6401 | SHELBY JOHNSON | PPE 6/21/12 CAR SHOW SERVER | -70.00 |
| Bill P... | 6/28/2012 | 6402 | CAPITAL ONE | HERITAGENERGY | -7,810.24 |
| Bill P... | 6/28/2012 | 6403 | EVERYDAY LOGISTICS | PAYROLL TAXES 6/28/12 | -7,000.00 |

Total 10114 · Chase Bank - Operating DIP Acct                                                    -417,444.76

**TOTAL**                                                                                          **-417,444.76**

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of June 30, 2012

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **BINNEWATER ICE COMPANY INC.** | | | | | |
| Bill | 6/30/2012 | 89629 | WATER | | 181.64 |
| Total BINNEWATER ICE COMPANY INC. | | | | | 181.64 |
| **Chase Credit Card** | | | | | |
| Bill | 6/28/2012 | 44941 | GLAUBERS Kosher food | 2 | 238.50 |
| Total Chase Credit Card | | | | | 238.50 |
| **CULLIGAN WATER CONDITIONING** | | | | | |
| Bill | 5/7/2012 | 201205519... | MAY 2012 WATER SOFTENER | 54 | 61.19 |
| Bill | 6/7/2012 | 201206519... | ACCT# 519496 RENTAL EQUIP | 23 | 63.69 |
| Bill | 6/30/2012 | 201206519... | ACCT# 519496 WATER SYSTER | | 63.69 |
| Total CULLIGAN WATER CONDITIONING | | | | | 188.57 |
| **E-Z-GO A TEXTRON COMPANY** | | | | | |
| Credit | 1/1/2012 | 2849473 | RETURN KEY SWITCH | | -32.40 |
| Total E-Z-GO A TEXTRON COMPANY | | | | | -32.40 |
| **ECOLAB-CHEMICALS** | | | | | |
| Bill | 6/29/2012 | 9065290 | ROLLERS | 1 | 791.21 |
| Total ECOLAB-CHEMICALS | | | | | 791.21 |
| **HOME DEPOT SUPPLY FACILITIES MAINTENANCE** | | | | | |
| Credit | 6/1/2012 | 9115366529 | roller covers credit | | -118.69 |
| Credit | 6/5/2012 | 9115587481 | ACCT# 6149337 RETURNED WRONG... | | -36.50 |
| Credit | 6/21/2012 | 9115950391 | RETURN LAST 6 OF L.IGHTS | | -54.76 |
| Total HOME DEPOT SUPPLY FACILITIES MAINTENANCE | | | | | -209.95 |
| **IPFS CORPORATION** | | | | | |
| Bill | 8/29/2011 | 92111 | ACCT# 15-003-112366-8 GENERAL LI... | 283 | 16,471.44 |
| Total IPFS CORPORATION | | | | | 16,471.44 |
| **J.C. EHRLICH CO. INC** | | | | | |
| Bill | 6/26/2012 | 1412 | ACCT# 8078792 PEST CONTROL | 4 | 1,641.84 |
| Total J.C. EHRLICH CO. INC | | | | | 1,641.84 |
| **Kennedy Funding Inc.** | | | | | |
| Credit | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | | -21,030.00 |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS 2012 | 181 | 416,240.00 |
| Total Kennedy Funding Inc. | | | | | 395,210.00 |
| **LAMELA'S SANITATION & RECYCLING CENTER IN** | | | | | |
| Bill | 6/30/2012 | 120630110... | ACCT# 110916 WASTE REMOVAL | | 2,696.76 |
| Total LAMELA'S SANITATION & RECYCLING CENTER IN | | | | | 2,696.76 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 236 | 20,000.00 |
| Total OREST FEDASH | | | | | 20,000.00 |
| **PEPSI COLA OF HUDSON VALLEY** | | | | | |
| Bill | 6/27/2012 | 548115 | ACCT# 30126 SODA DEL | 3 | 402.90 |
| Total PEPSI COLA OF HUDSON VALLEY | | | | | 402.90 |
| **PERKINS d/b/a MT ELLIS PAPER CO., INC.** | | | | | |
| Bill | 6/28/2012 | 15409014 | room supplies | 2 | 359.93 |
| Total PERKINS d/b/a MT ELLIS PAPER CO., INC. | | | | | 359.93 |
| **STAN SHERRY** | | | | | |
| Bill | 6/26/2012 | V9028 | REBATE NYPD ECUMENICAL GOLF | 4 | 7,490.00 |
| Total STAN SHERRY | | | | | 7,490.00 |
| **THE HARTFORD** | | | | | |
| Bill | 3/9/2012 | 3512 | DOWNPAYMENT WORKERS COMP... | 97 | 42,623.44 |
| Total THE HARTFORD | | | | | 42,623.44 |

