B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re __EVERYDAY LOGISTICS LLC__   Case No. __10-22026__
           *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __JANUARY 2013__    Date filed: __5/8/2013__

Line of Business: _____    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

__Eliot Spitzer__
Printed Name of Responsible Party

Questionnaire: *(All questions to be answered on behalf of the debtor.)*

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 339,592.51

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ <192,025.71>
Cash on Hand at End of Month    $ <201,243.18>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL $ _____

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 348,809.98

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 339,592.51
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 348,809.98

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ <9217.47>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 133,995.17

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 50,806.50

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 126

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 90

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ 339,592.51 | $ _____ |
| EXPENSES | $ _____ | $ 348,809.98 | $ _____ |
| CASH PROFIT | $ _____ | $ <9,217.47> | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Month    **01/01/2013**    through    **01/31/2013**

**INCOME**

| | | Received on date | | Bank Deposit | |
|---|---|---|---|---|---|
| | | Cash | Checks | Totals | |
| 1 | 01/01 - 03 | $ 118.01 | $ 49,594.00 | $ 49,712.01 | |
| 2 | 01/04 - 10 | $ 2,031.94 | $ 88,904.78 | $ 90,936.72 | |
| 3 | 01/11 - 17 | $ 971.90 | $ 25,966.00 | $ 26,937.90 | |
| 4 | 01/18 - 24 | $ 5,385.34 | $ 20,187.91 | $ 25,573.25 | |
| 5 | 01/25 - 31 | $ 3,072.45 | $ 94,287.94 | $ 97,360.39 | |
| | | $ 11,579.64 | $ 278,940.63 | $ 290,520.27 | $ 290,520.27 |

| | Processed on date | | | Credit Card | |
|---|---|---|---|---|---|
| | AmEx | MC/Visa | Discover | Totals | |
| 1 | $ 4,284.89 | $ 9,247.39 | $ - | $ 13,532.28 | |
| 2 | $ 1,560.22 | $ 7,143.47 | $ 184.80 | $ 8,888.49 | |
| 3 | $ 1,659.22 | $ 4,345.18 | $ 200.00 | $ 6,204.40 | |
| 4 | $ 2,457.11 | $ 8,902.20 | $ 2,100.00 | $ 13,459.31 | |
| 5 | $ 942.51 | $ 5,756.01 | $ 289.24 | $ 6,987.76 | |
| | $ 10,903.95 | $ 35,394.25 | $ 2,774.04 | $ 49,072.24 | $ 49,072.24 |

**Total income for the month:**    $ 339,592.51

**DISBURSEMENTS**

| | |
|---|---|
| Bank, credit card and processing fees: | |
| Credit card repayment: | |
| Total check disbursements (list attached): | $ 185,175.66 |
| Total payroll expense (transfers): | $ 163,634.32 |
| Other legal and bank fees (including uncleared checks): | |

**Total expenses for the month:**    $ 348,809.98

**Cash profit (loss) for the month:**    $ (9,217.47)

10:12 AM
04/24/13
Accrual Basis

10-22026-rdd    Doc 146    Filed 05/08/13    Entered 05/08/13 13:36:43    Main Document
Pg 6 of 9

