B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Everyday Logistics LLC**
_____Debtor_____

Case No. **10-22026**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **February 2013**                     Date filed: **5/8/2013**

Line of Business: _____     NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

**Eliot Spitzer**
Printed Name of Responsible Party

| Questionnaire: (All questions to be answered on behalf of the debtor.) | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 314,618.50

#### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ <201,243.18>
Cash on Hand at End of Month   $ <199,723.30>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL  $ _____

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 313,098.62

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 314,618.50
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 313,098.62

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH  $ 1,519.88

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 199,435.95

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 50,806.50

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    126

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    86

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 314,618.50 | $ |
| EXPENSES | $ | $ 313,098.62 | $ |
| CASH PROFIT | $ | $ 1,519.88 | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

**Month**     **02/01/2013**     through     **02/28/2013**

## INCOME

| | | Received on date | | Bank Deposit |
|---|---|---|---|---|
| | | Cash | Checks | Totals |
| 1 | 02/01 - 07 | $ 3,066.14 | $ 100,350.92 | $ 103,417.06 |
| 2 | 02/08 - 14 | $ 11,282.76 | $ 17,413.20 | $ 28,695.96 |
| 3 | 02/15 - 21 | $ 3,709.74 | $ 47,677.30 | $ 51,387.04 |
| 4 | 02/22 - 28 | $ 3,234.93 | $ 85,016.50 | $ 88,251.43 |
| 5 | | | | $ - |
| | | $ 21,293.57 | $ 250,457.92 | $ 271,751.49 | $ 271,751.49 |

| | Processed on date | | | Credit Card |
|---|---|---|---|---|
| | AmEx | MC/Visa | Discover | Totals |
| 1 | $ 232.86 | $ 9,798.62 | $ - | $ 10,031.48 |
| 2 | $ 999.60 | $ 7,074.36 | $ 447.28 | $ 8,521.24 |
| 3 | $ 5,628.97 | $ 9,213.17 | $ 168.34 | $ 15,010.48 |
| 4 | $ 684.38 | $ 8,185.04 | $ 434.39 | $ 9,303.81 |
| 5 | | | | $ - |
| | $ 7,545.81 | $ 34,271.19 | $ 1,050.01 | $ 42,867.01 | $ 42,867.01 |

**Total income for the month:**     $ 314,618.50

## DISBURSEMENTS

| | |
|---|---|
| Bank, credit card and processing fees: | |
| Credit card repayment: | |
| Total check disbursements (list attached): | $ 209,685.71 |
| Total payroll expense (transfers): | $ 103,412.91 |
| Other legal and bank fees (including uncleared checks): | |

