B 25C (Official Form 25C). (12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re __Everyday Logistics LLC__   Case No. __10-22026__
_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __March 2013__   Date filed: __5/8/2013__

Line of Business: _____   NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

__Eliot Spitzer__
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | |
|---|---|---|
| 14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 516,466.08

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ <199,723.30>
Cash on Hand at End of Month     $ <200,160.04>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL  $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 516,902.82

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*     $ 516,466.08
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 516,902.82

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH   $ <436.74>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 189,036.81

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 50,806.50

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?     126
NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?     85

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?     $

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?     $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|   | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 516,466.08 | $ |
| EXPENSES | $ | $ 516,902.82 | $ |
| CASH PROFIT | $ | $ <436.74> | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Month        **03/01/2013**    through    **03/31/2013**

### INCOME

|   |          | Received on date |              | Bank Deposit |              |
|---|----------|------------------|--------------|--------------|--------------|
|   |          | Cash             | Checks       | Totals       |              |
| 1 | 03/01 - 07 | $ 4,905.87     | $ 106,508.97 | $ 111,414.84 |              |
| 2 | 03/08 - 14 | $ 5,038.60     | $ 30,010.55  | $ 35,049.15  |              |
| 3 | 03/15 - 21 | $ 3,923.35     | $ 158,912.20 | $ 162,835.55 |              |
| 4 | 03/22 - 28 | $ 10,647.10    | $ 93,826.00  | $ 104,473.10 |              |
| 5 | 03/29 - 31 | $ 290.92       | $ 85.00      | $ 375.92     |              |
|   |          | $ 24,805.84    | $ 389,342.72 | $ 414,148.56 | $ 414,148.56 |

|   | Processed on date |              |              | Credit Card  |              |
|---|-------------------|--------------|--------------|--------------|--------------|
|   | AmEx              | MC/Visa      | Discover     | Totals       |              |
| 1 | $ 589.82          | $ 7,882.59   | $ 235.00     | $ 8,707.41   |              |
| 2 | $ 5,713.65        | $ 50,345.39  | $ 5,620.04   | $ 61,679.08  |              |
| 3 | $ 4,572.04        | $ 4,424.33   | $ 451.80     | $ 9,448.17   |              |
| 4 | $ 11,331.00       | $ 6,457.37   | $ 527.00     | $ 18,315.37  |              |
| 5 | $ 619.00          | $ 3,373.89   | $ 174.60     | $ 4,167.49   |              |
|   | $ 22,825.51       | $ 72,483.57  | $ 7,008.44   | $ 102,317.52 | $ 102,317.52 |

**Total income for the month:**                                                    $ 516,466.08

### DISBURSEMENTS

Bank, credit card and processing fees:
Credit card repayment:
Total check disbursements (list attached):          $ 349,256.78
Total payroll expense (transfers):                  $ 167,646.04
Other legal and bank fees (including uncleared checks):

