B 25C (Official Form 25C).(12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re __EVERYDAY LOGISTICS LLC__         Case No. __10-22026__
                    *Debtor*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: __APRIL 2013__         Date filed: __8/16/2013__

Line of Business: _____         NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

__[signature]__
Original Signature of Responsible Party

__Eliot Spitzer as Managing Member__
Printed Name of Responsible Party

| Questionnaire: *(All questions to be answered on behalf of the debtor.)* | Yes | No |
|---|---|---|
| 1. IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☒ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☒ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☒ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☒ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☒ |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☐    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME    $ 375,887.69

#### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ <200,160.04>
Cash on Hand at End of Month    $ <215,568.16>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL    $ _____

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES    $ 391,295.81

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 375,887.69 —
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 391,295.81
*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ <15,408.12>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ __166,244.73__

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   __126__

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   __110__

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ 375,887.69 | $ _____ |
| EXPENSES | $ _____ | $ 391,295.81 | $ _____ |
| CASH PROFIT | $ _____ | $ <15,408.12> | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Month          04/01/2013     through     04/30/2013

**INCOME**

| | | Received on date | | Bank Deposit |
| --- | --- | --- | --- | --- |
| | | Cash | Checks | Totals |
| 1 | 04/01 - 04 | $ 8,497.69 | $ 57,531.24 | $ 66,028.93 |
| 2 | 04/05 - 11 | $ 1,198.83 | $ 7,095.99 | $ 8,294.82 |
| 3 | 04/12 - 18 | $ 30,732.11 | $ 131,687.99 | $ 162,420.10 |
| 4 | 04/19 - 25 | $ 5,594.06 | $ 12,789.35 | $ 18,383.41 |
| 5 | 04/26 - 30 | $ 7,811.16 | $ 55,256.20 | $ 63,067.36 |
| | | $ 53,833.85 | $ 264,360.77 | $ 318,194.62 | $ 318,194.62 |

| | Processed on date | | | Credit Card |
| --- | --- | --- | --- | --- |
| | AmEx | MC/Visa | Discover | Totals |
| 1 | $ 2,358.31 | $ 4,897.20 | $ 139.00 | $ 7,394.51 |
| 2 | $ 2,893.64 | $ 3,708.48 | $ 298.00 | $ 6,900.12 |
| 3 | $ 2,106.52 | $ 10,365.54 | $ 730.50 | $ 13,202.56 |
| 4 | $ 2,296.51 | $ 8,690.52 | $ 951.31 | $ 11,938.34 |
| 5 | $ 2,354.82 | $ 14,986.64 | $ 916.08 | $ 18,257.54 |
| | $ 12,009.80 | $ 42,648.38 | $ 3,034.89 | $ 57,693.07 | $ 57,693.07 |

**Total income for the month:**       $ 375,887.69

**DISBURSEMENTS**

Bank, credit card and processing fees:
Credit card repayment:
Total check disbursements (list attached):     $ 245,128.09
Total payroll expense (transfers):             $ 146,167.72
Other legal and bank fees (including uncleared checks):

