B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re EVERYDAY LOGISTICS LLC
  *Debtor*

Case No. 10-22026

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: MAY 2013                    Date filed: 8/16/2013

Line of Business: _____    NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

*/s/ signature/*
Original Signature of Responsible Party

Eliot Spitzer as Managing Member
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?  ☐  ☒
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?  ☐  ☒
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?  ☐  ☒
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?  ☐  ☒
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?  ☐  ☒

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?  ☐  ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

(Exhibit A)

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 337,163.06

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ <215,568.16>
Cash on Hand at End of Month     $ <208,912.16>

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU  TOTAL  $ _____

(Exhibit B)

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 330,507.06

(Exhibit C)

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 337,163.06
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*  $ 330,507.06

(Subtract Line C from Line B)  CASH PROFIT FOR THE MONTH  $ 6,656.—

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $ 212,946.74

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  126

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  107

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 15,030.—

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ _____

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ _____ | $ 337,163.06 | $ _____ |
| EXPENSES | $ _____ | $ 330,507.06 | $ _____ |
| CASH PROFIT | $ _____ | $ 6,656.— | $ _____ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:                $ _____
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:              $ _____
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:           $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Month        05/01/2013    through    05/31/2013

### INCOME

|   | Date | Received on date — Cash | Received on date — Checks | Bank Deposit Totals |
|---|------|---:|---:|---:|
| 1 | 05/01 - 02 | $ 245.00 | $ 160.00 | $ 405.00 |
| 2 | 05/03 - 09 | $ 1,759.06 | $ 54,059.60 | $ 55,818.66 |
| 3 | 05/10 - 16 | $ 1,989.37 | $ 1,957.80 | $ 3,947.17 |
| 4 | 05/17 - 23 | $ 2,638.05 | $ 5,960.12 | $ 8,598.17 |
| 5 | 05/24 - 31 | $ 11,909.58 | $ 70,814.90 | $ 82,724.48 |
|   |            | $ 18,541.06 | $ 132,952.42 | $ 151,493.48 |

$ 151,493.48

|   | Processed on date — AmEx | Processed on date — MC/Visa | Processed on date — Discover | Credit Card Totals |
|---|---:|---:|---:|---:|
| 1 | $ 11,072.45 | $ 2,619.63 | $ 149.00 | $ 13,841.08 |
| 2 | $ 3,592.36 | $ 7,291.72 | $ 92.00 | $ 10,976.08 |
| 3 | $ 3,962.46 | $ 10,281.29 | $ 733.20 | $ 14,976.95 |
| 4 | $ 36,405.05 | $ 45,778.93 | $ 1,342.53 | $ 83,526.51 |
| 5 | $ 32,296.74 | $ 28,342.62 | $ 1,709.60 | $ 62,348.96 |
|   | $ 87,329.06 | $ 94,314.19 | $ 4,026.33 | $ 185,669.58 |

$ 185,669.58

**Total income for the month:**    $ 337,163.06

### DISBURSEMENTS

| | |
|---|---:|
| Bank, credit card and processing fees: | |
| Credit card repayment: | |
| Total check disbursements (list attached): | $ 210,876.33 |
| Total payroll expense (transfers): | $ 104,600.73 |
| Other legal and bank fees (including uncleared checks): | $ 15,030.00 |

