B 25C (Official Form 25C).(12/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re **EVERYDAY LOGISTICS LLC**
       Debtor

Case No. **10-22026**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **JUNE 2013**           Date filed: **8/16/2013**

Line of Business: _____       NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

**Eliot Spitzer as Managing Member**
Printed Name of Responsible Party

Questionnaire: (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☒ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☒ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 184,569.99

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ _____

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   126

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   121

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ 5000.—

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?   $ _____

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?   $ _____

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ 552,889.30 | $ |
| EXPENSES | $ | $ 547,653.12 | $ |
| CASH PROFIT | $ | $ 5,236.18 | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ _____

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ _____

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

Month   06/01/2013   through   06/30/2013

## INCOME

|   | | Received on date | | Bank Deposit |
|---|---|---|---|---|
|   |   | Cash | Checks | Totals |
| 1 | 06/01 - 06 | $ 13,289.28 | $ 28,782.61 | $ 42,071.89 |
| 2 | 06/07 - 13 | $ 15,446.32 | $ 63,359.84 | $ 78,806.16 |
| 3 | 06/14 - 20 | $ 21,689.89 | $ 36,054.00 | $ 57,743.89 |
| 4 | 06/21 - 27 | $ 13,440.35 | $ 5,493.79 | $ 18,934.14 |
| 5 | 06/28 - 30 | $ 4,171.44 | $ 77,300.00 | $ 81,471.44 |
|   |   | $ 68,037.28 | $ 210,990.24 | $ 279,027.52 |

$ 279,027.52

|   | Processed on date | | | Credit Card |
|---|---|---|---|---|
|   | AmEx | MC/Visa | Discover | Totals |
| 1 | $ 9,525.58 | $ 28,077.34 | $ 696.62 | $ 38,299.54 |
| 2 | $ 6,462.93 | $ 31,019.29 | $ 393.92 | $ 37,876.14 |
| 3 | $ 7,828.07 | $ 42,706.23 | $ 1,676.28 | $ 52,210.58 |
| 4 | $ 27,744.55 | $ 92,531.46 | $ 5,896.55 | $ 126,172.56 |
| 5 | $ 3,314.20 | $ 15,856.76 | $ 132.00 | $ 19,302.96 |
|   | $ 54,875.33 | $ 210,191.08 | $ 8,795.37 | $ 273,861.78 |

$ 273,861.78

**Total income for the month:**   $ 552,889.30

## DISBURSEMENTS

Bank, credit card and processing fees:
Credit card repayment:
Total check disbursements (list attached):   $ 279,477.19
Total payroll expense (transfers):   $ 263,175.93
Other legal and bank fees (including uncleared checks):   $ 5,000.00