## The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of June 30, 2012

D 2 of 2

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 617 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **VANTAGE HOSPITALITY** | | | | | |
| Bill | 11/1/2010 | 22011-11102 | CASE # 10-22026 1 OF 10 PAYMENT... | 607 | 460.00 |
| Bill | 12/1/2010 | 22011-12102 | CASE # 10 - 22026 2 OF 10 PAYMENTS | 577 | 460.00 |
| Bill | 1/1/2011 | 22011-01112 | CASE # 10-22026 3 OF 10 PAYMENT | 546 | 460.00 |
| Bill | 2/1/2011 | 22011-02112 | CASE # 10 - 22026 4 OF 10 PAYMENT | 515 | 460.00 |
| Bill | 3/1/2011 | 2201103112 | CASE # 10-22026 5 OF 10 PAYMENT | 487 | 460.00 |
| Bill | 4/1/2011 | 2201104112 | CASE # 10-22026 6 OF 10 PAYMENTS | 456 | 460.00 |
| Bill | 5/1/2011 | 22011-05112 | CASE # 10 - 22026 7 OF 10 PAYMENTS | 426 | 3,460.00 |
| Bill | 6/1/2011 | 2201106112 | CASE # 10 -22026 8 OF 10 PAYMENTS | 395 | 3,460.00 |
| Bill | 7/1/2011 | 07112 | CASE # 10 - 22026 9 OF 10 PAYMENTS | 365 | 3,460.00 |
| Bill | 8/1/2011 | 08112 | CASE # 10 - 22026 10 OF 10 PAYME... | 334 | 3,460.00 |
| Bill | 9/1/2011 | 22011-09112 | membership | 303 | 3,460.00 |
| Total VANTAGE HOSPITALITY | | | | | 20,060.00 |
| **WEDDING SITES & SERVICES** | | | | | |
| Bill | 6/22/2012 | 30066 | NY FALL/WINTER 2012 & SPRING/S... | 8 | 1,250.00 |
| Total WEDDING SITES & SERVICES | | | | | 1,250.00 |
| **Zurich** | | | | | |
| Bill | 6/30/2012 | 4163012 | POLICY # 5291950-3  DISABILITY 4/1 ... | | 1,965.28 |
| Total Zurich | | | | | 1,965.28 |
| **TOTAL** | | | | | 531,329.16 |

⟨395,210.-⟩
⟨42,623.44⟩
$ 93,495.72

**OUTSTANDING INVOICES:**          AS OF  06/30/12

| GROUP: | DATE OF GRP. | AMOUNT |
|---|---|---|
| **PRIVATE STOCK ENTERTAINMENT**<br>Mr. Don Johnson<br>Washington, DC<br>(202) 489-1032 | 2/12-15/10<br>**Stop Payment issued on checks** | $  87,417.68<br><br>$  (67,528.86) charged to credit cards |
| **ZAMIR CHORAL FESTIVAL**<br>Mr. Ian Kim<br>252-00 Horace Harding Expy<br>Little Neck, NY 11362 | 7/10-14/11 | $  980.45 |
| **NERFA**<br>Dianne Tankel<br>(215) 805-8032 | 11/11-13/11 | $  477.50 |
| **FIVE STAR CATERERS**<br>Kenny Yager | Yachad 5/4-6/12 | 3,815.36 |
| **VERIZON**<br>Neil Doyle<br>420 Union St<br>Hudson, NY 12534 | 5/21-07/02 | 122,608.00 |
| **TOTAL OUTSTANDING INVOICES:** | | $  147,770.13 |