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of January 31, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 1/3/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 12/28 -1/3/13 | -2,000.00 |
| Bill P... | 1/7/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 1/4 - 1/10/13 | -2,000.00 |
| Bill P... | 1/10/2013 | | LINE OF CREDIT | paydown on line | -313.64 |
| Bill P... | 1/15/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 1/11 - 1/17/13 | -1,000.00 |
| Bill P... | 1/17/2013 | | LINE OF CREDIT | PAID DOWN ON LINE OF CREDIT PAYROLL | -745.81 |
| Bill P... | 1/18/2013 | | NYS SALES TAX PROCESSING | 20-3729464 | -3,794.26 |
| Bill P... | 1/22/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 1/18 - 1/24/13 | -1,000.00 |
| Bill P... | 1/31/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 1/25 - 1/31/13 | -1,500.00 |
| Bill P... | 1/31/2013 | | LINE OF CREDIT | PAYDOWN ON LINE OF CREDIT | -45.91 |
| Bill P... | 1/4/2013 | 7281 | CASH | PETTY CASH NEW YEARS EVE | -7,717.31 |
| Bill P... | 1/4/2013 | 7282 | EMPIRE MERCHANTS NORTH | ACCT# 700097802 LIQUOR DEL | -297.08 |
| Bill P... | 1/4/2013 | 7283 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -208.70 |
| Bill P... | 1/4/2013 | 7284 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -72.23 |
| Bill P... | 1/4/2013 | 7285 | FRESKEETO FROZEN FOODS | FOOD | -134.54 |
| Bill P... | 1/4/2013 | 7286 | MARYANN KRUM | DECORATIONS | -538.79 |
| Bill P... | 1/4/2013 | 7287 | MICHAEL C. HASENBALG | COMMISSION, INSTALLMENT # 1 | -500.00 |
| Bill P... | 1/4/2013 | 7288 | NYS DEPARTMENT OF TRANSPO... | ACCT# 1140 PERMIT # 8606625 ANNUAL RENEW... | -20.00 |
| Bill P... | 1/4/2013 | 7289 | SARATOGA RESTAURANT EQUIP... | CHAMPAGNE GLASS 4 CASES 3DOZ | -483.60 |
| Bill P... | 1/4/2013 | 7290 | THE UKRAINIAN WEEKLY | ADVERTISING 12/21 & 12/16/12 | -330.00 |
| Bill P... | 1/4/2013 | 7291 | ULSTER UNIFORM SERVICE, INC. | GRNDS & ENG | -129.00 |
| Bill P... | 1/4/2013 | 7292 | MICHAEL PACHECO | DJ RICHMOND TOURS 2 NIGHTS | -400.00 |
| Bill P... | 1/4/2013 | 7293 | Chase Credit Card | COHENS BAKED GOODS | -1,623.00 |
| Bill P... | 1/4/2013 | 7294 | ANA PALOP VELASQUEZ | CHRISTMAS DECORATIONS FOR IMPRESSA CLUB | -104.11 |
| Bill P... | 1/4/2013 | 7295 | Chase Credit Card | fuse | -249.69 |
| Bill P... | 1/4/2013 | 7296 | JOHN COLL | NEW YEARS EVE DECORATIONS | -50.98 |
| Bill P... | 1/4/2013 | 7297 | CASH | RABBICAL SERVICES | -4,524.00 |
| Bill P... | 1/4/2013 | 7298 | Chase Credit Card | CIGS, PAINT, SUPPLIES, ELECTRICAL,TRANSPO... | -1,350.61 |
| Bill P... | 1/4/2013 | 7299 | Chase Credit Card | BEV, FOOD, NYE'S, BANQUET | -2,320.84 |
| Bill P... | 1/4/2013 | 7300 | Chase Credit Card | ADVERTISING, FOOD , BEV, ELEC, | -5,248.08 |
| Bill P... | 1/9/2013 | 7301 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -229.76 |
| Bill P... | 1/9/2013 | 7302 | BINNEWATER ICE COMPANY INC. | ACCT# 20990 COOLER RENTAL | -54.00 |
| Bill P... | 1/9/2013 | 7303 | DEBORAH L. COHEN | PPE 1/3/13 | -148.00 |
| Bill P... | 1/9/2013 | 7304 | GENARES | ACCT# 12655 INTERNET RESERVATIONS | -252.85 |
| Bill P... | 1/9/2013 | 7305 | LORNA M. BOUGHTON | PPE 1/3/13 | -602.00 |
| Bill P... | 1/9/2013 | 7306 | LYNDA DuBOIS | PPE 1/3/13 | -51.00 |