**Total expenses for the month:**     $ 313,098.62

**Cash profit (loss) for the month:**     $ 1,519.88

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of February 28, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 2/4/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 2/4 - 2/7/13 | -2,000.00 |
| Bill P... | 2/7/2013 | | LINE OF CREDIT | PAID DOWN ON PAYROLL LINE OF CREDIT 2/7/13 | -136.17 |
| Bill P... | 2/11/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 2/7 - 14/13 | -1,000.00 |
| Bill P... | 2/12/2013 | | NYS SALES TAX PROCESSING | 20-3729464 | -801.85 |
| Bill P... | 2/12/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 2/8 - 2/14/13 | -2,000.00 |
| Bill P... | 2/22/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FESS 2/22 - 25/13 | -300.00 |
| Bill P... | 2/19/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 2/15 - 2/21/13 | -2,500.00 |
| Bill P... | 2/1/2013 | 7381 | CAPITAL ONE | HERITAGENERGY | -15,821.37 |
| Bill P... | 2/1/2013 | 7385 | CENTRAL HUDSON | ACCT# 30230740000 11/19/12 - 1/24/13  HOUSE | -526.08 |
| Bill P... | 2/1/2013 | 7386 | GRAINGER | CENTRIFUGAL 1 HP PUMP MAPLES BOILER | -560.96 |
| Bill P... | 2/1/2013 | 7389 | MEGASYS HOSPITALITY SYSTEMS | DEIRDRE TRANINING, CONFERENCE, FRONT DE... | -405.00 |
| Bill P... | 2/1/2013 | 7391 | Chase Credit Card | HERITAGENERY | -13,131.36 |
| Bill P... | 2/1/2013 | 7392 | Chase Credit Card | COFFEE SYSTEMS  GIFT SHOP SUPPLIES | -999.86 |
| Bill P... | 2/1/2013 | 7393 | Chase Credit Card | 2013/14 AD DIGITAL ONLINE | -2,567.50 |
| Bill P... | 2/1/2013 | 7394 | Chase Credit Card | PEPSI SODA | -1,025.00 |
| Bill P... | 2/1/2013 | 7395 | Chase Credit Card | PERKINS ROOM & KITCHEN SUPPLIES | -3,054.40 |
| Bill P... | 2/1/2013 | 7396 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226 GOLF CART LEASE | -3,048.75 |
| Bill P... | 2/1/2013 | 7397 | Chase Credit Card | FOOD, PAPER, CLEANING, ROOMS | -8,485.64 |
| Bill P... | 2/1/2013 | 7398 | Chase Credit Card | PFG SPRINGFIELD ACCT# 184792 FOOD | -2,842.95 |
| Bill P... | 2/1/2013 | 7399 | Chase Credit Card | food, paper, cleaner | -3,899.41 |
| Bill P... | 2/1/2013 | 7400 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 1/4 - 1/10/13  #'S 1&2 | -7,500.00 |
| Bill P... | 2/4/2013 | 7401 | CASH | PETTY CASH, COIN ENV, POSTAGE, CUTLERY | -135.39 |
| Bill P... | 2/4/2013 | 7402 | MICHAEL  PACHECO | DJ RICHMOND TOURS 2/1 - 2/3/13 | -400.00 |
| Bill P... | 2/4/2013 | 7403 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 2/4/2013 | 7404 | COHEN'S QUALITY BAKERY LLC | baked goods | -385.00 |
| Bill P... | 2/4/2013 | 7405 | DEBORAH L. COHEN | PPE 1/31/13 | -223.00 |
| Bill P... | 2/4/2013 | 7406 | FRANK L. BURNS JR. | Consultant 2/2&3, 2013 | -500.00 |
| Bill P... | 2/4/2013 | 7407 | JIM MONTANYA | JANUARY 2013 MONTHLY WATER TESTING & RE... | -450.00 |
| Bill P... | 2/4/2013 | 7408 | LYNDA DuBOIS | PPE 1/31/13 | -102.00 |
| Bill P... | 2/4/2013 | 7409 | MICHAEL C. HASENBALG | COMMISSION INSTALL # 6 | -500.00 |
| Bill P... | 2/4/2013 | 7410 | PEPSI COLA OF HUDSON VALLEY | soda | -480.30 |
| Bill P... | 2/4/2013 | 7411 | HOME DEPOT SUPPLY FACILITIE... | CASTERS | -224.08 |
| Bill P... | 2/4/2013 | 7412 | SYSCO FOOD SERVICES | APRONS | -40.38 |
| Bill P... | 2/4/2013 | 7413 | ULSTER COUNTY REGIONALCHA... | ANNUAL RENEWAL 3/2013 TO 2/2014 | -500.00 |