**Total expenses for the month:**                                                  $ 516,902.82

**Cash profit (loss) for the month:**                                              $ (436.74)

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of March 31, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| \multicolumn{6}{l}{10114 · Chase Bank - Operating DIP Acct} | | | | | |
| Bill P... | 3/1/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 3/1 - 3/7/13 | -2,000.00 |
| Bill P... | 3/18/2013 | | NYS SALES TAX PROCESSING | 20-3729464 | -2,702.80 |
| Bill P... | 3/15/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 3/8 - 3/14/13 | -2,000.00 |
| Bill P... | 3/18/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 3/15 - 3/21/13 | -3,000.00 |
| Bill P... | 3/25/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 3/22 - 3/28/13 | -1,000.00 |
| Bill P... | 3/28/2013 | | LINE OF CREDIT | paid down on line of credit | -3,424.29 |
| Bill P... | 3/5/2013 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 3/1 - 3/7/13 | -2,000.00 |
| Bill P... | 3/1/2013 | 7473 | Chase Credit Card | ACCT# 31317850069 JANUARY 2013 ELECTRIC | -7,684.94 |
| Bill P... | 3/1/2013 | 7474 | Chase Credit Card | ACCT# 31317850069 JANUARY 2013 ELECTRIC | -7,708.78 |
| Bill P... | 3/1/2013 | 7475 | Chase Credit Card | PERKINS ROOMS & KITCHEN | -1,576.39 |
| Bill P... | 3/1/2013 | 7476 | Chase Credit Card | ACCT# 184792 FOOD | -3,387.56 |
| Bill P... | 3/1/2013 | 7477 | FRANK L. BURNS JR. | CONSULTANT 2/23/13 | -250.00 |
| Bill P... | 3/1/2013 | 7479 | Chase Credit Card | SYSCO FOOD | -1,433.97 |
| Bill P... | 3/8/2013 | 7480 | RICOH USA , INC | 1329244-SNC257 | -1,127.59 |
| Bill P... | 3/1/2013 | 7485 | Chase Credit Card | AVAYA  acct# 0101838345 phones | -1,926.00 |
| Bill P... | 3/1/2013 | 7486 | Chase Credit Card | TIME WARNER CABLE | -1,436.20 |
| Bill P... | 3/1/2013 | 7487 | ADP, INC | ACCT# 287801 YEAR END TAXS | -516.34 |
| Bill P... | 3/1/2013 | 7488 | CAPITAL ONE | HERITAGENERGY | -13,215.59 |
| Bill P... | 3/1/2013 | 7489 | ADP, INC | ACCT# 287801  PAYROLL | -207.19 |
| Bill P... | 3/1/2013 | 7490 | J.C. EHRLICH CO. INC | 8078792 | -162.00 |
| Bill P... | 3/1/2013 | 7491 | ULSTER UNIFORM SERVICE, INC. | GRNDS & MAINT | -129.00 |
| Bill P... | 3/1/2013 | 7492 | CASH | PETTY CASH; ACTIVITIES, A&M | -1,925.94 |
| Bill P... | 3/1/2013 | 7493 | Chase Credit Card | ROOF, POOL, BANQUET, SAFETY, FOOD | -755.48 |
| Bill P... | 3/1/2013 | 7494 | MICHAEL  PACHECO | DJ FOR RICHMOND TOURS 3/1 & 2, 2013 | -400.00 |
| Bill P... | 3/1/2013 | 7495 | Chase Credit Card | JIMMY PLUSH TOY INC. | -661.00 |
| Bill P... | 3/1/2013 | 7496 | AMERICAN EXPRESS | TRANSPORTATION, PHONE, KOSHER GUESTS | -3,668.92 |
| Bill P... | 3/4/2013 | 7497 | CASH | PETTY CASH, FOOD, CUTLERY, KEY PACKETS | -212.85 |
| Bill P... | 3/4/2013 | 7498 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -288.23 |
| Bill P... | 3/4/2013 | 7499 | COHEN'S QUALITY BAKERY LLC | BAKED GOODS | -810.00 |
| Bill P... | 3/4/2013 | 7500 | DEBORAH L. COHEN | PPE 2/28/13 | -57.00 |
| Bill P... | 3/4/2013 | 7501 | FRANK L. BURNS JR. | CONSULTANT 3/2/13 | -250.00 |
| Bill P... | 3/4/2013 | 7502 | MICHAEL C. HASENBALG | COMMISSION OCM INSTALLMENT # 10 | -500.00 |