**Total expenses for the month:**       $ 391,295.81

**Cash profit (loss) for the month:**       $ (15,408.12)

2:33 PM
07/24/13
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of April 30, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 4/4/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 3/29 - 4/4/13 | -2,500.00 |
| Bill P... | 4/8/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 4/5 - 4/11/13 | -2,000.00 |
| Bill P... | 4/15/2013 | | NYS SALES TAX PROCESSING | 20-3729464 | -1,831.00 |
| Bill P... | 4/15/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 4/12 - 4/18/13 | -2,500.00 |
| Bill P... | 4/23/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 4/19 - 4/25/13 | -2,500.00 |
| Bill P... | 4/30/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 4/25 - 5/2/13 | -3,000.00 |
| Bill P... | 4/9/2013 | 0 | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 4/5 - 4/11/13 | -225.00 |
| Bill P... | 4/1/2013 | 7622 | CENTRAL HUDSON | ACCT #3023074000 HOUSE | -407.04 |
| Bill P... | 4/1/2013 | 7623 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 4/1/2013 | 7624 | DEBORAH L. COHEN | PPE 3/28/13 | -87.00 |
| Bill P... | 4/1/2013 | 7625 | FRANK L. BURNS JR. | CONSULTANT 3/30/13 | -250.00 |
| Bill P... | 4/1/2013 | 7626 | JENNIFER G. SCHNETZLER | PPE 3/28/13 | -134.00 |
| Bill P... | 4/1/2013 | 7627 | LORNA M. BOUGHTON | PPE 3/28/13 | -66.00 |
| Bill P... | 4/1/2013 | 7628 | RAY POLLARD JR | PPE 3/28/13 | -123.00 |
| Bill P... | 4/1/2013 | 7629 | ULSTER UNIFORM SERVICE, INC. | GROUND & MAINT. | -282.57 |
| Bill P... | 4/1/2013 | 7630 | Zurich | policy # 5291950-3 1/1/13 - 3/31/13 | -1,056.48 |
| Bill P... | 4/1/2013 | 7631 | CAPITAL ONE | HERITAGENERGY | -11,311.78 |
| Bill P... | 4/1/2013 | 7632 | CAPITAL ONE | ACCT# 934043 QUARTERLY MAINTENCE | -8,046.26 |
| Bill P... | 4/1/2013 | 7633 | RAYMOND WILLIAMS | REPLACEMENT PAYCHECK 3/8 & 3/15/13 | -75.03 |
| Bill P... | 4/1/2013 | 7634 | Chase Credit Card | PO, GROUP | -619.60 |
| Bill P... | 4/1/2013 | 7635 | TEXTRON FINANCIAL CORPORATI... | ACCT# 188226 GOLF CART LEASE | -3,048.75 |
| Bill P... | 4/2/2013 | 7636 | AMERICAN EXPRESS | HOME OFFICE EXPENSES TRANSP.PHONE, MAR... | -4,003.15 |
| Bill P... | 4/4/2013 | 7637 | ADP, INC | acct# 287801  PAYROLL PROCESSING | -241.80 |
| Bill P... | 4/4/2013 | 7638 | BINNEWATER ICE COMPANY INC. | cooler rental | -54.00 |
| Bill P... | 4/4/2013 | 7639 | CASH | petty cash 4/3/13 | -325.00 |
| Bill P... | 4/4/2013 | 7640 | DEBORAH L. COHEN | PPE 4/4/13 | -432.00 |
| Bill P... | 4/4/2013 | 7641 | JENNIFER G. SCHNETZLER | PPE 4/4/13 | -240.00 |
| Bill P... | 4/4/2013 | 7642 | JIM MONTANYA | MARCH 2013 MONTHLY WATER TESTING & REP... | -450.00 |
| Bill P... | 4/4/2013 | 7643 | LORNA M. BOUGHTON | PPE 4/4/13 | -506.00 |
| Bill P... | 4/4/2013 | 7644 | LYNDA DuBOIS | PPE 4/4/13 | -366.00 |
| Bill P... | 4/4/2013 | 7645 | PERKINS d/b/a MT ELLIS PAPER C... | room supplies | -864.38 |
| Bill P... | 4/4/2013 | 7646 | RAY POLLARD JR | PPE 4/4/13 | -353.00 |
| Bill P... | 4/4/2013 | 7647 | ROBERT J. ANSON JR | PPE 4/4/13 | -509.00 |
| Bill P... | 4/4/2013 | 7648 | SHANE DUGAN | PPE 3/28/13  PAC 1 DAY  NO SHOW NO CALL | -58.00 |
| Bill P... | 4/4/2013 | 7649 | JANICE COLE | TRAVEL | -446.50 |