**Total expenses for the month:**    $ 330,507.06

**Cash profit (loss) for the month:**    $ 6,656.00

2:34 PM
07/24/13
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of May 31, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| **10114 · Chase Bank - Operating DIP Acct** | | | | | |
| Bill P... | 5/6/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/3 - 5/9/13 | -3,000.00 |
| Bill P... | 5/10/2013 | | NYS SALES TAX PROCESSING | 20-3729464 | -1,708.29 |
| Bill P... | 5/20/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/17 - 5/23/13 | -3,300.00 |
| Bill P... | 5/29/2013 | | EVERYDAY LOGISTICS PAYROLL ... | paydown on payroll 5/29/13 | -15,000.00 |
| Bill P... | 5/30/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/23 - 5/30/13 | -3,000.00 |
| Bill P... | 5/29/2013 | 0 | SILLS, CUMMIS, & GROSS P.C. | LEGAL FEES FOR REORGANIZATION | -15,030.00 |
| Bill P... | 5/3/2013 | 7739 | CAPITAL ONE | ACCT# 36992710008 JANUARY 2013 SUMMARY BI... | -9,107.00 |
| Bill P... | 5/3/2013 | 7740 | CAPITAL ONE | ACCT# 36992710008 JANUARY 2013 SUMMARY BI... | -9,110.00 |
| Bill P... | 5/17/2013 | 7741 | CAPITAL ONE | ACCT# 36992710008 JANUARY 2013 SUMMARY BI... | -9,127.02 |
| Bill P... | 5/3/2013 | 7742 | JANICE COLE | ADVANCE | -400.00 |
| Bill P... | 5/2/2013 | 7743 | SARA MARSHALL | advance | -1,300.00 |
| Bill P... | 5/17/2013 | 7744 | BANK OF AMERICA - OFC | MANAGEMENT - M 4/19 -5/2/13 INSTALL # 16 & 17 | -7,500.00 |
| Bill P... | 5/2/2013 | 7745 | Chase Credit Card | labor, overdeposit | -725.00 |
| Bill P... | 5/24/2013 | 7746 | CAPITAL ONE | SYSCO | -25,399.76 |
| Bill P... | 5/2/2013 | 7749 | ADP, INC | ACCT# 287801 PAYROLL | -240.30 |
| Bill P... | 5/3/2013 | 7751 | DANA MURPHY | PPE 4/25/13 | -150.00 |
| Bill P... | 5/3/2013 | 7752 | WILSON TABORDA | PPE 4/25/13 | -135.00 |
| Bill P... | 5/2/2013 | 7753 | Chase Credit Card | gift shop swimwear | -1,075.83 |
| Bill P... | 5/2/2013 | 7754 | CAPITAL ONE | grounds, paint, meal, ggrounds, po, | -1,401.54 |
| Bill P... | 5/3/2013 | 7755 | CASH | food, cutlery | -184.29 |
| Bill P... | 5/3/2013 | 7756 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 5/3/2013 | 7757 | HUDSON VALLEY TENT CO. INC | 600 charis Yachad | -648.00 |
| Bill P... | 5/10/2013 | 7758 | MARTY WILLIAMS | Commission Golf | -369.60 |
| Bill P... | 5/10/2013 | 7759 | BOOKING.COM B. V. | HOTEL # 313346 4/1 - 4/30/13 INTERNET BOOKING | -102.75 |
| Bill P... | 5/10/2013 | 7760 | Chase Credit Card | VACUUM HOSES 2 | -93.98 |
| Bill P... | 5/10/2013 | 7761 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -28.80 |
| Bill P... | 5/10/2013 | 7762 | FRANK L. BURNS JR. | CONSULTANT 5/4/13 | -250.00 |
| Bill P... | 5/10/2013 | 7763 | GENARES | acct# 12655 internet | -158.50 |
| Bill P... | 5/10/2013 | 7764 | JENICE ORTIZ | UNIFORMS | -68.61 |
| Bill P... | 5/10/2013 | 7765 | NOBLE GAS SOLUTIONS | ACCT# 2971 CYLINDER RENTAL | -9.07 |
| Bill P... | 5/10/2013 | 7766 | R&R PRODUCTS | SUPPLIES | -515.10 |
| Bill P... | 5/10/2013 | 7767 | BINNEWATER ICE COMPANY INC. | WATER COOLER RENTAL | -54.00 |