**Total expenses for the month:**   $ 547,653.12

**Cash profit (loss) for the month:**   $ 5,236.18

9:37 AM
07/02/13
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of June 30, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| 10114 · Chase Bank - Operating DIP Acct | | | | | |
| Bill P... | 6/3/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 5/31 - 6/6/13 | -3,000.00 |
| Bill P... | 6/6/2013 | | RASKIN RADLER LLP | PROFESSIONAL FEES | -5,000.00 |
| Bill P... | 6/11/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/7 - 13, 2013 | -4,000.00 |
| Bill P... | 6/12/2013 | | NYS SALES TAX PROCESSING | 20-3729464 | -1,226.14 |
| Bill P... | 6/18/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/14 - 6/20/13 | -3,000.00 |
| Bill P... | 6/24/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/21 - 6/27/13 | -3,500.00 |
| Bill P... | 6/25/2013 | | E & S DEVELOPMENT & PROPERT... | MANAGEMENT FEES 6/21 - 6/27/13 | -1,000.00 |
| Bill P... | 6/17/2013 | 0 | TEXTRON FINANCIAL CORPORATI... | acct# 188226 GOLF CART LEASE | -3,048.75 |
| Bill P... | 6/4/2013 | 7854 | ADP, INC | ACCT3 287801 PAYROLL | -252.34 |
| Bill P... | 6/4/2013 | 7855 | CLARK ANGEVINE | GOLF REIMBURSMENT | -274.00 |
| Bill P... | 6/4/2013 | 7856 | COHEN'S QUALITY BAKERY LLC | BAKED GOODS | -55.00 |
| Bill P... | 6/4/2013 | 7857 | DEBORAH L. COHEN | PPE 5/30/13 | -598.00 |
| Bill P... | 6/4/2013 | 7858 | FRANK L. BURNS JR. | CONSULTANT 5/30 - 6/1/13 | -750.00 |
| Bill P... | 6/4/2013 | 7859 | FRESKEETO FROZEN FOODS | potatoes & strawberries | -82.85 |
| Bill P... | 6/4/2013 | 7860 | ICONTACT | internet | -79.92 |
| Bill P... | 6/4/2013 | 7861 | IN THE SWIM | WARRANTY 2 YR HAYWARD PUMP 5/30/13 | -29.99 |
| Bill P... | 6/4/2013 | 7862 | LYNDA DuBOIS | PPE 5/30/13 | -290.00 |
| Bill P... | 6/4/2013 | 7863 | MARTY WILLIAMS | MAY COMMISSION | -261.05 |
| Bill P... | 6/4/2013 | 7864 | MATRIX TURF SOLUTIONS | VOID: seed, herbicide, pesticide disc. 6/2/13 | 0.00 |
| Bill P... | 6/4/2013 | 7865 | MEDCO SUPPLY COMPANY | FIRST AID SUPPLIES | -315.15 |
| Bill P... | 6/4/2013 | 7866 | ROBERT J. ANSON JR | PPE 5/30/13 | -661.00 |
| Bill P... | 6/4/2013 | 7867 | ULSTER UNIFORM SERVICE, INC. | GRNDS & MAINT UNIFORMS | -137.00 |
| Bill P... | 6/4/2013 | 7868 | K OF C JOHN BARRY ASSEMBLY ... | GOLF REBATE JUNE 2013 | -1,919.20 |
| Bill P... | 6/5/2013 | 7870 | JOHN STAGE | FAMOUS 50'S CAR SHOW ENTERTAINMENT & S... | -5,500.00 |
| Bill P... | 6/5/2013 | 7871 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DEL | -455.08 |
| Bill P... | 6/5/2013 | 7872 | MANHATTAN BEER DIST. LLC | ACCT# 78684 BEER DEL | -108.35 |
| Bill P... | 6/5/2013 | 7873 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -367.79 |
| Bill P... | 6/5/2013 | 7874 | AMERICAN EXPRESS | transportation, phone, food, golf network, ethinic food... | -3,811.19 |
| Bill P... | 6/6/2013 | 7875 | BRITTANY MURPHY | PPE 5/30/13 | -358.00 |
| Bill P... | 6/6/2013 | 7876 | BRYANT RESTREPO | PPE 5/30/13 | -135.00 |
| Bill P... | 6/6/2013 | 7877 | ORLANDO TOBON | PPE 5/30/13 | -48.00 |
| Bill P... | 6/6/2013 | 7878 | Chase Credit Card | THREAD, KEY BLANK, SPA SUPPLIES, GS & FIRS... | -1,641.36 |
| Bill P... | 6/6/2013 | 7879 | Chase Credit Card | amazon market place | -358.57 |
| Bill P... | 6/6/2013 | 7880 | A & M HARDWARE | locks, painting supplies, electrical, plumbing, grounds... | -2,289.92 |
| Bill P... | 6/6/2013 | 7881 | ANTHONY SCIONTI | REFUND CANCELLED ECUMENICAL GOLF | -75.00 |
| Bill P... | 6/6/2013 | 7882 | BINNEWATER ICE COMPANY INC. | COOLER RENTAL | -54.00 |
| Bill P... | 6/6/2013 | 7883 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -43.15 |
| Bill P... | 6/6/2013 | 7884 | COHEN'S QUALITY BAKERY LLC | BAKED GOODS | -200.00 |
| Bill P... | 6/6/2013 | 7885 | DARREN HAYWARD | CANCELED REFUND ECUMENICAL GOLF | -25.00 |
| Bill P... | 6/6/2013 | 7886 | GENARES | INTERNET RESERVATIONS / ADVERTISING | -389.03 |
| Bill P... | 6/6/2013 | 7887 | KANZHONGGUO ASSOCIATION | 4 INSERTION ADS  726, AUG 9, 16, 23, 2013 | -768.00 |
| Bill P... | 6/6/2013 | 7888 | NOBLE GAS SOLUTIONS | CYLINDER RENTAL | -9.37 |
| Bill P... | 6/6/2013 | 7889 | PERFECT COMPUTER SOLUTIONS | used wireless router for golf shop 8334 | -27.00 |
| Bill P... | 6/6/2013 | 7890 | SAFECO ALARM SYSTEMS | ACCT# 1794 GOLF ALARM | -84.24 |
| Bill P... | 6/6/2013 | 7891 | ULSTER UNIFORM SERVICE, INC. | grnds, eng | -137.00 |
| Bill P... | 6/7/2013 | 7892 | CAPITAL ONE | sysco foods | -15,852.03 |
| Bill P... | 6/7/2013 | 7893 | Chase Credit Card | sysco | -8,541.68 |
| Bill P... | 6/7/2013 | 7894 | Chase Credit Card | sysco | -723.37 |
| Bill P... | 6/10/2013 | 7895 | BERMUDA SANDS | ACCT# 81012 GOLF SHOP SUPPLIES | -1,091.26 |
| Bill P... | 6/10/2013 | 7896 | BRENTRICK INC. | SKIRT CLIPS 2000 | -749.00 |
| Bill P... | 6/10/2013 | 7897 | CASH | LABOR, ADVER, SUPPLIES | -1,056.25 |
| Bill P... | 6/10/2013 | 7898 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -244.85 |
| Bill P... | 6/10/2013 | 7899 | FRANK L. BURNS JR. | CONSULTANT 6/3, 6, 7/13 | -750.00 |
| Bill P... | 6/10/2013 | 7900 | KINGSTON GLASSWORKS | 32X78 SAFETY GLASS 67X95 TEMERED GLASS | -759.24 |
| Bill P... | 6/10/2013 | 7901 | LYNDA DuBOIS | PPE 6/6/13 | -71.00 |
| Bill P... | 6/10/2013 | 7902 | MEDCO SUPPLY COMPANY | ACCT # 14125545 GAUZE PADS BACK ORDER | -14.95 |
| Bill P... | 6/10/2013 | 7903 | ROBERT J. ANSON JR | PPE 6/6/13 | -71.00 |
| Bill P... | 6/10/2013 | 7904 | SPA PARTNERS | ACCT# 8456268888 SPA SUPPLIES | -409.57 |
| Bill P... | 6/10/2013 | 7905 | THE TONER COMPANY | 5si toner | -73.38 |
| Bill P... | 6/10/2013 | 7906 | Chase Credit Card | heritagenergy, beverage kosher, supplies | -8,398.55 |
| Bill P... | 6/11/2013 | 7907 | ADP, INC | ACCT# 287801 PAYROLL | -265.88 |
| Bill P... | 6/11/2013 | 7908 | CASH | PETTY CASH:  FOOD, CUTLERY, PAINT SUPPLIE... | -317.58 |
| Bill P... | 6/11/2013 | 7909 | COHEN'S QUALITY BAKERY LLC | baked goods | -75.00 |
| Bill P... | 6/11/2013 | 7910 | HOODZ OF THE MID & LOWER HU... | MAIN & VIEW HOODS | -1,512.00 |
| Bill P... | 6/11/2013 | 7911 | THERMOTRON CO. | R - 22 & 409 - A | -2,928.00 |
| Bill P... | 6/11/2013 | 7912 | AMERICAN EXPRESS | cigaretts | -775.00 |
| Bill P... | 6/12/2013 | 7913 | P J GALLAGHERS & SONS | GRINDER PUMP FOR SEWER PLANT | -2,225.00 |
| Bill P... | 6/12/2013 | 7914 | EMPIRE MERCHANTS NORTH | ACCT# 97802 LIQUOR DEL | -443.95 |
| Bill P... | 6/12/2013 | 7915 | MANHATTAN BEER DIST. LLC | ACCT# 78684 BEER DEL | -445.50 |