| Bill P... | 1/9/2013 | 7307 | MICHAEL C. HASENBALG | COMMISSION INSTALLMENT # 2 | -500.00 |
| Bill P... | 1/9/2013 | 7308 | NOBLE GAS SOLUTIONS | ACCT# 2971 MONTHLY CYLINDER RENTAL | -9.04 |
| Bill P... | 1/9/2013 | 7309 | RAY POLLARD JR | PPE 1/3/13 | -143.00 |
| Bill P... | 1/9/2013 | 7310 | ROBERT J. ANSON JR | PPE 1/3/13 | -405.00 |
| Bill P... | 1/9/2013 | 7311 | Chase Credit Card | HOME OFFICE; CAR EXP, PHONE, KOSHER FOO... | -3,830.15 |
| Bill P... | 1/10/2013 | 7313 | Chase Credit Card | SYSCO FOODS | -7,044.87 |
| Bill P... | 1/11/2013 | 7315 | FRANK L. BURNS JR. | CONSULTANT FEES 12/31, 1/1,4,5/13 | -1,000.00 |
| Bill P... | 1/18/2013 | 7316 | Chase Credit Card | FOOD, BEV, OFFICE SUPPLY, AP, KITCHEN | -5,684.14 |
| Bill P... | 1/11/2013 | 7317 | JANICE COLE | TRANSPORTATION | -261.50 |
| Bill P... | 1/11/2013 | 7318 | CASH | kitchen labor, banquet, grounds | -2,698.07 |
| Bill P... | 1/18/2013 | 7319 | AMERICAN EXPRESS | MAINT, PAINTING, PLUMBING, TOOLS, TRANSP. ... | -3,526.61 |
| Bill P... | 1/14/2013 | 7320 | CNA SURETY | BOND/POLICY# 24879337 COMPANY # 0601 BON... | -75.00 |
| Bill P... | 1/14/2013 | 7321 | DEBORAH L. COHEN | PPE 1/10/13 | -48.00 |
| Bill P... | 1/14/2013 | 7322 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -130.00 |
| Bill P... | 1/14/2013 | 7323 | FRANK L. BURNS JR. | Consultant fees 1/11/13 | -250.00 |
| Bill P... | 1/14/2013 | 7324 | KAEPA WHOOSH VOLLEYBALL CL... | FULL PAGE AD 2013 PROFILE BOOK | -100.00 |
| Bill P... | 1/14/2013 | 7325 | MICHAEL C. HASENBALG | Commission OMC installment # 3 | -500.00 |
| Bill P... | 1/14/2013 | 7326 | ULSTER UNIFORM SERVICE, INC. | ENG & GRNDS | -129.00 |
| Bill P... | 1/14/2013 | 7327 | WILFRED MACDONALD INC. | 200700 MACHINE PARTS | -873.14 |
| Bill P... | 1/25/2013 | 7328 | CAPITAL ONE | HERITAGENERGY | -15,451.97 |
| Bill P... | 1/15/2013 | 7329 | COMMISSIONER OF LABOR | Fee for Renewal for Snow Tubing 2013 | -100.00 |
| Bill P... | 1/15/2013 | 7330 | COMMISSIONER OF LABOR | Renewal For Snow Tubing 2013 | -50.00 |
| Bill P... | 1/15/2013 | 7331 | IPFS CORPORATION | ACCT# NJN-63794 RENEWAL GL 8/21/12 - 8/21/13 | -17,284.50 |
| Bill P... | 1/18/2013 | 7332 | CASH | Petty Cash; food, mileage, post office, cutlery | -144.25 |
| Bill P... | 1/18/2013 | 7333 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -244.81 |
| Bill P... | 1/18/2013 | 7334 | CENTRAL HUDSON | transformer rental & eco. lighting install # 8 | -1,175.62 |
| Bill P... | 1/18/2013 | 7335 | HOME DEPOT SUPPLY FACILITIE... | ACID BRUSHES B/O | -7.29 |
| Bill P... | 1/18/2013 | 7336 | ICONTACT | ACCT# HUDSON VALLEY RESORT INTERNET | -79.92 |
| Bill P... | 1/18/2013 | 7337 | ULSTER UNIFORM SERVICE, INC. | GNDS & ENG | -129.00 |
| Bill P... | 1/18/2013 | 7338 | BOOKING.COM B. V. | ACCT # 313346 COMMISSION | -19.35 |
| Bill P... | 1/25/2013 | 7339 | Chase Credit Card | ACCT# 3699-2170-00-8 DECEMBER 2012 | -9,007.95 |
| Bill P... | 1/25/2013 | 7340 | Chase Credit Card | ACCT# 3699-2170-00-8 DECEMBER 2012 | -9,007.95 |
| Bill P... | 1/25/2013 | 7341 | Chase Credit Card | ACCT# 3699-2170-00-8 DECEMBER 2012 | -9,007.95 |
| Bill P... | 1/25/2013 | 7342 | Chase Credit Card | ACCT# 3699-2170-00-8 DECEMBER 2012 | -8,793.82 |