| Bill P... | 2/7/2013 | 7414 | GENARES | ACCT# 12655 FEES LESS CXL RESERVATIONS | -185.10 |
| Bill P... | 2/7/2013 | 7415 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -184.61 |
| Bill P... | 2/7/2013 | 7416 | BINNEWATER ICE COMPANY INC. | COOLER RENTAL | -54.00 |
| Bill P... | 2/7/2013 | 7417 | BOOKING.COM B. V. | ACCT# 313346 DANA GINOBBI 1/18 - 1/19/13 | -22.35 |
| Bill P... | 2/7/2013 | 7418 | CENTRAL HUDSON | TRANSFORMER RENTAL & EFFICIENT LIGHTING | -1,175.62 |
| Bill P... | 2/7/2013 | 7419 | Chase Credit Card | Acct# 110916 waste removal | -1,866.24 |
| Bill P... | 2/7/2013 | 7420 | DEBORAH L. COHEN | PPE 2/7/13 | -57.00 |
| Bill P... | 2/7/2013 | 7421 | NOBLE GAS SOLUTIONS | ACCT #2971 CYLINDER RENTAL | -9.37 |
| Bill P... | 2/7/2013 | 7422 | PERFECT COMPUTER SOLUTIONS | INTERNET LOBBY & MARYANNS MACH. FREEZE.... | -140.37 |
| Bill P... | 2/7/2013 | 7423 | ULSTER UNIFORM SERVICE, INC. | ACCT# 16335 GRNDS & MAINT | -129.00 |
| Bill P... | 2/7/2013 | 7424 | Chase Credit Card | ACCT# 0821050  QUARTERLY MAINT. FEE | -1,809.49 |
| Bill P... | 2/7/2013 | 7425 | CASH | TUBING HILL, KOSHER, HEATING | -3,329.00 |
| Bill P... | 2/7/2013 | 7426 | Chase Credit Card | LUMBER, ICE MELT, BREAKER | -545.96 |
| Bill P... | 2/7/2013 | 7427 | Chase Credit Card | ACCT# 184792 FOOD DEL | -2,322.29 |
| Bill P... | 2/22/2013 | 7428 | CAPITAL ONE | HERITAGENERGY | -16,468.17 |
| Bill P... | 2/12/2013 | 7429 | ADP, INC | ACCT# 287801  PAYROLL PROCESSING | -240.30 |
| Bill P... | 2/12/2013 | 7430 | FRANK L. BURNS JR. | CONSULTANT 2/9 & 10, 2013 | -500.00 |
| Bill P... | 2/12/2013 | 7431 | ICONTACT | ACCT# HUDSON VALLEY RESORT MARCH 1 - 31, ... | -79.92 |
| Bill P... | 2/15/2013 | 7432 | CASH | PO, WILLIAMS, ELECTRICAL, AD, POOL | -2,339.52 |
| Bill P... | 2/15/2013 | 7433 | Chase Credit Card | ECWS   360 GALLON BARE TANK, 1" SADDLE | -10,565.00 |
| Bill P... | 2/12/2013 | 7434 | AMERICAN EXPRESS | PO, GROUP VIP, MAINT, ELECTRICAL, GAS, | -2,700.49 |
| Bill P... | 2/15/2013 | 7435 | IPFS CORPORATION | ACCT# NJN-63794  RENEWAL GL 8/21/12 - 8/21/13 | -17,284.50 |
| Bill P... | 2/15/2013 | 7436 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY WATER TESTING | -110.00 |
| Bill P... | 2/15/2013 | 7437 | HUDSON VALLEY INTERNET | internet services | -60.00 |
| Bill P... | 2/15/2013 | 7438 | LESLIE WALSH | REFUND FOR CANCELLATION OF WEDDING 8/17... | -150.00 |
| Bill P... | 2/15/2013 | 7439 | MICHAEL C. HASENBALG | COMMISSION OCM  INSTALLMENT #7 | -500.00 |
| Bill P... | 2/15/2013 | 7440 | ULSTER UNIFORM SERVICE, INC. | ACCT# 16335 GRNDS & MAINT | -129.00 |
| Bill P... | 2/15/2013 | 7441 | ELLENVILLE/WAWARSING 4TH OF... | DONATION | -70.00 |
| Bill P... | 2/18/2013 | 7442 | DEBORAH L. COHEN | PPE 2/14/13 | -122.00 |
| Bill P... | 2/18/2013 | 7443 | FRANK L. BURNS JR. | CONSULTANT FEES 2/15 & 16/13 | -500.00 |
| Bill P... | 2/18/2013 | 7444 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill P... | 2/18/2013 | 7445 | JENNIFER G. SCHNETZLER | PPE 2/21/13 | -191.00 |
| Bill P... | 2/18/2013 | 7446 | RAY POLLARD JR | PPE 2/21/13 | -185.00 |
| Bill P... | 2/28/2013 | 7447 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 1/18 - 1/24/13 # 3 | -7,500.00 |
| Bill P... | 2/28/2013 | 7448 | BANK OF AMERICA - OFC | NANAGENEBT FEES - M   1/25 - 2/7/13  #5 & 6 | -7,500.00 |