| Bill P... | 3/4/2013 | 7503 | PENNSYLVANIA CLASSIC PRODU... | DANCE FLOOR FOR COUNTRY DANCE | -2,689.20 |
| Bill P... | 3/4/2013 | 7504 | PERKINS d/b/a MT ELLIS PAPER C... | VOID: KITCHEN & ROOM | 0.00 |
| Bill P... | 3/5/2013 | 7505 | RELIABLE OFFICE SUPPLIES | ACCT# 01116657 SUPPLIES | -322.19 |
| Bill P... | 3/5/2013 | 7506 | SAFECO ALARM SYSTEMS | ACCT# 1794 ALARMS | -84.24 |
| Bill P... | 3/8/2013 | 7507 | Chase Credit Card | SYSCO FOOD, PAPER, CLEANING | -3,353.78 |
| Bill P... | 3/8/2013 | 7508 | Chase Credit Card | PFG SPRINGFIELD  FOOD | -3,717.12 |
| Bill P... | 3/5/2013 | 7509 | EMPIRE MERCHANTS NORTH | ACCT#  97802 LIQUOR DEL | -175.06 |
| Bill P... | 3/7/2013 | 7510 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DILVERY | -238.01 |
| Bill P... | 3/8/2013 | 7511 | CASH | petty cash refund | -660.00 |
| Bill P... | 3/8/2013 | 7512 | ADP, INC | acct# 287801  payroll | -205.69 |
| Bill P... | 3/8/2013 | 7513 | ESSAE | ANNUAL RENEWAL OF MEMBERSHIP 2013 | -260.00 |
| Bill P... | 3/8/2013 | 7514 | KENNETH YAGER | VOID: COMMISSION FOR JUNE 30, 2012 CONVEN... | 0.00 |
| Bill P... | 3/8/2013 | 7515 | PEPSI COLA OF HUDSON VALLEY | SODA | -897.20 |
| Bill P... | 3/8/2013 | 7516 | CASH | COMMISSION FOR RCA CONVENTION JUNE 30 - ... | -2,500.00 |
| Bill P... | 3/8/2013 | 7517 | Chase Credit Card | CIGARETTES | -392.69 |
| Bill P... | 3/8/2013 | 7518 | Chase Credit Card | DPD TABS, GAS, PARTS, PO, KOSHER,BANQUET... | -1,089.44 |
| Bill P... | 3/8/2013 | 7519 | CASH | rebate | -3,030.00 |
| Bill P... | 3/8/2013 | 7520 | CASH | ELECTRIC, PLUMBING, PARTS, TRANSP, LABOR,... | -2,479.56 |
| Bill P... | 3/8/2013 | 7521 | JANICE COLE | TRAVEL | -370.50 |
| Bill P... | 3/11/2013 | 7522 | ADAM'S PIANO | VOID: PIANO RENTAL FOR HAZAMIR 3/14 - 17/13 | 0.00 |
| Bill P... | 3/11/2013 | 7523 | ALLGAS WELDING SUPPLY | REFILL ON TANKS | -369.51 |
| Bill P... | 3/11/2013 | 7524 | BINNEWATER ICE COMPANY INC. | WATER & RENTAL | -226.64 |
| Bill P... | 3/11/2013 | 7525 | BOOKING.COM B. V. | COMMISSION, CONNOLLY, BALTA, MAHLER | -65.55 |
| Bill P... | 3/11/2013 | 7526 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -359.05 |
| Bill P... | 3/11/2013 | 7527 | COHEN'S QUALITY BAKERY LLC | baked goods | -381.50 |
| Bill P... | 3/11/2013 | 7528 | DEBORAH L. COHEN | PPE 3/7/13 | -159.00 |
| Bill P... | 3/11/2013 | 7529 | GENARES | ACCT#  12655  COMMISSION | -140.65 |
| Bill P... | 3/11/2013 | 7530 | JIM MONTANYA | MONTHLY WATER FEBRUARY 2013 | -450.00 |
| Bill P... | 3/11/2013 | 7531 | LORNA M. BOUGHTON | PPE 3/7/13 | -57.00 |
| Bill P... | 3/11/2013 | 7532 | NOBLE GAS SOLUTIONS | ACCT#  2971 CYLINDER | -8.47 |
| Bill P... | 3/11/2013 | 7533 | THE TONER COMPANY | FRONT OFFICE,  RESERVATIONS,  ACCOUNTING | -429.19 |
| Bill P... | 3/11/2013 | 7534 | TRAVEL TEAM | COMMISSION,  KEIGLEY | -12.90 |
| Bill P... | 3/11/2013 | 7535 | CAPITAL ONE | VOID: HERITAGENERGY | 0.00 |
| Bill P... | 3/11/2013 | 7536 | THE CHEF'S KINGDOM INC. | HAZAMIR FOOD | -3,232.39 |
| Bill P... | 3/11/2013 | 7537 | MICHAEL C. HASENBALG | COMMISSIO OCM INSTALLMENT # 11 | -500.00 |
| Bill P... | 3/14/2013 | 7538 | Chase Credit Card | GLAUBERS BAKED GOODS HAZAMIR | -3,743.58 |
| Bill P... | 3/14/2013 | 7539 | Chase Credit Card | ROOFING | -1,083.07 |