| Bill P... | 4/12/2013 | 7650 | GENARES | ACCT# 12655 INTERNET RESERVATIONS | -112.00 |
| Bill P... | 4/12/2013 | 7651 | NOBLE GAS SOLUTIONS | ACCT# 2971 MONTHLY RENTAL | -9.37 |
| Bill P... | 4/12/2013 | 7652 | ULSTER UNIFORM SERVICE, INC. | ACCT# 16335 GRNDS & MAINT | -129.00 |
| Bill P... | 4/12/2013 | 7653 | Chase Credit Card | IRON, VACUUM, TV, KOSHER GUEST | -1,493.73 |
| Bill P... | 4/12/2013 | 7654 | CASH | sewer,labor, boilers, adver, roof, parts | -2,585.10 |
| Bill P... | 4/12/2013 | 7655 | MANHATTAN BEER DIST. LLC | ACCT# 78684 BEER FOR ROCK THE RESORT | -3,573.82 |
| Bill P... | 4/12/2013 | 7656 | BOOKING.COM B. V. | ACCT # 313346  COM/ FAUERBACH, MYLONAS, SI... | -86.40 |
| Bill P... | 4/12/2013 | 7657 | CAPITAL ONE | LAMELAS ACCT# 110916 WASTE REMOVAL | -5,181.30 |
| Bill P... | 4/12/2013 | 7658 | Chase Credit Card | J.C. EHRLICH   ACCT# 8078792 PEST CONTROL | -1,640.16 |
| Bill P... | 4/12/2013 | 7659 | CAPITAL ONE | heritagenergy | -19,966.53 |
| Bill P... | 4/12/2013 | 7660 | Chase Credit Card | ACCT# 3699-2710-00-8 MARCH 2013 ELECTRIC | -9,500.00 |
| Bill P... | 4/12/2013 | 7661 | Chase Credit Card | ACCT# 3699-2710-00-8 MARCH 2013 ELECTRIC | -9,500.00 |
| Bill P... | 4/12/2013 | 7662 | Chase Credit Card | ACCT# 3699-2710-00-8 MARCH 2013 ELECTRIC | -9,400.00 |
| Bill P... | 4/12/2013 | 7663 | Chase Credit Card | ACCT# 3699-2710-00-8 MARCH 2013 ELECTRIC | -9,305.76 |
| Bill P... | 4/12/2013 | 7664 | Chase Credit Card | kosher bev., group meetings | -978.42 |
| Bill P... | 4/12/2013 | 7665 | ADP, INC | ACCT# 287801 PAYROLL | -232.77 |
| Bill P... | 4/12/2013 | 7666 | CENTRAL HUDSON | | -1,175.62 |
| Bill P... | 4/12/2013 | 7667 | FRANK L. BURNS JR. | CONSULTANT 4/5, 6/13 | -500.00 |
| Bill P... | 4/12/2013 | 7668 | PEPSI COLA OF HUDSON VALLEY | SODA DEL | -376.15 |
| Bill P... | 4/12/2013 | 7669 | PERFECT COMPUTER SOLUTIONS | ACCT# 9091  MOUSE FOR MARYANN'S COMPUTER | -30.24 |
| Bill P... | 4/12/2013 | 7670 | Chase Credit Card | CHLORINE, PARTS, CARPET, GAS | -2,082.98 |
| Bill P... | 4/15/2013 | 7671 | AMERICAN EXPRESS | BOILER PARTS, POSTAGE, PAKING | -782.38 |
| Bill P... | 4/15/2013 | 7672 | CASH | KOSHER, GROUNDS, SUPPLIES, ADVERTISING ... | -1,832.09 |
| Bill P... | 4/15/2013 | 7673 | Chase Credit Card | VIPS, BANQ EQUIP, ACTIVITIES | -640.07 |
| Bill P... | 4/15/2013 | 7674 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -218.93 |
| Bill P... | 4/15/2013 | 7675 | ENVIRONMENTAL LABWORKS, INC. | monthly water testing | -110.00 |
| Bill P... | 4/15/2013 | 7676 | FRANK L. BURNS JR. | CONSULTANT 4/12/13 | -250.00 |
| Bill P... | 4/15/2013 | 7677 | ICONTACT | acct# hudson Valley Resort | -79.92 |
| Bill P... | 4/15/2013 | 7678 | LYNDA DuBOIS | PP3 4/11/13 | -57.00 |
| Bill P... | 4/15/2013 | 7679 | ULSTER UNIFORM SERVICE, INC. | grnds & maint | -129.00 |
| Bill P... | 4/16/2013 | 7681 | HUDSON VALLEY TENT CO. INC | ERECTNG TENT | -1,350.00 |
| Bill P... | 4/16/2013 | 7682 | Chase Credit Card | BOILER FEED UNIT DUPLEX 1520 | -2,564.00 |
| Bill P... | 4/15/2013 | 7683 | Chase Credit Card | sysco | -2,516.39 |
| Bill P... | 4/17/2013 | 7684 | METRO FIRE & SAFETY CO., INC. | ACCT#  01-HUDVALL ANNUAL CENTRAL STATIO... | -225.00 |