| Bill P... | 5/10/2013 | 7768 | CASH | grounds labor | -629.00 |
| Bill P... | 5/10/2013 | 7769 | HUDSON VALLEY INTERNET | ACCT# 2729 INTERNET | -60.00 |
| Bill P... | 5/10/2013 | 7770 | Chase Credit Card | WIRE FOR IRONER GROUNDS | -1,287.39 |
| Bill P... | 5/10/2013 | 7771 | ADP, INC | ACCT # 287801 PAYROLL | -290.20 |
| Bill P... | 5/8/2013 | 7772 | EMPIRE MERCHANTS NORTH | ACCT # 97802 LIQUOR DEL | 0.00 |
| Bill P... | 5/8/2013 | 7772 | EMPIRE MERCHANTS NORTH | ACCT # 97802 LIQUOR DEL | -89.91 |
| Bill P... | 5/9/2013 | 7773 | ANDREW OPRYSKO | PPE 5/2/13 | -126.88 |
| Bill P... | 5/9/2013 | 7774 | BRITTANY MURPHY | PPE 5/2/13 | -264.00 |
| Bill P... | 5/9/2013 | 7775 | BRYANT RESTREPO | PPE 5/2/13 | -258.00 |
| Bill P... | 5/9/2013 | 7776 | DANA MURPHY | PPE 5/2/13 | -261.00 |
| Bill P... | 5/9/2013 | 7777 | DANIEL OSPINA | PPE 5/2/13 | -268.00 |
| Bill P... | 5/9/2013 | 7778 | DEBORAH L. COHEN | PPE 5/2/13 | -102.00 |
| Bill P... | 5/9/2013 | 7779 | ERIK J. KERR | PPE 5/2/13 POLKA WEEKEND & BBYO | -117.50 |
| Bill P... | 5/9/2013 | 7780 | JAMES COLL | PPE 5/2/13 | -255.56 |
| Bill P... | 5/9/2013 | 7781 | JORGE FLORES | PPE 5/2/13 | -282.00 |
| Bill P... | 5/9/2013 | 7782 | MIRIAM FLORES | PPE 5/2/13 | -225.00 |
| Bill P... | 5/9/2013 | 7783 | ROBERT J. ANSON JR | PPE 5/2/13 | -144.00 |
| Bill P... | 5/9/2013 | 7784 | WILSON TABORDA | PPE 5/2/13 | -177.00 |
| Bill P... | 5/10/2013 | 7785 | AMERICAN EXPRESS | GOLF FURNITURE, MEETING, FOOD, PARKING, | -771.59 |
| Bill P... | 5/17/2013 | 7786 | AMERICAN EXPRESS | vactor jet rodder clean grease traps & manholes | -7,024.70 |
| Bill P... | 5/10/2013 | 7787 | YAUN CO. INC. | PARTS BOILER & SEWER | -1,983.80 |
| Bill P... | 5/10/2013 | 7788 | CAPITAL ONE | HERITAGENERGY 1894 | -8,055.34 |
| Bill P... | 5/13/2013 | 7789 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -170.85 |
| Bill P... | 5/13/2013 | 7790 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -110.00 |
| Bill P... | 5/13/2013 | 7791 | FRANK L. BURNS JR. | CONSULTANT 5/11/13 | -250.00 |
| Bill P... | 5/13/2013 | 7792 | GRAINGER | BOILER REPAIRS | -338.15 |
| Bill P... | 5/13/2013 | 7793 | IHOR MELNYK | VINYL & MILAGE | -112.67 |
| Bill P... | 5/13/2013 | 7794 | ULSTER UNIFORM SERVICE, INC. | grnds & eng uniforms | -129.00 |
| Bill P... | 5/13/2013 | 7795 | ULSTER UNIFORM SERVICE, INC. | grnds & maint | -129.00 |
| Bill P... | 5/20/2013 | 7796 | ADP, INC | ACCT# 287801 PAYROLL | -274.92 |
| Bill P... | 5/20/2013 | 7797 | Chase Credit Card | heat exchanger for spa 7215 | -848.77 |
| Bill P... | 5/20/2013 | 7798 | COHEN'S QUALITY BAKERY LLC | baked goods | -240.00 |
| Bill P... | 5/20/2013 | 7799 | FRANK L. BURNS JR. | CONSULTANT 5/16 & 17/13 | -500.00 |
| Bill P... | 5/20/2013 | 7800 | ICONTACT | ACCT# HUDSON VALLEY SUBSCRIPTION | -79.92 |
| Bill P... | 5/20/2013 | 7801 | LORNA M. BOUGHTON | PPE 5/16/13 | -66.00 |
| Bill P... | 5/20/2013 | 7802 | RELIABLE OFFICE SUPPLIES | ACCT# 01116657 SUPPLIES | -133.16 |
| Bill P... | 5/20/2013 | 7803 | ROBERT J. ANSON JR | PPE 5/16/13 | -66.00 |