9:37 AM
07/02/13
**Accrual Basis**

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of June 30, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 6/12/2013 | 7916 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -267.98 |
| Bill P... | 6/12/2013 | 7917 | CASH | PETTY CASH, LABOR 61313 | -3,014.50 |
| Bill P... | 6/12/2013 | 7918 | STEDNER PRINTING | 200 MEMBERSHIP FORMS, BUSINESS CARDS | -444.02 |
| Bill P... | 6/12/2013 | 7919 | ULSTER COUNTY DEPARTMENT ... | ID# 1199 QUARTERLY HOTEL TAX 3/1 - 5/31/13 | -1,086.82 |
| Bill P... | 6/12/2013 | 7920 | CAPITAL ONE | ACCT3 36992710008 FEBRUARY 2013 ELECTRIC | -17,515.90 |
| Bill P... | 6/14/2013 | 7921 | BANK OF AMERICA - OFC | Management Fees M 5/24 - 6/6/13 install # 21 & 22 | -7,500.00 |
| Bill P... | 6/13/2013 | 7922 | BOOKING.COM B. V. | ACCT# 313346 RESERVATIONS INTERNET | -313.05 |
| Bill P... | 6/13/2013 | 7923 | Chase Credit Card | chlorine, parts, coolers, gas | -955.41 |
| Bill P... | 6/13/2013 | 7924 | BRYANT RESTREPO | PPE 6/6/13 | -66.00 |
| Bill P... | 6/13/2013 | 7925 | JORGE FLORES | PPE 6/6/13 | -66.00 |
| Bill P... | 6/13/2013 | 7926 | DESTINATIONS OF NEW YORK ST... | 2013/14 EDITION OF NYS GOLFERS GUIED | -695.00 |
| Bill P... | 6/14/2013 | 7927 | CAPITAL ONE | sysco | -5,125.93 |
| Bill P... | 6/14/2013 | 7928 | Chase Credit Card | SUPPLIES, MEETINGS PAINT | -940.54 |
| Bill P... | 6/17/2013 | 7929 | CAPITAL ONE | ELECTTRIC 2105 | -25,023.85 |
| Bill P... | 6/17/2013 | 7930 | CAPITAL ONE | ACCT3 36992710008 FEBRUARY 2013 ELECTRIC ... | -9,515.90 |
| Bill P... | 6/17/2013 | 7931 | BRYANT RESTREPO | PPE 6/13/13 | -84.00 |
| Bill P... | 6/17/2013 | 7932 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -484.89 |
| Bill P... | 6/17/2013 | 7933 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -110.00 |
| Bill P... | 6/17/2013 | 7934 | FRANK L. BURNS JR. | CONSULTANT 6/11, 13, 14 & 15, 2013 | -875.00 |
| Bill P... | 6/17/2013 | 7935 | GRAINGER | ACCT# 870479516 CONDENSE FAN MOTOR HOT ... | -188.32 |
| Bill P... | 6/17/2013 | 7936 | HOLZMACHER, MCLENDON & MU7... | 50% DEPOSIT ENGINEERING FOR WATER PLAN... | -2,900.00 |
| Bill P... | 6/17/2013 | 7937 | JAMES MCPOLIN | CXL FOR DAV | -25.00 |
| Bill P... | 6/17/2013 | 7938 | JENNIFER G. SCHNETZLER | PPE 6/13/13 | -220.00 |
| Bill P... | 6/17/2013 | 7939 | LYNDA DuBOIS | PPE 6/13/13 | -102.00 |
| Bill P... | 6/17/2013 | 7940 | MEGAN SIRICO | PPE 6/13/13 | -82.00 |
| Bill P... | 6/17/2013 | 7941 | RELIABLE OFFICE SUPPLIES | SUPPLIES | -1,072.03 |
| Bill P... | 6/17/2013 | 7942 | ULSTER UNIFORM SERVICE, INC. | GRNDS & MAINT | -137.00 |
| Bill P... | 6/17/2013 | 7943 | Chase Credit Card | AIR MATTERESS & 3 TVS | -1,075.78 |
| Bill P... | 6/18/2013 | 7945 | ADP, INC | ACCT# 287801 PAYROLL | -279.49 |
| Bill P... | 6/21/2013 | 7946 | OSTROFF, HIFFA & ASSOCIATES, ... | JUNE 2013 RETAINER LEGISLATIVE CONSULTANT | -2,500.00 |
| Bill P... | 6/19/2013 | 7947 | CENTRAL HUDSON | ENGERY LIGHTING INSTALL # 12 & TRANSFORM... | -1,182.04 |
| Bill P... | 6/21/2013 | 7948 | CAPITAL ONE | heritagenergy 1211 | -8,382.57 |
| Bill P... | 6/21/2013 | 7949 | AMERICAN EXPRESS | EXPENSES | -1,813.20 |
| Bill P... | 6/21/2013 | 7950 | TERRENCE SKEETE | PPE 6/13/13 | -178.91 |