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of January 31, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 1/18/2013 | 7343 | MR & MRS. BATTIGI | CREDIT FOR DEPOSIT | -130.00 |
| Bill P... | 1/21/2013 | 7344 | FRESKEETO FROZEN FOODS | FOOD | -267.53 |
| Bill P... | 1/21/2013 | 7345 | TAX COLLECTOR | PROPERTY TAX | -5,181.33 |
| Bill P... | 1/25/2013 | 7346 | Chase Credit Card | ELECTRICAL & PHONES | -2,276.00 |
| Bill P... | 1/21/2013 | 7347 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226 GOLF CART LEASE | -3,048.75 |
| Bill P... | 1/25/2013 | 7348 | Chase Credit Card | J.C. EHRLICH ACCT# 8078792 PEST CONTROL | -1,641.04 |
| Bill P... | 1/25/2013 | 7349 | Chase Credit Card | REPAIRED LH DRYER TD 135, TD110 DRYER, MIL... | -1,219.77 |
| Bill P... | 1/25/2013 | 7350 | Chase Credit Card | PERKINS | -1,419.33 |
| Bill P... | 1/25/2013 | 7351 | Chase Credit Card | LAMELA ACCT# 110916 DECE,BER 12 TRASH R... | -3,727.35 |
| Bill P... | 1/25/2013 | 7352 | Chase Credit Card | CORNER STONE ACCT3 5004202 PHONE SERVIC... | -2,318.60 |
| Bill P... | 1/25/2013 | 7353 | Chase Credit Card | CABLE & INTERNET | -1,436.20 |
| Bill P... | 1/23/2013 | 7354 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 1/23/2013 | 7355 | EXPEDIA INC. | commission Schlang, Elliot | -25.02 |
| Bill P... | 1/23/2013 | 7356 | RONDOUT VALLEY BUSINESS AS... | 2013 ANNUAL RENEWAL MEMBERSHIP | -100.00 |
| Bill P... | 1/23/2013 | 7357 | TIME WARNER CABLE | HOUSE CABLE | -16.83 |
| Bill P... | 1/25/2013 | 7358 | Chase Credit Card | 10,000 #10 IVORY ENV. AND 500 PURCHASE ORD... | -773.32 |
| Bill P... | 1/25/2013 | 7359 | FRANK L. BURNS JR. | CONSULTANT 1/18,19/13 | -500.00 |
| Bill P... | 1/25/2013 | 7360 | EVERYDAY LOGISTICS PAYROLL ... | FED-FUTA FOR ANNYUAL ASSESSMENT | -5,647.91 |
| Bill P... | 1/25/2013 | 7361 | MICHAEL PACHECO | DJ FOR RICHOMOND TOURS 1/25 & 26/13 | -400.00 |
| Bill P... | 1/25/2013 | 7362 | MICHAEL C. HASENBALG | COMMISSION INSTALL # 4 | -500.00 |
| Bill P... | 1/28/2013 | 7363 | OKAN YARLUG | ADVANCE ON PAYROLL | -200.00 |
| Bill P... | 1/28/2013 | 7364 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -241.87 |
| Bill P... | 1/28/2013 | 7365 | COHEN'S QUALITY BAKERY LLC | baked goods | -220.00 |
| Bill P... | 1/28/2013 | 7366 | DEBORAH L. COHEN | PPE 1/24/13 | -51.00 |
| Bill P... | 1/28/2013 | 7367 | FRANK L. BURNS JR. | Consultant 1/24/13 | -250.00 |
| Bill P... | 1/28/2013 | 7368 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill P... | 1/28/2013 | 7369 | JANICE COLE | MILEAGE, GIFT SHOP SUPPLIES, 1099'S | -242.19 |
| Bill P... | 1/28/2013 | 7370 | JIM MONTANYA | DECEMBER 2012 WATER REPORTING | -450.00 |
| Bill P... | 1/28/2013 | 7371 | MICHAEL C. HASENBALG | commission installment # 5 | -500.00 |
| Bill P... | 1/28/2013 | 7372 | PERFECT COMPUTER SOLUTIONS | FRONT DESK PRINTER & TOP OF STAIRS PRINT... | -147.96 |
| Bill P... | 1/28/2013 | 7373 | RELIABLE OFFICE SUPPLIES | ACCT# 01116657 PAPER | -179.74 |
| Bill P... | 1/28/2013 | 7374 | ROBERT J. ANSON JR | PPE 1/24/13 | -108.00 |
| Bill P... | 1/28/2013 | 7375 | ULSTER UNIFORM SERVICE, INC. | grnds & maint. | -129.00 |
| Bill P... | 1/28/2013 | 7376 | Chase Credit Card | carpentry | -1,642.63 |
| Bill P... | 1/28/2013 | 7377 | Chase Credit Card | ADVANCED TICKETS SKI LIFT HUNTER | -4,550.00 |
| Bill P... | 1/28/2013 | 7378 | Chase Credit Card | ELECTRIC SUPPLIES FOR TUBING | -851.09 |
| Bill P... | 1/28/2013 | 7379 | JANICE COLE | TRAVEL | -133.00 |
| Bill P... | 1/28/2013 | 7380 | CASH | ELECT, PARTS, AD, GROUP | -987.64 |
| Bill P... | 1/31/2013 | 7382 | ADP, INC | ACCT# 287801 PAYROLL | -109.26 |
| Bill P... | 1/29/2013 | 7384 | AMERICAN EXPRESS | transp, phone, emergency repairs, kosher marketing | -4,211.17 |
| Bill P... | 1/31/2013 | 7387 | JANICE COLE | TRAVEL | -152.00 |
| Bill P... | 1/31/2013 | 7388 | MARSHALL WALDEN | KEY DEPOSIT RETURN | -150.00 |
| Bill P... | 1/31/2013 | 7390 | ULSTER UNIFORM SERVICE, INC. | GND & MAINT | -129.00 |