10:12 AM
04/24/13
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of February 28, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 2/28/2013 | 7449 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 2/8 - 2/21/13 | -7,500.00 |
| Bill P... | 2/18/2013 | 7450 | Chase Credit Card | ACCT3# 5004202 PHONES | -2,307.71 |
| Bill P... | 2/19/2013 | 7451 | DUTCHESS BEER DISTRIBUTORS ... | 22165 | -559.30 |
| Bill P... | 2/19/2013 | 7452 | EMPIRE MERCHANTS NORTH | 97802 | -2,475.71 |
| Bill P... | 2/19/2013 | 7453 | MANHATTAN BEER DIST. LLC | 78684 | -705.90 |
| Bill P... | 2/19/2013 | 7454 | PHOENIX / BEEHIVE | 50963 | -564.80 |
| Bill P... | 2/19/2013 | 7455 | SOUTHERN WINE & SPIRITS OF U... | 34629 | -3,440.98 |
| Bill P... | 2/21/2013 | 7456 | MICHAEL C. HASENBALG | Commission OCM installment # 8 | -500.00 |
| Bill P... | 2/21/2013 | 7457 | MICHAEL C. HASENBALG | COMMISSION OCM INSTALLMENT # 9 | -500.00 |
| Bill P... | 2/22/2013 | 7458 | HERMAN CEPEDA | PPE 2/14/13 | -51.00 |
| Bill P... | 2/22/2013 | 7459 | TOWN OF ROCHESTER | ANNUAL FIRE, SAFETY AND PROPERTY MAINT. I... | -450.00 |
| Bill P... | 2/22/2013 | 7460 | Chase Credit Card | heritagenergy | -8,372.39 |
| Bill P... | 2/22/2013 | 7461 | Chase Credit Card | heritagenergy | -9,102.46 |
| Bill P... | 2/22/2013 | 7462 | Chase Credit Card | PO, BEV, FOOD, GLASSWARE | -568.10 |
| Bill P... | 2/22/2013 | 7463 | Chase Credit Card | ENTERTAINMENT, PO, REPAIRS TRUCK | -567.07 |
| Bill P... | 2/25/2013 | 7464 | NEW YORK STATE LIQUOR AUTH... | RENEWAL FOR LICENSE SERIAL # 2169175 | -1,882.00 |
| Bill P... | 2/22/2013 | 7465 | ADP, INC | ACCT# 287801  PAYROLL | -237.35 |
| Bill P... | 2/22/2013 | 7466 | EAGLE MILLS FIRE DISTRICT # | REFUND CXL | -200.00 |
| Bill P... | 2/22/2013 | 7467 | HICKORY PICTURES LLC | REFUND OVERPAYMENT | -134.08 |
| Bill P... | 2/22/2013 | 7468 | HOME DEPOT SUPPLY FACILITIE... | ACCT# 6149337 SUPPLIES | -620.82 |
| Bill P... | 2/22/2013 | 7469 | NATIONAL PEN COMPANY | ACCT# 1592689 250 LOGO PENS | -293.40 |
| Bill P... | 2/22/2013 | 7470 | PEPSI COLA OF HUDSON VALLEY | ACCT# 30126 SODA | -508.55 |
| Bill P... | 2/22/2013 | 7471 | ULSTER UNIFORM SERVICE, INC. | gmds & maint. | -129.00 |
| Bill P... | 2/22/2013 | 7472 | Chase Credit Card | ACCT# 31317850069 JANUARY 2013 ELECTRIC | -7,684.94 |
| Bill P... | 2/25/2013 | 7482 | TIME WARNER CABLE | ACCT# 8150300370135365  HOUSE CABLE | -16.83 |
| Bill P... | 2/25/2013 | 7483 | Chase Credit Card | PEST CONTROL JANUARY 2013 | -2,049.80 |
| Bill P... | 2/25/2013 | 7484 | Chase Credit Card | ECO LAB ACCT# 017472572 LAUNDRY SUPPLIES | -2,048.62 |