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of March 31, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 3/14/2013 | 7540 | Chase Credit Card | HAZAMIR FOOD | -1,524.33 |
| Bill P... | 3/14/2013 | 7541 | FRANK L. BURNS JR. | CONSULTANT 3/8 & 9, 2013 | -500.00 |
| Bill P... | 3/14/2013 | 7542 | Chase Credit Card | A - 1 HOSPITALITY PRODUCTS PASSOVER LINES | -14,900.00 |
| Bill P... | 3/18/2013 | 7543 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -234.28 |
| Bill P... | 3/18/2013 | 7544 | ALLGAS WELDING SUPPLY | POWER MIG W/GUN HELMET WIRE | -994.52 |
| Bill P... | 3/18/2013 | 7545 | CENTRAL HUDSON | TRANSFORMER RENTAL & ENGERY EFFICENT I... | -1,175.62 |
| Bill P... | 3/18/2013 | 7546 | Chase Credit Card | PFG SPRINGFIELD FOOD | -7,224.46 |
| Bill P... | 3/18/2013 | 7547 | COHEN'S QUALITY BAKERY LLC | sheet cake | -55.00 |
| Bill P... | 3/18/2013 | 7548 | De'Shay Graphics & Desktop Publish... | 2013 TOURISM GUIDE | -800.00 |
| Bill P... | 3/18/2013 | 7549 | DEBORAH L. COHEN | PPE 3/14/13 | -137.00 |
| Bill P... | 3/18/2013 | 7550 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -50.00 |
| Bill P... | 3/18/2013 | 7551 | GEORGE REHN | REFUND CXL ADVANCE DEPOSIT 10/31/13 | -200.00 |
| Bill P... | 3/18/2013 | 7552 | ICONTACT | ACCT#  HUDSON VALLEY | -79.92 |
| Bill P... | 3/18/2013 | 7553 | IPFS CORPORATION | ACCT# NJN-63794  RENEWAL GL 8/21/12 - 8/21/13 | -17,284.50 |
| Bill P... | 3/18/2013 | 7554 | JANICE COLE | JUICE & TRAVEL HAZAMIR | -560.76 |
| Bill P... | 3/18/2013 | 7555 | LORNA M. BOUGHTON | PPE 3/14/13 | -154.00 |
| Bill P... | 3/18/2013 | 7556 | LYNDA DuBOIS | PPE 3/14/13 | -114.00 |
| Bill P... | 3/18/2013 | 7557 | PERFECT COMPUTER SOLUTIONS | ACCT# 9091 DONNA'S HARD WIRE | -91.80 |
| Bill P... | 3/18/2013 | 7558 | PERSONNEL CONCEPTS | ACCT# 25P2252524   EMPLOYEE/EMPLOYER PO... | -38.85 |
| Bill P... | 3/18/2013 | 7559 | ROBERT J. ANSON JR | PPE 3/14/13 | -395.00 |
| Bill P... | 3/18/2013 | 7560 | SPAIN AGENCY, INC. | ACCT# EVERY-3 ENDORSEMENT FOR GOLF CAR... | -1,005.00 |
| Bill P... | 3/18/2013 | 7561 | THE HARTFORD | ACCT# 12838463  DOWNPAYMENT FOR WORKE... | -20,470.77 |
| Bill P... | 3/18/2013 | 7562 | ULSTER UNIFORM SERVICE, INC. | GRNDS & ENG | -258.00 |
| Bill P... | 3/18/2013 | 7563 | Chase Credit Card | PERKINS CLEANING & PAPER | -3,727.10 |
| Bill P... | 3/18/2013 | 7564 | RAY POLLARD JR | PPE 3/14/13 | -97.00 |
| Bill P... | 3/18/2013 | 7565 | FRANK L. BURNS JR. | CONSULTANT 3/15 & 16/13 | -500.00 |
| Bill P... | 3/18/2013 | 7566 | LAKE MISHNOCK GROVE INC. | COUNTRY DANCE WEEKEND REBATE | -3,929.21 |
| Bill P... | 3/18/2013 | 7567 | MIWA LOCK COMPANY, LTD. | ACCT#  HUDSON VALLEY KERHONKSON | -962.79 |
| Bill P... | 3/18/2013 | 7568 | PEPSI COLA OF HUDSON VALLEY | acct# 30126  soda | -477.20 |
| Bill P... | 3/18/2013 | 7569 | TEXTRON FINANCIAL CORPORATI... | VOID: ACCT# 188226 GOLF CART LEASE | 0.00 |
| Bill P... | 3/18/2013 | 7570 | ULSTER COUNTY DEPARTMENT ... | HOTEL QUARTERLY TAX 1199  DEC 2012 - FEBR... | -1,657.48 |
| Bill P... | 3/18/2013 | 7571 | Chase Credit Card | ACCT# 110916  WASTE REMOVAL | -1,300.86 |
| Bill P... | 3/18/2013 | 7572 | Chase Credit Card | TIME WARNER CABLE | -1,492.43 |
| Bill P... | 3/18/2013 | 7573 | Chase Credit Card | ACCT# 5004202 PHONES | -2,315.20 |