2:33 PM
07/24/13
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of April 30, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 4/17/2013 | 7685 | Chase Credit Card | CARPENTRY | -364.83 |
| Bill P... | 4/17/2013 | 7686 | IPFS CORPORATION | ACCT# NJN-63794  RENEWAL GL 8/21/12 - 8/21/13 | -17,284.50 |
| Bill P... | 4/17/2013 | 7687 | THE HARTFORD | 166 12838463 | -6,850.07 |
| Bill P... | 4/17/2013 | 7688 | CAPITAL ONE | central hudson 1st pmt | -8,046.26 |
| Bill P... | 4/17/2013 | 7689 | COMMTRAK | ARC/IATA 08 830780 | -94.50 |
| Bill P... | 4/18/2013 | 7690 | ADP, INC | acct# 287801 payroll | -261.44 |
| Bill P... | 4/18/2013 | 7691 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 3/29 - 4/18/13  INSTALL #... | -11,250.00 |
| Bill P... | 4/18/2013 | 7692 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill P... | 4/18/2013 | 7693 | CAPITAL ONE | phones, eng supplies, room supplies, soda, sludge cl... | -11,792.91 |
| Bill P... | 4/18/2013 | 7694 | Chase Credit Card | cable, internet & wireless | -1,492.43 |
| Bill P... | 4/26/2013 | 7695 | TERRENCE SKEETE | PPE 4/11/13 | -75.55 |
| Bill P... | 4/26/2013 | 7696 | CASH | PETTY CASH; FOOD, POSTAGE, CUTERLY, MILE... | -303.04 |
| Bill P... | 4/26/2013 | 7697 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -425.61 |
| Bill P... | 4/26/2013 | 7698 | DEBORAH L. COHEN | PPE 4/18/13 | -215.00 |
| Bill P... | 4/26/2013 | 7699 | FRANK L. BURNS JR. | CONSULTANT 4/19 & 20, 2013 | -500.00 |
| Bill P... | 4/26/2013 | 7700 | FRESKEETO FROZEN FOODS | BLACK BEANS | -25.73 |
| Bill P... | 4/26/2013 | 7701 | GEOFF WALSH | 2013 GOLF PRO SHOP INVENTORY | -1,500.00 |
| Bill P... | 4/26/2013 | 7702 | LYNDA DuBOIS | PPE 4/18/13 | -51.00 |
| Bill P... | 4/26/2013 | 7703 | ONITY | ACCT# 207842  KEY CARDS | -339.76 |
| Bill P... | 4/26/2013 | 7704 | RAY POLLARD JR | PPE 4/18/13 | -66.00 |
| Bill P... | 4/26/2013 | 7705 | ROBERT J. ANSON JR | PPE 4/18/13 | -517.00 |
| Bill P... | 4/26/2013 | 7706 | TIME WARNER CABLE | ACCT #8150300370135365 HOUSE CABLE | -18.13 |
| Bill P... | 4/26/2013 | 7707 | ULSTER UNIFORM SERVICE, INC. | GRNDS & MAINT | -129.00 |
| Bill P... | 4/26/2013 | 7708 | WILFRED MACDONALD INC. | 200700 | -188.05 |
| Bill P... | 4/26/2013 | 7709 | CAPITAL ONE | HERITAGENERGY | -15,458.23 |
| Bill P... | 4/26/2013 | 7710 | CASH | Ice cream | -140.00 |
| Bill P... | 4/26/2013 | 7711 | Chase Credit Card | 36.42 ton SAND FROM RED WING | -1,730.68 |