Page 1

```
2:34 PM                          The Lexington at The Hudson Valley Resort
07/24/13                                      Account QuickReport
Accrual Basis                                  As of May 31, 2013
```

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 5/20/2013 | 7804 | ULSTER UNIFORM SERVICE, INC. | grnds & eng | -129.00 |
| Bill P... | 5/21/2013 | 7805 | IPFS CORPORATION | ACCT# NJN-63794 RENEWAL GL 8/21/12 - 8/21/13 | -17,284.50 |
| Bill P... | 5/21/2013 | 7806 | ADP, INC | acct# 287801 payroll | -241.87 |
| Bill P... | 5/21/2013 | 7807 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 BEER DEL | -366.50 |
| Bill P... | 5/21/2013 | 7808 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DELIVERY | -1,273.62 |
| Bill P... | 5/21/2013 | 7809 | EXPEDIA INC. | comssission Roosevelt Anderson Jr | -29.80 |
| Bill P... | 5/21/2013 | 7810 | HUDSON VALLEY TENT CO. INC | tent rental DEFIENT GROUP | -540.00 |
| Bill P... | 5/21/2013 | 7811 | MANHATTAN BEER DIST. LLC | ACCT3 78684 BEER DEL | -414.40 |
| Bill P... | 5/21/2013 | 7812 | OSTROFF, HIFFA & ASSOCIATES, ... | MAY 2013 RETAINER LEGISLATIVE CONSULTANT | -2,700.00 |
| Bill P... | 5/21/2013 | 7813 | PHOENIX / BEEHIVE | ACCT# 500963 BEER DEL | -306.90 |
| Bill P... | 5/21/2013 | 7814 | PUMP IRRIGATION TECHNOLOGIES | PRESSURE TRANSDUCER 4-20MA - 00250PSI & 2... | -1,258.88 |
| Bill P... | 5/21/2013 | 7815 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -455.26 |
| Bill P... | 5/22/2013 | 7816 | DUTCHESS BEER DISTRIBUTORS ... | ACCT# 22165 BEER DEL | -3,716.25 |
| Bill P... | 5/22/2013 | 7817 | Chase Credit Card | parts, ap 2539 | -424.87 |
| Bill P... | 5/23/2013 | 7818 | PEPSI COLA OF HUDSON VALLEY | acct# 30126 soda | -831.30 |
| Bill P... | 5/24/2013 | 7819 | Chase Credit Card | ACCT# 0101838345 PHONE SYSTEM | -1,926.00 |
| Bill P... | 5/24/2013 | 7820 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill P... | 5/24/2013 | 7821 | AMERICAN EXPRESS | POOL, PO, TRANSPORTATION, | -1,138.55 |
| Bill P... | 5/24/2013 | 7822 | Chase Credit Card | ACCT# 5004202 PHONES CORNER STONE 7215 | -2,354.54 |
| Bill P... | 5/24/2013 | 7823 | Chase Credit Card | ACCT# 017472572 SUPPLIES ECO 7215 | -1,698.17 |
| Bill P... | 5/24/2013 | 7824 | Chase Credit Card | in the swim | -1,025.80 |
| Bill P... | 5/24/2013 | 7825 | Chase Credit Card | ACCT# 8078792 PEST CONTROL EHRLICH CO. 72... | -2,050.75 |