| Bill P... | 6/21/2013 | 7951 | CAPITAL ONE | ACCT# 36992710008 APRIL 2013 ELECTRIC | -10,288.06 |
| Bill P... | 6/21/2013 | 7952 | Chase Credit Card | MATRIZ seed, herbicide, pesticide disc. 6/2/13 | -10,605.35 |
| Bill P... | 6/21/2013 | 7953 | COMMTRAK | ARC/IATA 08 830780 | -12.90 |
| Bill P... | 6/21/2013 | 7954 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill P... | 6/21/2013 | 7955 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 6/21/2013 | 7956 | BRIDGET SCHMAHL | DAV ENTERTAINMENT | -350.00 |
| Bill P... | 6/24/2013 | 7957 | CAPITAL ONE | acct# 31217850069 MAY 2013 | -23,040.14 |
| Bill P... | 6/25/2013 | 7958 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -147.85 |
| Bill P... | 6/25/2013 | 7959 | COHEN'S QUALITY BAKERY LLC | baked goods | -110.00 |
| Bill P... | 6/25/2013 | 7960 | FRANK L. BURNS JR. | CONSULTANIT 6/19, 20, 21/13 | -750.00 |
| Bill P... | 6/25/2013 | 7961 | GILLETTE CREAMERY | ICE CREAM | -1,138.36 |
| Bill P... | 6/25/2013 | 7962 | KIM CHEE PRIDE, INC. | 25  5 gal KIMCHEE & DRESSING | -2,125.00 |
| Bill P... | 6/25/2013 | 7963 | TIME WARNER CABLE | ACCT# 8150300370135365 HOUSE CABLE | -18.18 |
| Bill P... | 6/25/2013 | 7964 | ULSTER UNIFORM SERVICE, INC. | ACCT# 16335 GRNDS & MAINT | -137.00 |
| Bill P... | 6/25/2013 | 7965 | Chase Credit Card | sysco foods | -13,758.83 |
| Bill P... | 6/25/2013 | 7966 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -270.40 |
| Bill P... | 6/25/2013 | 7967 | ANDREW OPRYSKO | PPE 6/20/13 | -176.50 |
| Bill P... | 6/25/2013 | 7968 | ARTHUR BRAUNSTEIN | PPE 6/20/13 | -133.00 |
| Bill P... | 6/25/2013 | 7969 | BRYANT RESTREPO | PPE 6/20/13 | -213.00 |
| Bill P... | 6/25/2013 | 7970 | CRISTIAN GONZALEZ | PPE 6/20/13 | -219.00 |
| Bill P... | 6/25/2013 | 7971 | FRESKEETO FROZEN FOODS | FOOD | -328.56 |
| Bill P... | 6/25/2013 | 7972 | JORGE FLORES | PPE 6/20/13 | -219.00 |
| Bill P... | 6/25/2013 | 7973 | LORNA M. BOUGHTON | PPE 6/20/13 | -204.00 |
| Bill P... | 6/25/2013 | 7974 | LYNDA DuBOIS | PPE 6/20/13 | -117.00 |
| Bill P... | 6/25/2013 | 7975 | MIRIAM FLORES | PPE 6/20/13 | -219.00 |
| Bill P... | 6/25/2013 | 7976 | ROBERT J. ANSON JR | PPE 6/20/13 | -309.00 |
| Bill P... | 6/25/2013 | 7977 | Chase Credit Card | ACCT# 934043 QUARTERLY MAINT. CONTRACT ... | -8,046.26 |
| Bill P... | 6/25/2013 | 7978 | CASH | petty cash, a/c transp electrical banquets | -971.36 |
| Bill P... | 6/26/2013 | 7979 | ORANGE COUNTY RENTALS | 200 CHARIS 6/26 - 6/30/13 | -302.75 |
| Bill P... | 6/26/2013 | 7980 | AMERICAN EXPRESS | air matteresses | -692.94 |
| Bill P... | 6/26/2013 | 7981 | AMERICAN EXPRESS | air beds, vlp guests, spa floor bqts | -1,662.38 |
| Bill P... | 6/27/2013 | 7982 | CASH | petty cash; food, locks, bulbs, postage,papers, guest ... | -241.78 |
| Bill P... | 6/27/2013 | 7983 | COHEN'S QUALITY BAKERY LLC | baked goods | -1,055.00 |
| Bill P... | 6/28/2013 | 7984 | DANIEL O'CONNOR & SONS, INC. | ANNUAL TOW ROPE INSPECTION 6/19/13 | -450.00 |
| Bill P... | 6/28/2013 | 7985 | ECOLAB-CHEMICALS | ACCT # 017472572  LAUNDRY SUPPLIES | -1,191.07 |
| Bill P... | 6/28/2013 | 7986 | HOME DEPOT SUPPLY FACILITIE... | SUPPLIES | -1,202.93 |