Total 10114 · Chase Bank - Operating DIP Acct      -185,175.66

**TOTAL**      -185,175.66

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of January 31, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **COFFEE SYSTEM OF THE HUDSON VALLEY, INC.** | | | | | |
| Bill | 1/25/2013 | 947646 | GIFT SHOP SUPPLIES | 6 | 977.84 |
| Bill | 1/29/2013 | 950011 | SUPPLIES | 2 | 22.02 |
| Total COFFEE SYSTEM OF THE HUDSON VALLEY, INC. | | | | | 999.86 |
| **DESTINATIONS OF NEW YORK STATE** | | | | | |
| Bill | 1/28/2013 | 201314 | 2013/14 AD DIGITAL ONLINE | 3 | 2,567.50 |
| Total DESTINATIONS OF NEW YORK STATE | | | | | 2,567.50 |
| **HERITAGENERGY** | | | | | |
| Bill | 1/11/2013 | 80671 | 826.8 gal OIL 5000 GAL TANK | 20 | 3,332.46 |
| Bill | 1/11/2013 | 78753 | 183.9 GAL OIL HOT WATER | 20 | 741.21 |
| Bill | 1/11/2013 | 80776 | 1100 gal LP REST & NIGTH CLUB | 20 | 1,970.89 |
| Bill | 1/11/2013 | 80641 | 486.9 GAL REG GAS | 20 | 1,933.81 |
| Bill | 1/15/2013 | 78753 | 285.3 GAL OIL HOT WATER | 16 | 1,254.68 |
| Bill | 1/15/2013 | 81061 | 475.8 GAL LP KITCHEN & LAUNDRY | 16 | 852.50 |
| Bill | 1/17/2013 | 81908 | 1000 GAL LP REST & NIGHT CLUB | 14 | 1,791.72 |
| Bill | 1/18/2013 | 78753 | 221. GAL OIL HOT WATER | 13 | 874.65 |
| Bill | 1/18/2013 | 81850 | 584.5 GAL OIL 5000 GAL TANK | 13 | 2,313.25 |
| Bill | 1/22/2013 | 82896 | 141.8 GAL OIL BRICK HOUSE | 9 | 569.24 |
| Bill | 1/22/2013 | 83284 | 48 GAL OFF ROAD DIESEL | 9 | 204.02 |
| Bill | 1/22/2013 | 83513 | 240.1 GAL OIL HOT WATER | 9 | 963.86 |
| Bill | 1/24/2013 | 83366 | 1300 GAL LP REST & NIGHT CLUB | 7 | 2,357.32 |
| Bill | 1/24/2013 | 83764 | 400 GAL LP KITCHEN & LAUNDRY | 7 | 725.33 |
| Bill | 1/25/2013 | 83513 | 304.4 GAL OIL HOT WATER | 6 | 1,230.18 |
| Bill | 1/25/2013 | 83514 | 858.2 GAL OIL 5000 GAL TANK | 6 | 3,468.29 |
| Bill | 1/31/2013 | 85127 | 1600 GAL LP REST & NIGHT CLUB | | 2,901.31 |
| Total HERITAGENERGY | | | | | 27,484.72 |
| **IPFS CORPORATION** | | | | | |
| Bill | 9/6/2012 | 8211282113 | ACCT# NJN-63794  RENEWAL GL 8/2... | 147 | 69,138.00 |
| Total IPFS CORPORATION | | | | | 69,138.00 |
| **Kennedy Funding Inc.** | | | | | |
| Credit | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | | -21,030.00 |