Total 10114 · Chase Bank - Operating DIP Acct                -209,685.71

**TOTAL**                -209,685.71

# Unpaid Bills Detail
## As of February 28, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **ADP, INC** | | | | | |
| Bill | 2/21/2013 | 418138700 | ACCT# 287801 YEAR END TAXS | 7 | 1,503.59 |
| Bill | 2/22/2013 | 418438184 | ACCT# 287801 PAYROLL | 6 | 207.19 |
| Total ADP, INC | | | | | 1,710.78 |
| **CENTRAL HUDSON** | | | | | |
| Bill | 2/1/2013 | 1312013 | ACCT# 36992710008 JANUARY 2013 ... | 27 | 35,358.48 |
| Total CENTRAL HUDSON | | | | | 35,358.48 |
| **HERITAGENERGY** | | | | | |
| Bill | 2/12/2013 | 87390 | 172.6 GAL OIL BRICK HOUSE | 16 | 719.91 |
| Bill | 2/12/2013 | 85079 | 353.4 GAL OIL HOT WATER | 16 | 1,474.02 |
| Bill | 2/15/2013 | 85079 | 189.1 gal OIL HOT WATER | 13 | 791.79 |
| Bill | 2/15/2013 | 88665 | 755 GAL OIL 5000 GAL TANK | 13 | 3,161.31 |
| Bill | 2/15/2013 | 88725 | 1127 GAL LP REST & NIGHT CLUB | 13 | 2,153.15 |
| Bill | 2/18/2013 | 88726 | 489.5 GAL LP KITCHEN & LAUNDRY | 10 | 935.20 |
| Bill | 2/19/2013 | 90326 | 347.8 GAL OIL HOT WATER | 9 | 1,454.41 |
| Bill | 2/22/2013 | 90427 | 1300 GAL LP REST & NIGHT CLUB | 6 | 2,525.80 |
| Bill | 2/22/2013 | 90327 | 781.6 GAL OIL 5000 GAL TANK | 6 | 3,230.49 |
| Bill | 2/22/2013 | 90326 | 223.7 GAL OIL HOT WATER | 6 | 924.59 |
| Bill | 2/25/2013 | 91027 | 140. gal OIL STAFF HOUSE | 3 | 572.59 |
| Total HERITAGENERGY | | | | | 17,943.26 |
| **IN THE SWIM** | | | | | |
| Bill | 2/19/2013 | 1774537 | 2 HAYWARD SUPER PUMP 2HP | 9 | 1,010.95 |
| Total IN THE SWIM | | | | | 1,010.95 |
| **IPFS CORPORATION** | | | | | |
| Bill | 9/6/2012 | 8211282113 | ACCT# NJN-63794 RENEWAL GL 8/2... | 175 | 51,853.50 |
| Total IPFS CORPORATION | | | | | 51,853.50 |
| **J.C. EHRLICH CO. INC** | | | | | |
| Bill | 2/19/2013 | 1537 | ACCT# 8078792 BED BUG CORREC... | 9 | 162.00 |
| Total J.C. EHRLICH CO. INC | | | | | 162.00 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 479 | 20,000.00 |
| Bill | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | 243 | 21,030.00 |
| Bill | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | 174 | 30,000.00 |
| Total OREST FEDASH | | | | | 71,030.00 |
| **PENNSYLVANIA CLASSIC PRODUCTIONS** | | | | | |
| Bill | 2/22/2013 | 381013 | DANCE FLOOR FOR COUNTRY DAN... | 6 | 2,689.20 |
| Total PENNSYLVANIA CLASSIC PRODUCTIONS | | | | | 2,689.20 |
| **PEPSI COLA OF HUDSON VALLEY** | | | | | |
| Bill | 2/26/2013 | 535012 | WATER | 2 | 8.80 |
| Total PEPSI COLA OF HUDSON VALLEY | | | | | 8.80 |
| **PERKINS d/b/a MT ELLIS PAPER CO., INC.** | | | | | |
| Bill | 2/16/2013 | 15844197 | CLEANING SUPPLIES & GUEST SUP... | 12 | 1,462.08 |
| Bill | 2/26/2013 | 15844196 | PAPER, FUES | 2 | 396.30 |
| Total PERKINS d/b/a MT ELLIS PAPER CO., INC. | | | | | 1,858.38 |
| **TAX COLLECTOR** | | | | | |
| Bill | 1/1/2013 | 1258 | SBL: 76.401056.100 386.00 ACRES 4... | 58 | 36,440.09 |
| Total TAX COLLECTOR | | | | | 36,440.09 |
| **TEXTRON FINANCIAL CORPORATION** | | | | | |
| Bill | 2/21/2013 | 3202689 | ACCT# 188226 GOLF CART LEASE | 7 | 3,048.75 |
| Total TEXTRON FINANCIAL CORPORATION | | | | | 3,048.75 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 860 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |

# Unpaid Bills Detail
## As of February 28, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **THYSSENKRUPP ELEVATOR CORP.** | | | | | |
| Bill | 1/1/2013 | 325573 | ACCT# 934043 QUARTERLY MAINTE... | 58 | 8,046.26 |
| Total THYSSENKRUPP ELEVATOR CORP. | | | | | 8,046.26 |
| **ULSTER UNIFORM SERVICE, INC.** | | | | | 129.00 |
| Bill | 2/28/2013 | 634594 | GRNDS & MAINT | | |
| Total ULSTER UNIFORM SERVICE, INC. | | | | | 129.00 |
| **TOTAL** | | | | | 251,289.45 |

- 51,853.50

199,435.95