| Bill P... | 3/18/2013 | 7574 | Chase Credit Card | AVAYA ACCT# 0101838345  PHONE SERVICE | -1,926.00 |
| Bill P... | 3/18/2013 | 7575 | MICHAEL C. HASENBALG | COMMISSION INSTALLMENT # 12 | -500.00 |
| Bill P... | 3/18/2013 | 7576 | Chase Credit Card | HOME DEPOT ACCT #6149337 SUPPLIES | -1,737.13 |
| Bill P... | 3/18/2013 | 7577 | Chase Credit Card | J.C. EHRLICH acct# 8078792 pest controll | -1,639.52 |
| Bill P... | 3/12/2013 | 7578 | Chase Credit Card | VACUUM | -948.75 |
| Bill P... | 3/18/2013 | 7579 | BANK OF AMERICA - OFC | MANAGEMENT FEES -2/22 - 3/7/13  INSTALL # 7 8 | -7,500.00 |
| Bill P... | 3/11/2013 | 7580 | Chase Credit Card | HERITAGENERGY | -14,815.80 |
| Bill P... | 3/21/2013 | 7582 | TAX COLLECTOR | SBL: 76.401056.100  386.00 ACRES 400 GRANITE ... | -18,584.45 |
| Bill P... | 3/21/2013 | 7583 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -243.37 |
| Bill P... | 3/21/2013 | 7584 | ANA PALOP VELASQUEZ | VOID: PIA TOUNER, ICE CREAM | 0.00 |
| Bill P... | 3/21/2013 | 7585 | CAPITAL ONE | SYSCO | -10,015.53 |
| Bill P... | 3/21/2013 | 7586 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -60.00 |
| Bill P... | 3/21/2013 | 7587 | EXPEDIA INC. | COMMISSION  MITZEL | -12.90 |
| Bill P... | 3/21/2013 | 7588 | IN THE SWIM | 2 HAYWARD SUPER PUMP 2HP | -10.97 |
| Bill P... | 3/21/2013 | 7589 | KIM PETERSON | REBATE FOR 2/16 17/13 STAY | -150.00 |
| Bill P... | 3/21/2013 | 7590 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 3/21/2013 | 7591 | CAPITAL ONE | HERITAGENERGY | -8,518.75 |
| Bill P... | 3/21/2013 | 7592 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 3/8 3/14/13 9 & 10 | -3,750.00 |
| Bill P... | 3/21/2013 | 7593 | Chase Credit Card | A - 1 HOSPITALITY PRODUCTS PASSOVER LINES | -5,989.86 |
| Bill P... | 3/22/2013 | 7594 | ANA PALOP VELASQUEZ | PIA TOUNER, ICE CREAM | -270.28 |
| Bill P... | 3/22/2013 | 7595 | AMERICAN EXPRESS | TV'S | -1,610.84 |
| Bill P... | 3/26/2013 | 7596 | CATSKILL FIRE SYSTEMS, INC. | EXTINGISHERS | -1,140.21 |
| Bill P... | 3/26/2013 | 7597 | FRANK L. BURNS JR. | CONSULTANT 3/22/13 | -250.00 |
| Bill P... | 3/26/2013 | 7598 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill P... | 3/26/2013 | 7599 | LYNDA DuBOIS | PPE 3/21/13 | -51.00 |
| Bill P... | 3/26/2013 | 7600 | MICHAEL C. HASENBALG | COMMISSION INSTALL # 13 | -500.00 |
| Bill P... | 3/26/2013 | 7601 | ROBERT J. ANSON JR | PPE 3/21/13 | -51.00 |
| Bill P... | 3/26/2013 | 7602 | SYSCO FOOD SERVICES | PAPER BAGS | -21.61 |
| Bill P... | 3/26/2013 | 7603 | TAX COLLECTOR | SBL: 76.401056.100  386.00 ACRES 400 GRANITE ... | -18,584.44 |
| Bill P... | 3/26/2013 | 7604 | TIME WARNER CABLE | ACCT# 8150300370135365 HOUSE CABLE | -18.13 |
| Bill P... | 3/26/2013 | 7605 | Chase Credit Card | CENTRAKL HUDSON ELECTRIC FOR FEBRUARY ... | -7,850.00 |
| Bill P... | 3/26/2013 | 7606 | Chase Credit Card | CENTRAKL HUDSON ELECTRIC FOR FEBRUARY ... | -7,850.00 |
| Bill P... | 3/26/2013 | 7607 | Chase Credit Card | CENTRAKL HUDSON ELECTRIC FOR FEBRUARY ... | -7,791.71 |
| Bill P... | 3/26/2013 | 7608 | Chase Credit Card | PERKINS | -6,835.41 |
| Bill P... | 3/26/2013 | 7609 | Chase Credit Card | LAUNDRY SUPPLIES | -4,738.32 |
| Bill P... | 3/26/2013 | 7610 | Chase Credit Card | A - 1 HOSPITALITY PRODUCTS PASSOVER LINES | -7,972.51 |