| Bill P... | 4/26/2013 | 7712 | CASH | elec, grounds, parts, plumbing, carpentry, tools, paint... | -2,337.49 |
| Bill P... | 4/26/2013 | 7713 | ANDREW OPRYSKO | PPE 4/18/13 | -252.65 |
| Bill P... | 4/26/2013 | 7714 | ANDRIJ CADE | PPE 4/18/13 | -75.34 |
| Bill P... | 4/26/2013 | 7715 | MARYANN KRUM | postage, mileage, coin envelopes, sealer for tent | -199.45 |
| Bill P... | 4/26/2013 | 7716 | MICHAEL GAUL | 20 % REFUND ON MEMBERSHIP 2013 | -160.00 |
| Bill P... | 4/26/2013 | 7717 | CAPITAL ONE | food, carpentry, a/v, transportation | -1,706.48 |
| Bill P... | 4/26/2013 | 7718 | ADP, INC | ACCT# 287801 PAYROLL | -214.72 |
| Bill P... | 4/26/2013 | 7719 | COHEN'S QUALITY BAKERY LLC | baked goods | -697.00 |
| Bill P... | 4/26/2013 | 7720 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 4/26/2013 | 7721 | ROGO FASTENER CO., INC. | supplies | -790.08 |
| Bill P... | 4/26/2013 | 7722 | ULSTER UNIFORM SERVICE, INC. | gmds & maint | -129.00 |
| Bill P... | 4/26/2013 | 7723 | AMERICAN EXPRESS | FOOD, ENT, SUPPLIES, BEV | -1,142.55 |
| Bill P... | 4/26/2013 | 7724 | Chase Credit Card | BELTS, FLUIDS, TOP SOIL | -1,552.10 |
| Bill P... | 4/29/2013 | 7725 | Chase Credit Card | food, a&p, & office | -221.58 |
| Bill P... | 4/29/2013 | 7726 | AMERICAN EXPRESS | transportation, phon, marketing | -3,722.60 |
| Bill P... | 4/29/2013 | 7727 | ANTHONY PERRETTA SR | REFUND FOR OVERPAYMENT | -61.11 |
| Bill P... | 4/29/2013 | 7728 | DAVID MANICONE | CHEESECAKE & PARM CHEESE | -205.41 |
| Bill P... | 4/29/2013 | 7729 | FRANK L. BURNS JR. | CONSULTANT 4/26 & 27.13 | -500.00 |
| Bill P... | 4/29/2013 | 7730 | FRESKEETO FROZEN FOODS | VEGGIES | -164.64 |
| Bill P... | 4/29/2013 | 7731 | HOME DEPOT SUPPLY FACILITIE... | ENG SUPPLIES | -848.49 |
| Bill P... | 4/29/2013 | 7732 | LORNA M. BOUGHTON | PPE 4/25/13 | -36.00 |
| Bill P... | 4/29/2013 | 7733 | LYNDA DuBOIS | PPE 4/25/13 | -51.00 |
| Bill P... | 4/29/2013 | 7734 | MICHAEL MCGANN | REFUND FOR OVERPAYMENT | -61.14 |
| Bill P... | 4/29/2013 | 7735 | OTTO FREY | MONTHLY WATER REPORTING | -300.00 |
| Bill P... | 4/29/2013 | 7736 | PEPSI COLA OF HUDSON VALLEY | SODA | -431.60 |
| Bill P... | 4/29/2013 | 7737 | R&R PRODUCTS | GRNDS SUPPLIES | -522.21 |
| Bill P... | 4/29/2013 | 7738 | ROBERT J. ANSON JR | PPE 4/25/13 | -51.00 |
| Bill P... | 4/30/2013 | 7747 | Chase Credit Card | PERKINS SUPPLIES | -2,030.00 |
| Bill P... | 4/30/2013 | 7748 | RELIABLE OFFICE SUPPLIES | OFFICE SUPPLIES | -950.08 |
| Bill P... | 4/30/2013 | 7750 | CAPITAL ONE | HERITAGENERGY | -7,865.63 |