| Bill P... | 5/24/2013 | 7826 | Chase Credit Card | LAMELA'S acct# 110916 WASTE REMOVAL | -3,576.42 |
| Bill P... | 5/24/2013 | 7827 | Chase Credit Card | ACCT# 0821050 ANNUAL RENEWAL & QUARTERL... | -1,809.49 |
| Bill P... | 5/24/2013 | 7828 | Chase Credit Card | perkins | -4,046.50 |
| Bill P... | 5/24/2013 | 7829 | Chase Credit Card | internet / cable | -1,492.43 |
| Bill P... | 5/24/2013 | 7830 | Chase Credit Card | heritagenergy | -8,099.26 |
| Bill P... | 5/24/2013 | 7831 | RELIABLE OFFICE SUPPLIES | supplies | -467.64 |
| Bill P... | 5/24/2013 | 7832 | RICOH USA , INC | 1329244-SNC257 | -1,051.28 |
| Bill P... | 5/24/2013 | 7833 | AMERICAN EXPRESS | MATERIAL TENT, ACTIVITIES EQUIP, MEETING, T... | -893.66 |
| Bill P... | 5/24/2013 | 7834 | CASH | KOSHER, ELECTRICAL, | -5,327.77 |
| Bill P... | 5/27/2013 | 7835 | RUSSIAN AMERICAN FOUNDATION | ADVERTISING ANNUAL | -4,000.00 |
| Bill P... | 5/29/2013 | 7836 | ADP, INC | ACCT# 287801 PAYROLL | -250.83 |
| Bill P... | 5/29/2013 | 7837 | CENTRAL HUDSON | transformer rental May 2013 | -428.03 |
| Bill P... | 5/29/2013 | 7838 | CENTRAL HUDSON | Energy efficient lights install # 11 | -747.59 |
| Bill P... | 5/29/2013 | 7839 | CENTRAL HUDSON | ACCT# 3023074000 HOUSE | -418.57 |
| Bill P... | 5/29/2013 | 7840 | COHEN'S QUALITY BAKERY LLC | baked goods | -385.00 |
| Bill P... | 5/29/2013 | 7841 | DEBORAH L. COHEN | PPE 5/23/13 | -66.00 |
| Bill P... | 5/29/2013 | 7842 | JIM KRMENEC | rebate & refund | -476.00 |
| Bill P... | 5/29/2013 | 7843 | MARY KELLY | REFUND CXL | -80.00 |
| Bill P... | 5/29/2013 | 7844 | MEGAN SIRICO | PAINT SPA & SUPPLIES | -174.98 |
| Bill P... | 5/29/2013 | 7845 | TIME WARNER CABLE | ACCT# 8150300370135365 HOUSE CABLE | -18.13 |
| Bill P... | 5/29/2013 | 7846 | ULSTER UNIFORM SERVICE, INC. | ACCT# 16335 GRNDS & MAINT | -145.00 |
| Bill P... | 5/29/2013 | 7847 | LORNA M. BOUGHTON | PPE 5/30/13 | -51.00 |
| Bill P... | 5/30/2013 | 7848 | AMERICAN EXPRESS | po, grnds, parts, ac, parking | -1,278.18 |
| Bill P... | 5/30/2013 | 7849 | Chase Credit Card | SYSCO & VACUUM HOSES | -1,739.75 |
| Bill P... | 5/30/2013 | 7850 | FRANK L. BURNS JR. | CONSULTANT 5/24 & 25, 2013 | -500.00 |
| Bill P... | 5/30/2013 | 7851 | IN THE SWIM | hayward super pump mens spa | -511.95 |
| Bill P... | 5/31/2013 | 7852 | MATRIX TURF SOLUTIONS | FLAGS | -497.04 |
| Bill P... | 5/31/2013 | 7853 | BANK OF AMERICA - OFC | MANAGEMENT FEES - M 5/9 - 5/23/13 INSTALL # 1... | -11,250.00 |