9:37 AM
07/02/13
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of June 30, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 6/12/2013 | 7916 | SOUTHERN WINE & SPIRITS OF U... | ACCT# 34629 LIQUOR DEL | -267.98 |
| Bill P... | 6/12/2013 | 7917 | CASH | PETTY CASH, LABOR 61313 | -3,014.50 |
| Bill P... | 6/12/2013 | 7918 | STEDNER PRINTING | 200 MEMBERSHIP FORMS, BUSINESS CARDS | -444.02 |
| Bill P... | 6/12/2013 | 7919 | ULSTER COUNTY DEPARTMENT ... | ID# 1199 QUARTERLY HOTEL TAX 3/1 - 5/31/13 | -1,086.82 |
| Bill P... | 6/12/2013 | 7920 | CAPITAL ONE | ACCT3 36992710008 FEBRUARY 2013 ELECTRIC | -17,515.90 |
| Bill P... | 6/14/2013 | 7921 | BANK OF AMERICA - OFC | Management Fees M 5/24 - 6/6/13 install # 21 & 22 | -7,500.00 |
| Bill P... | 6/13/2013 | 7922 | BOOKING.COM B. V. | ACCT# 313346 RESERVATIONS INTERNET | -313.05 |
| Bill P... | 6/13/2013 | 7923 | Chase Credit Card | chlorine, parts, coolers, gas | -955.41 |
| Bill P... | 6/13/2013 | 7924 | BRYANT RESTREPO | PPE 6/6/13 | -66.00 |
| Bill P... | 6/13/2013 | 7925 | JORGE FLORES | PPE 6/6/13 | -66.00 |
| Bill P... | 6/13/2013 | 7926 | DESTINATIONS OF NEW YORK ST... | 2013/14 EDITION OF NYS GOLFERS GUIED | -695.00 |
| Bill P... | 6/14/2013 | 7927 | CAPITAL ONE | sysco | -5,125.93 |
| Bill P... | 6/14/2013 | 7928 | Chase Credit Card | SUPPLIES, MEETINGS PAINT | -940.54 |
| Bill P... | 6/17/2013 | 7929 | CAPITAL ONE | ELECTTRIC 2105 | -25,023.85 |
| Bill P... | 6/17/2013 | 7930 | CAPITAL ONE | ACCT3 36992710008 FEBRUARY 2013 ELECTRIC ... | -9,515.90 |
| Bill P... | 6/17/2013 | 7931 | BRYANT RESTREPO | PPE 6/13/13 | -84.00 |
| Bill P... | 6/17/2013 | 7932 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -484.89 |
| Bill P... | 6/17/2013 | 7933 | ENVIRONMENTAL LABWORKS, INC. | MONTHLY TESTING | -110.00 |
| Bill P... | 6/17/2013 | 7934 | FRANK L. BURNS JR. | CONSULTANT 6/11, 13, 14 & 15, 2013 | -875.00 |
| Bill P... | 6/17/2013 | 7935 | GRAINGER | ACCT# 870479516 CONDENSE FAN MOTOR HOT ... | -188.32 |
| Bill P... | 6/17/2013 | 7936 | HOLZMACHER, MCLENDON & MU7... | 50% DEPOSIT ENGINEERING FOR WATER PLAN... | -2,900.00 |
| Bill P... | 6/17/2013 | 7937 | JAMES MCPOLIN | CXL FOR DAV | -25.00 |
| Bill P... | 6/17/2013 | 7938 | JENNIFER G. SCHNETZLER | PPE 6/13/13 | -220.00 |
| Bill P... | 6/17/2013 | 7939 | LYNDA DuBOIS | PPE 6/13/13 | -102.00 |
| Bill P... | 6/17/2013 | 7940 | MEGAN SIRICO | PPE 6/13/13 | -82.00 |
| Bill P... | 6/17/2013 | 7941 | RELIABLE OFFICE SUPPLIES | SUPPLIES | -1,072.03 |
| Bill P... | 6/17/2013 | 7942 | ULSTER UNIFORM SERVICE, INC. | GRNDS & MAINT | -137.00 |
| Bill P... | 6/17/2013 | 7943 | Chase Credit Card | AIR MATTERESS & 3 TVS | -1,075.78 |
| Bill P... | 6/18/2013 | 7945 | ADP, INC | ACCT# 287801 PAYROLL | -279.49 |
| Bill P... | 6/21/2013 | 7946 | OSTROFF, HIFFA & ASSOCIATES, ... | JUNE 2013 RETAINER LEGISLATIVE CONSULTANT | -2,500.00 |
| Bill P... | 6/19/2013 | 7947 | CENTRAL HUDSON | ENGERY LIGHTING INSTALL # 12 & TRANSFORM... | -1,182.04 |
| Bill P... | 6/21/2013 | 7948 | CAPITAL ONE | heritagenergy 1211 | -8,382.57 |
| Bill P... | 6/21/2013 | 7949 | AMERICAN EXPRESS | EXPENSES | -1,813.28 |
| Bill P... | 6/21/2013 | 7950 | TERRENCE SKEETE | PPE 6/13/13 | -178.91 |