| Credit | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | | -30,000.00 |
| Bill | 1/1/2012 | 2012 | ANNUAL BANKRUPTCY TERMS 2012 | 396 | 366,180.00 |
| Total Kennedy Funding Inc. | | | | | 315,150.00 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 451 | 20,000.00 |
| Total OREST FEDASH | | | | | 20,000.00 |
| **PEPSI COLA OF HUDSON VALLEY** | | | | | |
| Bill | 1/22/2013 | 409713 | ACCT# 36254 SODA | 9 | 805.85 |
| Bill | 1/25/2013 | 424319 | soda | 6 | 219.15 |
| Total PEPSI COLA OF HUDSON VALLEY | | | | | 1,025.00 |
| **PERKINS d/b/a MT ELLIS PAPER CO., INC.** | | | | | |
| Bill | 1/22/2013 | 15785086 | CLEANING  SUPPLIES | 9 | 1,261.13 |
| Bill | 1/22/2013 | 15785084 | PAPER SUPPLIES | 9 | 708.53 |
| Bill | 1/22/2013 | 15785085 | B/O ROOM DEODORIZER | 9 | 60.22 |
| Bill | 1/29/2013 | 15796869 | KITCHEN SUPPLIES | 2 | 73.26 |
| Bill | 1/29/2013 | 15796870 | ROOM SUPPLIES | 2 | 951.26 |
| Total PERKINS d/b/a MT ELLIS PAPER CO., INC. | | | | | 3,054.40 |
| **PFG SPRINGFIELD** | | | | | |
| Bill | 1/25/2013 | 7716829 | ACCT# 184792 FOOD | 6 | 2,842.95 |
| Total PFG SPRINGFIELD | | | | | 2,842.95 |
| **SYSCO FOOD SERVICES** | | | | | |
| Bill | 1/25/2013 | 301251586 | FOOD, PAPER, CLEANING, ROOMS | 6 | 8,485.64 |
| Total SYSCO FOOD SERVICES | | | | | 8,485.64 |

Page 1

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of January 31, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **TAX COLLECTOR** | | | | | |
| Bill | 1/1/2013 | 1258 | SBL: 76.401056.100  386.00 ACRES 4... | 30 | 36,440.09 |
| Total TAX COLLECTOR | | | | | 36,440.09 |
| **TEXTRON FINANCIAL CORPORATION** | | | | | |
| Bill | 1/24/2013 | 3165072 | ACCT# 188226 GOLF CART LEASE | 7 | 3,048.75 |
| Total TEXTRON FINANCIAL CORPORATION | | | | | 3,048.75 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 832 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **THYSSENKRUPP ELEVATOR CORP.** | | | | | |
| Bill | 1/1/2013 | 325573 | ACCT# 934043 QUARTERLY MAINTE... | 30 | 8,046.26 |
| Total THYSSENKRUPP ELEVATOR CORP. | | | | | 8,046.26 |
| **TOTAL** | | | | | 518,283.17 |

*[handwritten:]*
- 69,138.00
- 315,150.00
―――――――
133,995.17