10:12 AM
04/24/13
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of March 31, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 3/26/2013 | 7611 | Chase Credit Card | HOME DEPOT | -2,453.89 |
| Bill P... | 3/26/2013 | 7612 | RELIABLE OFFICE SUPPLIES | ACCT# 01116657 SUPPLIES | -868.51 |
| Bill P... | 3/26/2013 | 7613 | Chase Credit Card | CARPENTRY, GAS, SEWER PUMPS, TV | -864.31 |
| Bill P... | 3/27/2013 | 7614 | CASH | RABBI SERVICES, LABOR, ADVER, GRNDS | -3,074.50 |
| Bill P... | 3/27/2013 | 7615 | J. YAUN.MC | 6 HOURS W/JETTER AND CAMERA MAPLES SEW... | -1,370.00 |
| Bill P... | 3/11/2013 | 7616 | ADAM'S PIANO | PIANO RENTAL FOR HAZAMIR 3/14 - 17/13 | -500.00 |
| Bill P... | 3/28/2013 | 7617 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -229.76 |
| Bill P... | 3/28/2013 | 7618 | HOME DEPOT SUPPLY FACILITIE... | KEY TAGS | -116.35 |
| Bill P... | 3/28/2013 | 7619 | ROTO-ROOTER | MAPLES LINE CLEAN OUT | -830.46 |
| Bill P... | 3/28/2013 | 7620 | BANK OF AMERICA - OFC | MANAGEMENT FEES 3/15 - 3/28/13 INSTALL # 11 ... | -7,500.00 |
| Bill P... | 3/29/2013 | 7621 | JANICE COLE | travel | -494.00 |
| Bill P... | 3/18/2013 | 7680 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226 GOLF CART LEASE REPLACEMEN... | -3,048.75 |
| Total 10114 · Chase Bank - Operating DIP Acct | | | | | -349,256.78 |
| **TOTAL** | | | | | **-349,256.78** |