Total 10114 · Chase Bank - Operating DIP Acct    -245,128.09

**TOTAL**    -245,128.09

11:57 AM
05/03/13

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of May 2, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **CENTRAL HUDSON** | | | | | |
| Bill | 3/12/2013 | 212813 | ACCT3 36992710008 FEBRUARY 201... | 51 | 31,566.11 |
| Total CENTRAL HUDSON | | | | | 31,566.11 |
| **ECOLAB-CHEMICALS** | | | | | |
| Bill | 4/24/2013 | 1657713 | ACCT# 017472572 SUPPLIES | 8 | 1,698.17 |
| Total ECOLAB-CHEMICALS | | | | | 1,698.17 |
| **EMPIRE MERCHANTS NORTH** | | | | | |
| Credit | 3/7/2013 | 402912622 | ACCT# 97802 RETURNED 1 CASE AL... | | -212.65 |
| Total EMPIRE MERCHANTS NORTH | | | | | -212.65 |
| **FRED A. COOK, JR. INC** | | | | | |
| Bill | 4/17/2013 | 39395 | vactor jet rodder clean grease traps & ... | 15 | 7,024.70 |
| Total FRED A. COOK, JR. INC | | | | | 7,024.70 |
| **HERITAGENERGY** | | | | | |
| Bill | 4/23/2013 | 90326 | 392.7 GAL OIL HOT WATER | 9 | 1,413.16 |
| Bill | 4/26/2013 | 4030 | 698.9 gal OIL 5000 GAL TANK | 6 | 2,552.77 |
| Bill | 4/26/2013 | 90326 | 200.4 GAL OIL HOT WATER | 6 | 731.97 |
| Bill | 4/26/2013 | 1800 | 48 GAL LP SMALL TANKS | 6 | 82.89 |
| Bill | 4/29/2013 | 4678 | 76.8 gal LP SMALL TANKS | 3 | 132.62 |
| Bill | 4/29/2013 | 4671 | 299.5 GAL LP REST & NIGHT CLUB | 3 | 517.21 |
| Bill | 4/30/2013 | 90326 | 337.1 GAL OIL HOT WATER | 2 | 1,253.12 |
| Bill | 4/30/2013 | 542387 | 351.4 GALS REG GAS | 2 | 1,371.60 |
| Total HERITAGENERGY | | | | | 8,055.34 |
| **IPFS CORPORATION** | | | | | |
| Bill | 9/6/2012 | 8211282113 | ACCT# NJN-63794 RENEWAL GL 8/2... | 238 | 17,284.50 |
| Total IPFS CORPORATION | | | | | 17,284.50 |
| **LAMELA'S SANITATION & RECYCLING CENTER IN** | | | | | |
| Bill | 4/30/2013 | 130430110... | acct# 110916 WASTE REMOVAL | 2 | 3,576.42 |
| Total LAMELA'S SANITATION & RECYCLING CENTER IN | | | | | 3,576.42 |
| **MATRIX TURF SOLUTIONS** | | | | | |
| Bill | 4/25/2013 | 34570 | seed, herbicide, pesticide disc. 6/2/13 | 7 | 10,605.35 |
| Total MATRIX TURF SOLUTIONS | | | | | 10,605.35 |
| **MICROS RETAIL SYSTEMS, INC.** | | | | | |
| Bill | 4/24/2013 | 8818608 | ACCT# 0821050 ANNUAL RENEWAL ... | 8 | 1,809.49 |
| Total MICROS RETAIL SYSTEMS, INC. | | | | | 1,809.49 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 542 | 20,000.00 |
| Bill | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | 306 | 21,030.00 |
| Bill | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | 237 | 30,000.00 |
| Total OREST FEDASH | | | | | 71,030.00 |
| **PERKINS d/b/a MT ELLIS PAPER CO., INC.** | | | | | |
| Bill | 4/29/2013 | 15958184 | SHAMPOO | 3 | 324.78 |
| Bill | 4/30/2013 | 15959166 | ROOM SUPPLIES | 2 | 1,095.69 |
| Total PERKINS d/b/a MT ELLIS PAPER CO., INC. | | | | | 1,420.47 |
| **SOUTHERN WINE & SPIRITS OF UPSTATE NY INC** | | | | | |
| Credit | 3/8/2013 | 9451978 | ACCT# 34629 RETURNED COGNAC | | -20.70 |
| Total SOUTHERN WINE & SPIRITS OF UPSTATE NY INC | | | | | -20.70 |
| **SYSCO FOOD SERVICES** | | | | | |
| Bill | 5/1/2013 | 30501572 | food, paper, fuel | 1 | 1,645.77 |
| Total SYSCO FOOD SERVICES | | | | | 1,645.77 |
| **THE HARTFORD** | | | | | |
| Bill | 3/8/2013 | 311322814 | WORKERS COMP RENEWAL 3/1/13 -... | 55 | 54,534.16 |
| Total THE HARTFORD | | | | | 54,534.16 |

Page 1

11:57 AM
05/03/13

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of May 2, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 923 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **THYSSENKRUPP ELEVATOR CORP.** | | | | | |
| Bill | 4/1/2013 | 345307 | ACCT# 934043 QUARTERLY MAINT. ... | 31 | 8,046.26 |
| Total THYSSENKRUPP ELEVATOR CORP. | | | | | 8,046.26 |
| **TOTAL** | | | | | 238,063.39 |

*Handwritten annotations:*
- −54,534.16
- −17,284.50
- 166,244.73