Total 10114 · Chase Bank - Operating DIP Acct          -225,906.33

**TOTAL**          -225,906.33

11:04 AM
05/31/13

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of May 30, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **CAPITAL ONE** | | | | | |
| Bill | 3/12/2013 | 212813 | ACCT3 36992710008 FEBRUARY 201... | 79 | 31,597.91 |
| Bill | 4/30/2013 | 52313 | electrica APRIL 2013 | 30 | 20,023.85 |
| Total CAPITAL ONE | | | | | 51,621.76 |
| **CENTRAL HUDSON** | | | | | |
| Bill | 5/9/2013 | 43013 | ACCT# 36992710008 APRIL 2013 ELE... | 21 | 10,288.06 |
| Total CENTRAL HUDSON | | | | | 10,288.06 |
| **Chase Credit Card** | | | | | |
| Bill | 5/8/2013 | 305080538 | SYSCO FOOD, PAPER, EQUIP, CLEA... | 22 | 1,489.90 |
| Bill | 5/9/2013 | 305091484 | SYSCO PUSH BROOM | 21 | 21.87 |
| Bill | 5/10/2013 | 305101560 | SYSCO food, paper, fuel | 20 | 1,172.61 |
| Bill | 5/15/2013 | 305150473 | FOOD & PAPER | 15 | 5,857.30 |
| Bill | 5/16/2013 | 305160470 | SYSCO cheesecake & waffles | 14 | 218.93 |
| Bill | 5/17/2013 | 305171437 | SYSCO food | 13 | 504.44 |
| Bill | 5/21/2013 | 52113 | TE4 TESA KEY BLANKS 500 #JMA2876 | 9 | 127.50 |
| Bill | 5/22/2013 | 71268 | PERKINGS used wireless router for gol... | 8 | 27.00 |
| Bill | 5/22/2013 | 136925010... | thread 7215 | 8 | 177.67 |
| Total Chase Credit Card | | | | | 9,597.22 |
| **DEBORAH L. COHEN** | | | | | |
| Bill | 5/28/2013 | 53013 | PPE 5/30/13 | 2 | 598.00 |
| Total DEBORAH L. COHEN | | | | | 598.00 |
| **HERITAGENERGY** | | | | | |
| Bill | 5/13/2013 | 5218 | 233.5 GAL REG GAS | 17 | 926.49 |
| Bill | 5/14/2013 | 6182 | 286.8 gal OIL HOT WATER | 16 | 1,069.23 |
| Bill | 5/17/2013 | 6576 | 158.5 GAL OIL BRICK HOUSE | 13 | 587.07 |
| Bill | 5/17/2013 | 5959 | 796.4 GAL OIL 5000 GAL TANK | 13 | 2,949.75 |
| Bill | 5/17/2013 | 6182 | 225.9 GAL OIL HOT WATER | 13 | 836.70 |
| Bill | 5/17/2013 | 6445 | 83. gal REG GAS | 13 | 327.71 |
| Bill | 5/21/2013 | 6182 | 249.3 gal OIL HOT WATER | 9 | 937.50 |
| Bill | 5/23/2013 | 7065 | 85.50 GAL REG GAS | 7 | 334.21 |
| Bill | 5/24/2013 | 7151 | 364.2 gal OIL 5000 GAL TANK | 6 | 1,340.10 |
| Bill | 5/24/2013 | 6182 | 154.3 GAL OIL HOT WATER | 6 | 567.76 |
| Bill | 5/28/2013 | 6182 | 286.2 GAL OIL HOT WATER | 2 | 1,046.91 |
| Bill | 5/28/2013 | 6917 | 247.2 GAL OFF ROAD DIESEL GROU... | 2 | 954.33 |
| Total HERITAGENERGY | | | | | 11,877.76 |
| **LYNDA DuBOIS** | | | | | |
| Bill | 5/28/2013 | 53013 | PPE 5/30/13 | 2 | 290.00 |
| Total LYNDA DuBOIS | | | | | 290.00 |
| **MATRIX TURF SOLUTIONS** | | | | | |
| Bill | 4/25/2013 | 34570 | seed, herbicide, pesticide disc. 6/2/13 | 35 | 10,605.35 |
| Total MATRIX TURF SOLUTIONS | | | | | 10,605.35 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554.39 & 1... | 570 | 20,000.00 |
| Bill | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | 334 | 21,030.00 |
| Bill | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | 265 | 30,000.00 |
| Total OREST FEDASH | | | | | 71,030.00 |
| **OSTROFF, HIFFA & ASSOCIATES, INC.** | | | | | |
| Bill | 5/15/2013 | 6213 | JUNE 2013 RETAINER LEGISLATIVE ... | 15 | 2,500.00 |
| Total OSTROFF, HIFFA & ASSOCIATES, INC. | | | | | 2,500.00 |
| **ROBERT J. ANSON JR** | | | | | |
| Bill | 5/28/2013 | 53013 | PPE 5/30/13 | 2 | 661.00 |
| Total ROBERT J. ANSON JR | | | | | 661.00 |
| **SOUTHERN WINE & SPIRITS OF UPSTATE NY INC** | | | | | |
| Credit | 3/8/2013 | 9451978 | ACCT# 34629 RETURNED COGNAC | | -20.70 |
| Total SOUTHERN WINE & SPIRITS OF UPSTATE NY INC | | | | | -20.70 |

11:04 AM
05/31/13

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of May 30, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **SYSCO FOOD SERVICES** | | | | | |
| Credit | 5/27/2013 | 305270082 | batter mix, & grape red seedless | | -94.80 |
| Bill | 5/22/2013 | 305220265 | food, paper, fuel | 8 | 6,162.83 |
| Bill | 5/24/2013 | 305241277 | food, equip, paper, cleaning | 6 | 3,015.01 |
| Bill | 5/29/2013 | 305290321 | food, paper, fuel | 1 | 6,768.99 |
| Total SYSCO FOOD SERVICES | | | | | 15,852.03 |
| **THE HARTFORD** | | | | | |
| Bill | 3/8/2013 | 311322814 | WORKERS COMP RENEWAL 3/1/13 -... | 83 | ~~31,936.16~~ |
| Total THE HARTFORD | | | | | ~~31,936.16~~ |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 951 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **THYSSENKRUPP ELEVATOR CORP.** | | | | | |
| Bill | 4/1/2013 | 345307 | ACCT# 934043 QUARTERLY MAINT. ... | 59 | 8,046.26 |
| Total THYSSENKRUPP ELEVATOR CORP. | | | | | 8,046.26 |
| **TOTAL** | | | | | 244,882.90 |

*-31,936.16*

*212,946.74*