| Bill P... | 6/21/2013 | 7951 | CAPITAL ONE | ACCT# 36992710008 APRIL 2013 ELECTRIC | -10,288.06 |
| Bill P... | 6/21/2013 | 7952 | Chase Credit Card | MATRIZ seed, herbicide, pesticide disc. 6/2/13 | -10,605.35 |
| Bill P... | 6/21/2013 | 7953 | COMMTRAK | ARC/IATA 08 830780 | -12.90 |
| Bill P... | 6/21/2013 | 7954 | HIGHWAY DISPLAYS | 2580 | -600.00 |
| Bill P... | 6/21/2013 | 7955 | RICOH USA , INC | 1329244-SNC257 | -559.44 |
| Bill P... | 6/21/2013 | 7956 | BRIDGET SCHMAHL | DAV ENTERTAINMENT | -350.00 |
| Bill P... | 6/24/2013 | 7957 | CAPITAL ONE | acct# 31217850069 MAY 2013 | -23,040.14 |
| Bill P... | 6/25/2013 | 7958 | COFFEE SYSTEM OF THE HUDSO... | 150620 | -147.85 |
| Bill P... | 6/25/2013 | 7959 | COHEN'S QUALITY BAKERY LLC | baked goods | -110.00 |
| Bill P... | 6/25/2013 | 7960 | FRANK L. BURNS JR. | CONSULTANIT 6/19, 20, 21/13 | -750.00 |
| Bill P... | 6/25/2013 | 7961 | GILLETTE CREAMERY | ICE CREAM | -1,138.36 |
| Bill P... | 6/25/2013 | 7962 | KIM CHEE PRIDE, INC. | 25 5 gal KIMCHEE & DRESSING | -2,125.00 |
| Bill P... | 6/25/2013 | 7963 | TIME WARNER CABLE | ACCT# 8150300370135365 HOUSE CABLE | -18.18 |
| Bill P... | 6/25/2013 | 7964 | ULSTER UNIFORM SERVICE, INC. | ACCT# 16335 GRNDS & MAINT | -137.00 |
| Bill P... | 6/25/2013 | 7965 | Chase Credit Card | sysco foods | -13,758.83 |
| Bill P... | 6/25/2013 | 7966 | ADP, INC | ACCT# 287801 PAYROLL PROCESSING | -270.40 |
| Bill P... | 6/25/2013 | 7967 | ANDREW OPRYSKO | PPE 6/20/13 | -176.50 |
| Bill P... | 6/25/2013 | 7968 | ARTHUR BRAUNSTEIN | PPE 6/20/13 | -133.00 |
| Bill P... | 6/25/2013 | 7969 | BRYANT RESTREPO | PPE 6/20/13 | -213.00 |
| Bill P... | 6/25/2013 | 7970 | CRISTIAN GONZALEZ | PPE 6/20/13 | -219.00 |
| Bill P... | 6/25/2013 | 7971 | FRESKEETO FROZEN FOODS | FOOD | -328.56 |
| Bill P... | 6/25/2013 | 7972 | JORGE FLORES | PPE 6/20/13 | -219.00 |
| Bill P... | 6/25/2013 | 7973 | LORNA M. BOUGHTON | PPE 6/20/13 | -204.00 |
| Bill P... | 6/25/2013 | 7974 | LYNDA DuBOIS | PPE 6/20/13 | -117.00 |
| Bill P... | 6/25/2013 | 7975 | MIRIAM FLORES | PPE 6/20/13 | -219.00 |
| Bill P... | 6/25/2013 | 7976 | ROBERT J. ANSON JR | PPE 6/20/13 | -309.00 |
| Bill P... | 6/25/2013 | 7977 | Chase Credit Card | ACCT# 934043 QUARTERLY MAINT. CONTRACT ... | -8,046.26 |
| Bill P... | 6/25/2013 | 7978 | CASH | petty cash, a/c transp electrical banquets | -971.36 |
| Bill P... | 6/26/2013 | 7979 | ORANGE COUNTY RENTALS | 200 CHARIS 6/26 - 6/30/13 | -302.75 |
| Bill P... | 6/26/2013 | 7980 | AMERICAN EXPRESS | air matteresses | -692.94 |
| Bill P... | 6/26/2013 | 7981 | AMERICAN EXPRESS | air beds, vip guests, spa floor bqts | -1,662.38 |
| Bill P... | 6/27/2013 | 7982 | CASH | petty cash; food, locks, bulbs, postage,papers, guest ... | -241.78 |
| Bill P... | 6/27/2013 | 7983 | COHEN'S QUALITY BAKERY LLC | baked goods | -1,055.00 |
| Bill P... | 6/28/2013 | 7984 | DANIEL O'CONNOR & SONS, INC. | ANNUAL TOW ROPE INSPECTION 6/19/13 | -450.00 |
| Bill P... | 6/28/2013 | 7985 | ECOLAB-CHEMICALS | ACCT # 017472572 LAUNDRY SUPPLIES | -1,191.07 |
| Bill P... | 6/28/2013 | 7986 | HOME DEPOT SUPPLY FACILITIE... | SUPPLIES | -1,202.93 |