Page 3

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of March 28, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **CENTRAL HUDSON** | | | | | |
| Bill | 2/1/2013 | 1312013 | ACCT# 36992710008 JANUARY 2013 ... | 55 | 35,358.48 |
| Bill | 3/12/2013 | 212813 | ACCT3 36992710008 FEBRUARY 201... | 16 | 31,566.11 |
| Total CENTRAL HUDSON | | | | | 66,924.59 |
| **EMPIRE MERCHANTS NORTH** | | | | | |
| Credit | 3/7/2013 | 402912622 | ACCT# 97802 RETURNED 1 CASE AL... | | -212.65 |
| Total EMPIRE MERCHANTS NORTH | | | | | -212.65 |
| **HERITAGENERGY** | | | | | |
| Bill | 3/12/2013 | 90326 | 319.2 GAL OIL HOT WATER | 16 | 1,261.57 |
| Bill | 3/12/2013 | 94135 | 219.5 GAL OIL BRICK HOUSE | 16 | 867.52 |
| Bill | 3/13/2013 | 94650 | 700 GAL LP REST & NIGHT CLUB | 15 | 1,360.04 |
| Bill | 3/15/2013 | 94875 | 855.5 GAL OIL 5000 GAL TANK | 13 | 3,339.58 |
| Bill | 3/15/2013 | 90326 | 251.9 GAL OIL HOT WATER | 13 | 983.33 |
| Bill | 3/15/2013 | 95129 | 88.5 GAL OFF ROAD DIESEL | 13 | 366.36 |
| Bill | 3/19/2013 | 90326 | 383. GAL OIL HOT WATER | 9 | 1,495.11 |
| Bill | 3/19/2013 | 96379 | 843.2 GAL LP KITCHEN & LAUNDRY | 9 | 1,638.27 |
| Bill | 3/22/2013 | 96927 | 1190.4 GAL OIL 5000 GAL TANK | 6 | 4,556.92 |
| Bill | 3/22/2013 | 96583 | 1200 gal LP REST & NIGHT CLUB | 6 | 2,331.50 |
| Bill | 3/26/2013 | 90326 | 381.1 gal OIL HOT WATER | 2 | 1,454.76 |
| Bill | 3/28/2013 | 98812 | 900 GAL LP NIGHT CLUB & REST | | 1,748.63 |
| Bill | 3/28/2013 | 99600 | 1201. GAL LP KITCHEN & LAUNDRY | | 2,333.45 |
| Total HERITAGENERGY | | | | | 23,737.04 |
| **IPFS CORPORATION** | | | | | |
| Bill | 9/6/2012 | 8211282113 | ACCT# NJN-63794 RENEWAL GL 8/2... | 203 | ~~34,569.00~~ |
| Total IPFS CORPORATION | | | | | ~~34,569.00~~ |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 507 | 20,000.00 |
| Bill | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | 271 | 21,030.00 |
| Bill | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | 202 | 30,000.00 |
| Total OREST FEDASH | | | | | 71,030.00 |
| **SOUTHERN WINE & SPIRITS OF UPSTATE NY INC** | | | | | |
| Credit | 3/8/2013 | 9451978 | ACCT# 34629 RETURNED COGNAC | | -771.00 |
| Total SOUTHERN WINE & SPIRITS OF UPSTATE NY INC | | | | | -771.00 |
| **THE HARTFORD** | | | | | |
| Bill | 3/8/2013 | 311322814 | WORKERS COMP RENEWAL 3/1/13 -... | 20 | ~~61,384.23~~ |
| Total THE HARTFORD | | | | | ~~61,384.23~~ |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 888 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **THYSSENKRUPP ELEVATOR CORP.** | | | | | |
| Bill | 1/1/2013 | 325573 | ACCT# 934043 QUARTERLY MAINTE... | 86 | 8,046.26 |
| Total THYSSENKRUPP ELEVATOR CORP. | | | | | 8,046.26 |
| **ULSTER UNIFORM SERVICE, INC.** | | | | | |
| Bill | 3/21/2013 | 637990 | grnds & maint | 7 | 153.57 |
| Bill | 3/28/2013 | 639008 | grnds & maint | | 129.00 |
| Total ULSTER UNIFORM SERVICE, INC. | | | | | 282.57 |
| **TOTAL** | | | | | **284,990.04** |

```
 - 34,569.00
 - 61,384.23
   ─────────
   189,036.81
```

Page 1