9:37 AM  
07/02/13  
Accrual Basis

# The Lexington at The Hudson Valley Resort
## Account QuickReport
### As of June 30, 2013

| Type | Date | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| Bill P... | 6/28/2013 | 7987 | ULSTER UNIFORM SERVICE, INC. | grnds & maint | -137.00 |
| Bill P... | 6/28/2013 | 7988 | GILLETTE CREAMERY | ICE CREAM | -624.50 |
| Bill P... | 6/30/2013 | 7990 | CAPITAL ONE | HERITAGENERGY 1894 | -6,394.42 |
| Bill P... | 6/30/2013 | 7991 | CAPITAL ONE | SATCH SALES GOLF CART RENTAL 6/10 - 6/11/13 | -1,960.00 |
| Bill P... | 6/30/2013 | 7992 | Chase Credit Card | TIME WARNER, PEPSI, TIME CARDS, CHECKS, 8... | -3,793.85 |
| Bill P... | 6/30/2013 | 7993 | Chase Credit Card | CHLORINE, TRANSPORT, GROUNDS, PAINT, ACT... | -1,318.93 |
| Total 10114 · Chase Bank - Operating DIP Acct | | | | | -284,477.19 |
| **TOTAL** | | | | | **-284,477.19** |

9:35 AM
07/02/13

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of June 30, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **A & M HARDWARE** | | | | | |
| Bill | 6/25/2013 | 62513 | LIGHTS, SUPPLIES, PLUMBING, MUL... | 5 | 1,013.07 |
| **Total A & M HARDWARE** | | | | | 1,013.07 |
| **CAPITAL ONE** | | | | | |
| Bill | 6/14/2013 | 306141186 | SYSCO FOOD, EQUIP, PAPER | 16 | 5,103.71 |
| Bill | 6/19/2013 | 306190532 | SYSCO food cleaning | 11 | 7,859.84 |
| Bill | 6/21/2013 | 306211282 | SYSCO FOOD, CLEANER | 9 | 4,748.82 |
| Bill | 6/22/2013 | 306220156 | SYSCO thermometer freezer | 8 | 47.90 |
| Bill | 6/22/2013 | 306220045 | SYSCI food | 8 | 436.71 |
| **Total CAPITAL ONE** | | | | | 18,196.98 |
| **Chase Credit Card** | | | | | |
| Credit | 6/21/2013 | 7823465 | PFG SPRINGFIELD ADJ | | -20.14 |
| Credit | 6/26/2013 | 7696867 | PFG SPRINGFIELD ADJ FOOD | | -72.45 |
| Bill | 5/24/2013 | 1926258 | ECO LAB LAUNDRY SUPPLIES  8334 | 37 | 1,756.91 |
| Bill | 5/30/2013 | 9122612469 | HOME DEPOT SUPPLIES | 31 | 1,234.87 |
| Bill | 5/31/2013 | 130531110... | LAMELA  ACCT# 110916 WASTE RE... | 30 | 4,162.76 |
| Bill | 5/31/2013 | 1578 | EHRLICK   ACC6T# 8078792 PEST C... | 30 | 1,640.16 |
| Bill | 6/1/2013 | 2619095 | CORNER STONE ACCT# 5004202  P... | 29 | 2,318.25 |
| Bill | 6/6/2013 | 9122767202 | HOME DEPOT painting supplies | 24 | 236.06 |
| Bill | 6/8/2013 | 2732599222 | AVAYA ACCT# 0101838345  PHONE ... | 22 | 1,926.00 |
| Bill | 6/10/2013 | 16043035 | PERKINS supplies | 20 | 1,084.42 |
| Bill | 6/11/2013 | 9122858557 | HOME DEPOT EQUIP, SUPPLIES, C... | 19 | 400.37 |
| Bill | 6/13/2013 | 9122930073 | HOME DEPOT 10 A/C WALL UNITS 1... | 17 | 7,069.90 |
| Bill | 6/4/2013 | 16029202 | PERKINS CLEANING SUPPLIES | 11 | 1,291.78 |
| Bill | 6/21/2013 | 7823465 | PFG SPRINGFIELD ACCT# 184792 F... | 9 | 2,464.65 |
| Bill | 6/26/2013 | 7826897 | PFG SPRING FIELD ACCT# 184792 F... | 4 | 4,586.64 |
| **Total Chase Credit Card** | | | | | 30,080.18 |
| **CLARK ANGEVINE** | | | | | |
| Bill | 6/30/2013 | 613013 | MONTHLY REIMBURSEMENT RANG... | | 251.00 |
| **Total CLARK ANGEVINE** | | | | | 251.00 |
| **DUTCHESS BEER DISTRIBUTORS INC.** | | | | | |
| Credit | 6/1/2013 | 774372 | ACCT# 22165 BEER RETURN CREDIT | | -1,235.65 |
| Credit | 6/12/2013 | 61213 | PICK UP 4 EMPTY KEGS & COLD PL... | | -470.00 |
| **Total DUTCHESS BEER DISTRIBUTORS INC.** | | | | | -1,705.65 |
| **FRANK L. BURNS JR.** | | | | | |
| Bill | 6/30/2013 | 627282912 | Consultant 6/27, 28 29/13 | | 750.00 |
| **Total FRANK L. BURNS JR.** | | | | | 750.00 |
| **FRESKEETO FROZEN FOODS** | | | | | |
| Bill | 6/27/2013 | 53966 | BACON SAUSAGE | 3 | 1,552.50 |
| **Total FRESKEETO FROZEN FOODS** | | | | | 1,552.50 |
| **GRAINGER** | | | | | |
| Bill | 6/25/2013 | 9176286558 | ACCT# 870479516 LEAK DETECT KIT | 5 | 517.45 |
| Bill | 6/25/2013 | 9176286566 | ACCT# 870479516 HVAC MOTOR | 5 | 132.15 |
| **Total GRAINGER** | | | | | 649.60 |
| **HERITAGENERGY** | | | | | |
| Bill | 6/14/2013 | 8920 | 142.3 GAL REG GAS | 16 | 555.51 |
| Bill | 6/14/2013 | 9096 | 666.5 gal OIL 5000 GAL TANK | 16 | 2,439.83 |
| Bill | 6/14/2013 | 6182 | 203.5 GAL OIL HOT WATER | 16 | 744.97 |
| Bill | 6/18/2013 | 9605 | 311.5 gal OIL HOT WATER | 12 | 1,165.53 |
| Bill | 6/18/2013 | 9255 | 133.9 GAL OFF ROAD DIESEL GROU... | 12 | 528.13 |
| Bill | 6/21/2013 | 9605 | 157.7 GAL OIL HOT WATER | 9 | 591.76 |
| Bill | 6/21/2013 | 9606 | 479.3 GAL OI. 5000 GAL TANK | 9 | 1,798.56 |
| Bill | 6/28/2013 | 10055 | 264. GAL OIL HOT WATER | 2 | 952.87 |
| Bill | 6/28/2013 | 10210 | 799.2 GAL OIL 5000 GAL TANK | 2 | 2,884.60 |
| Bill | 6/25/2013 | 10055 | 331.7 GAL OIL HOT WATER | | 1,208.87 |
| **Total HERITAGENERGY** | | | | | 12,870.63 |

Page 1

9:35 AM
07/02/13

# The Lexington at The Hudson Valley Resort
## Unpaid Bills Detail
### As of June 30, 2013

| Type | Date | Num | Memo | Aging | Open Balance |
|---|---|---|---|---|---|
| **HOLLY WINTERMUTE** | | | | | |
| Bill | 6/24/2013 | 2713 | REFUND FOR CXL WEDDING CHEC... | 6 | 2,875.00 |
| Total HOLLY WINTERMUTE | | | | | 2,875.00 |
| **LAMELA'S SANITATION & RECYCLING CENTER IN** | | | | | |
| Bill | 6/30/2013 | 130630110... | ACCT# 110916 WASTE REMOVAL | | 2,521.16 |
| Total LAMELA'S SANITATION & RECYCLING CENTER IN | | | | | 2,521.16 |
| **MARTY WILLIAMS** | | | | | |
| Bill | 6/30/2013 | 63013 | MONTHLY PERCENTAGE MEMBERS... | | 1,290.95 |
| Total MARTY WILLIAMS | | | | | 1,290.95 |
| **OREST FEDASH** | | | | | |
| Bill | 11/7/2011 | 102011111... | payroll shortage 10/20/11 16554,39 & 1... | 601 | 20,000.00 |
| Bill | 6/30/2012 | 613012 | PAYMENT MADE BY O FEDASH FOR... | 365 | 21,030.00 |
| Bill | 9/7/2012 | 9612 | PYMT MADE BY O FEDASH PER AG... | 296 | 30,000.00 |
| Total OREST FEDASH | | | | | 71,030.00 |
| **OSTROFF, HIFFA & ASSOCIATES, INC.** | | | | | |
| Bill | 6/15/2013 | 61513 | JULY 2013 RETAINER LEGISLATIVE ... | 15 | 2,500.00 |
| Total OSTROFF, HIFFA & ASSOCIATES, INC. | | | | | 2,500.00 |
| **P J GALLAGHERS & SONS** | | | | | |
| Bill | 6/11/2013 | 61110 | GRINDER PUMP FOR SEWER PLANT | 19 | 2,225.00 |
| Total P J GALLAGHERS & SONS | | | | | 2,225.00 |
| **PEPSI COLA OF HUDSON VALLEY** | | | | | |
| Credit | 6/28/2013 | 2321 | EMPTY TANK | | -5.00 |
| Bill | 6/28/2013 | 2320 | SODA | 2 | 650.00 |
| Bill | 6/28/2013 | 2319 | SODA | 2 | 176.40 |
| Total PEPSI COLA OF HUDSON VALLEY | | | | | 821.40 |
| **PERKINS d/b/a MT ELLIS PAPER CO., INC.** | | | | | |
| Bill | 6/18/2013 | 16057586 | SUPPLIES | 12 | 947.76 |
| Bill | 6/18/2013 | 16057587 | supplies | 12 | 1,152.25 |
| Bill | 6/24/2013 | 16071312 | SUPPLIES | 6 | 1,688.01 |
| Bill | 6/24/2013 | 16071311 | PAPER | 6 | 960.37 |
| Total PERKINS d/b/a MT ELLIS PAPER CO., INC. | | | | | 4,748.39 |
| **PFG SPRINGFIELD** | | | | | |
| Bill | 6/28/2013 | 7828986 | FOOD | 2 | 1,243.03 |
| Total PFG SPRINGFIELD | | | | | 1,243.03 |
| **SYSCO FOOD SERVICES** | | | | | |
| Bill | 6/26/2013 | 306260604 | PAPER, FUEL, FOOD | 4 | 2,984.27 |
| Bill | 6/28/2013 | 306281389 | FOOD PAPER | 2 | 5,623.73 |
| Total SYSCO FOOD SERVICES | | | | | 8,608.00 |
| **TEXTRON FINANCIAL CORPORATION** | | | | | |
| Bill | 6/28/2013 | 3351610 | ACCT # 188226 GOLF CART LEASE | 2 | 3,048.75 |
| Total TEXTRON FINANCIAL CORPORATION | | | | | 3,048.75 |
| **THE HARTFORD** | | | | | |
| Bill | 3/8/2013 | 311322814 | WORKERS COMP RENEWAL 3/1/13 -... | 114 | 31,936.16 |
| Total THE HARTFORD | | | | | 31,936.16 |
| **THERMOTRON CO.** | | | | | |
| Bill | 10/22/2010 | 938 | LENNOX ROOFTOP A/C MODEL KGA... | 982 | 20,000.00 |
| Total THERMOTRON CO. | | | | | 20,000.00 |
| **TOTAL** | | | | | 216,506.15 |

*- 31,936.16*

*184,569.99*

Page 2